# EXHIBIT INDEX

| Ex. | Description |
|---|---|
| 1 | Lisa Frank Declaration |
| 2 | Email from P. Georgotas to S. McPhillips (April 15, 2016), LFI0004898-4899 |
| 3 | Plaintiff's Revised Responses to Defendants' First Set of Interrogatories |
| 4 | Project Update #62 (May 31, 2018), LFI00001507–1510 |
| 5 | Sidney Turtchin Declaration |
| 6 | Plaintiff's June 5, 2018 PowerPoint Presentation |
| 7 | Plaintiff's 30(b)(6) Deposition (Aug. 23 and 24, 2023) |
| 8 | LFI Art Chart |
| 9 | LFI's 30(b)(6) Deposition (Oct. 18, 2023) |
| 10 | Email from M. Kibildis to J. Ross (May 21, 2018), LFI0001417-1481 |
| 11 | Email from P. Georgotas to S. McPhillips (Jan. 17, 2018) |
| 12 | Email from L. Crawford to P. Georgotas (June 16, 2017), LFI0002178-2179 |
| 13 | Email from P. Georgotas to L. Crawford (June 6, 2017), LFI0002188-2189 |
| 14 | Email from P. Georgotas to L. Frank (June 9, 2017), LFI0003863-3865 |
| 15 | Email from P. Georgotas to L. Crawford (June 14, 2017), LFI0003826 |
| 16 | Email from L. Crawford to P. Georgotas (June 15, 2017) |
| 17 | Email from L. Crawford to P. Georgotas (June 23, 2017), LFI0002180 |
| 18 | Email from L. Crawford to P. Georgotas (June 29, 2017), LFI0002144-2145 |
| 19 | Kickstarter post by Plaintiff (June 29, 2017), LFI0006125-6142 |
| 20 | Texts between L. Crawford and P. Georgotas, GDI029203-29225 |
| 21 | LFI's 30(b)(6) Deposition Notes |
| 22 | Email S. McPhillips to P. Georgotas (April 25, 2018), LFI0000879–881, LFI0000885–887 |
| 23 | Email from M. Diaz to P. Georgotas (July 11, 2017), LFI0003740–41 |
| 24 | Email from J. Ross to P. Georgotas (June 15, 2018), LFI0001365-1367 |
| 25 | Texts between J. Ross and P. Georgotas, GDI029196-29202 |
| 26 | 30(b)(6) Deposition Notice to Plaintiff |
| 27 | LFI's Payment Chart |
| 28 | Email from R. Appel to D. Evered (Oct. 4, 2019), LFI0001090-1101 |
| 29 | Amanda Bardisbanian Declaration (Sept. 5, 2023), LFI0007150–7154 |
| 30 | Email from P. Georgotas to S. McPhillips (Nov. 17, 2017), LFI0004839-4841 |
| 31 | Email from P. Georgotas to S. McPhillips (Nov. 28, 2017), LFI0004844 |
| 32 | Email from S. McPhillips to J. Ross (April 28, 2018), LFI005406, 5408, 5409 |
| 33 | Email from J. Ross to P. Georgotas (June 4, 2018) |
| 34 | Voluntary Petition for Individuals Filing for Bankruptcy, Official Form 101 (Dec. 3, 2020) |
| 35 | Official Form 106Sum (Feb. 7, 2023) |
| 36 | Plaintiff's Rule 26(a) Disclosure |
| 37 | Email from R. Rubino to P. Georgotas (June 7, 2016), LFI0005060–5064 |