# Exhibit 1

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

Glamour Dolls, Inc.,

                Plaintiff,

v.

Lisa Frank, Inc.; and Lisa Frank, in her individual and corporate capacity

                Defendants.

Lisa Frank, Inc.,

                Counterclaimant,

vs.

Glamour Dolls, Inc.,

                Counterdefendant.

Case No. 4:21-CV-0228-TUC-SHR

**DECLARATION OF LISA FRANK IN SUPPORT OF DEFENDANTS'/ COUNTER-CLAIMANT'S MOTION FOR SUMMARY JUDGMENT**

I, Lisa Frank, being of legal age and competent to testify, declare as follows:

1.     I am over 18 years old and have personal knowledge of the facts stated herein, or knowledge based upon the corporate records which are in my custody or control. I could and would testify to these facts in a court of law if asked to do so.

2.     I founded Lisa Frank Inc. ("LFI") in 1979 and currently serve as its President and CEO. For a time, James Green served as President; during that time I served as LFI's CEO.

3.     In my current role, I oversee all LFI license agreements, and work closely with LFI's artists and employees to license the LFI brand. As a result, I am privy to all contracts executed by LFI, and the emails sent or received by LFI, as maintained by LFI in the ordinary course of business. As LFI's President, I am similarly privy to discussions that occur between LFI and its licensees and as such, receive regular written and oral reports from LFI employees regarding LFI's licensees, and the status of various projects between LFI and its licensees, which are also maintained in the ordinary course of business.

DocuSign Envelope ID: 4E462AC0-5D90-4A95-B941-435431E0B3D5

4.     Although LFI used to manufacture its own goods, for the last 12 years, LFI has focused on developing and licensing its brand.

5.     The LFI brand is beloved around the globe for its whimsical character world and colorful lifestyle aesthetic. Since its founding, LFI has spread happiness and joy with millions of fantastic products and designs.

6.     Attached as Exhibit 8 to Defendants' Motion for Summary Judgment is a true and correct copy of a chart I prepared. The chart summarizes the products Plaintiff Glamour Dolls, Inc. ("Glamour Dolls") developed pursuant to its license agreements with LFI, as well as the associated LFI artwork.

7.     I prepared this chart based on LFI's voluminous emails, as well as mine and my employees' recollection of LFI's phone calls and meetings with Glamour Dolls. Although this chart does not detail every communication with Glamour Dolls, it provides an accurate summation of each Glamour Dolls product, LFI's efforts to provide Glamour Dolls the necessary artwork for each Glamour Dolls product, LFI's approval process with regard to each Glamour Dolls product, and LFI's frequent request for input from, and collaboration with, Glamour Dolls.

8.     As noted in Exhibit 8, page 8, Glamour Dolls routinely failed to provide the dielines or product outlines necessary for LFI to provide Glamour Dolls artwork, pursuant to the parties' licensing agreements. Without the dielines or product outlines, LFI could not provide any artwork or design for the product. A dieline is an integral part of the design process—it is essentially the outline of where the printed piece will actually be cut. It helps with alignment and spacing to ensure symmetry and the appropriate layout for the artwork. In short, it is a critical template needed to ensure the correct layout of the final physical product. Without a dieline, print ready artwork cannot be produced accurately.

9.     Attached as Exhibit 21 to Defendants' Motion for Summary Judgment is a true and correct copy of my notes used to prepare for LFI's 30(b)(6) deposition. This document summarizes LFI's collaboration with Glamour Dolls and LFI's communications with various third-parties relating to the deposition topics listed in the document relevant to this case.

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA  85016
(602) 445-8000

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

10.    I prepared this chart based on LFI's voluminous emails, as well as mine and my employees' recollection of LFI's phone calls and meetings with Glamour Dolls and relevant third-parties (as described in the document). Although this document does not detail every communication, it provides an accurate summation of LFI's efforts to provide Glamour Doll the necessary approval to manufacture products pursuant to the license agreement, LFI's communications with Glamour Doll and the mentioned third parties, and LFI's frequent request for input from, and collaboration with, Glamour Doll.

11.    I have also reviewed Glamour Doll's Revised Responses to LFI's Interrogatories (Exhibit 3), including ROG No. 7, which states Defendants failed to timely review for "one shade of the Travel Bronzer," and "two shades of the Single Eyeshadow." But Exhibit 8, pages 3 and 4 notes that LFI reviewed—and corrected—numerous issues on bronzer and single eyeshadow preproduction throughout June 2017. It is my understanding that these are the same products described in Glamour doll's Response to ROG No. 7.

12.    Attached as Exhibit 27 to Defendants' Motion for Summary Judgment is a true and correct copy LFI's payment chart, documenting all payments received via its license agreement with Glamour Doll, and account statements detailing the same, as maintained by LFI in the ordinary course of business.

13.    Glamour Dolls never submitted any purchase orders to LFI dated in 2018, nor did they send LFI any 2018 royalty reports.

14.    As of November 2020, both LFI and I lacked knowledge of any business expectancy, held by Glamour Dolls, with any entity, including MGD Solutions, Inc., Kickfurther and H-E-B Grocery Company, LP.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this __10th__ day of November 2023.

By: _Lisa Frank_____
    Lisa Frank

3

# Exhibit 2

| | |
|---|---|
| **From:** | Peter Georgotas [peter@glamourdollsmakeup.com] |
| **Sent:** | 4/25/2016 5:16:49 PM |
| **To:** | Shannon McPhillips [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Smcphillips] |
| **Subject:** | Fwd: Lisa Frank Glamour Dolls Makeup Collaboration |
| **Attachments:** | Lisa Frank Proposal.pdf |

Sorry Shannon, third time is charm.  Think I finally got your email
correct.  Thanks again! Peter

------- Forwarded message -------
From: "Peter Georgotas" <peter@glamourdollsmakeup.com>
To: lcrawford@lisafrank.com
Cc: mcphillips@lisafrank.com
Subject: Lisa Frank Glamour Dolls Makeup Collaboration
Date: Mon, 25 Apr 2016 13:09:58 -0400

Hi Laura-

Thank you for taking a few minutes to hear about Glamour Dolls
(www.GlamourDollsMakeup.com)  Our co-founder Jessica Romano and the team
(and my sister and basically every girl I grew up with) love the Lisa
Frank brand and I do believe there is a great opportunity to collaborate
and create some amazing products that customers will love and a story that
people will want to share.

Glamour Dolls has committed itself to creating quality, imaginative,
cruelty-free, vegan makeup at an accessible price point and a big part of
our success has come from having fun with our packaging and working with
other creative minds.

In January we signed a deal with Walmart and they've asked us to look into
a collaboration for online and in stores. We have additional buyers
(including international) that we will pitch once a product is settled on
and do regular launches with subscription companies like Ipsy.com who
would put the product into the hands of their 1.5million customers.

Typically we do a profit sharing agreement and handle the manufacturing
and distribution while your team and Jessica would work as closely as you
want in the development of the product, color and design.  We'd work
together to get the word out but feel this could be a great way to
introduce and merchandise your brand to a new audience in a different and
exciting way.

Between us, I think a Lisa Frank lipstick might literally make all of
Jessica's childhood dreams come true at once.

Kind Regards,
Peter


--
Peter Georgotas
Glamour Dolls Makeup
Phone/Fax: +1-201-345-3292 x713
www.GlamourDollsMakeup.com


Using Opera's mail client: http://www.opera.com/mail/

EXHIBIT 8
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

# GLAMOUR DOLLS x LISA FRANK

## WHAT MAKES A DOLL

- UNDER $5 LINE IS NOT ONLY ADORABLE BUT AFFORDABLE
- LOVE OF EVERYTHING GIRLY, IMAGINATIVE, AND WHIMSICAL
- CRUELTY-FREE AND VEGAN #ANIMALLOVERS
- POPULAR AMONG THE TWEEN AND YOUNG ADULT MARKET, AS WELL AS A LOYAL CUSTOMER BASE OF DOLLS WHO HAVE GROWN UP BUT STAYED YOUNG AT HEART

## MEET SOME OF OUR GLAM FAM!



MEOWTERSPACE

FLOUR CHILD

BALLERINA'S REVENGE

## THE COLLABORATION

A collaboration with Lisa Frank would not only create an exciting and vibrant new product, but would also re-spark the fire of the 80s and 90s that our Dolls grew up on. In addition, it would be a great way to introduce Lisa Frank and her iconic flare to a new generation of fans in a fun and creative way. With this collaboration, we hope to pull on the heartstrings of our loyal 80s and 90s Dolls, giving them back a piece of their childhoods in their adult lives and give our younger customers a chance to fall in love with Lisa Frank just like the rest of us have, bringing her inspiration and her designs into their everyday lives.

Confidential

# Exhibit 3

DocuSign Envelope ID: D8DD7868-7EEA-4FD8-AF43-5B8B05F34906

Marc W. Garbar (*pro hac vice*)
mgarbar@201employmentlaw.com
**BRANDON J. BRODERICK, LLC**
65 State Route 4 East
River Edge, New Jersey 07661
Tel: (201) 853-1505
Fax: (201) 330-4013

Attorneys for plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

-------------------------------------------------x

Glamour Dolls Inc.,                          Case No.: CV-21-02280-TUC-SHR

                    Plaintiff,

                                             **PLAINTIFF'S <u>REVISED</u>**
                                             **RESPONSES TO**
          v.                                 **DEFENDANTS' FIRST SET OF**
                                             **INTERROGATORIES**

Lisa Frank, Inc.; and Lisa Frank, in her
individual and corporate capacity,          (Assigned to Hon. Scott H. Rash)

                    Defendants.
-------------------------------------------------x

Lisa Frank, Inc.,

                    Counterclaimant,

          v.

Glamour Dolls Inc.,

                    Counterdefendant.
-------------------------------------------------x

      **PLEASE TAKE NOTICE** that pursuant to Rules 26 and 33 of the Fed. Civ. P., plaintiff

Glamour Dolls, Inc., by and through its undersigned counsel, Brandon J. Broderick, LLC., hereby

responds to defendant Lisa Frank Inc.'s ("LFI") March 3, 2023 letter listing perceived

EXHIBIT 9
WIT: Georaptas
DATE: 8-24-23
Mimi Murray, CSR

DocuSign Envelope ID: D8DD7868-7EEA-4FD8-AF43-5B8B05F34906

deficiencies in plaintiff's response to its First Set of Interrogatories ("Interrogatories"). Revisions are <u>underlined</u> herein.

## GENERAL RESPONSES AND OBJECTIONS

1.     By responding to any interrogatory, Plaintiff does not concede the materiality of the subject to which it refers. Plaintiff's responses are made expressly subject to, and without waiving or intending to waive, any objections as to the competency, relevancy, materiality, privilege, or admissibility as evidence or for any other purpose, of any of the information produced, or the subject matter thereof, in any proceeding including the trial of this action or any subsequent proceedings.

2.     Plaintiff objects to the Interrogatories to the extent that they seek information which is not relevant to the subject matter in this action and is not reasonably calculated to lead to the discovery of admissible evidence.

3.     Plaintiff objects to the Interrogatories to the extent that they seek information which contains privileged attorney-client communication, work product or information which is otherwise protected from disclosure under applicable laws or rules.

4.     Plaintiff objects to the Interrogatories to the extent that they seek information other than that which is known by Plaintiff.

5.     Plaintiff objects to the Interrogatories to the extent that they seek to impose a burden on Plaintiff not required under the Rules of Court.

6.     Plaintiff objects to the Interrogatories to the extent that they are not limited in time.

7.      Plaintiff objects to the Interrogatories to the extent that they are overbroad, harassing and vexatious.

8.      Plaintiff reserves the right to alter, amend or supplement her responses as may be necessary or appropriate.

9.      Plaintiff objects to the Interrogatories to the extent that Plaintiff's responses require an interpretation of any matter which is a question of law.

10.     Plaintiff objects to defendant's Definitions and Instructions to the extent they purport to impose burdens or obligations on Plaintiff beyond those contemplated by the Rules of Court.

11.     Plaintiff objects to vague terms set forth in defendant's Definitions and shall only answer to the extent that the definition is not vague.  Notwithstanding defendant's' Definitions to the contrary, "Plaintiff," "You" and/or "Your" shall only refer to Plaintiff, and shall not also include Plaintiff's agents, attorneys, servants, representatives nor any and all other persons acting or purporting to act (or who acted or purported to act) on her behalf at any time.

12.     Inadvertent information which is privileged, prepared in anticipation of litigation, or is otherwise immune from discovery, shall not constitute a waiver of any privilege or of another ground for objecting to discovery with respect to that information or any other information, or its subject matter, or of Plaintiff's right to object to the use of any such information during any proceeding in this litigation or otherwise.

13.     Plaintiff is continuing to search for information responsive to defendant's Interrogatories, and therefore reserves the right to supplement her responses to each interrogatory

DocuSign Envelope ID: D8DD7868-7EEA-4FD8-AF43-5B8B05F34906

with additional information, if and when such information becomes available to Plaintiff's counsel. Plaintiff also reserves the right to object to the future disclosure of any such information.

Subject to and without waiver of these General Responses and Objections, which Plaintiff hereby incorporates into each response given below, Plaintiff hereby responds to defendants' First Interrogatories as follows:

## INTERROGATORIES

**INTERROGATORY NO. 1:** For any request for admission served upon Glamour Dolls by LFI, including LFI's First Set of Requests for Admission to Glamour Dolls, that Glamour Dolls does not unequivocally admit, Explain in Detail the factual and legal basis for your response to that request for admission.

**RESPONSE: Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion.  Notwithstanding and without waiving these objections, plaintiff responds as follows:**

**RFA 1 - <u>Admit</u>**

**RFA 2 – <u>Admit</u>**

**RFA 3 - <u>Admit</u>**

**RFA 4 - <u>Admit</u>**

**RFA 5 – Deny._ In addition to the above objections, defendants Lisa Frank and LFI**

strategized the Kickstarter campaign.

**RFA 6 – <u>Deny</u>.** There was no breach of the 2016 Agreement by plaintiff, it ended and was superseded by the 2017 Agreement. The 2017 Agreement notice of breach was implicit in the communications sent by plaintiff to defendants.

**RFA 7 –** Asked and answered. See response to RFA 6.

**RFA 8 - <u>Deny</u>.** In addition to the above objections, LFI completely failed to provide artwork for several products under the 2016 agreement.

**RFA 9 - <u>Deny</u>.** In addition to the above objections, LFI completely failed to provide artwork for several products under the 2017 agreement.

**RFA 10 - <u>Deny</u>.** In addition to the above objections, as no such damages were due, none were paid.

**RFA 11 – <u>Deny</u>.** Plaintiff paid all royalties on net sales and paid for products that were pre-ordered but did not ship.

**RFA 12 – <u>Deny</u>.** In addition to the above objections, defendants Lisa Frank and LFI strategized the Kickstarter campaign.

**RFA 13 - <u>Deny</u>.** In addition to the above objections, defendants LFI and Lisa Frank strategized the Kickstarter campaign.

**RFA 14 - <u>Deny</u>.** In addition to the above objections, defendants LFI and Lisa Frank strategized the Kickstarter campaign.

**RFA 15 - <u>Deny</u>.** In addition to the above objections, defendants LFI and Lisa Frank strategized the Kickstarter campaign.

**RFA 16 - <u>Deny</u>.** In addition to the above objections, the mootness of this request

demonstrates a lack of understanding of this matter. All artwork provided to plaintiff was digital, there exists no physical inventory to be "returned."

**RFA 17 - <u>Deny</u>.** In addition to the above objections, plaintiff believes it complied with any and all requests by defendants.

**RFA 18 - <u>Deny</u>.** In addition to the above objections, plaintiff believes it did not manufacture, sell or market any LFI licensed products post-termination of the 2017 agreement.

**RFA 19 – <u>Deny</u>.** Plaintiff believes all royalty payments were made by plaintiff up until the 2017 Agreement was terminated.

**INTERROGATORY NO. 2:** Explain in Detail all facts and legal authority supporting your allegation that LFI is the alter ego of Lisa Frank.

**<u>RESPONSE:</u>** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds as follows:

Upon information and belief, Lisa Frank Incorporated is properly understood to be the alter ego of Lisa Frank. The following facts lending itself to this belief, *inter alia*, LFI and Lisa Frank commingled monies, and many employees of LFI communicated with GDI on Lisa Frank's personal non-business related matters.

1   **INTERROGATORY NO. 3:** Explain in Detail all facts and legal authority supporting your

2   allegation that adherence to LFI's corporate form would sanction a fraud and/or promote

3   injustice.

4   **RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and

5   **Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague,**

6   **seeks confidential and private information, is not reasonably calculated to lead to the**

7   **discovery of admissible evidence, seeks attorney client privileged communication and/or**

8   **confidential attorney work product.  Notwithstanding and without waiving these objections,**

9   **plaintiff responds as follows:**

10  **Objects as this interrogatory demands a legal conclusion from a lay person.**

11

12

13

14  **INTERROGATORY NO. 4:** Identify and Explain in Detail each false statement you claim

15  that LFI made about Glamour Dolls, as alleged in Paragraphs 66, 98, 104, and 114 of the

16  First Amended Complaint (FAC).

17  **RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and

18  **Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague,**

19  **seeks confidential and private information, is not reasonably calculated to lead to the**

20  **discovery of admissible evidence, seeks attorney client privileged communication and/or**

21  **confidential attorney work product, and demands that plaintiff draw a legal conclusion.**

22  **Notwithstanding and without waiving these objections, plaintiff responds and believes as**

23  **follows:**

24

25  **FAC 66.  LFI made the following statements which are not inclusive of all possible**

26  **statements made by LFI and/or Frank:**

27

28

- GDI was under federal investigation,
- GDI continued to sell products after Agreements were terminated,
- GDI did not pay sales royalties,
- Kickstarter campaign was not an approved sales channel,
- GDI failed to complete products they committed to,
- GDI failed to pay "royalties on sales of products that they continue to sell on Amazon and elsewhere even though we have asked that Glamour Dolls cease making those sales before fulfilling the Kickstarter campaign."
- GDI completely failed to live up to the agreement, and
- GDI failed to manufacture and deliver products.
- LFI was "not involved in the Kickstarter offering "
- LFI said they "haven't received a cent from the Kickstarter"
- LFI said "that the matter is being looked into by federal authorities who we will assist as requested "

FAC 98. Upon information and belief, defendants partook in actions knowingly leading to the dissemination of false and malignant statements against plaintiff constituting defamation, to wit, making disparaging comments against GDI to a media outlet, Insider Inc.

FAC 104. Upon information and belief, defendant partook in actions knowingly leading to the dissemination of false and malignant statements against plaintiff constituting defamation which caused public backlash as evidenced by the documents produced by plaintiff.

FAC 114. Upon information and belief, defendant partook in actions knowingly leading to the dissemination of false and malignant statements against plaintiff constituting defamation which caused public backlash as evidenced by the documents produced by plaintiff.

**INTERROGATORY NO. 5:** With respect to each false statement identified in response to Interrogatory No. 3, Identify and Explain in Detail all harm, loss, or other damage you claim

to have suffered as a result of such statement.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

Collectively, those statements caused the following harms and damages.  These statements are not inclusive of all possible statements made by LFI and/or Frank:
- damaged reputations with trade partners, buyers, suppliers, and finance partners
- destroyed GDI's online reputation,
- lead to harassment of staff and interns,
- led to false accusations against the partners,
- operational collapse including layoffs,
- caused GDI to default on multiple credit faculties,
- led to coordinated Better Business Bureau of acquiescence of acquiescence complaint campaigns,
- led to loss of industry standing (prior to this, upon information and belief, GDI was ranked the #1 independent beauty brand in America.),
- lost additional trade relationships,
- subpoenaed by the U.S. Attorney General's office for fraud (no fraud discovered),
- loss of current and prospective retailer relationships,
- loss of online sales,
- forced to abandon major beauty tradeshow (GenBeauty tradeshow),
- forced to shut down physical office space,
- loss of press and public relations, along with garnering negative press,
- harassed by LFI fans whenever GDI tried to revamp or relaunch their products, and
- manufactured excess and non-sellable inventory.

**INTERROGATORY NO. 6:** Identify and Explain in Detail every product for which you claim that LFI failed to provide artwork under the License Agreements.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and

Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

> Products include but are not limited to the following- Cat Eyeliner, Matte Mousse, Wengie Pallet, Unicorn Lippie, Lipgloss Tin, Vegan Leather Bag, Bold and Bright Pallet, Naturally Glam Pallet, Nail Polish, Agenda Set, Brush Roll Set, Pencil Set, Makeup Case, and Face Chart Coloring Book.

