# Exhibit 11

| | |
|---|---|
| **From:** | Peter Georgotas <peter@glamourdollsmakeup.com> |
| **Sent:** | Wed 1/17/2018 6:36:14 PM (UTC) |
| **To:** | Shannon McPhillips <smcphillips@lisafrank.com> |
| **Cc:** | "matt@glamourdollsmakeup.com" <matt@glamourdollsmakeup.com>, Lisa Frank <lfrank@lisafrank.com> |
| **Subject:** | Re: GLAMOUR DOLLS: Unicorn Lippie / Eyeshadow Pallets / Shadows - comments |

Hey Shannon good morning,
They're working on some new unicorns with bigger stickers and should get those back quick.

Great picks Lisa on the eyeshadow the girls love them!  There are some pallets coming in tomorrow that we'll send out to you asap but looks like the new factory got the artwork aligned.

General update:

-MGD integration is almost complete and we are very excited as they already have some great sales accounts lined up

-we've asked them for a list of retailers for you to approve before pitching any LF products

-there is a login portal being built so you can have visuals and a real-time view on all product development

-putting together a clear concise list of the remaining Kickstarter products.  Once those are tied off we'll start on the Indiegogo and 2018 collection in a clean and organized fashion.

Thank you for being patient, we've worked really hard the past few weeks to create a setup that will run much smoother, be less stressful for you and let us focus on making big sales =)

Peter


On Mon, Jan 15, 2018 at 1:47 PM, Shannon McPhillips <smcphillips@lisafrank.com> wrote:

> Peter,

> We are in receipt of the attached samples received 1/11/18.

> Unicorn Lippie:

- make the sticker bigger, as big as you can make it!

Eyeshadow Pallets:

- the printing of the packaging looked better on the sample we received 12/12/2017
- the printing of the product looks better on this sample we received 1/11/2018
- see attached photos

Eyeshadows – we chose:

- 019
- 023
- 003
- 018
- 022
- 024
- see attached photos

**Shannon McPhillips**

The Lisa Frank Company

520.547.1535

smcphillips@lisafrank.com

**"Lisa Frank - America's Designer for Girls"**

    

**Visit us on Facebook**    **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

# Exhibit 12

**From:**      Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD]
**Sent:**      6/16/2017 2:32:29 AM
**To:**        peter@glamourdollsmakeup.com
**CC:**        Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank]
**Subject:**   Updated Eyeshadow & Bronzer Stickers
**Attachments:** GlamourDolls-ColorReference.jpg


Hi Peter,

We just uploaded the sticker artwork for the eye shadows and bronzer. Everyone stayed late to get it done!

You can find them on Portfolio here:

Licensees - Glamour Dolls - From Lisa Frank - Updated Eyeshadow - Bronzer Stickers

This file contains 5 individual art boards (each sticker on it's own art board and layer)

Please see the attached jpeg for color reference.

Thanks so much,
Laura

EXHIBIT 73
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

Confidential

# GLAMOUR DOLLS - COLOR REFERENCE
## *UPDATED EYESHADOW - BRONZER STICKERS*

**Eyeshadows:**





| | | | |
|---|---|---|---|
| Pantone: 729C | | Pantone: 176C | |
| Pantone: Reflex Blue C | | Pantone: 266C | |

**Bronzer:**







Pantone: 195C

WHITE

Pantone: 174C

WHITE

Pantone: 730C

WHITE

LFI0002179

# Exhibit 13

**From:**      Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD]
**Sent:**      6/7/2017 4:19:31 AM
**To:**        Peter Georgotas [peter@glamourdollsmakeup.com]
**CC:**        Lisa Frank [/o=LISAFRANK/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=lfrank]; Renee
              Rokkas [renee@glamourdollsmakeup.com]
**Subject:**   RE: Kickstarter Project Matrix
**Attachments:** Kickstarter Collection.xlsx

Hi Peter,

Thanks for sending. I think it might be better to put all the items on one spreadsheet regardless of the retailer, just add a
column where you list the retailer(s). This will make it easier for us to prioritize based on our other workload.). Also, I
would put the products in order based on priority/ship date.

Also, please see the attached revised spreadsheet where I made a few notes regarding the columns.

Please let me know if you have any questions.

Thanks!
Laura

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Tuesday, June 06, 2017 6:51 PM
**To:** Laura Crawford
**Cc:** Lisa Frank; Renee Rokkas
**Subject:** Kickstarter Project Matrix

Hey Laura, how do you feel about this sort of a format for the kickstarter overview? Is there anything additional
I can add?