**INTERROGATORY NO. 7:** Identify and Explain in Detail every product that you submitted to LFI for approval or disapproval under the License Agreements between June 1, 2017 and June 30, 2017.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds as follows:

> In June of 2017, GDI was working with LFI's team on the initial development of the Kickstarter collection and needed final approvals for the large run of products being manufactured for Ipsy's Fall/Winter 2017 subscription boxes.  Products included the

following – one shade of the Travel Bronzer and two shades of the Single Eyeshadow.  LFI was aware of these product deliveries since 2016 when the purchase orders came into GDI.

**INTERROGATORY NO. 8:** Identify and Explain in Detail each and every written notice demanding approval or disapproval of samples submitted between June 1, 2017 and June 30, 2017, pursuant to Section 8.2(d) of the 2016 License Agreement.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds as follows:

> Plaintiff believes the Travel Bronzer and the two Single Eyeshadow products needed approval in June 2017 to ensure on-time and successful delivery to Ipsy.  Frequent conversations were had between GDI and LFI regarding this.  Emails were provided to LFI from GDI regarding the products approval and disapproval per the Agreement.  Such notices were sent by the GDI team and may have included physical samples.  GDI was not able to communicate with LFI's artist which compounded the problems in getting approval.

**INTERROGATORY NO. 9:** Identify and Explain in Detail all facts supporting your allegations in Paragraph 35 of the FAC that in November 2017 "the vast majority of such samples were still awaiting final review and approval."

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds as follows:

GDI believes it supplied a total of 14 products to LFI for approval per the agreements. As of November 2017, GDI believes it was still awaiting on approval for 9 or more items. Such items included: flip folder style eyeshadow palettes, cat eyeliner, vegan leather makeup bag, matte mousse, lip gloss tin, among others.

**INTERROGATORY NO. 10:** Identify and Explain in Detail all Communications with LFI relating to the written notices identified in response to Interrogatory No. 8.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

On or about November 27, 2017, LFI informed GDI by email of an issue with LFI's layout of the Travel Bronzer's artwork originating from LFI's supplied and approved artwork.

For the Single Eyeshadow, LFI notified GDI, alleging breach of the contract due to GDI manufacturing products with a misspelling originating from LFI's supplied and approved artwork.

Communications from GDI to LFI included: Emails, text messages, phone calls and physical samples mailed for finished products.

**INTERROGATORY NO. 11:** Identify and Explain in Detail all facts and legal authority supporting your allegation in Paragraphs 42 and 83(f)(iv) of the FAC that Defendants lost and misplaced various samples which Glamour Dolls submitted to LFI for review.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

The Matte Mousse samples, among other items, were delivered to LFI's offices. LFI claimed to not receive them even though tracking proved successful delivery. This led GDI to have to remake items at their own expense and caused further delays. It was proven that the samples were delivered to LFI, it is only reasonable to presume that losing samples if not intentional, was due to a lack of diligence, slacking off and an overall showing of bad faith.

**INTERROGATORY NO. 12:** Identify and Explain in Detail all facts and legal authority supporting your allegation in Paragraphs 11 and 83(a) of the FAC that LFI entered into the 2016 License Agreement with no intention to fulfill its terms and obligations.

**RESPONSE: Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:**

> **After a highly successful marketing and sales campaign in 2016, rather than focusing GDI products, LFI (Laura Crawford, Janice Ross, Shannon McPhillips) and Lisa Frank's 2016 and 2017 demands revolved around making GDI assist on helping Lisa Frank's son get into colleges, including Ivy League colleges, and pay for a trip to Greece for his high school graduation. LFI implied that if GDI did not assist in these nonbusiness related matters, LFI would cease to work with plaintiff.**

**INTERROGATORY NO. 13:** Identify and Explain in Detail all facts and legal authority supporting your allegation in Paragraphs 39 and 83(a) of the FAC that LFI entered into the 2017 License Agreement with no intention to fulfill its terms and obligations.

**RESPONSE: Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the**

discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

LFI altered the size and schedule of royalty payments to maximize LFI's profits before products would make it to market. Two examples, the annual royalties jumped from about $25,000 to $500,000 and quarterly payments schedule was changed from being paid at the end to the beginning of each quarter. LFI required payment of royalties for products ordered but not shipped. Additionally, LFI made unreasonable changes to the Agreement regarding product development. LFI withheld access to necessary artwork on its FTP server. LFI required detailed production documents about the products and retailer sales plan from GDI, however, LFI did not respond to them nor supply their own documents. LFI started charging 50-100% more for art samples similar to those previously ordered, without explanation. Finally, LFI demanded royalty payments prior to them being contractually due and refused to do work unless complied with.

**INTERROGATORY NO. 14:** Identify and Explain in Detail all facts supporting your allegation in Paragraphs 57, 78(d), 83(c), and 86(b) of the FAC that LFI refused to accept samples submitted by Glamour Dolls for review.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the

discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

> After supplying LFI with samples, LFI on occasion refused to allow GDI to provide new sample submissions in compliance with its requests. A few times, LFI claimed they did not receive and/or lost samples which GDI confirmed delivery of.

> Janice Ross of LFI told GDI that LFI would not discuss anything regarding product development until the next royalty payment was made.

**INTERROGATORY NO. 15:** Identify and Explain in Detail all facts and legal authority supporting your allegation in Paragraphs 31, 34, 43, 53, 83(f), and 86(a) of the FAC that LFI intentionally delayed the production process under the License Agreements.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

> The FTP server containing all LFI artwork was problematic to the extent that artwork was not available to GDI per Agreement. A list of target retailers was provided to LFI by GDI on which LFI never provided feedback. Janice Ross, LFI

Vice President, promised GDI a project management plan which was never delivered. GDI emailed Janice Ross during June 2018 about products that were due from February 2018. Ms. Ross made it clear that nothing would be done unless royalty payments were made earlier than per the Agreement. The last wire for the advanced royalty payment was received on June 28 by LFI, and on June 29 Ms. Ross contacted GDI to setup a call for the following week. That call consisted of LFI terminating the Agreement with GDI.

**INTERROGATORY NO. 16:** Identify and Explain in Detail every false and material representation you allege LFI made to you, as alleged in Paragraph 86 of the FAC.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

Lisa Frank and Janice Ross, LFI Vice President, assured GDI that they would get LFI up to speed and organized in order make sure product development would meet the deadlines. Due to their assurances, GDI continued in good faith and, resultingly, suffered catastrophic losses. Losses include, but are not limited to:

- Kickstarter community accusing GDI of not getting their products and holding GDI responsible for their losses and began requesting refunds, filing organized

Better Business Bureau complaints, etc.

- A nationwide program with Hot Topic where the initial purchase orders were already issued – ended up being cut due to LFI's artwork delays and reaching out to them advising them to cancel GDI orders.

- Nordstrom had met with GDI and made an LFI/GDI program for their products which ended up getting cancelled.

- Indiegogo had met with GDI and was impressed by the KickStarter campaign and wanted to develop the next round of products on their platform. GDI had the preliminary products already laid out for this and had discussed them with LFI.

- Amazon had met with GDI and wanted to feature GDI's Lisa Frank collection alongside GDI's other products in their launch of Amazon Beauty.

- Due to LFI's accusations and failure to uphold their end of the Agreements, Glamour Dolls was subpoenaed by the Attorney General's office, who upon reviewing the matter decided not to pursue action against GDI for fraud.


**INTERROGATORY NO. 17:** For each and every misrepresentation identified in response to Interrogatory No. 16, Explain in Detail all facts and legal authority supporting your allegation that LFI made such representations with knowledge of their falsity.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion.

Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

> Upon information and belief, Defendants' actions did not match up with what they told GDI. Ms. Frank began to refuse approval of products which were already finished and up to her specifications. Production and sales strategy was requested from GDI but was not responded to or provided in kind. GDI was promised visibility from Ms. Ross on LFI's process but never received it. A few months prior to actual termination of the Agreement, GDI was in conversations with a buyer from Ulta who questioned if GDI still had the LFI license alluding to the fact that she had heard otherwise. Prior to termination of the agreement, GDI saw a social media post from LFI promoting a competing supplier and alluding to future collaborations therewith.

**INTERROGATORY NO. 18:** For each and every misrepresentation identified in response to Interrogatory No. 16, Explain in Detail each and every action or inaction Glamour Dolls alleges it took or did not take in reliance upon such misrepresentation.

**<u>RESPONSE:</u>** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

> GDI continued to focus on development of LFI products; GDI continued to finance

DocuSign Envelope ID: D8DD7868-7EEA-4FD8-AF43-5B8B05F34906

purchase orders received and prospective business; GDI paid to expedite sample production, developed additional products for LFI for Nordstrom, Indiegogo, Ulta and other retailers; paid warehouse and logistic fees for LFI products; continued promotional activities; GDI took out loans to cover the business promises conveyed by LFI; among other actions.

**INTERROGATORY NO. 19:** Identify and Explain in Detail all payments made by you to LFI under the License Agreements.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

GDI paid all artwork invoices, made all the quarterly royalty payments for products sold, and paid all advances up to termination of the Agreement by LFI. These payments were made by wire to the account provided by LFI.

**INTERROGATORY NO. 20:** Identify and Explain in Detail all facts and legal authority supporting your denial of Paragraph 39 of the Counterclaim.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and

DocuSign Envelope ID: D8DD7868-7EEA-4FD8-AF43-5B8B05F34906

Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

> LFI was fully aware of the KickStarter campaign.  In the fall of 2016, Lisa Frank flew to NYC and visited Kickstarter headquarters in Brooklyn, with GDI, where she met with executives from Kickstarter with the goal of planning the campaign.  In addition, LFI provided GDI with the contact information for influencer Kandee Johnson who GDI then paid to create the launch video for the campaign.  GDI and LFI were in regular communication regarding the campaign before it's launch, during its term and after its completion.  LFI's team was also notified of and participated in updates to the Kickstarter backers.  Furthermore, GDI was required to purchase Lisa Frank postcards from LFIs old inventory and pay LFI to have them printed with a message from Lisa Frank to the Kickstarter backers.

**INTERROGATORY NO. 21:** Identify and Explain in Detail all facts supporting your denial of Paragraph 46 of the Counterclaim.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or

confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

In June of 2018, LFI informed GDI that it would not do any work until the next royalty advance was received. On June 29, 2018, LFI confirmed receipt of a wire for the requested advance of $125,000 and scheduled a call with GDI for July 3, 2018 to discuss the "status of the business." During the July 3, 2018 phone call, Ms. Ross informed GDI that LFI was terminating the Agreement.

Paragraph 46 was denied on its face as it purposely maligns GDI and mischaracterizes the events which took place post its agreement with LFI. It was LFI who consistently breached the License Agreement and made it impossible for GDI to fulfil its responsibilities. To the extent that paragraph 46 includes reference to the July 25, 2018 "termination notice," plaintiff admits that Exhibit C of LFI's Counterclaim appears to be a copy of such notice.

**INTERROGATORY NO. 22:** Identify and Explain in Detail all facts and legal authority supporting your denial of Paragraph 51 of the Counterclaim.

**RESPONSE:** Plaintiff objects to this Interrogatory as set forth in his General Responses and Objections 1-13, and additionally objects on the grounds that the Interrogatory is vague, seeks confidential and private information, is not reasonably calculated to lead to the discovery of admissible evidence, seeks attorney client privileged communication and/or confidential attorney work product, and demands that plaintiff draw a legal conclusion. Notwithstanding and without waiving these objections, plaintiff responds and believes as follows:

1    **GDI paid sales royalties on every unit sold under the license in addition to all royalty**

2    **advances, fees and invoices due up to the point of termination. After the termination,**

3    **GDI engaged an outside law firm, Seyfarth Shaw, who began communicating directly**

4    **with David Evered, LFI's in-house counsel. Any actions taken by GDI reflect the**

5    **guidance of their counsel at the time while working in conjunction with defendants'**

6    **legal counsel.**

DocuSigned by:

*Peter Georgotas*

B27A119D8EDA422...

_____

Peter Georgotas
Glamour Dolls Inc., Representative

DATED: April 4, 2023

# Exhibit 4

| From: | Kickstarter [no-reply@kickstarter.com] |
|---|---|
| Sent: | 6/1/2018 12:06:13 AM |
| To: | Laura Crawford [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ff11f67a65e5430986e627778c014340-laura] |
| Subject: | Project Update #62: Lisa Frank Makeup Collaboration ♥ by Glamour Dolls Makeup |



**Here's a copy of your most recent project update!**

Just a reminder that you have until 05/31/2018 20:36 PM EDT to <u>edit your post</u>. Edits won't be reflected in the email sent to your backers.

## Sound the Unicorn Horn

Posted by Glamour Dolls Makeup (Creator)

Hi everyone,

I hope everyone had a nice holiday weekend and is ready for an awesome summer =D

I just wanted to jump in and provide some updates.

Almost all of the products are now being fully reviewed with just minor touch-ups to the artwork and design and we're very close to the production finish line. That being said, we are working on making these products a higher quality that is also a great value, so we don't want to cut any corners.

The big news this week is that we have a great sample of the Nail Polish to share with you. Please note that the colors on this horn are not the final colors - Lisa will be adjusting these to be uniquely and astonishingly "Lisa Frank" signature colors.

LFI0001507



Unpainted

LFI0001508



Painted

Here's the [Production Matrix](Production Matrix)

We'll be back soon with new updates for the Highlight Shimmer Powder, Eyeliner, Palettes, and the rest of the products! I know it's been a long wait, and right now we ourselves are often in a waiting period as the final review samples continue to be manufactured and delivered to us and Lisa for review. We're just going to keep at it and create the coolest, most fun, and sparkling products for you.

Have a great weekend,

Peter

Confidential



  

Kickstarter · 58 Kent St, Brooklyn NY 11222

Contact Us

We're Hiring

LFI0001510

# Exhibit 5

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glamour Dolls, Inc., | Case No. 4:21-CV-0228-TUC-SHR |
| Plaintiff, | **DECLARATION OF SIDNEY TURTCHIN IN SUPPORT OF DEFENDANTS'/COUNTER-CLAIMANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Lisa Frank, Inc.; and Lisa Frank, in her individual and corporate capacity | |
| Defendants. | |
| Lisa Frank, Inc., | |
| Counterclaimant, | |
| vs. | |
| Glamour Dolls, Inc., | |
| Counterdefendant. | |

I, Sidney Turtchin, being of legal age and competent to testify, declare as follows:

1. I am currently over 18 years of age and have personal knowledge of the facts stated herein, or knowledge based upon the corporate records which are in my custody or control. I could and would testify to these facts in a court of law if asked to do so.

2. I am a Paralegal at Greenberg Traurig, LLP.

3. On November 3, 2023, I accessed https://www.kickstarter.com/projects/168282293/lisa-frank-makeup-collaboration/posts/2196123. That url links to a Kickstarter post, which is identical to Exhibit 4, attached to Defendants' Motion for Summary Judgment.

4. I then clicked the link embedded in the statement "Here's the Production Matrix" (accessible at https://cdn.shopify.com/s/files/1/0242/5397/files/Matrix_05-31-

1    2018.png?6687404612935957807.) A true and correct copy of that Production Matrix is

2    attached here as **Exhibit A**.

3        I declare under penalty of perjury that the foregoing is true and correct.

4        DATED this 10th day of November 2023.

5

6        By: *Sidney Turtchin*

7        Sidney Turtchin

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000

2

# Exhibit A

| Product | Ingredients | Certified Vegan/Cruelty Free | Artwork | Status Notes |
|---|---|---|---|---|
| Travel Bronzer | YES | YES | COMPLETE | Manufacturing in progress, completion soon |
| Single Eyeshadow | YES | YES | COMPLETE | Manufacturing in progress, completion soon |
| Unicorn Lippie | YES | YES | COMPLETE | Custom mold finalized and painted and currently being reviewed by Lisa. Stable Box/Packaging has been reviewed and we are improving gloss coat on unicorn for maximum shine. |
| Decked Out Cosmetics Bag | YES | YES | COMPLETE | Final production sample has been reviewed. We are adjusting vegan leather fabric to have SHINE effect. |
| Eyeliner | YES | YES | COMPLETE | Rainbow gradient eyeliner with better color range is being manufactured for review. |
| Lip Balm Tin | YES | YES | COMPLETE | Lip Balm Tin samples are complete and up for review. |
| Highlighter | YES | YES | IN PROGRESS | We are in the process of manufacturing improved Highlighter tubes with shiny/metallic features and rainbow bristles. |
| Matte Mousse | YES | YES | COMPLETE | Cap and logo colors have been chosen, sample production with chosen colors is underway. |
| Wengie Eyeshadow Palette | YES | YES | IN PROGRESS | Review is underway for artwork and color sample matching. |
| Bold & Bright Eyeshadow Palette | YES | YES | COMPLETE | Improvements to artwork and text for better visibility have been made and new samples are being made. |
| Natually Glam Eyeshadow Palette | YES | YES | COMPLETE | Improvements to artwork and text for better visibility have been made and new samples are being made. |
| Markie's Magical 3 Piece Manicure Set | YES | TESTING IN PROGRESS | IN PROGRESS | Sample Unicorn Horn caps have been painted New color formulations are complete and look stunning. Packaging design is complete and being manufactured. Artwork placement to follow. |

# Exhibit 6

**From:** chanel cohn [chanel@glamourdollsmakeup.com]
**Sent:** 6/5/2018 9:51:20 PM
**To:** Janice Ross [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b651ad9b2ce74ca3961d28aaaa019757-jross]
**CC:** Peter Georgotas [peter@glamourdollsmakeup.com]; Shannon McPhillips [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8d6a8b7a5f0401eaf67232feb69368e-shannon]; Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]; Matt Kibildis [matt@glamourdollsmakeup.com]; Scott Damast [scottd@mgdsolutionsinc.com]
**Subject:** Re: Call Agenda
**Attachments:** LF_Kickstarter_Collection 6-5-18 cc.pptx


Hi All,

Powerpoint presentation attached for our call.

Please note, the most recent comments are in red.

Best,
Chanel

---

**From:** Peter Georgotas <peter@glamourdollsmakeup.com>
**Date:** Tuesday, June 5, 2018 at 12:50 PM
**To:** Janice Ross <jross@lisafrank.com>
**Cc:** Shannon McPhillips <SMcPhillips@lisafrank.com>, Lisa Frank <LFrank@lisafrank.com>, Matt Kibildis <matt@glamourdollsmakeup.com>, Chanel Cohn <chanel@glamourdollsmakeup.com>, Scott Damast <scottd@mgdsolutionsinc.com>
**Subject:** Call Agenda

Hi Janice,

Please find attached a meeting agenda for our call today.  We will follow up with the most recent production notes before the call.

Let me know if there's anything additional you'd like to cover =)

Have a good morning,

Peter



EXHIBIT 13
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

# LISA FRANK KICKSTARTER COLLECTION

### (back-to-school holiday retail 2018)

1. Single Eyeshadow and Travel Bronzer
2. Unicorn Lippie
3. Cosmetics Bag
4. Black Eyeliner
5. Lip Balm Tin
6. Highlighter Powder
7. Matte Mousse
8. Bold and Bright Palette
9. Naturally Glam Palette
10. LF x Wengie Palette
11. Markie's Manicure Set
12. Blush Brush and Crease Brush

**BRONZER/EYESHADOW BOXES**





**GD Production Notes**

4/18 received LASER PRINTED samples of revised artwork for layout approval

4/19 shipped two samples to AZ, two samples to NC for layout approval

5/4 – LF provided following feedback for GD to implement:
1. Logos on side panels are right side up.
2. Please make sure all text is centered in the square area on BACK of Eyeshadows.
3. Update the *"Picnic Shimmer Eyeshadow"* text on the back To dark purple (75c/100m) or (PMS 266C)

5/21 – Updated samples are being sent to us from China with 4 color process and LF inks and changes specified above.

**LF Action Items**

4/19 Approve or adjust layout of bronzer and eyeshadow box reprints. These are LASER PRINT once layout approved we will order 4c printed samples

5/21 – No further action necessary. Await new samples.