Our thinking was to make one for each "project/retailer." Some of the items of course will cross over.

We X'd anything that was finished and plugged in a few dates but you should have a clear idea where we are
with each product.

Once we settle on the layout Matt will host it so that we can all add things in real time and know where we're at.

Thank you!
Peter

p.s. working on a better format for the "additional items"

EXHIBIT 82
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

LFI0002188

**This document Kickstarter Collection.xlsx is being produced as Native.**

Confidential

 X 

224 Lorraine Ave. Montclair, NJ 07043

## PRODUCTION - SAMPLE APPROVAL FORM

PROJECT: KICKSTARTER
DATE: June 2017

| STYLE # | UPC # | DESCRIPTION | PRODUCT COLOR | IMAGE | CONTACT | SUBMIT FIRST SAMPLE 2PCS-LF 2PCSxGD DATE: | FROM FACTORY: SPEC AND ART DIELINES FOR PRODUCT DATE: | FROM FACTORY: SPEC AND ART DIELINES FOR BOX DATE: | TO LISA FTP: PRODUCT ART TEMPLATE PRINTABLE AREA DATE: | TO LISA FTP: BOX ART TEMPLATE PRINTABLE AREA DATE: | LF PRODUCT ARTWORK DATE: | LF BOX ARTWORK DATE: | FIRST SAMPLE APPROVAL DATE | PRE-PRODUCTION APPROVAL DATE | T.O.P. APPROVAL DATE | T.O.P. SAMPLES 48PCS-LF 24PCSxGD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Initial Sample Sent to LF | Product Dieline Uploaded | Package Dieline Uploaded | This should be noted on the product/packaging dieline. Not a separate line item. | | Product Artwork Needed (Deadline) | Package Artwork Needed (Deadline) | Pre- Pro Sample Sent to LF | Pre- Pro Approval Received | | |
| LFZ-001 | | Travel Bronzer | Bronze | | Liva | X | X | X | X | X | X | X | X | X | | |
| LFE-002 | | Shimmer Eyeshadow | Gold | | Liva | X | X | X | X | X | X | X | X | X | | |
| LFE-004 | | Matte Eyeshadow | Tan | | Liva | X | X | X | X | X | X | X | X | X | | |
| LFE-005 | | Matte Eyeshadow | Purple | | Liva | X | X | X | X | X | X | X | X | X | | |
| LFE-006 | | Shimmer Eyeshadow | Peachy Pink | | Liva | X | X | X | X | X | X | X | X | X | | |
| LFB-001 | | Unicorn Angled Blush Brush | Multi | | Susan | X | X | X | X | X | X | X | X | X | X | 5/9/17 |
| LFB-002 | | Unicorn Blending Brush | Multi | | Tina | X | X | X | X | X | X | X | X | X | X | 6/1/17 |
| LFU-001 | | Unicorn Lippie | | | Fancy | 1/15/17 | 4/24/17 | 5/24/2017 | | | | | | | | |

| BAG-001 | | Decked Out Cosmetic Bag | | | Daniel | 6/5/17 | 6/1/17 | n/a | | n/a | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LFL-001 | | Eyeliner | Black | | Liva | X | | | | | | | | | | |
| LFT-001 | | Lip Balm Tin | | | Liva | | | | | | | | | | | |
| LFS-001 | | Shimmer Powder | | | Liva | | | | | | | | | | | |
| LFM-001 | | Lip Mousse | | | Vanness | 5/25/17 | X | X | X | X | | | | | | |
| LFP-001 | | Glamour Dolls x Lisa Frank Palette Bold & Bright | Multi-Bold | | Susan | | X | | | | | | | | | |
| LFP-002 | | Glamour Dolls x Lisa Frank Palette Naturally Glam | Multi-Natural | | Susan | | X | | | | | | | | | |
| LFW-001 | | Wengie x Lisa Frank Palette #Wengiecorns | TBD | | Susan | | X | | | | | | | | | |
| LFN-001 | | Markie's 3 Piece Scented Nail Polish | Purple (Berry), Turq (Cotton Candy), Glitter (Vanilla Cupcake) | | Susan | | | | | | | | | | | |

**Additional Items:**

-Lisa Frank x Glamour Dolls logo

-Lisa Frank x Wengie logo

-Emery board art template for inclusion with the nail polish set (if you have a supplier great if not we can source)

-For the trapper keeper pallets and makeup bag we would like to put up surveys for the backers to help pick "characters"
Pallets: naturally glam (neutrals), bold and bright, Wengie's wengiecorn pallet
Vegan Leather Makeup Bag

- Vintage Lisa Frank Prize for the first 1000 backers (you mentioned you might have some small stuff like the little sticker packs and pencils Lisa brought to Ipsy)

- As a thank you to the Kickstarter backers we're going to include a goody bag of items commemorating the campaign (think lanyards, keychains etc).