6-5 Samples due in tomorrow



3

**UNICORN LIPPIE**



Gloss Finish





Matte Finish



**GD Production Notes**

4/17 – Received repainted unicorn samples. One sample MATTE FINISH unicorn body, one sample GLOSS FINISH unicorn body

4/18 – Receive LASER PRINT unicorn box

4/19 – mailed one MATTE FINISH unicorn, one GLOSS FINISH unicorn, one LASER PRINT box to LF Arizona. Mailed one MATTE FINISH unicorn, one LASER PRINT box to LF North Carolina

5/4– LF Provided following feedback to GD:
Packaging layout looks good.

5/21 – Updated Outer Packaging samples are currently being manufactured in China with 4 color process and LF inks. Will send to LF when complete.

**LF Action Items**



4/19  -Approve MATTE or GLOSS FINISH unicorn body
        -Approve LASER PRINT box for layout. 4c printed sample will be ordered on
                layout approval

5/21 – Does LF have any feedback on Unicorn itself? Can we move forward with TOP sample production of unicorn itself (assuming Shiny/Glossy unicorn)?

6-5 Samples due in tomorrow

4

**COSMETICS BAG**





**GD Production Notes**

4/15– Received FACTORY PRINTED bag samples

4/19 Mailed one sample to LF Arizona, one sample to LF North Carolina

5/4 – GD working with supplier to implement the following changes specified by LF:
1. The bag and zipper tag can't be matte. Print on a shiny glitter vinyl. The colors are not printing bright due to the material of the bag.
2. The pink ink is wrong-its too red. Please use LF approved inks only.
3. Shift the front panel art just a little bit, as shown in the image below. Move art area up just a little, but make sure wing doesn't get cropped off. We want more breathing area for the bottom hoof.
4. The interior looks fun!
5. The zipper tag is cute but we found a few issues. The edges are messy and getting on the printed art- see circled area on the left image below. Please make sure edges are clean. The back mirror die line is getting printed. Do not print the dotted die line.

**LF Action Items**

4/19 Please provide any revisions or notes in addition to the above items for both layout and color

5/21 – Can LF send us a link or image of an existing LF product (bag/apparel/etc.) that has the "shiny glitter vinyl" – our factory is struggling to understand exactly what we mean when we provide this description.

6/4- Per the kick starter campaign they think they are receiving a vegan leather bag, therefore, the shiny glitter vinyl would change the material/the factory can make this have a shine to it but confirmed they cannot add the glitter to the entire bag. Let's discuss how to proceed.

# CAT EYELINER



**GD Production Notes**

4/15 – Ordered LASER PRINTED outer box sample for LAYOUT approval

4/19 – Unhappy with foil gradient effect from current factory, revising and sampling from additional factories

5/21 – GD awaiting production samples from supplier.

**LF Action Items**

5/21 None. Wait for samples to review.

6/4 – samples due in by 6/15 or before. Provided everything looks good we will send to you for final approval

**LIP BALM TIN**

**CORRECT COLOR**



**INSIDE WRONG COLOR**





**GD Production Notes**

4/15 – Ordered order box samples

4/17 – Testing print quality on tin. Waiting for factory samples

5/14 – GD provided samples to Janice in LA. Janice taking samples to LF in AZ.

**LF Action Items**

5/21 – Awaiting LF feedback from sample that Janice received in LA.

6/5- Sent over die-lines this afternoon. Waiting on the below comments back from my e-mail sent over as well?

1.  The tin needs to be more glossy. Our comments- Per the factory, they added a gloss finish on the tin and cannot make it glossier than the sample provided.

2. The packaging printing looks good. Please match the tin printing to the packaging printing. All ink colors do not match (look at the Lisa Frank logo and the unicorn's face).
Our comments -Since the tin is a different substrate than the paper, the factory has informed us it's hard to match the same color as the outer paper box. I had also pushed this previously with the factory and this was the best they could do.

3. We want the lip balm to be hot pink with sparkles. Our comments- Let's discuss the best strategy when we chat. Sure, I know Peter mentioned the kickstarter lavender color. Perhaps on our call we can discuss how to best proceed.



### SHIMMER HIGHLIGHT POWDER

OLD          NEW

**GD Production Notes**

**4/15 –** Glamour Dolls is in the process of testing printing for Shimmer Highlight Powder tube as well as colorations for brush bristles. We will send new samples of highlight powder and outer box when Complete.

**5/21 –** GD Sourced higher end Highlighter tube (see "NEW" Image to the left of this text. Waiting for initial samples to arrive. Will send samples and dielines to LF soon.

**LF Action Items**

**5/21 - *NOTE*** Artwork does NOT yet exist for this item. GD will soon send samples of product/tube and outer packaging for review / artwork creation when we receive the samples.

**6/4- samples due in by 6/15 or before. Provided everything looks good we will send to you for final approval**

**MATTE MOUSSE**





**GD Production Notes**

**4/15** – Glamour Dolls had domestic production facility create spec samples of Lip Mousse tubes with blue, pink, purple, and silver logos on the side for color Pairing with makeup color fill. Factory also created blue, pink, purple and silver Caps for color pairing. Factory laser printed outer boxes/packaging for Kiss&Makeup and Forever Young shades.

**4/17** – Glamour Dolls is sourcing new shades to round out collection that are More Lisa Frank On-brand.

**5/4** – LF Provided the following feedback:
Revised Spec - Please use this version going forward, updates explained below:
1. Updated the lips on the top of the box so that it faces the customer when you open the lid.
2. Updated the swatch on the bottom of "Kiss & Makeup"- lightened the color and added shimmer so it is more accurate to the lip mousse color.
3. Confirming colors: Forever Young- Chrome Cap & Logo: PMS Cyan C (Cyan Blue) Kiss & Makeup- Chrome Cap & Logo- PMS 266 C (Purple)

**\*NOTE\***: GD must also produce a Matte Mousse with a Rose color for Kickstarter backers. D'angelo has sourced a more vibrant Rose color that we believe is more "Lisa Frank" and will also please consumers. GD will send samples to LF soon.

**LF Action Items**
**4/19**
Provide feedback on foil caps and logo printing on tubes and possible color pairing choices for Kiss&Makeup and Forever Young Shades.
Provide feedback on print layout of outer box/packaging.

**5/21** – None - Await new samples.

**6/4**- We have a new mouse color being sampled for the kickstarter campaign. Will send it to you once received. Therefore, we will need to know what foil color you want for the logo and top. Let's discuss best process for fastest turnaround-
If we send you the color let us know if one of the other 2 foil colors sampled previously that are not being used for the other colors will work for this rather than sampling various versions in different foil colors?

9

**BOLD AND BRIGHT PALLET**

Outer Box (laser printed)     Inner Palette (laser printed)



**GD Production Notes**

4/15 – Sourcing new eyeshadow colors for next production run

4/17 – Received LASER PRINTED outer box sample. Received LASER PRINTED internal palette sample. One sample sent to LF Arizona, one sample sent to LF North Carolina
**printshop used old artwork for internal palette sample.  New samples in process

5/4 – LF Provided following feedback, GD is having new samples made:
B. Forrest
3. Updates on file: •Updated the back yellow & pink swatches to have a more glitter effect to match the actual eyeshadow sample • Enlarged the inside color swatch names to be larger (they are hard to read) 4. On the inside of the palette, center the background between the 2 eyeshadow pockets (see white circle in first image)- Reference art file for accuracy. 5. On the back of the box, the social media info did not print! See area indicated below. Reference art file.
•    Please include a clear, removable acetate on the inside of the palette to protect both the mirror and the makeup.

**LF Action Items**

4/19
Approve or revise LAYOUT of outer box.
Waiting for revised inner palette for LF to approve LAYOUT.
4c printed samples to follow

5/21 – None - GD is creating new samples – await new/updated samples.

6/4 –
1.   The Apostrophe in the Let's seems to be very close to the T, let me know if it should be changed or keep it as is.
2.   Is it supposed to be Jungle Sunlight or Sunglight?  Let me know if it should be changed or keep it as is.
3.   Do you want us to update this small changes or send it back to your team for the final sample?

**NATURALLY GLAM PALLET**

Outer Box (laser printed)



Inner Palette (laser printed)



**GD Production Notes**

4/15 – Sourcing new eyeshadow colors for next production run

4/17 – Received LASER PRINTED outer box sample. Received LASER PRINTED internal palette sample. One sample sent to LF Arizona, one sample sent to LF North Carolina

**printshop used old artwork for internal palette sample. New samples in process

5/4 – LF provided following feedback, GD is having new samples made:
A. Kitten Roses
1. Updates on file: * Adjusted text on the back so highlights don't get washed out * Enlarged the inside color swatch names to be larger (they are hard to read)
2. On the back of the box, the social media info did not print! See area indicated below. Reference art file.
*Please include a clear, removable acetate on the inside of the palette to protect both the mirror and the makeup.

**LF Action Items**

4/19
Approve or revise LAYOUT of outer box.
Waiting for revised inner palette for LF to approve LAYOUT.
4c printed samples to follow

5/21 – None - GD is creating new samples – await new/updated samples

6/4 – Sampling with Bold & bright together.

**LISA FRANK x WENGIE PALLET**



OUTER Box

Tray

Outside

Inside

ORIGINAL FILE SCALED TO SIZE
PLEASE PRINT TO SIZE

**GD Production Notes**

4/15 – Glamour Dolls will obtain new eyeshadow colors that complement artwork and are LF on-brand.

5/21 – D'angelo has sourced new colors that we believe should complement the artwork and also please cosmetics consumers and Wengie.

**LF Action Items**

5/21 -None at the moment. Await new color samples.

6-8- Peter will put you in touch with Wengie team to proceed.
Also, will be sending you new die line for the updated Wengie palette size as soon as received.

**MARKIE'S MANICURE NAIL POLISH**

**GD Production Notes**

4/9 – Making a sample of the cap. We will have a photo unpainted in 1 or 2 days

4/17 – New mold shown in photo.

4/20 – Cap colors are wrong but colors will be updated once cap is approved. Wanted to show the wrong colors as it looks so much better then the plain brown looks.
3 colors of nail polish leaving today for matching in Asia.

Please confirm we want the bottle to be clear with printing for the final production.

5/21- GD received samples of the product which we are happy with including richer and more vibrant nail polish colors, now waiting on die-lines and outer white packaging to send to Lisa to design

**LF Action Items**

4/19 – Waiting for samples and die lines. We are planning to do a clear bottle with shrink label but open to suggestions

5/21 - *NOTE* - Artwork does NOT yet exist for this product. GD will soon send samples of bottles and outer packaging for review / artwork creation soon.

6/5 – samples due in tomorrow of outer paper packaging along with nail polishes – Provided all looks good will send over with die-lines

- each cap can be 1 glitter color but not blended into a gradient of several colors
- Or each can be painted an individual color as shown on sample

**BLUSH BRUSH/CREASE BRUSH**



**Production Notes**

4/19 may expand set for future collection

**LF Action Items**

Nothing at the moment

# Exhibit 7

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

GLAMOUR DOLLS INC.,              )   Case No.:
                                 )   CV-21-0228-TUC-SHR
        Plaintiff,               )
                                 )
    vs.                          )
                                 )
LISA FRANK, INC. AND LISA        )
FRANK, in her individual and )
corporate capacity,              )
                                 )
        Defendants.              )
_____    )
                                 )
RELATED COUNTERCLAIMS            )
_____    )

DEPOSITION OF
PETER GEORGOTAS
Volume I (Pages 1-268)
Wednesday, August 23, 2023; 10:03 a.m.
Los Angeles, California

Magna Legal Services
866-624-6221  www.MagnaLS.com

Reported by Mimi Murray, CSR No. 13985



Page 43

```
 1            You purchased, Peter, shares from Jessica and
 2  then turned around and sold 20 percent, I guess, to
 3  these -- this other equity group; is that right?
 4      A    Not exactly.  There was more -- it was more
 5  complicated.  Like I said, there were other
 6  considerations in there.
 7      Q    Okay.  Go ahead and walk me through those
 8  considerations.
 9      A    As I mentioned previously, it was things like
10  sweat equity for -- you know, for -- for some of it
11  and --
12      Q    Your sweat equity?
13      A    No.
14      Q    Whose?
15      A    Some of the investors.
16            And discussions about future purchase order
17  financing; typical things.
18      Q    And you had been financing your purchase
19  orders prior to January 2018; correct?
20      A    Sometimes.
21            MR. SUSMAN:  Objection.  Foundation.  Form.
22  BY MS. SIXKILLER:
23      Q    You were factoring them?
24      A    No.
25      Q    Okay.  So you weren't using a factor for any
```



Page 44

1  of the purchases or invoices?

2      A    No.

3      Q    Okay.  So how were you financing future -- or,

4  pardon me, existing purchase orders prior to 2018?

5      A    It depends on the size of the order and the

6  customer.

7      Q    Go ahead and walk me through all of them, the

8  steps.

9      A    I -- I used whatever tool was appropriate.  I

10  have a background in finance.

11         So sometimes it would be a loan; sometimes it

12  would be a -- a crowd source purchase order finance;

13  sometimes it would be through other credit faculties;

14  sometimes it was personal.  It depended on the

15  situation.

16      Q    Anything else?

17      A    Not that I recall at the moment.

18      Q    Okay.  So when did Glamour Dolls start using

19  these tools to finance purchase orders?

20      A    I mean, back in 2014, when we started, 2013

21  maybe even, our first order.

22      Q    So Glamour Dolls just continued to use them

23  when it entered into the LFI agreements; correct?

24      A    The same credit faculties and infrastructure

25  that we were using, we also made available to -- to



Page 45

1    finance the LFI productions.

2        Q    And why was Glamour Dolls using these

3    resources rather than just paying it itself?

4        A    In our industry, when you receive a purchase

5    order from a retailer that's very large, like the ones

6    that we had secured, you -- it's, I would say, more

7    common for companies to do purchase order financing

8    than to pay cash for production.  That's not really how

9    businesses in our space operate typically.

10       Q    And when you say "our space," what space are

11   you talking about?

12       A    Other companies of our size dealing with

13   retailers that we're dealing with in duty or consumer

14   product space.

15       Q    And what size, when you say "our size," are

16   you talking about, in a company?

17            Your definition.

18       A    A growing startup.

19       Q    And you said "very large" purchase orders.

20   What do you mean by "very large"?

21       A    Some of them were in the millions of units or

22   in the million-plus unit category.

23       Q    And what's the floor for you when you say

24   "very large"?

25            Like, what makes it meet that threshold that



Page 49

1    channel, for lack of a better word?

2       A    We financed -- our goal was to finance

3    inventory for that as well through Kickfurther, along

4    with the Hot Topic purchase orders.

5       Q    So you mentioned it was a loan, and then one

6    was a crowd source, so I'm trying to distinguish

7    between the two.  So Kickfurther also did loans.

8            You created two -- you gave me -- one, two,

9    three -- four tools:  First being crowd source purchase

10   order financing; second, loans; third, other credit

11   facilities; fourth, personal.

12           So the crowd source, I get, was Kickfurther.

13      A    Yes.

14      Q    And let's just nail this down while we're

15   here.

16           Kickfurther was funding or financing the

17   Kickstarter purchase orders; correct?

18      A    No.

19      Q    No; okay.  What was the Kickfurther crowd

20   source purchase order finance related to?

21      A    The Hot Topic purchase orders and Amazon

22   Beauty inventory.

23      Q    What about Indiegogo?

24      A    That campaign never got realized.

25      Q    Got it.



Page 72

1    just the question being asked.

2              Was a written notice delivered to LFI, in

3    accordance with Section 18 of Exhibit 1, as to any

4    issue that Glamour Dolls was having with LFI?

5        A    I'm not sure if any of our team members did.

6    I did not send one.  We sent e-mails to Lisa Frank's

7    e-mail account.

8        Q    When you say "team members," what team members

9    might have sent a notice under Section 18 of Exhibit 1?

10       A    If anybody, maybe -- maybe Matt or --

11              (Reporter clarification.)

12              THE WITNESS:  Matt or --

13   BY MS. SIXKILLER:

14       Q    What's Matt's --

15       A    -- or Victoria.

16       Q    -- Matt's last name?

17       A    Kabildus (phonetic).

18       Q    Can you spell it?

19       A    I could try.

20       Q    Well, we'll look at it in an exhibit.

21              And Victoria, she's sometimes went by Tori as

22   well; correct?

23       A    Yes.

24       Q    And why do you think Matt or Victoria might

25   have sent a Section 18 notice to LFI?



Page 77

1      Q    So I'm just trying to figure out what I have

2    to anticipate.

3      A    Oh, got it.

4      Q    So is there going to be a day when you or

5    someone at Glamour Dolls is going to get up and say,

6    Oh, no, we sent them a notice under Section 18 by

7    either personal delivery or overnight courier?

8      A    I understand.  I don't have any knowledge of

9    that, like, specifically.

10          I had looked for everything during the

11   discovery that I could still access that I was still

12   able to get into, and so I provided everything that I

13   had to you.

14          As far as I'm aware, there's no other cloud

15   servers that I can still access from that time.

16     Q    Okay.  So if we don't have it -- and let me

17   back up though.

18          Outside of what you tried to find, you have no

19   knowledge, Glamour Dolls has no knowledge, of a notice

20   being sent out in compliance with Section 18?

21     A    I personally do not, yeah.

22     Q    Okay.  And you -- did you talk with Matt to

23   prepare to testify here today?

24     A    No.

25     Q    Did you try to reach Matt at all?



Page 78

```
 1      A     No.

 2      Q     When's the last time you spoke with Matt?

 3      A     Probably last year or the year before.

 4      Q     So --

 5      A     So this is 2013 --

 6      Q     Yeah, we're 2023.

 7      A     Sorry.  COVID kind of like distorts the --

 8      Q     Yeah.

 9      A     So probably -- yeah, 2022 or 2021, maybe 2021.

10      Q     Would it have been by phone?

11      A     Probably, yeah.

12      Q     When did Matt stop being the CIO of

13  Glamour Dolls?

14      A     Towards the end of 2018.

15      Q     Did he quit?

16      A     I don't think so.  We were just devastated

17  financially and I couldn't continue to pay my

18  employees, so I encouraged and tried to help them find

19  jobs so they could pay their rents and stuff.

20      Q     As of the end of 2018, did Glamour Dolls have

21  any employees left?

22      A     Just me.

23      Q     And were you drawing a salary?

24      A     No.

25      Q     Have you ever drawn a salary from
```



Page 86

1    one-time collection?

2        A    Yeah.  It was to do a limited -- a limited

3    edition collection of lipsticks that she wanted, I

4    think.  I don't know if there were other products, but

5    I think it was the lipsticks that she really wanted to

6    do.

7        Q    Okay.  And going back to the financial

8    position, you said devastated financially at the end

9    of -- by the end of 2018.

10           And so it -- by the end of 2018, Glamour Dolls

11   was unable to fulfill orders that were placed by a

12   consumer or retailer or anyone at that point in time,

13   based on its financial condition?

14       A    Yeah.  We might have been able to fulfill a

15   couple of small online orders that might have -- there

16   might have been inventory that was still left that was

17   getting sent out from the warehouse, but --

18       Q    That's what I was going to ask you.

19           So if you had -- so the only orders that

20   Glamour Dolls would be able to fulfill as of the end of

21   2018 would be orders where Glamour Dolls possessed the

22   inventory in its warehouse?

23       A    Correct.

24       Q    So has Glamour Dolls listed for sale items, in

25   any channel or forum, on its website or otherwise,



Page 92

1   BY MS. SIXKILLER:

2        Q    You have to answer.

3        A    Oh.

4             MR. SUSMAN:  If you can.

5             THE WITNESS:  Yeah.  I mean, I can't really

6   speculate as to LFI's mentality at the time, but I know

7   that there was not a lot of press around the brand and

8   she was very excited and, I would say, hungry to get

9   that press again and get that attention for herself and

10  the brand.

11  BY MS. SIXKILLER:

12       Q    And was looking for positive attention; right?

13       A    Yeah, yep.

14       Q    Successful campaigns?

15       A    Yep.  But I'm not really sure, to be honest.

16       Q    What do you mean?

17       A    Well, I know she had a history of a number of

18  other failed license campaigns prior to ours, and so

19  maybe -- I don't know what her state of mind was when

20  she enters them.

21       Q    I guess I'm just trying to get Glamour Dolls'

22  logic or understanding of this because it's their

23  belief as the intent from the start was not to fulfill,

24  from the day one, from June 3rd -- or 6th, June 6,

25  2016, that LFI had no intent of performing that



Page 93

1   contract.

2          I'm trying to figure out why Glamour Dolls

3   thinks a company hungry for press and successful

4   campaigns would want to enter an agreement that was

5   destined to fail or they -- they were intending to have

6   fail.