# Exhibit 14

**From:**      Peter Georgotas [peter@glamourdollsmakeup.com]
**Sent:**      6/9/2017 8:46:18 PM
**To:**        Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank]
**CC:**        Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]; Renee Rokkas [renee@glamourdollsmakeup.com]
**Subject:**   Re: Samples Received

Hey Lisa,

100% they'll all be restickered. Glad it was only 20k

Aw Forrest =\ hope he feels better soon. Let me know whenever works for you and I'll circle back to HT.

Speaking of, the buyer just called to catch up and reinforce how big they're planning this program to be. Not just for her dept but company wide □

Let me know if you want to chat today or this weekend!

Enjoy the afternoon,
Peter

www.glamourdollsmakeup.com


On Jun 9, 2017, at 16:20, Lisa Frank <LFrank@lisafrank.com> wrote:

They will have to re-sticker any bronzers that have already been stickered; you cannot ship any as is. I cannot do the morning as Forrest is not completely healed from his surgery 6 weeks ago and we have a doctor's appointment, thanks ☺

**Lisa Frank**
President and CEO
The Lisa Frank Company
520.547.1535
lfrank@lisafrank.com
**"Lisa Frank - America's Designer for Girls"**

      <image001.png>        <image002.png>
**Visit us on Facebook**        **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Friday, June 09, 2017 12:05 PM
**To:** Laura Crawford <LCrawford@lisafrank.com>
**Cc:** Lisa Frank <LFrank@lisafrank.com>; Renee Rokkas <renee@glamourdollsmakeup.com>
**Subject:** Re: Samples Received

Hi Laura,

LFI0003863

Know you're house signing today (congrats again!). I uploaded the die lines for the sticker and the ingredients/copy for the box last night to the ftp.  The files were too large to send via email.

Let me know if there's anything missing.

The factory halted all production last night and are waiting for the revisions. Thankfully they only stickered 20k bronzers.

Also Hot Topic asked if we can do morning on Tuesday instead, they have a companywide meeting that came up for the afternoon.  If that doesn't work, toss out some good times for you and I'll circle back!

Hope you're enjoying NJ =)

Peter

On Wed, Jun 7, 2017 at 11:06 PM, Laura Crawford <LCrawford@lisafrank.com> wrote:

> Hi Peter,
>
> Sounds great! Tomorrow is a little crazy as I leave for the airport mid-day. I will be in the office all morning but Lisa will be in and out of meetings. I'm happy to get the ball rolling with you though if you'd like to give me a call.
>
> Thanks,
>
> Laura
>
> ---
>
> **From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
> **Sent:** Wednesday, June 07, 2017 6:12 PM
> **To:** Laura Crawford
> **Cc:** Lisa Frank; Renee Rokkas
> **Subject:** Re: Samples Received
>
> Hey Laura!
>
> Such a busy day but so glad you all liked the samples. We've been working really hard to get this right and have learned so much from you both.
>
> All those points shouldn't be a prob and I'll get on them stat. We also revised the overview with your additions (thank you they made total sense) and will have that up soon.
>
> Is there a good time to chat tomorrow? I'll give a ring and we can go through everything =)
>
> Be up for a bit if you need anything,
>
> Peter

Confidential

www.glamourdollsmakeup.com


On Jun 7, 2017, at 18:45, Laura Crawford <LCrawford@lisafrank.com> wrote:

Hi Peter,

We received the samples of the eyeshadow, bronzer, and cosmetic bag this morning. The printing on the packaging boxes looks GREAT!! We have never received an initial printing sample from a new licensee that looked this good! ☺

We did have a few concerns about the product itself. For the eyeshadow, the sticker on the bottom should have been artwork that we supplied to you. We can work on this quickly and supply to you ASAP. If you could upload the artwork that you supplied to the factory, that would be helpful.

Also, were the eyeshadow colors chosen by Ipsy?