7          MR. SUSMAN:  Objection.  Form.  Foundation.

8   Asked and answered as well.

9          THE WITNESS:  Again, I don't know what their

10  intent was, but I know what their history is.

11         And I think if Lisa has the opportunity to

12  make someone else look like the party at fault for a

13  failed campaign, then she will take that opportunity

14  and try to use it as an opportunity to make herself

15  look good, in my experience.

16  BY MS. SIXKILLER:

17     Q    So that's -- so after the campaign has failed,

18  so you're -- "you," being Glamour Dolls -- is thinking

19  they had intended for the campaign to always fail;

20  right?

21     A    I don't know what they were intending.  It was

22  very confusing for us.  We suspect that, yes.

23     Q    Okay.  How does that benefit LFI to have a

24  failed campaign?

25         MR. SUSMAN:  Objection.  Calls for



Page 102

1    that area.

2              What I'm wondering is, I guess, does

3    Glamour Dolls have any evidence to show that on

4    June 6th, the effective date -- or as of June 6th, the

5    effective date of Exhibit 1, LFI did not intend to

6    perform?

7              Do you have a document you can point me to?

8        A    I don't think LFI ever put in writing:  We

9    don't intend to fulfill this.

10       Q    I'm talking generally though, is there

11   something that Glamour Dolls would say, Yes, there are

12   documents that exist that show that LFI had no intent

13   to perform Exhibit 1?

14       A    I think that most of our conversations before

15   signing this agreement were over the phone.

16       Q    And then what about after?

17             Anything you can point to that would show that

18   prior to execution of Exhibit 1 there was an intent not

19   to perform?

20       A    Yes.

21       Q    What would that be?

22             THE WITNESS:  Also, I need to use the

23   bathroom.

24             MS. SIXKILLER:  Okay.  Use the restroom, yeah.

25             Let's, can we just figure out real quick what



Page 181

1       A       P-e-t-a.

2       Q       Yeah.

3       A       Like the animal.

4       Q       And was it the No. 2 though, the kids'

5   program?

6       A       Yeah, I think it's a -- yeah, they have a -- I

7   don't know if they have subsidiaries or --

8       Q       So you had said peta2.  What was the other

9   company?

10      A       I said ULTA.

11      Q       ULTA.

12      A       Nordstroms.

13      Q       Did Glamour Dolls finish -- did Glamour Dolls

14  sell -- because you said Glamour Dolls had -- let me

15  step back.

16              Nordstrom had separately approached

17  Glamour Dolls about Glamour Dolls-only products.

18              Did you end up selling them those products?

19      A       No.

20      Q       Why not?

21      A       Because we -- we sent all the money that we

22  had to Lisa Frank for advances, and it left us in a

23  position where we couldn't even manufacture our own

24  products.

25      Q       At what point was that event reached, I guess,



Page 182

1  where you couldn't spend money manufacturing on

2  products, for Nordstrom or others?

3      A    By the end of Q1, after Lisa lost the FTP

4  access, we realized that there were very pending

5  deadlines and so we prioritized the products that had

6  deliveries.

7           And then as we spent money on those and those

8  orders went unfulfilled, we were never able to continue

9  investing in the other products that we were developing

10  for ourselves.

11      Q    So this was end of Q1 2018?

12      A    Yeah, Q1, Q2 2018.

13      Q    And the question as to the provisions in the

14  2018 agreement we'll circle back to tomorrow.

15           Make a note to myself.

16      A    Okay.

17           (Deposition Exhibit 4 was marked for

18           identification by the court reporter.)

19  BY MS. SIXKILLER:

20      Q    Okay.  Now, in front of you is a stack of

21  documents, starting with Exhibit 4.

22      A    Is that these ones?

23      Q    Yes.

24           And the copy behind the green-stickered one is

25  for Jordan.



Page 269

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

GLAMOUR DOLLS INC.,              )   Case No.:
                                 )   CV-21-0228-TUC-SHR
          Plaintiff,             )
                                 )
     vs.                         )
                                 )
LISA FRANK INC. AND LISA         )
FRANK, in her individual and     )
corporate capacity,              )
                                 )
          Defendants.            )
_____    )
                                 )
AND RELATED COUNTERCLAIMS        )
_____    )

DEPOSITION OF
PETER GEORGOTAS
Volume II (Pages 269 - 718)
Thursday, August 24, 2023; 8:55 a.m.
Los Angeles, California

Magna Legal Services
866-624-6221   www.MagnaLS.com

Reported by Mimi Murray, CSR No. 13985



Page 325

1      A    We tried first to amicably coordinate with

2   LFI's team for something that would have been a fair

3   resolution.  When that wasn't accepted, then I began

4   looking into filing a lawsuit.

5      Q    And anything else?

6      A    At that point, Glamour Dolls was close to

7   inoperable, and so our only options were to shut down

8   and leave people with nothing or to -- to pursue

9   justice.

10     Q    And about three months later, I think

11  yesterday you testified, basically Glamour Dolls was

12  inoperable as of the end of 2018?

13     A    Yes.

14     Q    But on Exhibit 11, following the post is pages

15  from LFI 235 to 266.  Do you have any reasons to

16  dispute those were comments to this post?

17     A    I honestly can't read them, but they look --

18  it looks like these are posted comments from

19  Kickstarter.

20     Q    Got it.  Yeah.  I'm not going to try and read

21  them.

22          Okay.  We'll jump back to Exhibit 10, also

23  requiring reading glasses.  LFI 288.  This one

24  indicates the post update and moving forward is by you.

25          Do you see that?



Page 355

1    handled by Glamour Dolls to get it to distributors?

2        A    I would say we work with our trade partners to

3    coordinate that.  So we would work with freight

4    forwarders or importers or warehouses or truckers,

5    basically arranging the shipping.

6        Q    One of those companies was MGD Solutions?

7        A    Yes.  Well, they were also a -- they had some

8    logistics components, but yeah, they did some of that.

9        Q    Got it.  Would they be at another stage in

10   this timeline or no?

11       A    Yep.  They were also helping with sourcing at

12   some points, and they were -- we were working with some

13   factories that they had relationships and worked with.

14       Q    How did the relationship with MGD Solutions

15   end?  Let me rephrase it.

16            Did Glamour Dolls owe MGD Solutions money at

17   the time it stopped working with them?

18       A    No.

19       Q    Did MGD Solutions terminate its relationship

20   with Glamour Dolls, or did it just natural end when the

21   business ended?

22       A    It kind of naturally ended, and may change the

23   nature of their business a little bit.  I think that

24   Scott felt, you know, like they had also suffered from

25   LFI's actions, and he just was ready to move the



Page 356

```
 1   business.  And he felt that this was something I don't
 2   think that they, you know, wanted to move forward
 3   working on, and we certainly weren't in a position to
 4   continue paying them or operate with them.
 5       Q    So MGD Solutions, what direction did they move
 6   into?
 7       A    A similar direction, but I think they scaled
 8   down some of their warehouses and logistics.  They
 9   might have sold their warehouse or something.  I'm not
10   positive.
11       Q    Were they doing what they did on the LFI
12   campaign for others prior to them working with you or
13   was this their first foray in that space?
14       A    No.  They were a third generation family
15   business doing national retail distribution and
16   importing for other major companies as well.
17       Q    And would you say you're still on good terms
18   with Scott at MGD today?
19       A    I haven't spoken to Scott in a while, but, you
20   know, we left things on a positive note, and he works
21   with some of my friends.
22       Q    Friends.
23            Does he work with any of your other companies
24   like the CBD one?
25       A    No.
```



Page 357

1    Q    NRS, where -- where does NRS fit, if anywhere,

2    on this flowchart?

3    A    I think at this point, we had kind of

4    transitioned over to MGD for a lot of our logistics

5    solutions, or were in the process of transitioning.

6    And so I think we were just kind of changing warehouses

7    and working with a new logistics partner that was more

8    comprehensive.

9    Q    Did Glamour Dolls owe NRS money at the end of

10    its relationship?

11    A    I don't believe so.

12    Q    And why did the relationship with NRS change?

13    Why did you transition away from them?

14    A    Because MGD was able to offer a more 360

15    logistics solution for a company our size.

16    Q    And would Kickfurther be under the financing

17    category or would that be different?

18    A    That would be under financing.

19    Q    And Kickfurther, when did Glamour Dolls stop

20    working with them?

21    A    At the end 2018.

22    Q    And did that relationship end because Glamour

23    Dolls owed it money?

24    A    Yes.  We owed them money on those Lisa Frank

25    products.



Page 360

1      A      Yeah.  They had -- their buyer had reached out

2   to us prior to the Insider article about working with

3   us and then ceased communications with us after the

4   Insider article.

5      Q      Okay.  So the buyer of H-e-b.  And it reached

6   out about Glamour Dolls products or LFI products?

7      A      Glamour Dolls.

8      Q      Before Insider article?

9      A      Uh-huh.

10     Q      And that Insider article was November 2020?

11     A      I believe so.

12     Q      And their buyer reached out asking about what?

13     A      Carrying Glamour Dolls products.

14     Q      Did the buyer mention specific products?

15     A      Specifically, she liked our doughnut lip

16  glosses, or that was the product she was most excited

17  about.

18     Q      At that point, you guys didn't have the

19  ability, though, to work with her?

20     A      Correct.

21     Q      Okay.  And she -- do you have that e-mail?  I

22  don't know if you produced it.  I can -- and maybe

23  that's where I saw the name, but --

24     A      I don't think it was an e-mail.  I think it

25  came through one of the platforms that we have our



Page 361

1    products listed on.

2       Q    Oh, like a Amazon or one of those?

3       A    More like a shop, not like a sales --

4       Q    Oh, Shopify?

5       A    No, no.  Not like a sales platform.  Like one

6    of those ones that you can list your products for

7    buyers to like reach out to you if they're interested

8    and they like it.

9       Q    Got it.  So it would be like a chat through

10   that link or something?

11      A    Yeah.  It's like one of those things where you

12   have a profile of your company and the products

13   available and buyers can peruse and reach out to you.

14      Q    Was there more than one exchange with this

15   buyer?

16      A    There were samples mailed to them.

17      Q    Samples.  Okay.

18      A    I think.  And maybe there was like one or two

19   exchanges.

20      Q    Did you have any of those doughnut lip glosses

21   still in inventory at that time?

22      A    We did --

23      Q    Because -- sorry.  I thought inventory was

24   destroyed at the end of 2018.  Sorry.  I'm just trying

25   to figure out.



Page 367

1    they'll fuse a product out.  If it's going to arrive in

2    30 days or, you know, for example.  So that could be a

3    number of sales channels, and you might approach them

4    at different times in this process.

5        Q    And circling back to H-e-b real quick, because

6    I just made sure -- I just want to be able to wrap up

7    certain things.

8        A    Yeah.

9        Q    So end of 2019, early 2020, if you had sent

10   product samples with -- would you have gotten an e-mail

11   possibly with the follow-up communication from them,

12   now that you're kind of communicating in a different

13   way?

14       A    Yeah.  Now that you're mentioning it, I really

15   would have to go back and look.  But it must have been

16   closer -- I do recall that it was -- the samples were

17   sent, but the conversation was closer to the Insider

18   article.

19            So if you're telling me that's fall of 2020,

20   it was more likely the summer of 2020 maybe that we

21   sent stuff to H-e-b.

22       Q    But then would H-e-b have communicated back to

23   you by e-mail rather than that platform?

24       A    No.  They probably would have stayed in the

25   platform.



Page 368

1    Q    Okay.  And why do you think that?

2    A    Because that platform is a standard in the

3 industry, and buyers use it regularly to communicate

4 and place orders with vendors.

5    Q    And who was the -- what's the name of the

6 person at H-e-b you're interacting with?

7    A    I don't remember.

8    Q    How many interactions total did you have with

9 this person?

10   A    A few.  I don't remember if we spoken on the

11 phone as well, but just a couple.

12   Q    And did the person ghost you after you sent

13 the samples, like not respond?

14   A    I do believe we maybe spoke on the phone

15 afterwards because they wanted to confirm that they

16 were received and to get feedback.  But I don't recall

17 like the specifics of the H-e-b interaction other than

18 those.

19   Q    Would there be anything that would help

20 refresh your memory?

21   A    Yes.  If I could see if I could access -- get

22 access to that platform to get messages.  The receipt

23 for the samples that were sent, you know, those would

24 be helpful in pinning down the timeline and how we were

25 communicating.



Page 369

1    Q    Had you received any feedback on the quality

2    of the samples after they were sent?

3    A    I don't think so.  That product was generally

4    well liked and had been in distribution for a while.

5    Q    But you don't have the H-e-b person's specific

6    feedback?

7    A    I don't remember.  Yeah.  I don't remember if

8    we like touched on it on the phone.  I remember just

9    trying to follow up and make sure that they received

10   and having a conversation.

11   Q    Did -- did H-e-b ever issue a purchase order?

12   A    No.

13   Q    Going back to the flowchart now, there's a

14   final box in the third phase of delivery, and that's

15   Glamour Dolls working with its trade partners; right?

16   A    Delivery?

17   Q    Yes.

18   A    Yeah.  It depends who the customer is, you

19   know.  Delivery is depending on the customer and, you

20   know, a retailer is different than an individual

21   customer and that kind of thing.

22   Q    LFI would not have a role, though, in delivery

23   under the license agreement?

24   A    No.

25   Q    Correct?



Page 371

1    Q    And then those would be sent to LFI once they

2    were done?

3    A    Yeah.  We were just working with Ulta to

4    progress the program, and then, you know, we're getting

5    LFI's input.

6    Q    Okay.  So the top e-mail is from you to

7    Janice, going back to that.  It was about the WIP, and

8    it says (as read):

9         The first tab is a quick view of action items,

10   and the second half is a draft of a full WIP report.

11   Could you look over the column headers or send us a

12   sample of format you like, and we'll get to work

13   filling it in?  Thank you, Peter.

14        Does that change your understanding of who was

15   preparing the WIP report?

16   A    No.  Janice proposed sending us a WIP report

17   and never -- LFI's never sent it.  And so we were just

18   trying to get a document --

19   Q    So this one that's attached to Exhibit 14 was

20   prepared by Glamour Dolls?

21   A    Yes, because LFI did not.

22   Q    Okay.  And if we look -- so if you switch to

23   the attachment, it's really small pictures on here.

24   Sorry.

25   A    No, it's okay.



Page 372

1    Q    So if you go to the first page of the
2  attachment and you see the Bold & Bright Eyeshadow
3  Palette?

4    A    Yes.

5    Q    Okay.  And then below that, there's -- I guess
6  there's a photo column.  This is photos of the artwork,
7  if there was artwork, and the product without artwork,
8  if there was no artwork yet?

9    A    This was an example of a WIP report that we
10 asked for feedback on both in terms of structure and so
11 that we could work on getting the content correct.

12   Q    But the photos, if there was a photo of LFI
13 artwork, that was artwork that had been provided by
14 LFI?

15   A    Yes.

16   Q    And then who came up with the delivery target
17 dates?  That was you?

18   A    The delivery target dates were probably, you
19 know, put together in coordination with all the people
20 involved in developing these products.

21   Q    It looks like there's a reference in the
22 column on current action items for the eyeshadow
23 palettes, that the apostrophe in the "let" seems to be
24 very close to T.

25        Do you know who came up with that comment?



Page 424

1    how our customers felt.  And I disagree that they did

2    not receive what Glamour Dolls promised them either.

3              I disagree with the statement from Morphe that

4    they didn't have any visibility into prior

5    collaborations or projects with other brands.

6        Q    Anything else?

7        A    Oh, yeah.  I disagree that (as read):

8              After many months of pushing Glamour Dolls to

9    live up to its contractual obligation and deliver

10   products to the fans and the retailers that ordered

11   them.

12             Yeah, I disagree with that happening.  I'm

13   unsure if they contacted the federal government.  And

14   yeah, I think those are all the things I disagree with.

15       Q    We went over the Attorney General of

16   New Jersey contacting you.  Has anyone from the federal

17   government made contact with you?

18       A    Someone purporting to be from the FBI.

19   That's, I imagine, the same person that she was

20   threatening the IT company with, contacted my attorney

21   at Seyfarth.

22       Q    And your assumption or con -- that's just

23   conjecture, right, that's it's the same person that she

24   allegedly --

25       A    It could be a different person, but somebody



Page 425

1   from the FBI called my attorney at Seyfarth.

2        Q    Got it.  So at some point in time, a person

3   identifying themselves as the FBI, as working with the

4   FBI, contacted your attorney.

5             Which attorney at Seyfarth?

6        A    Nick Rosenberg.

7        Q    And do you know approximately when that

8   occurred?

9        A    I believe it was in the fall of 2018, but I'm

10  not positive.

11       Q    And was there any follow-up between your

12  counsel and the FBI?

13       A    Yes.  Nick told him that if he contacted

14  again, it was highly inappropriate and he would file a

15  report with the FBI, and we never heard from this

16  person again.

17       Q    So what was the contact about?

18       A    That's something you would have to ask Nick.

19  He probably has notes on it.  But I believe that the --

20  the contact was to dissuade us from moving forward with

21  the lawsuit.

22       Q    And that's just assumption, conjecture; right?

23       A    I believe that's something like what Nick

24  said.

25       Q    But, again, you've never asked -- did you ever



Page 625

1    A    I believe this was a 500,000 -- 8525,

2  something like that.

3         MS. SIXKILLER:  I'm going to hand you

4  Exhibit 73.

5         (Deposition Exhibit 73 was marked for

6         identification by the court reporter.)

7  BY MS. SIXKILLER:

8    Q    Okay.  So we were looking at -- I should have

9  kept this here.  So we're on June 9th on Exhibit 72.

10  We're now on June 16th.

11    A    Okay.

12    Q    And Exhibit 73 -- and Laura's reporting she's

13  uploading the sticker artwork for the Eyeshadows and

14  Bronzers?

15    A    Yes.

16    Q    Okay.  And she gives the location of the FTP

17  where it can be found?

18    A    Yes.

19    Q    Okay.  And then she attaches pictures, I

20  guess, of the image -- not pictures, the image of the

21  stickers.

22         Do you see that?

23    A    Yes.

24    Q    And Glamour Dolls didn't come back asking for

25  any corrections to this; is that right?



Page 626

1      A    Nope.

2      Q    And Lisa Frank Inc. or Laura's team printed

3  the pantone colors and everything with each image?

4      A    They provided those, yes.

5      Q    Yes.  And that's -- we can see there's four

6  eyeshadows and one bronzer?

7      A    Yes.

8      Q    Okay.  At this point, is it all a go for

9  getting it back, the manufacturing started?

10     A    For the bronzers and the eyeshadows?

11     Q    Yes.

12     A    I think we started one of them before the

13  other because they were -- the deliveries were two

14  months apart.  I have to double-check which one

15  delivered first.

16          But yeah.  Presumably, we started the first of

17  the two that was going to need to be delivered shortly

18  after this or once we finished approvals.

19     Q    Okay.  As far as at this point, as of

20  June 16th, it doesn't -- there wasn't any deliverables

21  waiting for Lisa Frank on this?

22     A    I believe these were the stickers that we were

23  waiting for, and I believe that, yes, we had a green

24  light on the boxes.

25     Q    Because you had already started 20,000?



Page 678

1          Exhibit 91 -- I'm very close, you guys.

2          Exhibit 91, going back to the interrogatories.

3    I just have a couple questions.

4    A    Sure.

5    Q    I'm going to flip you to page 8 and

6    Interrogatory No. 5.  Well, let me jump down.  Let me

7    just skip this for a second and come back to it because

8    it might help me streamline it.

9          We talked about meetings where Glamour Dolls

10   contends there were false statements and promises made

11   by Janice.  That's the subject of, I think, the fraud

12   claim in this case, in May, June 2018.

13         We talked about promises were made to Glamour

14   Dolls about certain assurances of things that would

15   happen.

16         Do you recall testifying about that?

17   A    Yes.

18   Q    Okay.  After -- and these started at the LA

19   meeting and then continued over to another meeting?  I

20   just want to make sure I got the timeline.

21   A    Yes.  We were continually promised things from

22   the time that we met Janice that we were never received

23   or responded to.

24   Q    And do you think those were made without an

25   intent to perform them?  Lies?