What about the bronzer? We don't like the bronzer color. It looks too green and we'd rather see it with more of a translucent shimmer effect. Can we swap that out?

Also, we love the cosmetic bag! The rainbow lining is gorgeous! However, we don't like the black thread around the zipper.


Please let me know if you have any questions and when you have uploaded the sticker for the eyeshadow.

Thanks!

**Laura Crawford**

The Lisa Frank Company

520.547.1535

lcrawford@lisafrank.com

**"Lisa Frank - America's Designer for Girls"**


        <image001.png>        <image002.png>

**Visit us on Facebook**        **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

LFI0003865

# Exhibit 15

**From:**     Peter Georgotas [peter@glamourdollsmakeup.com]
**Sent:**     6/14/2017 5:03:37 PM
**To:**       Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]
**CC:**       Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank]
**Subject:**  Re: Eyeshadow Colors- Color Selections Going Forward

Hey Laura,

This is all sounds good.  I'll let you know when I have Ipsy details and circle back on the color picking this afternoon.

Thank you!
Peter

On Wed, Jun 14, 2017 at 11:01 AM, Laura Crawford <LCrawford@lisafrank.com> wrote:
Hi Peter,

Per our conversation this morning, I just want to confirm that we will push Ipsy to do LF colors for all items in the future. I know you have a call scheduled with them next week, let me know if you would like me to join the call to help push for this.

As I mentioned, the fans want our colors! (Read the comments on Facebook for yesterday's post...) Also, it is important for us to stay on brand! The eye shadow colors for this initial Ipsy run are so far off!

Also, you will be making another version of the eye shadows with the foil stamping and with LF colored shadows inside. Should we pick pantone colors for the factory to match or are there shadow samples that you could send us to choose from?

Also, for items like bronzer where the color choices are limited, we could at least have an iridescent/shimmer affect in the powder to make these more on brand. (The bronzer for Ipsy is also very green! Lisa and I both looked at it and thought "Oh, no, we would never wear this!" It didn't work for my pale skin tone or for her olive tone.)

Please let me know if you have any questions.

Thanks,
Laura

Confidential

LFI0003826

# Exhibit 16

**From:**        Laura Crawford[/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD]
**Sent:**        Thur 6/15/2017 5:37:30 PM (UTC)
**To:**          peter@glamourdollsmakeup.com[peter@glamourdollsmakeup.com]
**Subject:**     Packaging Notes
**Attachment:**  LF_Bronzer_PKG_060917-01.jpg
**Attachment:**  LF_Eyeshadow_PKG_060917-01.jpg

# Bronzer—Label



# Eyeshadow—Label



# Exhibit 17

**From:**      Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD]
**Sent:**      6/23/2017 1:31:25 AM
**To:**        Peter Georgotas [peter@glamourdollsmakeup.com]
**CC:**        Lisa Frank [/o=LISAFRANK/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=lfrank];
               renee@glamourdollsmakeup.com
**Subject:**   RE: Before/after labels


Hi Peter,

The changes are approved.

Thanks!
Laura

-----Original Message-----
From: Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
Sent: Thursday, June 22, 2017 3:41 PM
To: Laura Crawford
Cc: Lisa Frank; renee@glamourdollsmakeup.com
Subject: Before/after labels

Hey Laura here's a side by side of the labels think the trademark rs will read a lot better. Let me know
what you all think.

Have a good afternoon,
Peter

Confidential

# Exhibit 18

**From:**       Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD]
**Sent:**       6/29/2017 11:28:43 PM
**To:**         Peter Georgotas [peter@glamourdollsmakeup.com]
**CC:**         Lisa Frank [/o=LISAFRANK/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=lfrank]
**Subject:**    RE: Bronzer name check for Lisa Frank

Hi Peter,

Thanks for clarifying. We actually like the "Bitten & Bronzed…" product name. This was an oversight.

Thanks so much for checking,
Laura

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Thursday, June 29, 2017 2:16 PM
**To:** Laura Crawford
**Cc:** Lisa Frank
**Subject:** Re: Bronzer name check for Lisa Frank

Hey Laura,

Sorry for the confusion, we corrected the ingredients, those were the before and after with the product name.

We wanted to double check if you intended to change the name to just "bronzer.'  I assumed it was intentional but when we saw the ingredients were off we wanted to double check.

Let me know!
Peter

On Thu, Jun 29, 2017 at 3:59 PM, Laura Crawford <LCrawford@lisafrank.com> wrote:

Hi Peter,

The ingredients on the "before" and "after" appear to match?