Page 682

```
 1      A     Page 86 of Exhibit 3.

 2      Q     Paragraph 86.

 3      A     Paragraph 86.

 4      Q     It's on page 21.

 5      A     Yep.

 6      Q     Okay.  So read that paragraph, including the

 7   subparts.  Let me know when you've read that.

 8      A     Okay.  I read A.

 9      Q     Yes.

10      A     Okay.  I've read it.

11      Q     Okay.  Now go Exhibit 91, page 17,

12   Interrogatory No. 16, and we'll just read the

13   Interrogatory request there.  I'll read it to you once

14   you're on the page.

15      A     Number 16.

16      Q     On page 17.

17      A     On page 17.

18      Q     (As read):  Identify and explain in detail

19   every false and material representation you allege LFI

20   made to you as alleged in paragraph 86 of the FAC,

21   which is Exhibit 3.  Okay.

22            Now in the response, go ahead and read the

23   response that's in Exhibit 91 in bold through to the

24   end, which is line 18 on page 18.

25      A     Okay.
```



Page 683

1      Q    All right.  So this is the only

2   misrepresentations identified in the Interrogatory

3   response signed by you; correct?

4      A    That's a shame.  I can think of some more.

5   But yes.  That's what --

6      Q    That's what you put in?

7      A    That's what my attorneys put in.

8      Q    Well, you've signed it.  It's your DocuSign

9   signature; correct?

10      A    Correct.

11      Q    And you would review a document before you

12   signed it in this litigation?

13      A    If they gave it to me with enough time to

14   review, which sometimes they did not.

15      Q    And what -- all right.  Let's focus on the one

16   that's actually in there before the deadline to

17   supplement expired.  The -- in Interrogatory No. 16,

18   the response, what -- when do you contend these

19   statements took place?  These false statements.  And we

20   can take them one at a time.

21      A    I guess I don't understand the question,

22   when -- like which statements?

23      Q    Let's start with the beginning.

24           You say Lisa and Janice assured GDI, Glamour

25   Dolls, that they would get LFI up to speed and



Page 684

1  organized in order to make sure product development

2  would meet the deadlines?

3      A    Correct.

4      Q    Do you know when that conversation took place?

5      A    Before and during our meeting with Janice in

6  Los Angeles.

7      Q    Before your meeting?

8      A    Yeah.  Lisa Frank had called to tell me about

9  how she was bringing on this woman Janice with the

10  intent to doing these things and all of that.

11      Q    Got it.  So the Lisa statement happened right

12  before you met with Janice?

13      A    In the months before I met with Janice.

14      Q    Well, after she had already hired Janice?

15      A    No.  Lisa was really unhappy with Shannon and

16  Laura, and so she told me she was looking for somebody

17  to hire, and so --

18      Q    But she already had this person's name?

19      A    What's that?

20      Q    She already had Janice's name?

21      A    Possibly.  She was looking for people -- yeah.

22  She maybe told me that she was hiring someone.

23      Q    I'm just trying to create timelines so I can

24  buck it up because otherwise we're going to have a lot

25  of questions.



Page 685

1       A    Yeah.

2       Q    So I wanted to know, did she mention Janice

3    specifically on the call?

4       A    She mentioned Janice specifically to me before

5    we ever met Janice.

6       Q    Okay.  And was that the call when you're

7    saying you're suing Lisa for promises made under

8    Interrogatory No. 16?

9       A    That was one of them.

10      Q    Okay.  Was there more than that before --

11   again, just focusing on the stuff that was disclosed

12   before the deadline that sets the parameters of what

13   you can say here.

14      A    Sure.

15      Q    Okay.  So go ahead and -- on this specific

16   one, this specific statement, the assurance to GDI that

17   they would get LFI up to speed and organized in order

18   to make sure product development would meet the

19   deadlines.

20      A    That was an ongoing promise I kept hearing

21   from Lisa more or less from the beginning of our -- our

22   first licensing agreement with them.

23      Q    Okay.  And what steps or actions did Glamour

24   Dolls take in response to those Lisa assurances?

25      A    We believed her.



Page 686

1      Q    Okay.

2      A    And we continued to move forward with product

3  development and, you know, coordinating with our trade

4  partners and trying to make sales and all of these

5  things.

6      Q    Were these statements made in 2018?

7      A    Yes, and not only.

8      Q    Understood.  Did you still believe Lisa at

9  that point when she was saying these to you?

10     A    I did.

11     Q    So you hadn't lost your trust in her yet?

12     A    No.  I thought that she sincerely wanted to

13  finish these products.

14     Q    I thought -- because earlier in testimony, you

15  said you had started getting the idea and learning that

16  she had an intent not to perform the contract, so I'm

17  trying to figure out how they can be both at the same

18  time.

19     A    Well, it can.  We started getting suspicious,

20  but we wanted to believe her.  And so both of those

21  feelings were happening at the same time.  We remained

22  hopeful, but we started to feel like perhaps that

23  wasn't what the full intent was.

24     Q    And that feeling started because you were

25  already under duress in the fall of 2017; right?  So



Page 699

1    this will be Exhibit 93, the Second Amended Rule

2    30(b)(6) Deposition Notice.

3              (Deposition Exhibit 93 was marked for

4              identification by the court reporter.)

5    BY MS. SIXKILLER:

6        Q    Do you see those three topics there?

7        A    Which numbers?

8        Q    19, 20 and 21 on page 6.

9        A    Yes.

10       Q    Did you prepare to testify as to those topics

11   today?

12       A    As best as I could without being a lawyer.

13       Q    Okay.  And so, again, I'm going to ask you to

14   identify the communications that you believed that LFI

15   or Lisa Frank made to you that were false or

16   misrepresentations.

17             MS. ARNOLD:  Object to form.

18   BY MS. SIXKILLER:

19       Q    As to -- that are not set forth in the

20   response to Interrogatory No. 16.

21       A    I'm sorry.  So things that are not --

22       Q    Yes.  So instead -- by time.  I try to do it

23   by time.  Let's just go over what the representations

24   are that are not set forth in the response to

25   Interrogatory No. 16 on Exhibit 91.



Page 700

1      A     Honestly, I still am not exactly sure what's

2   being asked here.  Feels like we've been at this for 11

3   hours, and so I'm just trying to -- I'm looking at

4   legal documents and I'm not a lawyer, and so I'm just

5   really trying to understand what --

6      Q     Well, you told me there was more you would add

7   to the response to No. 16; right?

8      A     I said that the things in No. 16 are some, but

9   not all of the things, yes.

10     Q     So what's the rest?

11     A     I thought you said that I couldn't add

12  anything more.

13     Q     No.  I'm just asking you.  I was reserving my

14  objections to it.

15     A     So as I said, the rest of it are some phone

16  conversations.  But to be very accurate, I would have

17  to go and, again, review this time period.

18     Q     Okay.  All right.  So sitting here, we've got

19  what we have.  Okay.  Let's move to Interrogatory

20  No. 17 response -- or No. 18 on page 19.  The numbers

21  are too similar.

22          We're on Exhibit 91, Interrogatory No. 18.

23     A     Okay.

24     Q     And this one is focused on what actions or

25  inactions Glamour Dolls alleges it took or did not take



Page 708

```
 1      Q    Okay.  So is there any other financing that
 2 your can identify?  I'm just trying to get the numbers.
 3      A    Yeah.  We also -- I believe that we borrowed
 4 some money from Jessica's mother.
 5      Q    Okay.
 6      A    I borrowed money from a friend.
 7      Q    Which -- is it listed on your bankruptcy
 8 schedule?
 9      A    No, because I don't think it was secured or --
10 they understood the situation.
11      Q    Okay.  How much was that debt?
12      A    I think I borrowed $20,000.
13      Q    And that was specific for purchase orders or
14 prospective business?
15      A    That was to continue operating -- yes.  For
16 prospective orders or future business of LFI products.
17      Q    Okay.  Anything else on that specific narrow
18 topic?
19      A    Of -- of LFI products.
20      Q    Purchase orders received and prospective
21 business, financing.  If you want to follow along, it's
22 page 19, the very -- it's the line that carries over,
23 so I'm taking one at a time.
24      A    Yeah.  I -- I don't love the language that was
25 included here.  It's not your fault.
```



Page 711

1       A    2018.

2       Q    Okay.  And other retailers.  I cut off.

3            Okay.  Paid warehouse and logistics fees for

4    LFI products?

5       A    Yes.

6       Q    Do you know how much money was paid for that?

7    Has it been disclosed?

8       A    No.  We would have to get.

9       Q    Okay.  Continued promotional activities.  And

10   I think we have covered most of those promotional

11   activities during your testimony?

12      A    Yeah.

13      Q    Okay.  And have you disclosed --

14      A    Oh, no.  There's another one that we didn't

15   include.  We had also signed up for a trade show booth

16   for later that year in 2018.

17      Q    At Gen Beauty?

18      A    Yeah.

19      Q    Did you disclose a cost of all of these

20   promotional activities in this case?

21      A    I'm not sure.

22      Q    GDI took out loans to cover the business

23   promises conveyed by LFI.

24           We've covered all of that at some point today

25   and yesterday?



# Exhibit 8

LFI ART CHART
*Not Every Email Documented*

| Picture | Artwork | Product | LFI Notes |
|---|---|---|---|
| | | **Dep 24**<br><br>Crease Brush | **8/2/16:** Ipsy issues PO 3313.<br>      505,000 units @ .50 a unit=$252,500<br>**8/28/16:** GD sends PO to LFI.<br>**9/11/16:** Factory tells GD struggling with art. GD did more testing.<br>**10/13/16:** Lisa texts Peter telling him not to wait too long on his artist finalizing the art in case she has to fix it and then GD will have to pay a rush fee. Peter says he has decided to have LFI do the art b/c Kayla hasn't quite mastered it yet. He said GD will work on building a strong art department and pay LFI artists until GD has it down.<br>**10/14/16:** Lisa texts that LFI hasn't received the art, and when it was uploaded, it wasn't a high res .jpeg<br>**10/17/16:** Peter texts pic of sample that shows errors in GD's art and shows a gap in the art at the seam.<br>**10/25/16:** GD apologizes, says it has dieline figured out finally and asks if LFI can do the art.<br>**10/28/16:** LFI uploads the artwork for two different dielines, GD loves and confirms receipt.<br>**11/15/16:** Peter tells Laura Ipsy orders rescheduled for April 2017 and October 2017.<br>**11/18/16:** This was the original Ipsy ship date, if this Ipsy order PO 3313 was shipped in 2017 we do not know about it and were never paid.<br>-GD lost sales: $252,500<br>-LFI Lost Royalty: $37,875<br>-Finished, approved and shipped to some KS backers, but numerous others posted they did not receive this product. |
| | | **Dep 25**<br><br>Angled Blush Brush | **8/2/16:** PO 3134 was issued.<br>      1,515,000 units @ .50 a unit=$757,500.<br>      GD paid royalty on $.48 a unit not $.50.<br>      Should have been $30,300 more.<br>      LFI lost $4545 Royalty.<br>**8/28/16:** GD sends PO to LFI.<br>**10/14/16:** GD sought feedback on GD's art (elected to do themselves originally).<br>**10/15/16:** GD tells LFI that its artist, Kayla and Jess haven't quite understood relative scale vs absolute scale.<br>**10/31/16:** LFI designs artwork, but dieline doesn't match the dieline received.<br>**11/1/16:** Peter apologizes, told us GD changed brush barrel without telling us. LFI was pushing for new dieline.<br>**11/12/16:** LFI starts working on new artwork but explains to GD there is no area for the artwork. |



EXHIBIT No. 157
WIT: Lisa Frank
DATE: 10-18-23
Colville & Dippel, LLC

LFI ART CHART
*Not Every Email Documented*

| | | | | |
|---|---|---|---|---|
| | | | | **11/21/16:** Asked GD to overnight blush brush so we can check seam on artwork. Without having an actual sample we cannot guarantee the artwork is correct. **11/23/16:** Gave GD a sneak peak of artwork. **11/29-30/16:** LFI received brush sample, dieline provided was not correct. **11/30/16:** LFI receives brush dieline. **12/7/16:** LFI uploaded artwork.<br><br>-Finished, approved and shipped to Ipsy subscribers and some KS backers. Numerous others posted they did not receive this product, -Contractual samples not received before shipped to Ipsy. |
|  |  | **Dep 26** Ipsy Make-up Bag | | **10/13/17:** Peter emailed Shannon that Ipsy placed order for the December 2017 Offer program of the bronzer and single eyeshadow and request to pair it with a pencil type bag and asked if it could print an LF logo on the side of the bag. **10/18/17:** GD wanted to produce 2 versions of this bag:     1 Sided – logo only     2 Sided -bag **10/19/17:** Peter asks what logo LFI wants to use for Ipsy bag. LFI uploaded the artwork. **10/24/17:** LFI asks for the print area of the logo only bag so LFI can create logo. **10/26/17:** GD sends bag dimensions. **10/30/17:** Peter tells LFI he is headed to meeting with Ipsy.**11/3/17:** Peter talks with Laura and says Ipsy bags are for something called an "Ipsy Offer" and that they are purchasing 4,040 sets for subscribers to purchase with their Ipsy points. **11/13/17:** LFI tells GD still waiting for material samples from GD to prepare alternate art for Ipsy makeup bag to be used instead of logo only design. LFI uploads artwork for non-Ipsy 2-sided bag. **11/14/17:** GD says overnighting Ipsy bag sample from China to LFI. **11/30/17:** GD sends LFI pictures of the 2-sided potential "holiday bag." Says ordered express samples from factory to be sent to LFI. Printing showing in picture looked concerning to LFI. GD was sending second bag sample with better material for reference only. **12/1/17:** GD sends tracking info for the sample two-sided holiday bag, showing 12/4/17 arrival. That same day, GD posts on Kickstarter about an LF gift set available on Ipsy that contains the matte bronzer, single eyeshadow in picnic, the blending brush, and the blush brush. GD does not say if the gift set with an LF logo bag. -LFI is not sure what happened with the logo only or two-sided version of the Ipsy makeup bags. |

LFI ART CHART
*Not Every Email Documented*

| | | | Dep 27<br>Ipsy Bronzer | **8/25/16:** Ipsy Issues PO 3388.<br>      757,500 units @ .50=$378,750<br>      Ipsy order delivery due: 5/15/17 – 5/19/17<br>      (royalty report shows Q4)<br>**3/30/17:** LFI uploaded Bronzer case artwork.<br>**4/19/17** LFI received packaging samples with adjusted layout of bronzer and eyeshadow box. These are to be **laser printed** once layout approved. GD will order 4c printed samples.<br>**4/27/17:** LFI uploads artwork for Bronzer packaging. Bronzer and eyeshadow cases were sent but molded in black.<br>**5/9/17:** GD tells LFI sending corrected cases in PMS purple.<br>**5/11/17:** LFI tells GD mold for bronzer and eyeshadow is approved.<br>**5/21/17:** GD says no further action by LFI necessary; awaiting new samples.<br>**6/7/17:** LFI receives pre-production sample. Issues with sticker on bottom of packaging. GD failed to have LFI prepare this artwork.<br>**6/8/17:** GD uploads dielines for stickers and the ingredients/copy for the box to the FTP.<br>**6/9/17:** LFI catches that GD failed to include LFI copyright info when added its own and this needs to be corrected.<br>**6/15/17:** LFI confirms with GD bronzer box is different size from eyeshadow box.<br>**6/16/17:** LFI uploads sticker artwork for bottom of bronzer box.<br>**6/30/17:** GD sent packaging for approval.<br>**7/5/17:** GD adjusts packaging sample based on LFI feedback and sends revised version by email.<br><br>-Finished, approved and shipped to Ipsy subscribers and some KS backers. Many KS backers posted they did not receive their bronzer.<br>-Contractual samples not received before shipped to Ipsy. |
|---|---|---|---|---|
|  | | | | |

LFI ART CHART
*Not Every Email Documented*

| | | | |
|---|---|---|---|
|  | | **Dep 28**<br>Ipsy Single<br>Eyeshadow | **8/25/16:** Ipsy issues PO 3389<br>    757,500 units @ .50=$378,750.<br>    Ipsy order delivery due: 10/16/17–10/20/17<br>**4/7/17:** LFI uploaded compact artwork.<br>**4/19/17:** LFI received mockup samples of revised artwork for packaging to review/approve revised layout.<br>**4/27/17:** LFI uploaded artwork for the bronzer packaging.<br>**5/4/17:** LFI provided following feedback for GD to implement:<br>    1. Logos on side panels are right side up.<br>    2. Please make sure all text is centered in the square area on BACK of Eyeshadows.<br>    3. Update the "Picnic Shimmer Eyeshadow" text on the back to dark purple (75c/100m) or (PMS 266C)<br>**5/9/17:** GD tells LFI molds for bronzer and eyeshadow overnighted to LFI.<br>**5/11/17:** LFI tells GD mold for bronzer and eyeshadow is approved.<br>**5/21/2017:** Updated samples are being sent to LFI from China with 4 color process and LFI inks.<br>**6/7/17:** LFI receives pre-production sample. Issues with sticker on bottom of packaging. GD failed to have LFI prepare this artwork.<br>**6/8/17:** GD uploads dielines for stickers and the ingredients/copy for the box to the FTP.<br>**6/9/17:** LFI catches that GD failed to include LFI copyright info when added its own and this needs to be corrected.<br>**6/15/17:** LFI confirms with GD bronzer box is different size from eyeshadow box.<br>**6/16/17:** LFI uploads sticker artwork for bottom of eyeshadow box.<br><br>-Finished, approved and shipped to Ipsy and some KS backers.  Many KS backers posted they did not receive their eyeshadow.<br>-Contractual samples not received before shipped to Ipsy. |

LFI ART CHART
*Not Every Email Documented*

| | | | |
|---|---|---|---|
|  |  | **Dep 29** Kickstarter Make-up Bag | **9/28/17:** GD changes scope of work to allow KS backers to choose the LFI design.<br>**10/3/17:** LFI uploaded Dolphins, Zoomer and Zorbit, and Skye for KS backers to vote.<br>**10/19/17:** GD posts survey seeking KS backers' vote on character for makeup bag.<br>**11/20/17:** LFI says started working on art for one bag before GD put to KS backers to vote on character and sought guidance on whether was planning two bags now. GD informs LFI that backers selected Pegasus for the bag and said open to doing more than one.<br>**11/29/17:** LFI instructed the following revisions:<br>    Rainbow piping & zipper,<br>    Add logo & legal to bottom of bag,<br>    Skye mirror back, options on shape<br>**11/30/17:** Skye artwork for bag uploaded.<br>**4/19/18:** GD mailed first sample with the Skye artwork to LFI for its review/approval.<br>**5/4/18:** LFI provides the following feedback and GD agrees to work with supplier to implement:<br>    1. The bag and zipper tag can't be matte. Print on a shiny glitter vinyl. The colors are not printing bright due to the material of the bag.<br>    2. The pink ink is wrong-it's too red. Please use LFI approved inks only.<br>    3. Shift the front panel art just a little bit, as shown in the image below. Move art area up just a little, but make sure wing doesn't get cropped off. We want more breathing area for the bottom hoof.<br>    4. The interior looks fun!<br>    5. The zipper tag is cute, but we found a few issues. The edges are messy and getting on the printed art-see circled area on the left image below. Please make sure edges are clean. The back mirror die line is getting printed. Do not print the dotted die line.<br>**6/15/18:** LFI provides GD some images of a fabrication that is more aligned with the LFI brand, noting it needs more glitter and shine. LFI notes it is ultimately plastic given vegan leather so should use what is on brand. (Vegan Leather is petroleum-based plastics).<br><br>-LFI asked GD to discuss different material options given the color issues, but GD did not follow-up. |