Also, in the future, please put the "before" on the left and the "after" on the right.

Thanks,
Laura

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Thursday, June 29, 2017 11:38 AM
**To:** Laura Crawford
**Cc:** Lisa Frank
**Subject:** Fwd: Bronzer name check for Lisa Frank

Hi Laura,

Confidential

Hope all is well!

Just wanted to confirm the copy changes on the bronzer box. The designer had used the eyeshadow ingredients (it's ok we switched them back) and changed the name to just "bronzer."

Please see the side by sides and let me know which to confirm.

Thank you
Peter

www.glamourdollsmakeup.com

Begin forwarded message:

**From:** Pinar Lacroix <pinar@glamourdollsmakeup.com>
**Date:** June 29, 2017 at 14:12:17 EDT
**To:** Peter Georgotas <peter@glamourdollsmakeup.com>
**Subject: Bronzer name check for Lisa Frank**

PLEASE CHECK FOR PRODUCT NAME:
BRONZER



PLEASE CHECK FOR PRODUCT NAME:
BITTEN & BRONZED MATTE BRONZER



Confidential

# Exhibit 19

**From:**      Kickstarter [no-reply@kickstarter.com]

**Sent:**      6/29/2017 7:55:56 PM
**To:**        Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]
**Subject:**   Project Update #34: Lisa Frank Makeup Collaboration ❤ by Glamour Dolls Makeup

Just a reminder that you have until 06/29/2017 16:25 PM EDT to edit your post. Edits won't be reflected in the email sent to your backers.



# Production Update 6/29

Posted by Glamour Dolls Makeup (Creator)

Hi Backers, Happy Summer!!

It has been a DOOZY of a few weeks here to say the least! We just finished moving everything into new office- including Matt, his Pineapple shirt, our new Pineapple tapestry, and our unicorn friend (see below).



In between all of our fancy decorating, we put together some fun updates for you! Ready??
Remember when we told you the packaging for the travel bronzer and single eyeshadow was
finalized? Welcome to **True Life: We are an indie beauty brand**. There was an issue with the bac

sticker on the product and product box, so we need to re-work it a bit and send it back through production. Fun times!! But don't worry, this won't affect your delivery schedule at all (it's just a minc pain in the butt). "If at first you don't succeed, try, try again!"

Now it's time for some GOOD news! We received a shipment of a new Matte Mousse formula and C MY GOODNESS YOU GUYS IT'S AMAZING!!!!! This is undoubtedly the most comfortable matte formula you will ever feel and we are so excited about it. Now that we have chosen the formula, the factory will send us a ton more color options, but below is a picture of some of the shades we have far for your Rose Matte Mousse! What do you think?? (Top picture is with flash, bottom is without flash)

LFI0006127



Confidential

LFI0006128

Confidential



LFI0006130

Confidential



Confidential

► Play video

We also started to play with some different nail polish colors and formulas and wanted to show you what we have so far! ***None of the colors or formulas are final, we are just playing with some options!*** As a reminder, the Nail Polish color winners were Purple, Turquoise, and Glitter. And as suggested by many of you, we are trying out some mood-changing formulas!

Confidential



Confidential



Confidential

LFI0006135



LFI0006136

Confidential



Confidential



► Play video

Confidential



Confidential

LFI0006140



▶ Play video

Some other notes:

1. We apologize for the delay with the Digital Background! Lisa is still working on something extra magical for you!

2. If you ordered the Angled Blush Brush for JUNE Delivery, you should have received it. If your cre card was declined when we closed the BackerKit on 6/10, your brush was not sent out with the initi order, but was sent out on 6/27 if you corrected your payment method.

If you ordered the Blending Brush for JUNE Delivery, we already sent you an email, but there was a mistake on our end so those brushes will ship with everything else closer to September.

3. If you receive emails saying your payment declined, you will not be receiving your makeup. Pleas make sure your payment went through successfully, and if you have any questions message us on Kickstarter or send an email to party@glamourdollsmakeup.com.

We will have more updates soon! Thank you endlessly for your continued support and excitement!!

xo

The Dolls ♥



♥Like

Comment on Kickstarter

Explore projects anywhere and everywhere, with Kickstarter for iPhone®, iPad®, and Android™.
Don't want to receive updates from this project? That's okay, you can unsubscribe.

 

Kickstarter · 58 Kent St, Brooklyn NY 11222 · www.kickstarter.com

Contact Us

Confidential