LFI ART CHART
*Not Every Email Documented*

| | | Dep 30 Kickstarter Trapper keeper Palettes-Bold & Bright | **10/17/16:** GD emails LFI thanking for coming up with the eyeshadow palette design idea.**7/20/17:** dieline for trifold palette sent to LFI by GD.<br>**7/21/17:** LFI receives stock sample of trifold eyeshadow palette from GD.<br>**7/25/17:** LFI tells GD the LFI artist noticed the dieline GD provided was upside down and sends a revised version to GD for approval.<br>**7/26/17:** LFI sends artwork for all 3 trapper keeper palettes and packaging and asks GD to confirm dielines correct and who is getting each palette. Peter emails LFI to say "OMG these are INCREDIBLE" and sends LFI an adjusted dieline template.<br><br>LFI revised the artwork on at least the following dates: **9/25/2017, 11/16/2017, 11/30/2017, 1/15/2018, 3/23/2018, 5/10/2018**. GD has at least 6 versions of this artwork.<br>**11/20/17:** GD tells LFI not in production yet because GD still waiting on next round of samples.<br>**11/29/17:** Matt emails that GD is having production issues getting the artwork to align perfectly so GD asked LFI to stop creating new art for Wengie, etc. relating to the eyeshadow palettes while GD works to resolve the issues.**4/17/18:** GD sends outer box and internal palette samples to LFI, but notes that the internal palette sample uses old artwork and so new samples are in process.<br>**4/20/18:** LFI provides feedback on samples.<br>**4/23/18:** GD acknowledges "mistakes" and promises to "clean up the mess."<br>**6/4/18:** LFI follows-up with GD on status of updated samples.<br>**6/15/18:** GD promises LFI revised pre-production samples, but LFI never received.<br>**6/19/2018** GD sent LFI revised dielines so that all palettes are consistent in sizing due to the flap lining up *see dieline artwork. |
|---|---|---|---|
|  |  | Dep 30 Kickstarter Trapper keeper Palette-Naturally Glam | **10/17/16:** GD emails LFI thanking for coming up with the eyeshadow palette design idea.<br>**7/20/17:** dieline for trifold palette sent to LFI by GD.<br>**7/21/17:** LFI receives stock sample of trifold eyeshadow palette from GD.<br>**7/25/17:** LFI tells GD the LFI artist noticed the dieline GD provided was upside down and sends a revised version to GD for approval.<br>**7/26/17:** LFI sends artwork for all 3 trapper keeper palettes and packaging and asks GD to confirm dielines correct and who is getting each palette. Peter emails LFI to say "OMG these are INCREDIBLE" and sends LFI an adjusted dieline template.<br>LFI revised the artwork on at least the following dates: **9/25/2017, 11/16/2017, 11/30/2017, 1/15/2018, 3/23/2018, 5/10/2018**. GD has at least 6 versions of this artwork. |

LFI ART CHART
*Not Every Email Documented*

| | | | |
|---|---|---|---|
| | | | **11/20/17:** GD tells LFI not in production yet because GD still waiting on next round of samples.<br>**11/29/17:** Matt emails that GD is having production issues getting the artwork to align perfectly so GD asked LFI to stop creating new art for Wengie, etc. relating to the eyeshadow palettes while GD work to resolve the issues.<br>**4/17/18:** GD sends outer box and internal palette samples to LFI, but notes that the internal palette sample uses old artwork and so new samples are in process.<br>**4/20/18:** LFI provides feedback on samples.<br>**4/23/18:** GD acknowledges "mistakes" and promises to "clean up the mess."<br>**6/4/18:** LFI follows-up with GD on status of updated samples.<br>**6/15/18:** GD promises LFI revised pre-production samples, but LFI never received.<br>**6/19/2018** GD sent LFI revised dielines so that all palettes are consistent in sizing due to the flap lining up *see dieline artwork. |
|  |  | **Dep 30**<br>Kickstarter<br>Trapper keeper<br>Palette-<br>Wengiecorns | **7/20/17:** dieline for trifold palette sent to LFI by GD.<br>**7/21/17:** LFI receives sample of trifold eyeshadow palette mold from GD.<br>**7/25/17:** LFI tells GD the LFI artist noticed the dieline GD provided was upside down and sends a revised version to GD for approval.<br>**7/26/17:** LFI sends artwork for all 3 trapper keeper palettes and packaging and asks GD to confirm dielines correct and who is getting each palette. Peter emails LFI to say "OMG these are INCREDIBLE" and sends LFI an adjusted dieline template.<br>**8/2/17:** LFI provides GD comments on sample mold.<br>**8/12/17:** artwork for palette was approved.<br>**9/29/17:** LFI was informed that GD was waiting for approval from Wengie on colors.<br>**10/13/17:** GD tells LFI waiting on final two colors from Wengie for palette.<br>**11/17/17:** We reviewed names from Peter that Wengie picked but problems with name due to our trademark.<br>**11/20/17:** LFI received packaging on artwork for review. LFI had to press GD again for physical samples of the four remaining colors.<br>**11/29/17:** GD tells LFI it is having production issues getting the artwork to align perfectly so GD asked LFI to stop creating new art for Wengie, etc. relating to the eyeshadow palettes while GD worked to resolve the issues.<br>**1/10/18:** LFI received the following update: GD wants 4 Trapper keeper Eyeshadows designs.  Wengie version will become Rainbow Chaser art, this is a new design. The fourth design will be "Unilovers" – the original Wengie art. Unilovers-art is done, just need new eyeshadow colors so LFI can update packaging.<br>**4/15/18:**  GD tells LFI it is sourcing new colors for the Wengie product. Confirms no LFI action items. |

LFI ART CHART
*Not Every Email Documented*

| | | | |
|---|---|---|---|
| | | | **6/7/18:** GD tells Janice of LFI that they need to send new dielines to LFI because there needs to be a wider flap on the front cover. GD is also still working on names for colors.<br>**6/19/2018** GD sent LFI revised dielines so that all palettes are consistent in sizing due to the flap lining up *see dieline artwork.<br><br>- LFI has never received the new colors from GD, and therefore LFI could not complete the new Rainbow Chaser artwork. |
|  |  | **Dep 31**<br>Kickstarter Manicure Nail Polish | **3/17/17:** LFI sent GD KS Markie Nail Polish mockup. GD to send samples to LFI along with box and bottle dielines, with LFI to provide artwork for box and bottles after receiving dielines.<br>**9/27/17:** GD sends 3D drawing. Horn Cap mockup didn't work.<br>**6/4/18:** LFI checks in with GD on status of dielines for artwork.<br>**6/15/18:** GD tells LFI box came in, but it needs to be revised to be thicker because too flimsy. The revised sample isn't due for 10 days, after which they will send LFI the box, and what options there are to either print direct on the bottle or sizing for labels that will fit according.<br><br>-LFI has not been able to complete the artwork because GD has not provided dielines for this product or completed the mold. |

LFI ART CHART
*Not Every Email Documented*

| | | Dep 32<br>Kickstarter<br>Bronzer | See answer to Ipsy. Ipsy and Kickstarter are the same product. |
|---|---|---|---|
|  | | Dep 32<br>Kickstarter<br>Bronzer | See answer to Ipsy. Ipsy and Kickstarter are the same product. |
|  | | Dep 33<br>Kickstarter<br>Eyeshadow | See answer to Ipsy. Ipsy and Kickstarter are the same product. |
|  |  | Dep 34<br>Kickstarter Cat<br>Eyeliner | **12/6/17:** uploaded Angel Kitty eyeliner artwork.<br>**1/25/18:** artwork provided to GD.<br>**3/25/18:** After GD revised dieline, LFI provided revised artwork to match new dieline.<br>**6/15/18:** Chanel Cohn sent email to Janice; Lisa's copied. Received samples of the eyeliner and they look amazing. I'm supposed to receive the outer box next week and will send out all together for approval.<br><br>-No other email regarding this subject. LFI doesn't recall receiving a sample. |
|  | | Dep 35<br>Kickstarter<br>Shimmer<br>Highlighter<br>Powder | GD advised LFI they were unhappy with the quality of the product and to disregard any samples that LFI had received.<br><br>LFI is unable to complete the artwork or approve the product as LFI has not received a confirmed sample or dieline from GD. |

LFI ART CHART
*Not Every Email Documented*

| | | | |
|---|---|---|---|
|  | | **Dep 36**<br>Kickstarter<br>Unicorn Lippie | **9/1/17:** Received color chart; asked for following changes: please add eyelashes to the unicorn and make sure to note that we want the white body to have glitter.<br>**9/3/17:** LFI artwork completed and uploaded.<br>**4/19/18:** GD mailed one MATTE FINISH unicorn, one GLOSS FINISH unicorn, one LASER PRINT box to LFI Arizona. GD mailed one MATTE FINISH unicorn, one LASER PRINT box to LFI North Carolina.<br>**5/4/18:** LFI provided following feedback to GD:<br>    Packaging layout looks good. LFI confirmed gloss finish and please add glitter to plastic.<br>**5/21/18:** GD said they updated outer packaging samples and currently being manufactured in China with 4 color process and LFI inks. Will send to LFI when complete.<br>**6/15/18:** Chanel emailed that she received the outer box and waiting on factory to send a unicorn to make sure it fits properly in the box.<br><br>-Post-termination, GD told LFI they were in the process of creating glitter coated unicorn samples at time of termination.<br>-LFI could not approve the final product as LFI had not received revised samples from GD. |

LFI ART CHART
*Not Every Email Documented*

| | | | |
|---|---|---|---|
| <br> | <br><br> | **Dep 37**<br>Kickstarter<br>Matte Lip<br>Mousse | **8/15/17:** GD provided dieline for original lip mousse.<br>**9/3/17:** LFI uploaded (1) packaging and mousse art.<br>**11/20/17:** GD changed the scope of work from 1 color to 5 colors. As a result, LFI had to do artwork for 4 more boxes.<br>**12/6/2017:** LFI packaging artwork complete and uploaded.<br>**12/7/2017:** LFI updates mousse colors to go with the 4 additional colors.<br>**1/18/18:** GD sent 8/15/2017 sample.<br>**3/1/18:** GD provides TPX Pantone colors and asks LFI to add color swatches to packaging by 3/14/18-3/15/18.<br>**3/13/18:** LFI asks why GD is spec'ing TPX colors. That is for textiles. LFI says will do best to match to PMS colors. LFI also asked why all the colors are brown. Understand for Teddy Snuggles. Asks if should have a few bright colors.<br>**3/22/18:** Matt agrees that lip mousse colors need to be revised and more on brand. Notes GD currently has open orders for the two colors: Forever Young (Nude Pink) and Kiss & Makeup (Rose Gold). LFI asked for PMS colors then.<br>**4/19/18:** GD provides revised lip color samples.<br>**5/4/18:** LFI provides comments on colors.<br>**5/10/18:** LFI provides updated art for the new colors.<br>**6/15/18:** After promised pre-production samples do not arrive, Janice requested an updated from GD with no response. |

LFI ART CHART
*Not Every Email Documented*

| | | Dep 38 Kickstarter Lip Balm Tin | 8/15/17: LFI received Lip Balm Tin sample.<br>9/3/17: LFI uploaded artwork to GD.<br>5/26/18: GD tells LFI they are unsure if most recent dielines were accurate and told LFI GD needed to check with the factory.<br>5/26/18: Janice sends email to GD:<br><br>You can't remove the product from the packaging, it is too tight. Please send a new dieline so that the art can be redone.<br><br>Three sides of the packaging will need to be revised as the text is now upside down. We will fix this when we update the artwork.<br><br>Our social media information on the back of the packaging is too difficult to read. We will fix this when we update the artwork.<br><br>The tin needs to be glossier.<br><br>The packaging printing looks good. Please match the tin printing to the packaging printing. All ink colors do not match (look at the Lisa Frank logo and the unicorn's face).<br><br>Our registration mark ® is not on the front of the package or the tin. We will fix this when we update the artwork.<br><br>We want the lip balm to be hot pink with sparkles.<br><br>6/5/18: LFI provided feedback and GD uploaded new packaging dielines.<br>6/17/18: revisions made to packaging artwork and uploaded to GD.<br>6/18/18: GD says they will get back to Janice. |
| | | Kickstarter banner | Last minute request made for LFI to do banner for KS campaign.<br><br>2/8/17: Artwork uploaded to GD. |

# Exhibit 9

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA


Glamour Dolls, Inc.,                No. 4:21-CV-0228-TUC-SHR

              Plaintiff,

      vs.

Lisa Frank, Inc., and Lisa Frank in
Her individual and corporate capacity,

             Defendants.

_____

Lisa Frank, Inc.,
             Counterclaimant,

      vs.
Glamour Dolls, Inc.,

             Counter-defendant
_____


VIDEO DEPOSITION OF

LISA FRANK


October 18, 2023
12:00 p.m.


REPORTED BY:  AARON SCHLESINGER
Arizona CR #50095


COVILLE & DIPPEL, LLC
1309 East Broadway Boulevard
Tucson, Arizona 85719-5824
(520) 884-9041
Arizona RRF No. R1129

1          **A      I do.**

2                  (Exhibit 157 marked for identification.)

3          Q      Let's label that 157.  Why don't you tell

4   me what this LFI Art Chart is?

5          **A      It's like trying to do a recap of, you**

6   **know, what happened with each product and the art**

7   **associated with it.**

8          Q      When you say each product, these are the

9   products created as part of the Glamour Dolls X Lisa

10  Frank collaboration?

11         **A      Correct.**

12         Q      Who prepared this document?

13         **A      I did, with the help of my office staff.**

14  **They -- I handwrote a lot of it or copied and pasted**

15  **for me some emails, and then they helped me put it**

16  **together.**

17                 MS. SIXKILLER:  Just to clarify for the

18  record, I don't have an objection, necessarily, but it

19  was Lisa Frank X Glamour Dolls yesterday, but Lisa

20  Frank was first, for the record.

21                 MR. SUSMAN:  First in the hearts, first

22  on the brain.

23                 MS. SIXKILLER:  Yes.

24                 **THE WITNESS:  Obviously it's a recap, so**

25  **there is tons left out.**

1              MR. SUSMAN:

2        Q    Okay.  And just so I am clear, for each

3    item here, there is a picture of the item.  There is a

4    column that says artwork that sometimes has something

5    in it, and other times it doesn't.  Can you explain

6    what that means?

7        A    I think if we ran out of room, I don't

8    know.  I think this started from something that Peter

9    did originally, something when we were trying to do, or

10   maybe it came from Lisa Frank.  I can't remember.  The

11   big chart that -- there was a chart when we were trying

12   to work out how to get Kickstarter fans their product

13   after the license had ended.

14              And so that was like where I, you know,

15   started with that, and I probably should have gotten

16   rid of this column because it's the only reason there

17   is extra pictures is because they didn't, you know,

18   they didn't think to, like, put it down below.  Yeah.

19       Q    Okay.  And then the next column --

20       A    It really should be artwork or a picture

21   of the artworks.

22       Q    And then the next column says "product,"

23   and, for example, this first one says, "Dep 24 crease

24   brush."  What is dep 24?

25       A    That's from the deposition topics so I

1   could keep track of it.

2        Q    And then finally, the most expansive

3   column is one that says "LFI notes."  It seems like

4   it's got dates, and then various notes associated with

5   those dates, correct?

6        A    Correct.

7        Q    And that is something that you personally

8   created?

9        A    Yes.

10       Q    And who helped you with that?

11       A    Like I said, I did it all myself.  I

12   mean, a lot of research, and then the girls -- I first

13   started with one of the girls here, and then Crystal,

14   my assistant, finished it.

15       Q    So, who are the people that helped you

16   with creating these notes?  Can you give me their

17   names?

18       A    I, just myself.  I mean, no one.  Are you

19   saying in my office?

20       Q    Correct.

21       A    They didn't help create the notes.  They

22   just typed them up.

23       Q    I see.

24       A    Yeah.

25       Q    For example, just looking at this first

1        Q     All right.

2        **A     Especially the artists.**

3        Q     The next document it's one titled "Lisa

4   Frank Recap, Not Every Email Document," do you see

5   that?

6        **A     Yes, correct.**

7              (Exhibit 158 marked for identification.)

8        Q     Let's call that Exhibit 158.  And why

9   don't you tell me what this document is.

10       **A     This is something that Laura emailed me**

11  **blank, and then I had to put notes in it.**

12       Q     So, the document Laura sent you was the

13  deposition topics, I assume?

14       **A     Correct.**

15       Q     And then you filled in the second column

16  that says notes, correct?

17       **A     Correct.**

18       Q     Got it.  And when do you recall Laura,

19  Ms. Sixkiller, first sent you the shell of this

20  document?

21       **A     I don't know.  A month ago maybe, you**

22  **know, a while ago.**

23       Q     And when did you complete this document?

24       **A     This one I completed awhile ago, but it**

25  **wasn't totally completed because I hadn't completed the**

1   Art Chart, so I just put "See Art Chart."

2        Q     And once again, did you create this on

3   your own?

4        A     I -- the inform on my own, but my

5   assistants, I don't know how to make spreadsheets.

6        Q     Very good.

7        A     I hate to admit that.

8        Q     No.  Excel spreadsheets are the devil.

9              So, the next document is something called

10  "Color Key," and it has a lot of numbers and dates on

11  it, do you see that?

12       A     Yes.

13       Q     Let's call that 159.

14             (Exhibit 159 marked for identification.)

15       Q     Can you tell me what "Color Key" is?

16       A     Well, I just divide it up by GMR, artwork

17  fees, royalties, reimbursement, accounting errors and

18  product fees, like the different money that I was paid

19  -- the company was paid from Glamour Dolls.

20             MS. SIXKILLER:  Real quick on these, this

21  should apply, I guess, for Ipsy order, I guess, these

22  should be subject to a confidentiality order because

23  they carry confidential information in them, but the

24  attachments, luckily, to Exhibit 159, were redacted.

25  So, they not only AEO, attorney eyes only.  You have

```
 1   the attachment already, but they were attorney eyes
 2   only --
 3              MR. SUSMAN:  Thank you.
 4              MS. SIXKILLER:  -- this is just
 5   confidential.
 6              MR. SUSMAN:
 7        Q    Okay.  So, on color Key, though, grand
 8   total $757,965 plus change, that's the total amount
 9   that LFI received from Glamour Dolls during the course
10   of your relationship, correct?
11        A    Correct.
12        Q    And this document lists each one of the
13   payments that totaled that amount, correct?
14        A    Correct.
15        Q    All right.
16        A    I think that I started with a document
17   that was -- that I am not sure who created it.  It was
18   all in black and white.  And it might have been created
19   when we were trying to -- after the license had ended,
20   and we were trying to work something out with Peter.
21              And then there were things that didn't
22   really make sense to me.  So, I first got, you know,
23   had UBS get the records for me, and then when I was
24   preparing for this, it really bothered me.  Some things
25   made no sense.  So, I searched numbers and I emailed to
```

1    get the -- this is one hundred percent accurate.  I am

2    very proud of it.

3              Q    You should be.  You are a visual person,

4    I assume?

5              A    Very.

6              Q    Therefore --

7              A    Yes.

8              Q    -- this is easy for you to read and

9    understand?

10              A    Right.

11              Q    And being pretty, too.

12              A    And I am good with numbers.

13              Q    You mentioned this a couple times, I was

14    trying to work things out with Peter.  What do you mean

15    by that?

16              A    Well, so, after -- I can't really

17    remember when it started.  I think late '18, we have an

18    in-house attorney.

19              Q    Mr. Evered.

20              A    Yes, David Evered.  Yes, used to work for

21    us full-time for a lot of years, and he is British, but

22    he practices in America for a long time, and he wanted

23    to move back to California.  So, when he moved back to

24    California, he works for us two days a week.  And

25    sometimes, you know, he will jump in when needed.

1      A      Well, we are waiting for a die line, so

2   we must have asked for -- we must have said that we

3   wanted to give them.

4             Like I told you, my, you know, recap is

5   like main points, so if I don't have every little

6   discussion in between, I can only give you an educated

7   guess by them saying what they are going to do.

8      Q      Well, let me ask you this; if the -- if

9   it's printed on a label which can be multiple colors,

10  versus being printed on the bottle which can only be

11  two colors, would that affect the artwork that could be

12  printed on the bottle?

13     A      You do have to decide which way you are

14  going before you create the artwork.

15     Q      Okay.  So, fair to say as of June 7,

16  2018, the artwork had not been completed?

17     A      Correct, because as of 6-4, 2018, we are

18  saying what's going on.  Tell us, like, where are the

19  die lines?

20            You can't have a bottle of polish without

21  a cap.  And at this point, the cap had only been molded

22  by a three-D model maker that then has to go to the

23  factory so they can make a mold so they can go into

24  production on it.  So, we weren't holding anything up

25  because the cap is only in mockup mode.

1      Q    And do you still own the property at 65
2  North Camino Espanol?
3      **A    I do, and it is destroyed by LFI**
4  **occupying it, if you want to know the truth.  It wasn't**
5  **a smart thing.**
6      Q    How many employees does LFI have
7  currently?
8      **A    Under ten.**
9      Q    More than five?
10     **A    Yes, more than five, between five and**
11 **ten.**
12     Q    How many of those are full-time?
13     **A    Like maybe six.**
14     Q    And then how many of them are part-time?
15     **A    If we have ten, then four, something like**
16 **that.**
17     Q    LFI is a corporation, correct?
18     **A    We are a C Corp.**
19     Q    C corp, do you know who the
20 shareholders --
21     **A    No, we are an S corp.  Oh, my gosh, we**
22 **are subject to a  -- yeah.**
23     Q    Do you know who the shareholders are of
24 LFI?
25     **A    My son and myself.**

1         A      No.  I have no idea.  I mean, mine is

2    more art versus his is more branding, marketing.  He

3    does all the licensing.  I do all the product

4    development, the artwork.

5         Q      That's the roles, but what about the

6    officers, you know who, say, is there a president?

7         A      Yeah, I am the president, yeah.

8         Q      Okay.  Is there a treasurer?

9         A      Pardon?

10        Q      Is there a treasurer?

11        A      I guess he is the treasurer or secretary.

12        Q      Okay.

13        A      Yeah.

14        Q      And when did he assume those offices?

15        A      I thought it was a while ago, maybe like

16   right in maybe '20 or so, when he got out of college.

17        Q      Where did he go to school?

18        A      UCLA.

19        Q      Did he like it?

20        A      He loved it.  Graduated in two-and-a-half

21   years.

22        Q      He didn't like it that much.  He should

23   have stuck around another year.

24        A      He is smart, way smarter than me.

25        Q      And then prior to Forrest assuming those

1       Q       Was the business one of the main bones of

2    contention in the divorce?

3       **A       I would say money was probably a bigger**

4    **contention for my ex-husband than the business.**

5       Q       Have any of your decisions at this

6    company in this past five years been overruled by

7    anyone?

8       **A       Oh, I get overruled all the time.**

9       Q       Like, give me an example.

10      **A       You know, like I like some artwork, and**

11   **the artist and Forrest tells me I am wrong.  So, I am,**

12   **like, okay.  I will go with what you want.**

13              **I mean, we pick our battles.  We have,**

14   **you know, we really have a happy work environment.**

15   **It's nice.  I think that the new office has really**

16   **helped, and we have also been, you know, we only want**

17   **to hire people who are really excited to work here, so**

18   **that's exciting, too.**

19      Q       In reviewing the email correspondence in

20   this case, do you believe that you are copied on most

21   of the correspondence between LFI and Glamour Dolls?

22      **A       I do believe I was, but if you -- when I**

23   **was researching and go through, many were unopened.**

24      Q       Did you feel as though Glamour Dolls was

25   working with both LFI and you personally?

1       Q      Do you believe that to be true, that

2   Glamour Dolls was selling products on Amazon?

3       **A      Up until just even a few weeks ago, I saw**

4   **products on Amazon.**

5       Q      What products were they selling on

6   Amazon?

7       **A      I think that I saw the single shadow and**

8   **bronzer.**

9       Q      This email from this Lauren C at LFI,

10  said, "We were not involved in the Kickstarter

11  offering," do you see that?

12      **A      I see that.**

13      Q      Is that a true statement?

14      **A      Well, I think that she said it kind of**

15  **wrong.  I think that she is saying that we can't**

16  **communicate on Kickstarter, because you either have to**

17  **be a backer or the company that receives the money.**

18  **So, but no, received the money, and unfortunately we**

19  **never bought, like, even if we had just bought five**

20  **dollars, then we could have, you know, commented on it.**

21          **So, I think that that's what she means.**

22  **Obviously we were involved in the product offering or**

23  **the art for the product offering.  But I think --**

24      Q      So, it would be false to say we were not

25  involved in the Kickstarter offering?

1              MS. SIXKILLER:  Objection, form,

2    foundation.

3              **THE WITNESS:  I mean, she says, "Hence**

4    **our lack of voice in communication."  So, she is**

5    **meaning that we are not able to post, and just badly**

6    **worded this, wow.**

7              MR. SUSMAN:

8         Q    Okay.  But without --

9         **A    And didn't run it by an attorney.**

10        Q    Without your speculation about what she

11   meant, I am asking if the statement that, "We were not

12   involved in the Kickstarter offering," true or false?

13             MS. SIXKILLER:  You are literally asking

14   her to speculate by saying if it's true, or I guess she

15   is giving a meaning of it.  You are rejecting her

16   meaning.

17             MR. SUSMAN:

18        Q    You can answer the question.

19             MS. SIXKILLER:  Objection, form,

20   foundation.

21             MR. SUSMAN:  There you go.

22             **THE WITNESS:  I can't -- I don't want to**

23   **speculate.**

24             MR. SUSMAN:

25        Q    I am not asking you to speculate.  I am

```
 1   asking you a yes no question.  The statement, "We were
 2   not involved in the Kickstarter offering," is that
 3   statement true or false?
 4              MS. SIXKILLER:  Based on how you read the
 5   document.
 6              THE WITNESS:  Right.  It says, "Hence,
 7   our lack of voice in communication with the investors."
 8   So, she is saying we are not able to post.  She is not
 9   talking about product offering.
10              MR. SUSMAN:
11        Q    Okay.  So, even with that -- let's take
12   that out, though.  The statement, "We were not involved
13   in the Kickstarter offering," is that a true or a false
14   statement?
15              MS. SIXKILLER:  Objection, form,
16   foundation, argumentative.  She can't take that out.
17   That's her reading.  With that reading, she can answer
18   yes or no.  Her reading of that, is that a true
19   statement.
20              MR. SUSMAN:  Okay.  You know as well as I
21   do speaking objections like that are completely
22   inappropriate.
23              MS. SIXKILLER:  You are getting
24   argumentative.
25              MR. SUSMAN:
```

```
 1          Q    You can answer.

 2               MS. SIXKILLER:  Form, foundation.

 3               MR. SUSMAN:  There you go.

 4               THE WITNESS:  I would say that we were

 5     not involved.

 6               MR. SUSMAN:

 7          Q    Going down, "Regarding money paid to us

 8     by Glamour Dolls, we haven't received a cent from the

 9     Kickstarter."  Is that statement true or false?

10               MS. SIXKILLER:  Foundation.

11               THE WITNESS:  I mean, can we look at the

12     royalty chart?

13               MS. SIXKILLER:  You have it in front of

14     you, I think.

15               MR. SUSMAN:

16          Q    Sure.  So, You are now looking at Exhibit

17     159, correct?

18          A    Correct.  This isn't the royalty.  This

19     is just money received.  Do we have that?

20               MS. SIXKILLER:  Royalty reports?

21               THE WITNESS:  Yeah, the reports.

22               (Witness reviews Exhibit.)

23               MS. SIXKILLER:  I guess we are waiting

24     for her to review.  I think we are all confused.

25               Are you reviewing?
```

1    **Sorry, I see it, yeah.  Yours and mine are typed**

2    **differently.  That's weird.**

3            Q    So, it says, "Lisa Frank Inc., reached

4    the point of exacerbation, terminated the agreement

5    with Glamour Dolls and contacted the Federal

6    Government."  Is that a true statement?

7            **A    Yes, I can explain that one.**

8                 MS. SIXKILLER:  He is asking you to, I

9    think.

10                **THE WITNESS:  Do you want me to explain**

11   **it?**

12                MR. SUSMAN:

13           Q    Well, I just want to know, first of all,

14   is it a true statement?

15           **A    Yes.**

16           Q    Did someone at LFI contact the Federal

17   Government?

18           **A    Well, let me --**

19           Q    It's a yes or no question.

20                MS. SIXKILLER:  Well, she can give

21   context, but she has to answer the question.

22                **THE WITNESS:  Yeah.  I mean, we --**

23   **sometime in -- I don't know when, '17, '16, there was a**

24   **lot of theft out of the back of -- out of our**

25   **warehouse.  So, maybe earlier than that, there was a**

1    lot of theft.

2                    And someone called Laura, it probably was

3    '19, '18 or '19, and said that I have an entire garage

4    full of Lisa Frank product.  I want to sell it to you.

5    And, you know, are you interested in buying it?

6                    And so we called the FBI, and they got

7    involved in it and ended up getting all of the

8    merchandise returned to us.

9                    And so they -- we also told them about

10   this situation, and they said that they were going to

11   try to help us with it.  Because when we called the New

12   Jersey Federal Government, unless it's a million

13   dollars, they are not interested.

14                   And since this was under a half million

15   that Peter didn't deliver, you know, it went to, like,

16   a smaller jurisdiction.

17        Q    All right.  So, LFI contacted the Federal

18   Government, correct?

19        A    We were in touch with them about this

20   theft, so we had asked them if they could help us with

21   this, and they thought that they could.

22        Q    So, who in the Federal Government?

23        A    The FBI.

24        Q    And who contacted them and informed them

25   about the issue with Glamour Dolls?

1      A      I can't remember the FBI agent.  He now

2   lives in DC, and he was over at our office multiple

3   times dealing with the theft.  And, you know, I am sure

4   that we all mentioned it to him.

5      Q      And what did you personally say to him?

6      A      Just that we were concerned, and was

7   there any -- you know, could these people get their

8   money back, or at least the product.

9      Q      And what did he say?

10     A      That he would look into it.

11     Q      And then what came of that?

12     A      Nothing.  He moved to DC.

13     Q      Did you provide him with any documents?

14     A      I can't remember.

15     Q      Did you provide him with royalty

16  statements?

17     A      I can't remember anything that we gave

18  him about this.

19     Q      Did you tell him that you had been paid

20  royalties?

21     A      I can't remember anything about this

22  situation.

23     Q      Did you tell him that you had received

24  samples for approval?

25              MS. SIXKILLER:  Objection, form,

# Exhibit 10

| | |
|---|---|
| **From:** | Matt Kibildis [matt@glamourdollsmakeup.com] |
| **Sent:** | 5/21/2018 8:26:14 PM |
| **To:** | Janice Ross [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b651ad9b2ce74ca3961d28aaaa019757-jross] |
| **CC:** | peter@glamourdollsmakeup.com |
| **Subject:** | Re: Meeting Chanel |
| **Attachments:** | Lisa Frank - Indiegogo 5-21-2018.pdf; LF_Kickstarter_Collection 5-21-2018.pdf; Glamour Dolls Marketing Plan May 2018.pdf |

Hi Janice,

This sounds like a fine plan and I'll await your return to schedule a meeting call with Chanel.

Please find the 3 decks (Marketing, Kickstarter, Indiegogo) attached here.

I did want to mention that the Indiegogo deck is as we presented it and open for discussion, of course. I recall that you had some ideas re the marketing/sales and product selection for the potential "collection". That being said, I think it would be great if we further discuss the Indiegogo campaign after you meet Chanel so we can all get on the same page - especially on the design/production side - about how to create the very best product collection and then knock it out of the park, so to speak, with an appropriately excellent campaign.

Best,

Matt

**Matt Kibildis**
Chief Information Officer
201-345-3292 x710
matt@glamourdollsmakeup.com
**Glamour Dolls Inc**
224 Lorraine Ave
Montclair, NJ 07043
glamourdollsmakeup.com

   



                                                       LFI0001417

NOTE: This message contains information which is confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.



On Mon, May 21, 2018 at 10:10 AM, Janice Ross <jross@lisafrank.com> wrote:
Hi Matt,

Happy to jump on a video call when I get back from LA.

I did share the tin lip gloss to Lisa and I will put together our notes in the next day or so.

Also can you please send me the decks that Peter presented at our meeting. I wanted to share with Lisa as well.

Thanks.

Janice

Get Outlook for iOS

**From:** Matt Kibildis <matt@glamourdollsmakeup.com>
**Sent:** Friday, May 18, 2018 8:02:48 AM
**To:** Janice Ross
**Cc:** peter@glamourdollsmakeup.com
**Subject:** Meeting Chanel


Hi Janice,

I hope you are having a nice time in Tucson!

I am just reaching out because I was wondering if you had time to do a quick call/video chat at some point to meet Chanel.

I think it will be a great opportunity to finish meeting the team, especially since Chanel is handling the day to day product and packaging production communications with suppliers.

Please let me know what you think and if you have any potential time slots for a call/video that work best for you and we will accommodate accordingly.

Best,

Matt


Matt Kibildis
Chief Information Officer

LFI0001418

201-345-3292 x710
matt@glamourdollsmakeup.com

**Glamour Dolls Inc**
224 Lorraine Ave
Montclair, NJ 07043
glamourdollsmakeup.com

   



NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.



Confidential



Indiegogo Collection

Confidential

# Face Chart Coloring Book

- Building on the popularity of the Lisa Frank adult coloring books, this version would include facecharts on one side for fans and the makeup artist community





Confidential

# Bubble Gum Gel Facemask

- Designed to be reminiscent of "Bubble Gum" in a Bubble Gum Dispenser display.








# Animal/Character Face Masks

- The masks are moisturizing masks and will be printed with Lisa Frank characters.

- Will need to design artwork for mask and outer packaging.



# Pencil Eyeliner Set - 3

- Made to resemble vintage Lisa Frank pencil set. Will include 3 different pencils/colors

- "Eraser tip" functions as smudger.





# Agenda Set

- This is made to resemble a vintage Lisa Frank "Agenda".

- This product will contain a makeup tools set (tweezers, sharpener, file, etc.)




LFI0001425

# Brush Roll Set

- Will contain 6 brushes. Brush "roll" itself offers a lot of real estate for really exciting LF artwork.

- Brushes can have Logo or Pattern on handle.







# Makeup Backpack / Caboodle

- Our goal with this item is to "anchor" the collection with a higher price point "reach" item.
- A close secondary goal is to offer an item that will gain credibility within the professional makeup artist community.





# NOTES

- LF has expressed an interest in making the packaging feel more luxurious with use of (high quality) foils.
- See reference photos here.




# LISA FRANK KICKSTARTER COLLECTION

## (back-to-school holiday retail 2018)

1. Single Eyeshadow and Travel Bronzer
2. Unicorn Lippie
3. Cosmetics Bag
4. Black Eyeliner
5. Lip Balm Tin
6. Highlighter Powder
7. Matte Mousse
8. Bold and Bright Palette
9. Naturally Glam Palette
10. LF x Wengie Palette
11. Markie's Manicure Set
12. Blush Brush and Crease Brush

Confidential

LFI0001429

## BRONZER/EYESHADOW BOXES





### GD Production Notes

4/18 received LASER PRINTED samples of revised artwork for layout approval

4/19 shipped two samples to AZ, two samples to NC for layout approval

5/4 – LF provided following feedback for GD to implement:
1. Logos on side panels are right side up.
2. Please make sure all text is centered in the square area on BACK of Eyeshadows.
3. Update the "Picnic Shimmer Eyeshadow" text on the back To dark purple (75c/100m) or (PMS 266C)

5/21 – Updated samples are being sent to us from China with 4 color process and LF inks and changes specified above.

### LF Action Items

4/19 Approve or adjust layout of bronzer and eyeshadow box reprints. These are LASER PRINT once layout approved we will order 4c printed samples

5/21 – No further action necessary. Await new samples.

Confidential

## UNICORN LIPPIE


Gloss Finish




Matte Finish



### GD Production Notes

4/17 – Received repainted unicorn samples. One sample MATTE FINISH unicorn body, one sample GLOSS FINISH unicorn body

4/18 – Receive LASER PRINT unicorn box

4/19 – mailed one MATTE FINISH unicorn, one GLOSS FINISH unicorn, one LASER PRINT box to LF Arizona. Mailed one MATTE FINISH unicorn, one LASER PRINT box to LF North Carolina

5/4– LF Provided following feedback to GD:
Packaging layout looks good.

5/21 – Updated Outer Packaging samples are currently being manufactured in China with 4 color process and LF inks. Will send to LF when complete.

### LF Action Items

4/19  -Approve MATTE or GLOSS FINISH unicorn body
-Approve LASER PRINT box for layout.  4c printed sample will be ordered on layout approval

5/21 – Does LF have any feedback on Unicorn itself? Can we move forward with TOP sample production of unicorn itself (assuming Shiny/Glossy unicorn)?

## COSMETICS BAG





### GD Production Notes

4/15– Received FACTORY PRINTED bag samples

4/19 Mailed one sample to LF Arizona, one sample to LF North Carolina

5/4 – GD working with supplier to implement the following changes specified by LF:
1. The bag and zipper tag can't be matte. Print on a shiny glitter vinyl. The colors are not printing bright due to the material of the bag.
2. The pink ink is wrong-its too red. Please use LF approved inks only.
3. Shift the front panel art just a little bit, as shown in the image below. Move art area up just a little, but make sure wing doesn't get cropped off. We want more breathing area for the bottom hoof.
4. The interior looks fun!
5. The zipper tag is cute but we found a few issues. The edges are messy and getting on the printed art- see circled area on the left image below. Please make sure edges are clean. The back mirror die line is getting printed. Do not print the dotted die line.

### LF Action Items

4/19 Please provide any revisions or notes in addition to the above items for both layout and color

5/21 – Can LF send us a link or image of an existing LF product (bag/apparel/etc.) that has the "shiny glitter vinyl" – our factory is struggling to understand exactly what we mean when we provide this description.

LFI0001432

# CAT EYELINER



## GD Production Notes

4/15 – Ordered LASER PRINTED outer box sample for LAYOUT approval

4/19– Unhappy with foil gradient effect from current factory, revising and sampling from additional factories

5/21 – GD awaiting production samples from supplier.

## LF Action Items

5/21 None. Wait for samples to review.

## LIP BALM TIN

### CORRECT COLOR





### INSIDE WRONG COLOR









### GD Production Notes

4/15 – Ordered order box samples

4/17 – Testing print quality on tin. Waiting for factory samples

5/14 – GD provided samples to Janice in LA. Janice taking samples to LF in AZ.

### LF Action Items

5/21 – Awaiting LF feedback from sample that Janice received in LA.

Confidential

## SHIMMER HIGHLIGHT POWDER

OLD

NEW







### GD Production Notes

4/15 – Glamour Dolls is in the process of testing printing for Shimmer Highlight Powder tube as well as colorations for brush bristles. We will send new samples of highlight powder and outer box when Complete.

5/21 – GD Sourced higher end Highlighter tube (see "NEW" image to the left of this text. Waiting for initial samples to arrive. Will send samples and dielines to LF soon.

### LF Action Items

5/21 - *NOTE* Artwork does NOT yet exist for this item. GD will soon send samples of product/tube and outer packaging for review / artwork creation when we receive the samples.

LFI0001435

## MATTE MOUSSE





GD Production Notes

4/15 – Glamour Dolls had domestic production facility create spec samples of Lip Mousse tubes with blue, pink, purple, and silver logos on the side for color Pairing with makeup color fill. Factory also created blue, pink, purple and silver Caps for color pairing. Factory laser printed outer boxes/packaging for Kiss&Makeup and Forever Young shades.

4/17 – Glamour Dolls is sourcing new shades to round out collection that are More Lisa Frank On-brand.

5/4 – LF Provided the following feedback:
Revised Spec - Please use this version going forward, updates explained below:
1. Updated the lips on the top of the box so that it faces the customer when you open the lid.
2. Updated the swatch on the bottom of "Kiss & Makeup"- lightened the color and added shimmer so it is more accurate to the lip mousse color.
3. Confirming colors: Forever Young- Chrome Cap & Logo: PMS Cyan C (Cyan Blue) Kiss & Makeup- Chrome Cap & Logo: PMS 266 C (Purple)

*NOTE*: GD must also produce a Matte Mousse with a Rose color for Kickstarter backers. D'angelo has sourced a more vibrant Rose color that we believe is more "Lisa Frank" and will also please consumers. GD will send samples to LF soon.

## LF Action Items

4/19
Provide feedback on foil caps and logo printing on tubes and possible color pairing choices for Kiss&Makeup and Forever Young Shades.
Provide feedback on print layout of outer box/packaging.

5/21 – None - Await new samples.

Confidential

# BOLD AND BRIGHT PALLET

## Outer Box (laser printed)



## Inner Palette (laser printed)



## GD Production Notes

4/15 – Sourcing new eyeshadow colors for next production run

4/17 – Received LASER PRINTED outer box sample.  Received LASER PRINTED internal palette sample. One sample sent to LF Arizona, one sample sent to LF North Carolina
**printshop used old artwork for internal palette sample.  New samples in process

5/4 – LF Provided following feedback, GD is having new samples made:
B. Forrest
3. Updates on file: •Updated the back yellow & pink swatches to have a more glitter effect to match the actual eyeshadow sample • Enlarged the inside color swatch names to be larger (they are hard to read) 4. On the inside of the palette, center the background between the 2 eyeshadow pockets (see white circle in first image)- Reference art file for accuracy. 5. On the back of the box, the social media info did not print! See area indicated below. Reference art file.
•   Please include a clear, removable acetate on the inside of the palette to protect both the mirror and the makeup.

## LF Action Items

4/19
Approve or revise LAYOUT of outer box.
Waiting for revised inner palette for LF to approve LAYOUT.
4c printed samples to follow

5/21 – None - GD is creating new samples – await new/updated samples.

LFI0001437

## NATURALLY GLAM PALLET

### Outer Box (laser printed)



### Inner Palette (laser printed)



GD Production Notes

4/15 – Sourcing new eyeshadow colors for next production run

4/17 – Received LASER PRINTED outer box sample.  Received LASER PRINTED internal palette sample. One sample sent to LF Arizona, one sample sent to LF North Carolina

**printshop used old artwork for internal palette sample.  New samples in process

5/4 – LF provided following feedback, GD is having new samples made:
A. Kitten Roses
1. Updates on file: * Adjusted text on the back so highlights don't get washed out * Enlarged the inside color swatch names to be larger (they are hard to read)
2. On the back of the box, the social media info did not print! See area indicated below. Reference art file.
*Please include a clear, removable acetate on the inside of the palette to protect both the mirror and the makeup.

LF Action Items

4/19
Approve or revise LAYOUT of outer box.
Waiting for revised inner palette for LF to approve LAYOUT.
4c printed samples to follow

5/21 – None - GD is creating new samples – await new/updated samples

Confidential

## LISA FRANK x WENGIE PALLET



FOR PLACEMENT ONLY [LF]    BLEED
SAFETY FORTEXT/LOGO
OVERALL DECO AREA
GLUE/MAGNET NO COPY
TRIM/CUT
FOLD

OUTER Box

Tray

Outside

Inside

ORIGINAL FILE SCALED TO SIZE
PLEASE PRINT TO SIZE

### GD Production Notes

4/15 – Glamour Dolls will obtain new eyeshadow colors that complement artwork and are LF on-brand.

5/21 – D'angelo has sourced new colors that we believe should complement the artwork and also please cosmetics consumers and Wengie.

### LF Action Items

5/21 -None at the moment. Await new color samples.

## MARKIE'S MANICURE NAIL POLISH







### GD Production Notes

4/9 – Making a sample of the cap.  We will have a photo unpainted in 1 or 2 days

4/17 – New mold shown in photo.

4/20 – Cap colors are wrong but colors will be updated once cap is approved. Wanted to show the wrong colors as it looks so much better then the plain brown looks.
3 colors of nail polish leaving today for matching in Asia.

Please confirm we want the bottle to be clear with printing for the final production.

5/21- GD received samples of the product which we are happy with including richer and more vibrant nail polish colors, now waiting on die-lines and outer white packaging to send to Lisa to design

### LF Action Items

4/19 – Waiting for samples and die lines.  We are planning to do a clear bottle with shrink label but open to suggestions

5/21 - *NOTE* - Artwork does NOT yet exist for this product. GD will soon send samples of bottles and outer packaging for review / artwork creation soon.

# BLUSH BRUSH/CREASE BRUSH



Production Notes

4/19 may expand set for future collection

LF Action Items

Nothing at the moment

LFI0001441

# LISA FRANK X GLAMOUR DOLLS
## MARKETING LAUNCH PLAN
## May 2018

Confidential

# OVERVIEW

- PRODUCT COLLECTION OVERVIEW

- PRODUCTION STATUS

- LAUNCH OBJECTIVES & BRIEF

- MARKETING PLAN

- NEXT STEPS

Confidential

# PRODUCT OVERVIEW

## LISA FRANK X GLAMOUR DOLLS

- LF & Glamour Dolls is the perfect combination of FUN, BUDGET-FRIENDLY, AND CONCIOUSLY PRODUCED make up products, which means you don't have to compromise on quality or fun.

Reason to Believe:
- Color palette and product packaging were designed by 90s art icon Lisa Frank
- Highest quality products that are both Leaping Bunny and PETA certified vegan & cruelty- free

| FACE/BRONZER | MAKE UP BAGS | EYE PRODUCTS | LIP PRODUCTS |
|---|---|---|---|
| BEAUTY TOOLS | COLLECTABLE PACKAGING | FACE MASKS | NOVELTY ITEMS |

Confidential

# LATEST PRODUCT MOCK UPS





# LAUNCH OBJECTIVES

## Business Objective

- Launch Lisa Frank x Glamour Dolls in the most impactful way across every touch point to move product quickly
- Consider ways to collect information/email and drive sales on glamourdollsmakeup.com

## Communication Challenge

- Announce the launch of Lisa Frank x Glamour Dolls via Indiegogo to spark intrigue & drive conversions

LFI0001446



LFI0001447

# LF x GD GO-TO-MARKET PLAN OVERVIEW

- Indiegogo Launch Announcement

- Maximize Social Media and Influencer coverage

- Leverage Influencers to create content, raise awareness, and amplify

- Update GD to Build Legitimacy & Trust, Assert Brand Tone of Voice, Provide Education, and Convert

- Establish a Strong Presence On Amazon

- Mobilize Existing GD and Lisa Frank Database/Capture & Convert New Customers

Confidential

# Activation Thought Starters

- LF Golden Ticket Package; Retail partnership activations

- Vote to pick the next LF x GD product idea
  - New Product Development Ideas: Color mascara (i.e. electric blue or neon pink), highly pigmented lip glosses, face stickers

- Build a "Which LF Character Are you" Quiz
  - Build personalities behind LF's signature animal characters & develop a character quiz
  - Objective: Collect user emails & drive engagement and sharing

- Sweepstakes ideas:
  - Prizing Ideas:
    - Back-to-School LF Makeover and photoshoot
    - Back to school LF x GD kit giveaway
    - Win a year's worth of free LF x GD make up
  - Objective: Collect user emails & drive engagement and sharing

Confidential



Social Media Activation , Paid Advertising Thought Starters, Earned PR Strategies

LFI0001450

# Earned PR Outreach– Kickstarter & IndieGoGo

**Phase 1: Kickstarter Wrap-Up**
Timing: Conclusion of KS Manufacturing
Objective: Drive Awareness/ Sales

Comm Considerations:
- Initial outreach to media members via creative mailer inclusive of all LFxGD existing skus, designed to drive traffic and build brand awareness
- Pitch to media and influencers on go-live dot com date for additional media support

**Phase II: Pre- Launch IndieGoGo**
Timing: 6/1–6/10
Objective: Drive Conversions

Comm Considerations:
- Initial outreach to media members and introduce IndieGoGo launch concept, creative announcement designed to drive traffic to IndieGoGo page for initial launch support
- Always-on pitching throughout duration of campaign, inclusive of artwork announcement/ unveiling

**Phase III: Always-On**
Timing: 7/15–8/15
Objective: Introduce IndieGoGo Product Skus to Media

Comm Considerations:
- LF x GD Press Event and micro-activations designed to introduce existing and future LFxGD skus
- Activate on Wengie partnership and include influencers within launch event
- Creative product mailer to deliver new skus to media

Confidential

# Social Media Activation

Phase 1: Pre-Launch Teaser
Timing: 10 days to Launch (6/15)
Objective: Drive Awareness

Comm Considerations:
- Teaser/Countdown posts
- Lisa Frank Throwback posts
- Sweepstakes/Giveaways
- Cross Promote on Lisa Frank & influencer social channels

CTA:
- "Tag a friend and follow Glamour Dolls for a chance to win XXX products before it's available to the public!"

Phase II: Launch Day
Timing: 6/25-6/30
Objective: Drive Awareness & Conversions

Comm Considerations:
- Cross Promote on Lisa Frank & influencer social channels

Test CTAs & Incentives:
- CTA A: Take the LF character quiz on glamourdollsmakeup.com & share your results
- CTA B: LF x GD is here… Buy now

Phase III: Always-On
Timing: 6/30-12/31
Objective: Drive Conversions

Comm Considerations:
- Cross Promote on Lisa Frank & influencer social channels

Optimize CTAs & Incentives:
- Gather learnings & optimize CTAs and targeting based on Phase II

Secondary Objective: Drive Awareness to new audiences updated continually from new data (new purchasers, quiz takers, etc.)



LFI0001453

## Influencers & Referral Marketing

- Identify highly relevant influencers across different demographics to try, advocate, and refer LF x GD products
    - Do a mass outreach to ranking content creators and ask them to create new content featuring our products, linking out to our products in product descriptions with a unique referral link in order to track
- Wengie Partnership: Activate on existing relationship with Wengie, social media influencer via co-branded eyeshadow palette



LFI0001454

## Referral Marketing

- **Additional Touch Points**
  - ○ **Immediately After Purchase**
    - ■ Glamourdollsmakeup.com: Provide unique referral link on the order confirmation page with two way incentive (give 20%, get 20%)
    - ■ Shipment Tracking: Update UX to promote referral offer (see examples on the right)
  - ○ **30 Days After Purchase**
    - ■ Retarget customers with "Running Out" or "Love It?" messaging to prompt referring a friend for a chance to get a LF x GD brush for free or at a XX% discount



# Social Media Audience Definition

- Identify Prime Prospects
    - Previous GD & LF Customers
    - Lookalike audience on GD & LF Customers
    - Test Interest Targeting One at a time (i.e. makeup, Lisa Frank, 90s, Unicorns, Glitter, etc.)
    - Performance Indicators: Relevancy, CTR, CPC, CPA

- Targeting Considerations
    - When driving to glamourdollsmakeup.com, leverage Facebook Pixel to analyze KPIs and continually optimize & refine targets
    - When driving to Amazon, leverage a redirect site to pixel to analyze KPIs and continually optimize & refine targets
        - Create Lookalike audiences based on various KPIs, such as those who completed the character quiz, signed up for the newsletter, added a product to cart, initiate check out, completed a purchase

LFI0001456

## Paid Ads Retargeting Opportunities: Facebook

- Dynamic Retargeting
  - User will be shown a carousel, with the last product they viewed as well as the rest of the collection
  - User can be looking at a bronzer, then will be shown a carousel with bronzer at the beginning of the carousel with other relevant products.
- Product Specific Retargeting
  - Leverage influencer or 3rd party content to help drive credibility in retargeting efforts
- Utilizing previous visitors (up until 180 days ago)
  - Show an ad for LF x GD launch as this audience were users who visited glamourdollsmakeup.com at some point and did not purchase
- Retarget Product Purchases with Relevant LF x GD Products
  - Leverage carousel units to serve up relevant products to LF x GD purchasers

Confidential

# Paid Ads Retargeting Opportunities: Google AdWords

- Create segmented audiences based on website behavior and create banners with CTAs tailored for those audiences
- Using adwords, these banners will follow the user throughout the internet, allowing them to be constantly reminded of LF x GD offer on different publisher/website
- Bidding can be set at $1 or higher
  - Lower the bid, less competitive sites will be hosting the banner placement
  - High the bid, more competitive sites will be hosting the banner placement
  - Testing is essential to see what drives conversions
- Bidding can also be adjusted per website placement
  - If a specific website placement is doing well, the bid can be adjusted to show up more on that placement
  - If a specific website placement is doing poorly, you can exclude that placement

Confidential



Update GlamourDollsMakeup.com to Highlight LF Collaboration, Assert Brand Tone of Voice, and Convert

Confidential

LFI0001459

# UPDATE GLAMOURDOLLSMAKEUP.COM

Lisa Frank x Glamour Dolls Makeup deserves a proper landing page with all of its due fanfare.

- LF x GD launch announcement header
    - Considerations:
        - Collection Lock Up
        - Collection Introduction Language
    - CTA: Shop LF x GD Now

- Consider building a "Which LF Character Are you" Quiz
    - Considerations:
        - Build personalities behind LF's signature animal characters & develop a character quiz
        - Share & Get X% off your purchase
    - CTA: Take our LF Character Quiz & Share your results to get X% off your purchase
- Add Email Capture Lightbox to build email database

LFI0001460

# Lisa Frank x Glamour Dolls Landing Page

Collection Landing Page Considerations:

- Hero image
- Section for copy summarizing category
- Easy add to cart
- Take Character Quiz & Share Results
- Optional: "See it in action" GIF viewable from category page
- Related products carousel

Examples:

**Benefit Cosmetics: Shop by Brow Makeup**





# Product Detail Pages

Lisa Frank x GD individual product pages

- Considerations:
  - Product details: Short benefit
  - Claims – Cruelty Free. Paraben Free. Harsh Sulfate Free.
  - How to: Step by Step Carousel
  - Social proof: UGC carousel
  - Reviews: Star rating and average rating, i.e. (4.1/5 stars)
  - "You may also like…" recommended products carousel
- CTA: Buy product

Examples:

**Verb – Styling Cream**

**Glossier – Moisturizing Moon Mask**

 



Confidential

# Checkout Process Updates

- During Checkout
  - Progress Bar to show how close user is to getting free shipping
  - Last Chance Upsell Opportunity with related products

- Last Chance Related Products Upsell
  - Recommend up to 3 related products at checkout
  - Cart Convert – a possible Shopify-compatible app



LFI0001463

## Post-Purchase

### Purchase Confirmation Page

- Provide unique referral link on the order confirmation page with two way incentive
- CTA: Give 20%, Get 20%

### Shipment Tracking Page

- Update UX to promote referral offer (see example below)





LFI0001464

## Strategic Considerations

**Mobile first**
- 72% of website traffic comes from phone/tablet

**Email Capture**
- Add Lightbox to capture user emails. Incentivize using a X% discount.

**Character Quiz CTA**
- Integrate quiz CTA in fun, un-missable ways to each touchpoint

**Build Trust**
- Makeup is saturated with big players. This is our opportunity to punch above our weight class with fun design, brand tone of voice, how-to content, and social proof/UGC.
- All features earn their place on the site by doing one of the following:
  - Help dispel common concerns when checking out an unknown brand
  - Make the brand & product discovery process as delightful as possible
  - Make purchase process as seamless as possible

LFI0001465



Establish a Strong Presence on Amazon

Confidential

LFI0001466

## Amazon Listing Best Practices

- Title
  - Every word– and its order– matters and should be maximized
    - Leverage the Canonical URL (first 5 words in the title before the "–")
  - Leverage key search terms from Keyword Tool Dominator, then cross reference prioritization and order using Amazon auto complete & the Paid Ad campaign performance
  - Do not leverage punctuation immediately after the word as the term will not be discoverable (use "–" if necessary)

- Bullets/Listing Description
  - Integrate top ranking keywords into your listing
    - Use common color words when describing colors (i.e. Black, not Onyx; Purple, not Lavender)
  - Consider how to mitigate for potential bad reviews in the listing

Confidential

## Amazon Listing Best Practices

- 1st Image: Hero Image
  - Most appealing to the The 1st image is the image that appears in the AZ search
  - Maximize Image Size, finding the best angles and perspective
    - 1545 x 2000 pixels
    - Crop the image close to the edge (minimize the margins between product image and the export)

- 2nd & 3rd Image
  - Convey the advantages or features from a functionality standpoint (i.e. product payoff visual, etc.)
  - If relevant, add production dimension to the second photo
  - Create 1–2 images that serve as a mini ad: one that features key attributes and features and another that offers warranty information

- Additional Images
  - Consider incorporating UGC: Social proof of users/influencers' self–styled finished looks



- Strongest artistic deliverable on image (size, lighting, texture, depth & field)
  - Explore different angles to mix
  - Ensure the details of the product come through– don't let too much light be absorbed
  - Visualize the features  & the depth and field by using an angle of the product that shows the dimension (vs just straight on)

## Amazon Paid Ads

- Create 3 Ad Groups composed of the same keywords, Broad Match Type, with tiered bidding:
  - Ad Group 1: Broad, higher bid
  - Ad Group 2: Broad, lower bid
  - Ad Group 3: Exact, matching the suggested bid
- Mimic an exact match-type scenario by leveraging broad keywords along with negative keywords to maintain a low CPC/ACOS
- Move tail searches that are converting in Broad, and move into Exact Ad Group
- Review paid ad performance on a weekly/bi-weekly basis and continually optimize

Confidential

## Purchase In-Box CTA Card

- Include double-sided CTA card in all LF x GD purchases

  - Side 1: Check Customer Satisfaction & Share positive AMZ feedback

  - Side 2: CTA to sign up for newsletter on glamourdollsmakeup.com for XX% discount site wide (unique code)

  - Communication Mandatories:

    - Highlight LF x GD collection

    - CTA to sign up for newsletter on glamourdollsmakeup.com for XX% discount site wide

LFI0001470



Confidential

LFI0001471

## Mobilize Existing LF, GD, and Kickstarter Database

- Timing: Launch Day
- Announce the launch of LF x GD products to existing GD customers by emailing addresses collected on **glamourdollsmakeup.com**, kickstarter, etc.

## Capture & Convert New Customers

- Include double-sided CTA card in GD purchases
  - Side 1: Check Customer Satisfaction & Share feedback
  - Side 2: LF x GD Lineup Announcement & Optimized CTA



LFI0001473



"Golden Ticket" Retail Partnership Activation

LFI0001474

## "Golden Ticket" Retail Partnership Overview: IndieGoGo

- Incentivize retail partners via exclusive "Golden Ticket" opportunity

  - Initial "Golden Ticket" to be announced via IndieGoGo campaign launch, designed to drive buzz and conversation surrounding mystery prize

  - Each retailer will have the opportunity to give away a "Golden Ticket" prize as part of LFxGD partnership inclusive of: <u>IndieGoGo Ipsy's Generation Beauty, Amazon, Glamour Dolls dot com, Ulta Beauty, and 1 additional retailer (Target?)</u>



## "Golden Ticket" Retail Partnership Overview: Ipsy's Generation Beauty

- Incentivize retail partners via exclusive "Golden Ticket" opportunity

  - Initial "Golden Ticket" to be announced via IndieGoGo campaign launch, designed to drive buzz and conversation surrounding mystery prize



LFI0001476

# "Golden Ticket" Retail Partnership Overview: Glamour Dolls Website

- Incentivize retail partners via exclusive "Golden Ticket" opportunity



# "Golden Ticket" Retail Partnership Overview: Amazon

- ## Incentivize retail partners via exclusive "Golden Ticket" opportunity

Hello,

My name is Rina and I work for Amazon's rapidly growing Beauty category. I saw that your brand already has a presence on Amazon and would like to discuss a direct relationship with your brand. Having a direct relationship with Amazon Retail means we would purchase your products, fulfill them in our warehouses, and ship directly to our customers under the Amazon Retail name.

I have attached an overview of Amazon which includes more information about our customers, marketing opportunities, and other benefits a direct relationship would unlock for your brand. Specifically, I want to highlight the benefits of transitioning from an FBA business to a direct relationship:

- **Products listed as "Ships from and sold by Amazon.com"** increases customer trust in your brand's products as they know their purchase is coming from a trusted, reputable retailer

- **Enhanced detail pages with A+ Content** – educate customers about your brand and products while building brand awareness through rich content and product images that improve SEO and conversion

- **Amazon Vine Program** – unlock access to a base of customers that will review your products leading to increased product ranking and conversion

- **Site-wide and category-specific placements on Amazon.com via season campaigns and events** – greater exposure for your brand during important events throughout the year

- **Keyword targeting for search relevance** – improves search-ability and boosts ranking for your products

- **No cost for storage and product handling** – Amazon will handle all logistics associated with selling your products and will not charge a storage fee

I would love the opportunity to setup a call to discuss any questions you may have or feel free to reach out to me directly at yashayev@amazon.com.

Best,

Thank you!

Rina Yashayeva
Vendor Manager, Beauty
Consumables Selection Team
yashayev@amazon.com



LFI0001478

# "Golden Ticket" Retail Partnership Overview: Ulta Beauty

- Incentivize retail partners via exclusive "Golden Ticket" opportunity




## "Golden Ticket" Retail Partnership Overview: Additional Retailer?

- Incentivize retail partners via exclusive "Golden Ticket" opportunity: Target? Walmart?



LFI0001480

# Next Steps

**Product**
- Complete product design & production

**In-Box Communication Card**
- Communication Card to Promote Collection

**Amazon**
- Listing Copy
- Gallery Images

**LF Character Quiz**
- Build personalities and quiz content

**GlamourDollsMakeup.com**
- Landing Page Presence
- Product Pages
- Update with LF Quiz & UX with Results

**Social**
- Pre-Launch countdown/teaser
- Launch Posts with promo
- Sweeps/Contest CTA Posts

**Influencers**
- Identify influencers and begin outreach with press kit

**Email Marketing**
- Copy & Design

LFI0001481