# Exhibit 20

**Wednesday, October 19, 2016**

Redacted

> Hi Laura it's Peter from Glamour Dolls. Sorry to bother you late but the factory is skyping me and just asked for some guidance on the artwork. It doesn't have to be done tomorrow but I think they want to plan since it 's so tight

10.29.56 PM

Laura Crawford Redacted

> Hi Peter..I would think it should be done in the next couple days hopefully by Friday or Monday at latest ..

11:46:30 PM

**Thursday, October 20, 2016**

Redacted

> Ok great) thank you I will pass that along

1:45:30 AM

**Wednesday, November 2, 2016**

Redacted

> Hey Laura are your phones working ? We had a quick question and are ordering some samples

1:10:46 PM

> When we try calling it rings kind of weird

1:11:02 PM

Laura Crawford Redacted

> We've been having internet issues and our phones also go through the internet. You can call my cell . 😄

1:11:46 PM

**Thursday, January 26, 2017**

Redacted

> Hola, I know you guys are in meetings but I just got off the phone with Greg . Can you ring me tonight ?

6:59:37 PM

Laura Crawford Redacted

> Hi! We just got back . Do you want to ring the office in 10?

7:09:33 PM

Redacted

> Perfect

7:10:50 PM

**Friday, January 27, 2017**

Redacted

> Hey Laura I know it 's late but would you or Lisa be available to talk with Kandee in a little ?

9:33:42 PM



EXHIBIT 19
WIT: Georgetas
DATE: 8-24-23
Mimi Murray, CSR

Page 1 / 23

GDI029203

Laura Crawford    Redacted

Hi. Yes, let me ask Lisa if she wants to or if I should.

9:34:32 PM

Redacted

Ok ivy her agent is checking if she is free. Her daughter wasn't feeling well

9:35:49 PM

Laura Crawford    Redacted

Ok well I can talk to her tonight or tomorrow or whenever, just let me know.

9:37:13 PM

Redacted

Ok sounds good should hear back in the next 30'

9:40:18 PM

Saturday, February 25, 2017

Redacted

Hey Laura, are you free for 5'? We wanted to ring you quick

4:34:33 PM

Laura Crawford    Redacted

Sure. I'm running errands but can chat

4:36:33 PM

😄

4:36:45 PM

Redacted

🏅

4:37:18 PM

Saturday, March 4, 2017

Redacted

Hey Laura sorry to bug you on the weekend and hope you're up to something fun! Is there any way I could catch you for 5-10 tonight or tomorrow?

8:07:55 PM

Laura Crawford    Redacted

Yes, of course. Do you wanna give me a ring now?

8:15:34 PM

Redacted

Sure!

8:15:43 PM

Sunday, March 5, 2017

GDI029204



7:23:49 PM    Hey Laura could I bug you one more time? Had an idea for the games but wanted to touch base before posting

7:27:26 PM    What if Lisa hand writes a note with a new game and we release one each day this week ? Similar to the note you emailed.



Laura Crawford 

Sure that would work . 😀    7:30:26 PM



7:35:14 PM    Awesome ! I'll use the note you sent tonight and tomorrow we can start with the Lisa posts. 😎

Laura Crawford    Redacted

Ok thanks ! 😀    7:35:52 PM

    Redacted

7:37:17 PM    Have a good night, let me know when you get out of your morning meetings and we can do the first one together on kickstarter so you see the setup

Laura Crawford    Redacted

Sounds good . Will do .    7:37:42 PM

Thursday, March 9, 2017    Redacted

7:57:47 PM    Hey Laura the print shop said we could have the banner in time if we upload by 6pm pst . Any idea what the upload status is ?



Laura Crawford    Redacted

I should be able to send within the next hour . Thanks    7:58:21 PM

Redacted

8:03:39 PM    Thanks you're the best



Laura Crawford    Redacted

You're welcome .    8:08:53 PM



I just uploaded the lip pattern to your ftp folder. It's in a folder called "Lip Pattern .."    8:12:06 PM



**Redacted**

8:17 54 PM — Awesome got it

**Laura Crawford** **Redacted**

8:20:13 PM 😃

**Thursday, April 6, 2017**

**Redacted**

8:13:49 PM

Laura Crawford\attachment 1.PNG

8:13 49 PM — Hey Laura our emails have been down all day. Just saw your email but having trouble responding

8:14:16 PM — This was a screen shot jess sent

**Saturday, April 29, 2017**

**Redacted**

12:00:57 PM — Hey Laura do you know if the Pantone was 266c or 266u?

**Laura Crawford** **Redacted**

Hi Peter, the c and u just mean coated or uncoated but you can tell them to match 266c. 😃 — 12:02:46 PM

**Redacted**

12:12:55 PM — Awesome thanks Laura ! Enjoy your weekend good luck  =)

12:13:29 PM — Ps I'm sending down a cake will you all be in the office this week ?

**Laura Crawford** **Redacted**

Thank you! You too! Yes I will ! That's nice! 😊 — 12:13:52 PM

GDI029206

Redacted



12:15:21 PM

Laura Crawford\attachment 2.jpeg

I'm sending a photo in case it doesn't arrive in tact  the baker across the street is a huge fan of Lisa 's    12:15:21 PM

Laura Crawford Redacted
That's awesome ! She will love it !!!!    12:15:59 PM

Redacted

Hope it lastes as good as it looks     12:16:35 PM

She told me she 's watching her sugar so you 'll have to let me know    12:16:49 PM

Laura Crawford Redacted
 yes she is . I definitely will .    12:17:07 PM

Redacted

Pps no prob with the plastics the factory said . Also re royalty report did you mean to add an excel column with unit cost or did you want me to breakdown the kickstarter items  ?    1:37:31 PM

Laura Crawford Redacted
Unit cost please     1:48:49 PM

Redacted

    2:14:01 PM

Wednesday , May 17 , 2017    Redacted

GDI029207



Laura Crawford\attachment 3.png

Hey Laura good morning heads up think the recent post is missing the image. abi and Jess are keeping an eye on your social media  =)

11:18:13 AM

Laura Crawford     Redacted

Thanks for catching that . Can you call me in the office ?

2:09:40 PM

 Redacted

Sure I'm just at motor vehicle can I ring you in about  30? If it's urgent I can step out

2:20:52 PM

Friday, June 2, 2017

 Redacted

Hey Laura did you make it to NJ  !?

11:35:43 AM

Laura Crawford     Redacted

Not yet ! On our way  (driving). We are currently in Arkansas  ! Lol

11:36:16 AM

Redacted

Ah! No way! Enjoy the road trip  . Are you taking  80? Minos and I drove west a few years ago . Literally nothing but corn between Chicago and Denver haha

11:41:09 AM

Laura Crawford     Redacted

lol I'm actually not sure ! We're further south I think , not a whole lot here either!

11:42:59 AM

Redacted

Hope you've got some good playlists  😊 if you get bored and want to catch up while you're driving let me know I've got a meeting at  1 but free otherwise

11:49:57 AM

GDI029208

Laura Crawford **Redacted**

We do. 😄 Ok, I will call you a little later.

12:43:50 PM

**Redacted**

Sounds good!

12:52:33 PM

Monday, June 5, 2017

Laura Crawford **Redacted**

Hi Peter, sorry we didn't get to connect on Friday. What is your availability for a call with Lisa and I this afternoon ? Thanks!

10:39:41 AM

**Redacted**

No worries! How was the rest of the drive? If it's not too late could we do any time after 3pm today ?

1:14:21 PM

3pm pst

1:16:47 PM

Laura Crawford **Redacted**

Hi Peter, yes that's fine..Drive was good! We only went to Virginia to see my inlaws and I'm back in Tucson now . Flying to NJ to close on our house on Friday.

2:49:12 PM

Thursday, June 8, 2017

Laura Crawford **Redacted**

Hi Peter, I know Lisa reached out but there is a huge issue with the bronzer . The LF copyright is missing and needs to be fixed. This is for both of our protection. I can have the artist fix it first thing tomorrow and get the file to you then but we can't ship without fixing.

8:58:47 PM

**Redacted**

Hey Laura heard from Lisa totally got it. Am waiting on the stickers now from the factory will send them asap

9:00:01 PM

Laura Crawford **Redacted**

Ok but we have to fix packaging boxes too..not just sticker

9:00:28 PM

**Redacted**

Ok you have those dielines correct ? I'm just getting the overlay

9:03:25 PM

Laura Crawford   **Redacted**

We have the die line yes                9:03:47 PM

**Redacted**

9:12:55 PM   Hey Laura ht asked if we can do 2:30pm pst is that ok ?

Laura Crawford   **Redacted**

That should work . Please send a meeting invite . 😃        9:13:40 PM

**Redacted**

9:13:55 PM   Will do 👍

Laura Crawford   **Redacted**

Thank you! Boarding a flight now so if there is anything else I might not respond for a bit !        9:14:28 PM

**Redacted**

9:16:09 PM   No worries have a safe flight !

Laura Crawford   **Redacted**

Thanks!!        9:16:16 PM

Saturday , June 10, 2017

Laura Crawford   **Redacted**



12:58:36 PM

Laura Crawford\attachment 4.PNG

Hi Peter, can you please upload the layered files for these symbols so we can finish the package ?        12:58:36 PM

The recycling symbol and cruelty free bunny        12:58:56 PM



**Redacted**
Sounds good I'll be at a computer shortly
1:37:20 PM

Laura Crawford **Redacted**
Great thanks !
1:37:40 PM

**Redacted**
Ps I can't see the whole thing but please make sure it has glamourdollsmakeup .com on it as per ipsy they have a bunch of glamour dolls marketing programs and ipsy offers with coupon codes for our site (their reqs )
1:38:34 PM

Laura Crawford **Redacted**
Ok, will do
1:40:59 PM

**Redacted**
Thanks! Also Hot topic can 't do Tuesday afternoon and lisa said the morning is busy but if you 're around maybe we can hop on with them ? They really want to do a big program
1:43:19 PM

Laura Crawford **Redacted**
Yes, I can definitely jump on with them.
1:43:59 PM

**Redacted**
Any chance I can ring you quickly ?
2:54:26 PM

Laura Crawford **Redacted**
Sure
2:59:01 PM

Just getting in the car on our way back from target
2:58:25 PM

**Redacted**
Re the graphic ok cool let me know when is good for you . Just had a tooth extracted so am thinking a little slow and want to make sure I 'm communicating things properly
3:00:13 PM

Laura Crawford **Redacted**
Ok I will call u in a little bit ..
3:01:55 PM

GDI029211



Redacted

3:02:41 PM  👍 thanks

Monday, June 12, 2017

Redacted

9:40:10 PM  Hey Laura any chance you can do 9:30am pst with Mandy from hot topic ?

Laura Crawford    Redacted

12:30 our time tomorrow ? Works for me

9:40:50 PM

Redacted

9:53:10 PM  Ah! Thought you went back . Sounds good I'll update the invite

9:53:20 PM  How's the house coming along ?

Laura Crawford    Redacted

Great, thanks! We love it!!

9:53:30 PM

Still waiting on most of our furniture but we are very happy!

9:53:48 PM

Redacted

9:54:10 PM  Good 😊 as long as it feels like home the rest follows

Laura Crawford    Redacted

Very true . 😊

9:59:22 PM

Tuesday, June 13, 2017

Laura Crawford    Redacted

Hi Peter, what is the dial in number for the call ?

12:15:19 PM

Wednesday, June 14, 2017

Laura Crawford    Redacted

Hi Peter, can I set a call to talk to your new IT guy and maybe your marketing girl too? I could use their help with our FB page . It hasn't been doing great lately and I want to make sure our engagement is great for when we continue to make announcements about the product !

4:20:27 PM

GDI029212

Redacted

Yes! I'm actually emailing you and Tory right now and will reconnect with matt I think we found our art person and you're going to be happy  =)

5:02:35 PM



Laura Crawford    Redacted



Awesome ! I appreciate it ! Great!! Lisa and I would love to see his /her resume if you want to send it over !

5:03:29 PM

Redacted

Just sent it over . I think Lisa would have loved her outfit wish I took a photo

8:30:11 PM



Laura Crawford    Redacted

She looks great !

8:31:32 PM



:D

8:31:35 PM

Redacted

Think we got the team to take this thing big . Looking forward for you coming to visit !

8:32:14 PM



Laura Crawford    Redacted



Yes, it definitely seems like it is all coming together ! Me too !

8:32:42 PM

Redacted

You and Lisa have given me really great advice. Best way I can thank you both us is to use it  😊 and hey I'm not sure Shannon uploaded the files ... the most recent ones say  5/8/17 and look the same . Could you check ?

9:12:57 PM



Laura Crawford    Redacted

lol I'm so glad . Let me check

9:13:44 PM

Thursday, June 15, 2017

Laura Crawford    Redacted

You should be able to see the files now..they are in a folder called "Updated Package - Bronz Eyeshadow "

9:41:02 AM



Redacted

You're the best thank you

9:47:43 AM



GD1029213



**Laura Crawford** Redacted

🙂

6:48:06 AM

Just finally uploaded the labels !

10:35:58 PM

Redacted

Thanks so much Laura sending them over now. I'll have the boxes corrected for you (logo orientation ) tomorrow!

10:59:05 PM

Have a good night

10:59:10 PM

Friday, June 16, 2017

**Laura Crawford** Redacted

Hi! Can you call me when you have a sec? Thanks!

12:44:29 PM

Redacted

Hey the factory wants to know if they can use glass finish for the shimmer Shadow and matte finish for the bronzer and matte eyeshadows ?

1:06:56 PM

**Laura Crawford** Redacted

What is glass finish ?

1:07:26 PM

Redacted

*gloss sorry haha

1:07:37 PM

For the stickers sorry

1:08:15 PM

**Laura Crawford** Redacted

We want all to have high gloss UV

1:08:41 PM

Even the matte stickers

1:08:47 PM

I mean stickers for the matte shadows

1:08:57 PM

Redacted

Ok sounds good

1:35:17 PM

Thursday, June 22, 2017

Redacted

Hey Laura does this look ok ?

1:00:23 PM



1:00:30 PM

Pantone 729C

Pantone Reflex Blue C

Laura Crawford\attachment 5.PNG

Laura Crawford  **Redacted**

Can you please send a before and after via email? Thanks    2:18:47 PM

**Redacted**

Sure give me a few    2:36:52 PM

2:57:51 PM    Can I send them as .eps?

Laura Crawford  **Redacted**

Jpegs please!    3:43:21 PM

Wednesday , July 5, 2017

**Redacted**

3:57:25 PM    Hey laura did you get the invite ? Should we just call your cell ?

Laura Crawford  **Redacted**

No, I didn't get an invite ?    3:57:56 PM

**Redacted**

3:58:38 PM    Sorry I'm still learning gsuite  50% chance it didn't go out right

4:00:28 PM    Are you free now ?

Laura Crawford  **Redacted**

Can we do at 4:30?    4:11:29 PM

Let me know ...    4:31:05 PM

**Redacted**

4:32:21 PM    Yup! Sry was on a call

Thursday, July 13, 2017

Laura Crawford  **Redacted**



4:42:39 PM

 Laura Crawford\attachment 6.JPG

**Redacted**

on it! We'll get it corrected by tomorrow    4:49:24 PM

Laura Crawford  **Redacted**

Great, thanks!    4:53:53 PM

**Redacted**

Hey laura we're gonna have a call with hot topic tomorrow would you and /or Lisa like to be on it ?    7:48:57 PM

Laura Crawford  **Redacted**

What time ?    7:57:00 PM

**Redacted**

1pm EST    8:22:47 PM

Laura Crawford  **Redacted**

I can make it !    9:55:31 PM

**Redacted**

Awesome they 'll be psyched will have Victoria send dial in    10:08:35 PM

Laura Crawford  **Redacted**

😊 great!    11:17:21 PM

Friday, July 14, 2017

Laura Crawford  **Redacted**

I didn't see a dial in for the call  ?    12:38:32 PM

GDI029216

**Redacted**

12:54:18 PM    Sorry was driving!

12:54:25 PM



Laura Crawford\attachment 7.PNG    

Laura Crawford **Redacted**

Great thanks . Joining now.    1:01:09 PM

Peter we can 't hear you .    1:05:07 PM

 We lost you .    1:05:17 PM

**Redacted**

1:05:22 PM    Calling in one second p

1:37:31 PM    Hey Laura do you want to touch base quickly ?    

Laura Crawford **Redacted**

Sorry it 's been nuts since I got off . Lisa is at an appointment but will be back soon. Maybe the 3 of us can talk ? I'm concerned about less than 2 weeks to get art done and so is Lisa .    3:01:56 PM



**Redacted**

3:13:38 PM    Sure thing and no problem I was more saying it to calm hi down . You'll have a little extra time

3:14:34 PM    But I was hoping you me and Pinar could connect for a few . We've got a question about the unicorn box

Tuesday, July 18, 2017

Laura Crawford **Redacted**

Hi, sorry I missed you on Friday , things got crazy and then I was rushing to catch a plane .Can you email us an update on everything that we need to do (artwork wise ) and all information (die lines , etc)?    12:20:03 PM

 

Wednesday , July 19, 2017



Laura Crawford    **Redacted**

Hi Peter, sorry I missed you earlier . When is a good time to talk  ?    7:25:47 PM

Thursday, July 20, 2017

**Redacted**

No worries are you free in a little  ?    12:17:31 PM

Laura Crawford    **Redacted**

I have 2 back to back calls and then will be free. Around 1:30    12:18:01 PM

**Redacted**

Ok sounds good    12:16:50 PM

Running a little late can we do closer to 2?    1:18:43 PM

Laura Crawford    **Redacted**

Yes!    1:42:51 PM

**Redacted**

Let me know whenever you 're free 😊    2:20:48 PM

Laura Crawford    **Redacted**

Lisa asked that you call her in a few hours about Greece !!    3:32:23 PM

She is getting on another call now but would like to talk to you about it later today    3:32:43 PM

**Redacted**

Sounds good ! We can finalize just had a few questions about the boat    3:33:10 PM

Laura Crawford    **Redacted**

Ok!    3:33:19 PM

Friday, July 21, 2017

Laura Crawford    **Redacted**

Hi Peter, can you please call me when you have a minute ? Thanks!    1:21:13 PM

Saturday, July 22, 2017

Laura Crawford    **Redacted**

Hi Peter, will Pinar be getting us the revised die line this weekend ? We would really like to start on the trapper keeper art. I uploaded an example due line from our other licensee .    3:15:16 PM



Also, did Lisa tell you she would like the unicorn shaped mirror to be larger ? We think it is way too small  .    3:15:51 PM

Tuesday, July 25, 2017

Laura Crawford    [Redacted]

Hi Peter, any chance you are still up ? If not, can you call me in the morning ?    11:37:03 PM

Wednesday , July 26, 2017

[Redacted]

Hey laura sorry ! Are you free ?    1:08:24 PM

Tuesday, August 1, 2017

Laura Crawford    [Redacted]

Hi Peter, I just tried to call you  . Sorry that it is so late for the Trapper Keeper palette packaging the copy on the back says FPO all over it but is that the actual copy . Also, will all 3 packages have the same copy ?    10:31:50 PM

Wednesday , August 2, 2017

Laura Crawford    [Redacted]

Hi Peter, sorry I missed your return call last night . I'm actually on my way to a funeral but can you please let us know about the copy on the trapper Keeper palettes? Is the FPO copy correct ? Will the copy be different on each one ? What are we calling these ? Do we need special copy for the Wengiecorn one? Sorry for so many questions . Maybe you can send an email to Lisa and I with all details ? The artist will be working on this today . Thanks.    8:17:18 AM

[Redacted]

Hey laura this has my sole attention today we let go of pinar yesterday but have someone in freelance to help . Will get you all answers in a few hours    9:01:54 AM

Also I'm sorry for your loss ... will say a prayer and hope it wasn 't someone close.    10:43:08 AM



Laura Crawford    [Redacted]

Thank you Peter .    10:48:11 AM

Friday, October 27, 2017



Laura Crawford **Redacted**

Hi Peter, sorry I had to hang up earlier . Are you available to talk now or sometime on Monday morning ?

8:32:13 PM

**Redacted**

No worries we were at the beach and the reception wasn 't super

10:36:03 PM

I'll shoot a quick email back to peta and we can talk Monday morning ?

10:36:24 PM

Laura Crawford **Redacted**

Sounds good . 😃

11:18:14 PM

Thursday, November 2, 2017

Laura Crawford **Redacted**

Hi Peter . Do you have time to talk in the morning ?

9:11:32 PM

**Redacted**

Yup! I have a lunch at 12 but free before or after 2.30ish?

9:12:17 PM

Laura Crawford **Redacted**

I could do 2:30! I have a call at 3 but could do before or after

9:12:48 PM

**Redacted**

*lunch meeting . Ok great let 's shoot for 2.30

9:13:09 PM

Laura Crawford **Redacted**

Ok . 😃

9:15:20 PM

Friday, November 3, 2017

**Redacted**

Hey Laura so so sorry the meeting went a lot longer . Let me know when you get off your call

4:10:40 PM

Tuesday, November 7, 2017

Laura Crawford **Redacted**

Hi Peter, I will call you in 15-20

8:54:17 AM

**Redacted**

Sounds good

9:09:19 AM

Wednesday , November 8, 2017

GDI029220

**Redacted**

Waiting on some numbers back from mgd this morning to finish proposal

10:02:04 AM

Laura Crawford    **Redacted**

Ok, thanks!    10:03:31 AM

Tuesday, November 14, 2017

Laura Crawford    **Redacted**

Hi Peter, can you please call me ?    8:46:51 PM

**Redacted**

Have stopped Kickstarter and dolls kills orders . Mgd ready to handle rebox in the morning

9:20:17 PM

Once we have artwork they 'll get a sample

9:20:36 PM

Wednesday, November 15, 2017

Laura Crawford    **Redacted**

Hi Peter, we are urgently waiting on working files for the eyeshadow and bronzer and the simple GD logo . The artist is on hold waiting for these things. Please upload ASAP !!    1:10:25 PM

**Redacted**

Just texted shannon on a call will ping matt to upload ASAP

1:10:53 PM

Laura Crawford    **Redacted**

Ok thanks .    1:11:13 PM

**Redacted**

Hey Laura can I bring you just clarify what you need ? Last night I thought we were waiting on you to let us know if we needed a new template

1:20:34 PM

Thursday, November 16, 2017

**Redacted**

Hey Laura who should we send wetransfer too? Also it 's ok right bo our contract prohibits Matt pointed out

3:21:11 PM

*to

3:21:21 PM

Laura Crawford    **Redacted**
Please send to me . In this instance yes .    3:21.53 PM

**Redacted**
Whoops sorry Matt texted that he emailed you and Shannon . He's a little eager    3:31:36 PM

Laura Crawford    **Redacted**
That's fine thanks    3:32:09 PM

Monday, November 20, 2017

Laura Crawford (    **Redacted**
Peter, we urgently need answers to the questions that Shannon just emailed you. Please send ASAP !!!!!    2:33:42 PM

Peter, Shannon came back with some more questions . Please answer ASAP .    3:29:05 PM

Tuesday, November 28, 2017

**Redacted**
The horse! Sorry don't know the name    10:04:29 PM

Laura Crawford    **Redacted**
Ok, thanks!    10:07:57 PM

Wednesday , November 29, 2017

**Redacted**
Hey Laura, im not in the office can I pass Matt your cellphone ? he had a question for you    3:43:49 PM

Laura Crawford (    **Redacted**
Sure    3:44:05 PM

Monday, December 11, 2017

Laura Crawford (    **Redacted**
Hi Peter, I am following up on the contract ..    2:51:38 PM

**Redacted**
Have a call at 3.30 to review with the lawyer and should have it back shortly after    2:54:19 PM

👍    2:54:26 PM



Laura Crawford  **Redacted**



Ok, thanks.                                          2:54:36 PM

Tuesday, December 12, 2017

Laura Crawford  **Redacted**

Peter, we still don't have a signed         9:59:29 AM
contract. We can't have the PETA call
today without a signed contract.



**Redacted**

Hey Laura my home printer was out of
ink so I'll have it back to you around
10:00:36 AM   11:30 once I get in. Sorry just saw you
called last night was at a charity thing.

Laura Crawford  **Redacted**



Ok, thanks!                                         10:22:35 AM


**Redacted**

Hey Laura can I speak to David quick?
11:43:27 AM   Or maybe you can answer just had a
small question regarding the listed
retailers

Hey Laura I got the contract back are
1:00:41 PM    you dialing in to peta?



Laura Crawford  **Redacted**

Yes, I am                                           1:03:31 PM

Wednesday, December 13, 2017

**Redacted**



6:44:05 PM

Laura Crawford\attachment 8.jpg

Hey Laura do you remember where
6:44:05 PM    they said the pallet issue was? Is it
upside down?





Laura Crawford    **Redacted**

It's not with the type ..    6:44:29 PM

It's where it is wrapping around    6:44:39 PM

**Redacted**

Gotcha hoping to have a physical one soon to see ourselves    6:44:59 PM

Laura Crawford    **Redacted**

Ok thanks    6:45:09 PM

**Redacted**

Thank you, we're on with the factory right now. Is that the only thing you all saw? I've been looking at videos they claim they can adjust it to take the paper thickness into account    8:17:04 PM

I couldn't see anything else glaring    8:17:22 PM

Thursday, January 4, 2018

Laura Crawford    (    **Redacted**

Good Morning, did the money get wired yesterday ?    8:13:59 AM

**Redacted**

Hey Laura it did    9:49:13 AM

Laura Crawford    (    **Redacted**

Thank you    9:49:28 AM

**Redacted**

Also just between us I should be sending the q 4 payment along with the balance    9:49:57 AM

I'll confirm tomorrow    9:50:06 AM

Friday, January 5, 2018

Laura Crawford    (    **Redacted**

Hi Peter..are you working the  $35k and 4Q royalty today ?    3:15:34 PM

*wiring    3:15:46 PM

Hi Peter, I'm following up on the text above    6:35:26 PM



**Redacted**

Hey Laura, yes we sent out ! 'll be sending you the royalty report in a bit
6:35:59 PM

Was the first wire received ?
6:36:10 PM

Laura Crawford ( **Redacted**

You sent the $35K + royalty ?
6:36:25 PM

What was the total ?
6:36:32 PM

I believe so.
6:36:38 PM

**Redacted**

$97,340.62
6:37:23 PM

Cool, let me know when this is received and we can get back into everything
6:38:17 PM

Laura Crawford ( **Redacted**

Ok thanks
6:39:59 PM

Tuesday, April 10, 2018

Laura Crawford ( **Redacted**

Hi Peter! I am just following up with you regarding Licensing Expo . Will you be at the show ?
11:58:25 AM

GD1029225

# Exhibit 21

**LISA FRANK RECAP**
**\* Not Every Email Documented\***

| Deposition Topics | Notes |
|---|---|
| 1. LFI's corporate structure | |
| 22. The Kickstarter campaign, including, but not limited to, | • The Kickstarter campaign was GD's idea. LFI was not on board as Lisa was very uncomfortable with it.<br>• Did not want perception to be that LFI was in need of money. Most Kickstarter people are raising money to start a company.<br>• Peter said they were doing it for the cool factor and not because they needed money; he said the public wouldn't see it that way.<br>• Even after Lisa and Peter met with Kickstarter in NYC in October 2016, Lisa remained uncomfortable about working with Kickstarter. |
| a)   LFI's meetings and conversations with Kickstarter employees | • There was only one in person meeting between LFI, GD, and Kickstarter.<br>  ○ Peter arranged a meeting with Kickstarter in NYC. It occurred on October 10, 2016.<br>  ○ Lisa, Peter and Forrest were at the meeting. Jess and Stacy from GD may also have been there.<br>  ○ LFI doesn't recall the Kickstarter representatives who attended. It may have been Jon Leland and someone named Willa.<br>• There may have been one phone call that Laura Crawford listening in, but LFI does not recall the details at this time.<br>• In April 2017, Kickstarter emailed Peter, Jess, and Lisa to congratulate them on being the largest ever makeup and second largest ever fashion accessory campaign on Kickstarter.<br>• In August 2018, David Evered exchanged emails with representatives of Kickstarter and Peter about GD's failure to ship all of the products to the Kickstarter backers. |
| g)   All statements LFI has publicly made regarding its involvement in the Kickstarter campaign | • LFI did not make any public statements.<br>• LFI only responded to consumers or journalists who directly reached out to LFI. |

1



EXHIBIT No. 158
WIT: Lisa Frank
DATE: 10-13-23
Colville & Dippel, LLC

| Deposition Topics | Notes |
|---|---|
| h) LFI's involvement in promoting the Kickstarter campaign | <ul><li>LFI's involvement was limited.</li><li>LFI was not the "creator" of the Kickstarter campaign and did not enter any agreement with Kickstarter or its backers. That was all GD.</li><li>GD asked LFI to do the artwork for the KS banner, which LFI did in exchange for an artist fee.</li><li>GD sought feedback on a video they did for the launch of the campaign. It was very low quality and unprofessional. It would have hurt the campaign and LFI's brand if it was used. Instead, LFI introduced Peter to Kandee, an influencer, to help with the launch.</li><li>GD also asked LFI to use its social media to promote the campaign from time-to-time, which it did.</li></ul> |
| j) Glamour Dolls' Kickstarter posts | <ul><li>GD was supposed to show LFI each post before it was published, but there are many instances when they didn't do that.<ul><li>For example, GD didn't show LFI the posts they made when GD started having trouble with the backers of the campaign.</li></ul></li><li>GD also didn't show LFI the posts made after the license agreement was terminated.</li></ul> |
| 23. The relationship between Glamour Dolls, Ipsy, and LFI, including, but not limited to | <ul><li>The relationship with Ipsy was between GD and Ipsy. Ipsy was GD's customer.</li><li>LFI came in to help its licensee, GD, promote the business.</li></ul> |
| a) Meetings with Glamour Dolls and Ipsy | <ul><li>There was only one in person meeting with Ipsy.<ul><li>It was more of a "meet and greet" between Ipsy, LFI and GD on October 10, 2016, at Ipsy's NYC office.</li><li>Lisa Frank, Forrest Green, and Peter attended. LFI does not recall if Jess and Stacy of GD attended.</li><li>LFI does not recall the Ipsy representatives that attended.</li></ul></li><li>There may have been a phone call that Laura Crawford or someone else at LFI listened in on, but LFI does not recall any specific calls at this time.</li></ul> |
| d) The consumer/media response to products appearing in Ipsy bags | <ul><li>LFI did not specifically track the consumer/media response to the Ipsy related products.</li><li>LFI understands that the feedback from the Ipsy subscribers and media about the Ipsy products was very positive.</li><li>LFI also understands that when the bronzer and eyeshadow shipped to Ipsy subscribers, Kickstarter backers were upset that Ipsy got product before they did.</li></ul> |
| 24. The crease brush, including, but not limited to | |

| Deposition Topics | Notes |
|---|---|
| a)    LFI's involvement in the creation of the crease brush | See Art Chart. |
| b)    The artwork used for the crease brush | • GD tried to do the art to decorate the barrel of the brush itself, but then came to LFI when it encountered issues.<br>• See Art Chart. |
| c)    The artist fees charged to Glamour Dolls for the artwork used for the crease brush | See Payment Chart. |
| d)    LFI's approval, disproval, comments, or modifications to the crease brush mold/designs | See Art Chart. |
| e)    LFI's approval, disproval, comments, or modifications to the crease brush samples | See Art Chart. |
| 25. The blush brush, including, but not limited to | |
| a)    LFI's involvement in the creation of the blush brush | See Art Chart. |
| b)    The artwork used for the blush brush | • GD tried to do the art to decorate the barrel of the brush itself, but then came to LFI when it encountered issues.<br>• See Art Chart. |
| c)    The artist fees charged to Glamour Dolls for the artwork used for the blush brush | See Payment Chart. |
| d)    LFI's approval, disproval, comments, or modifications to the blush brush molds, and | See Art Chart. |

| Deposition Topics | Notes |
|---|---|
| e) LFI's approval, disproval, comments, or modifications to the blush brush samples | See Art Chart. |
| 26. The Ipsy make-up bag, including, but not limited to | |
| a) /LFI's involvement in the creation of the Ipsy make-up bag | See Art Chart. |
| b) The artwork used for the Ipsy make-up bag | See Art Chart. |
| c) The artist fees charged to Glamour Dolls for the artwork used for the Ipsy make-up bag | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the Ipsy make-up bag mold/designs | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Ipsy make-up bag samples | See Art Chart. |
| 27. The Ipsy bronzer, including, but not limited to | |
| a) LFI's involvement in the creation of the Ipsy bronzer | See Art Chart. |
| b) The artwork used for the Ipsy bronzer | See Art Chart. |
| c) The artist fees charged to Glamour Dolls for the artwork used for the Ipsy bronzer | See Payment Chart. |

| Deposition Topics | Notes |
|---|---|
| d) LFI's approval, disproval, comments, or modifications to the Ipsy bronzer molds | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Ipsy bronzer samples | See Art Chart. |
| 28. The Ipsy eyeshadow, including, but not limited to | |
| a) LFI's involvement in the creation of the Ipsy eyeshadow | See Art Chart. |
| b) The artwork used for the Ipsy eyeshadow | See Art Chart. |
| c) The artist fees charged to Glamour Dolls for the artwork used for the Ipsy eyeshadow | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the Ipsy eyeshadow molds | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Ipsy eyeshadow samples | See Art Chart. |
| 29. Kickstarter Make-up Bag, including, but not limited to | |
| a) LFI's involvement in the creation of the vegan leather make-up bag | See Art Chart. |
| b) The artwork used for the vegan leather make-up bag | See Art Chart. |

| Deposition Topics | Notes |
|---|---|
| c) The artist fees charged to Glamour Dolls for the artwork used for the vegan leather make-up bag | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the vegan leather make-up bag molds | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the vegan leather make-up bag samples | See Art Chart. |
| 30. Kickstarter trapper keeper pallets, including, but not limited to | |
| a) LFI's involvement in the creation of the Kickstarter trapper keeper pallets | • LFI provided idea of trapper keeper design to GD.<br>• See Art Chart. |
| b) The artwork used for the vegan leather make-up bag | See Art Chart. |
| c) The artist fees charged to Glamour Dolls for the artwork used for the Kickstarter trapper keeper pallets | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the Kickstarter trapper keeper pallets | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Kickstarter trapper keeper pallets samples | See Art Chart. |

| Deposition Topics | Notes |
|---|---|
| 31. Kickstarter manicure nail polish, including, but not limited to | See Art Chart. |
| a)  LFI's involvement in the creation of the Kickstarter manicure nail polish | See Art Chart. |
| b)  The artwork used for the Kickstarter manicure nail polish | See Art Chart. |
| c)  The artist fees charged to Glamour Dolls for the artwork used for the Kickstarter manicure nail polish | See Payment Chart. |
| d)  LFI's approval, disproval, comments, or modifications to the Kickstarter manicure nail polish molds | See Art Chart. |
| e)  LFI's approval, disproval, comments, or modifications to the Kickstarter manicure nail polish samples | See Art Chart. |
| 32. Kickstarter bronzer, including, but not limited to | |
| a)  LFI's involvement in the creation of the Kickstarter bronzer | See Art Chart. |
| b)  The artwork used for the Kickstarter bronzer | See Art Chart. |
| c)  The artist fees charged to Glamour Dolls for the artwork used for the Kickstarter bronzer | See Payment Chart. |

| Deposition Topics | Notes |
|---|---|
| d) LFI's approval, disproval, comments, or modifications to the Kickstarter bronzer molds | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Kickstarter bronzer samples | See Art Chart. |
| 33. Kickstarter eye shadows, including, but not limited to | See Art Chart. |
| a) LFI's involvement in the creation of the Kickstarter eye shadows | See Art Chart. |
| b) The artwork used for the Kickstarter eye shadows | See Art Chart. |
| c) The artist fees charged to Glamour Dolls for the artwork used for the Kickstarter eye shadows | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the Kickstarter eye shadows molds | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Kickstarter eye shadows samples | See Art Chart. |
| 34. Kickstarter catliner, including, but not limited to | |
| a) LFI's involvement in the creation of the Kickstarter catliner | See Art Chart. |
| b) The artwork used for the Kickstarter catliner | See Art Chart. |

| Deposition Topics | Notes |
|---|---|
| c) The artist fees charged to Glamour Dolls for the artwork used for the Kickstarter catliner | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the Kickstarter catliner molds | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Kickstarter catliner samples | See Art Chart. |
| 35. Kickstarter shimmer highlighter, including, but not limited to | |
| a) LFI's involvement in the creation of the Kickstarter shimmer highlighter | See Art Chart. |
| b) The artwork used for the Kickstarter shimmer highlighter | See Art Chart. |
| c) The artist fees charged to Glamour Dolls for the artwork used for the Kickstarter shimmer highlighter | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the Kickstarter shimmer highlighter molds | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Kickstarter shimmer highlighter samples | See Art Chart. |

| Deposition Topics | Notes |
|---|---|
| 36. Kickstarter unicorn lippie, including, but not limited to | |
| a) LFI's involvement in the creation of the Kickstarter unicorn lippie | • GD selected an open stock mold and LFI immediately told them they did not like the product.<br>• GD ignored this and proceeded with a substandard product.<br>• LFI later learned its concerns with using an open stock item were valid as the exact same product was available to one of the LFI x GD retailers, HotTopic.com, for just a few dollars.<br>• LFI tried to come up with path to use product still by asking to have made glossy, but this never progressed before termination.<br>• See Art Chart for other details. |
| b) The artwork used for the Kickstarter unicorn lippie | See Art Chart. |
| c) The artist fees charged to Glamour Dolls for the artwork used for the Kickstarter unicorn lippie | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the Kickstarter unicorn lippie | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Kickstarter unicorn lippie samples | See Art Chart. |
| 37. Kickstarter matte lip mousse, including, but not limited to | |
| a) LFI's involvement in the creation of the Kickstarter matte lip mousse | See Art Chart. |

| Deposition Topics | Notes |
|---|---|
| b) The artwork used for the Kickstarter matte lip mousse bag | See Art Chart. |
| c) The artist fees charged to Glamour Dolls for the artwork used for the Kickstarter matte lip mousse | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the Kickstarter matte lip mousse molds | See Art Chart. |
| e) LFI's approval, disproval, comments, or modifications to the Kickstarter matte lip mousse samples | See Art Chart. |
| 38. Kickstarter lip balm tin, including, but not limited to | |
| a) LFI's involvement in the creation of the Kickstarter lip balm tin | See Art Chart. |
| b) The artwork used for the Kickstarter lip balm tin | See Art Chart. |
| c) The artist fees charged to Glamour Dolls for the artwork used for the Kickstarter lip balm tin | See Payment Chart. |
| d) LFI's approval, disproval, comments, or modifications to the Kickstarter lip balm tin molds, and | See Art Chart. |

| Deposition Topics | Notes |
|---|---|
| e) LFI's approval, disproval, comments, or modifications to the Kickstarter lip balm tin samples | See Art Chart. |
| 42. LFI's decision to terminate Glamour Dolls | • The decision to terminate was made in consultation with David Evered and so is attorney-client privileged.<br><br>• A decision to terminate GD was not made until the earliest, July 3, 2018, and was made in consultation with counsel.<br><br>• LFI didn't want to terminate the license agreement, but GD left LFI no choice for the reasons stated in the July 25, 2018 letter.<br><br>• The reasons for the termination are stated in the July 25, 2018 termination letter. |
| 43. The contents of the July 25, 2018, Notice of Termination | The July 25 termination notice was prepared by LFI's counsel and the discussions leading to its preparation are privileged.<br><br> o The letter notes GD breached Section 4.1 of the Second License Agreement and quotes that section. The letter notes GD failed to meet delivery dates and otherwise comply with its obligations set out in Section 4.1 and is thus in material and irremediable breach of the Agreement. The letter notes these are grounds for termination for material breach under Section 10(i) of the Agreement.<br><br> o The letter also notes that GD breached Section 8.4 of the Second Agreement by: (1) publishing unapproved materials on its Kickstarter page referring to Lisa Frank; (2) failing to submit prepublication samples of the materials for LFI's approval; and (3) failing in any other way to seek LFI's approval as required by the Agreement. The letter notes these omissions by GD are themselves grounds for termination for material breach under Section 10(f) of the Agreement.<br><br> o The letter further notes the damage to LFI's brand caused by GD's handling of its Kickstarter program and poor communication with, and failure to deliver an order to Hot Topic, which resulted in the cancelation of the order by Hot Topic. The letter noted this conduct was detrimental to LFI and its brand, and that this was an additional ground for termination of the Agreement.<br><br>These were the grounds stated for termination of the Second License Agreement.<br><br> o These are not necessarily the only grounds for termination of the Second License Agreement.<br><br> o LFI is not a licensed attorney and whether other grounds existed as of July 2018 would be covered by the attorney-client privilege. |

| Deposition Topics | Notes |
|---|---|
| 44. LFI's requests to Glamour Dolls to prepare long term marketing plans and the contents of the prepared plans | • LFI does not recall making any specific request to GD to prepare "long term" marketing plans.<br><br>• GD did present a marketing launch plan to Janice Ross when they met with her in L.A. on May 14, 2018, her first day with LFI. |
| 45. LFI's 2018 communications with Hot Topic regarding cosmetics prior to July 25, 2018. | • LFI learned that Hot Topic was canceling purchase orders due to non-delivery by GD. GD alone determined the delivery dates to promise Hot Topic. These dates had apparently been extended numerous times by GD.<br><br>• Hot Topic reached out to LFI after they were ignored by GD. Janice did her best to try to salvage the relationship. |
| 46. Whether LFI was contemplating working with MAC Cosmetics in 2018 and the scope of the contemplated working relationship | • LFI was not contemplating working with MAC Cosmetics in 2018.<br><br>• There was no discussion with MAC about a potential working relationship in 2018.<br><br>• Lisa Frank merely interacted with executives of MAC at BeautyCon in NYC. |
| 47. The 2017 Greece trip taken by Peter, Lisa Frank, and Forrest Frank. | • Peter told Lisa the plan was for him and Lisa to meet up with Allison from Ipsy in Greece. He shared a text a message from Allison on August 19, 2017, saying he is "working Ipsy."<br><br>• Peter also said they would visit locations throughout Greece to source product ideas, tour potential factories, etc.<br><br>• Peter and Lisa spent a full day in Athens touring shops, including four hours in one toy store. Lisa also spent hours with Peter trying to educate him on manufacturing as he still did not have that down.<br><br>• During the trip, they saw a particular concept in a cosmetics store. Peter was planning to make something similar under the LF x GD license.<br><br>• Because LFI's accountant at that time wanted LFI to document any planned business with the partner before the trip, Shannon asked Peter if he wouldn't mind sending an email confirming the details of what Peter and Lisa had discussed doing business wise on the trip. Peter sent the email on 9/2/17.<br><br>• The trip took place between 9/4/17 and 9/15/17.<br><br>• Peter did not deliver on the promises he made about the planned business meetings and tours. At Lisa's insistence, she and Peter did visit multiple toy stores and other locations to develop product ideas and for Lisa to educate Peter on manufacturing. |

| Deposition Topics | Notes |
|---|---|
| 48. LFI's conversations with *Insider* regarding Glamour Dolls. | • *Insider* contacted LFI seeking comment on an article they said they were about to publish about GD's Kickstarter campaign.<br><br>• LFI tasked its PR representative, Courtney Tunney, with responding to this request for comment. This is the statement that Courtney provided:<br><br>*Several years ago, we entered into a business arrangement with Glamour Dolls to have them produce a cosmetics line featuring Lisa Frank Inc. artwork. Unfortunately, Glamour Dolls completely failed to live up to our agreement, which includes their obligations within the Kickstarter campaign, failing to manufacture and deliver the products that our fans rightfully deserved. The Lisa Frank Company knows how you feel, as we did not receive what Glamour Dolls promised us either.*<br><br>*After many months of pushing Glamour Dolls to live up to its contractual obligations and deliver products (to our fans and retailers that ordered products), Lisa Frank Inc. reached the point of exasperation, terminated the agreement with Glamour Dolls and contacted the Federal Government. To say we are disappointed by the events that transpired as a result of this license is an understatement.*<br><br>*We are excited about the upcoming collection with our trusted partners at Morphe, and know our fans will love these quality cosmetics that bring the joy of Lisa Frank to life.* |
| 49. All statements LFI made to consumers about Glamour Dolls in relation to the Kickstarter campaign. For the avoidance of doubt, deponent will not be expected to testify as to information protected by the attorney-client or work product privileges. | • LFI generally only made statements about GD's failed Kickstarter campaign to consumers or journalists when an individual consumer or journalist directly reached out to LFI for comment.<br>• LFI has from time to time responded to one or more emails or DMs it has received. LFI's standard response consisted of something similar to this:<br><br>*Thank you for reaching out. We are frustrated and saddened by this entire situation. Rest assured we are doing what we can to assist Glamour Dolls to get their products out so they can meet their obligations to their Kickstarter backers. We are currently waiting to receive product samples from Glamour Dolls for approval that we invited them to send us on November 14.*<br><br>*We understand that the matter is being looked into by federal authorities [e.g., an assistant US attorney] who we will assist as requested. Please keep all records of your donations to or investments in this project. I don't have anything more at this time but we will provide updates as more information from Glamour Dolls about the production of the products becomes available. Thank you for your patience.* |

# Exhibit 22

| | |
|---|---|
| **From:** | Shannon McPhillips [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D8D6A8B7A5F0401EAF67232FEB69368E-SHANNON] |
| **Sent:** | 5/2/2018 4:33:57 AM |
| **To:** | Peter Georgotas [peter@glamourdollsmakeup.com] |
| **CC:** | David Evered [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7a9b922084ff4a7cbfbde203fa969847-devered]; Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa] |
| **Subject:** | RE: GLAMOUR DOLLS: GMR |

Peter,

Our level of concern regarding the monies due is escalating as you are over 4 weeks delinquent with your contractually scheduled payment and we did not hear from you today. It's imperative you respond with a payment of $127,503 no later than Friday, May 4th, otherwise, we will have to issue a breach of contract notice.

**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com

---

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Monday, April 30, 2018 4:05 AM
**To:** Shannon McPhillips <smcphillips@lisafrank.com>
**Cc:** David Evered <devered@lisafrank.com>; Lisa Frank <lfrank@lisafrank.com>
**Subject:** Re: GLAMOUR DOLLS: GMR

Good morning Shannon, thank you for clarifying. Dually noted we'll make sure it's done correctly going forward.

Have a good week,
Peter

**www.glamourdollsmakeup.com**

Sent from my iPhone.

On Apr 28, 2018, at 02:44, Shannon McPhillips <smcphillips@lisafrank.com> wrote:

Peter,

The contract states "the scheduled payments of the balance of the GMR are due on or before the dates listed below". I've underlined this in red in the attached document.
The GMR of $125,000 and the calculated interest of $1,875 is for a payment received 30 days late. Please add an additional $86 for each additional day you are late past 4/25/2018.

If this was an earned royalty, it would be due within 30 days after the quarter closes. However, because this is an advance it is due on or before the dates outlined in your contract.

Please add the interest of $2,245 to your wire on Tuesday. In the future, if you know you are traveling, I would suggest you wire the payment before your scheduled travel.

Confidential

Thank you,


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Friday, April 27, 2018 10:41 AM
**To:** Shannon McPhillips <smcphillips@lisafrank.com>
**Cc:** David Evered <devered@lisafrank.com>; Lisa Frank <lfrank@lisafrank.com>
**Subject:** Re: GLAMOUR DOLLS: GMR

Hi Shannon, I'm a little confused.

The contract says that the quarter ends 3/25 but that payment and royalty report are due within 30 days after the quarter closes so right now we are only 2 days late.

I'm in Dallas until Tuesday and tried to do a phone wire yesterday but they require I go into a branch for a wire this size and M&T does not have branches in Texas.

Obviously we will pay any interest for the days we are late. Do you want to recalculate what that would be?

Thank you,

Peter


On Wed, Apr 25, 2018 at 10:58 PM, Shannon McPhillips <smcphillips@lisafrank.com> wrote:

Peter,


See attached from the contract. Your GMR of $125,000 was due on 3/25/2018. Per your contract, your payment is now 30 days late, and you have accrued $1,875 in interest to date. The total amount owed is $126,875 and will continue to accrue interest if the money is not wired by tomorrow, Thursday, April 26th.


Thank you,



**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com

Confidential

<Glamour Dolls Contract- Royalties.pdf.jpg>

Confidential

| | |
|---|---|
| **From:** | Shannon McPhillips [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D8D6A8B7A5F0401EAF67232FEB69368E-SHANNON] |
| **Sent:** | 4/28/2018 6:44:14 AM |
| **To:** | Peter Georgotas [peter@glamourdollsmakeup.com] |
| **CC:** | David Evered [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7a9b922084ff4a7cbfbde203fa969847-devered]; Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa] |
| **Subject:** | RE: GLAMOUR DOLLS: GMR |
| **Attachments:** | Glamour Dolls Contract- Royalties.pdf.jpg |

Peter,

The contract states "the scheduled payments of the balance of the GMR are due on or before the dates listed below". I've underlined this in red in the attached document.
The GMR of $125,000 and the calculated interest of $1,875 is for a payment received 30 days late. Please add an additional $86 for each additional day you are late past 4/25/2018.

If this was an earned royalty, it would be due within 30 days after the quarter closes. However, because this is an advance it is due on or before the dates outlined in your contract.

Please add the interest of $2,245 to your wire on Tuesday. In the future, if you know you are traveling, I would suggest you wire the payment before your scheduled travel.

Thank you,


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Friday, April 27, 2018 10:41 AM
**To:** Shannon McPhillips <smcphillips@lisafrank.com>
**Cc:** David Evered <devered@lisafrank.com>; Lisa Frank <lfrank@lisafrank.com>
**Subject:** Re: GLAMOUR DOLLS: GMR

Hi Shannon, I'm a little confused.

The contract says that the quarter ends 3/25 but that payment and royalty report are due within 30 days after the quarter closes so right now we are only 2 days late.

I'm in Dallas until Tuesday and tried to do a phone wire yesterday but they require I go into a branch for a wire this size and M&T does not have branches in Texas.

Obviously we will pay any interest for the days we are late. Do you want to recalculate what that would be?

Thank you,

Peter

Confidential

On Wed, Apr 25, 2018 at 10:58 PM, Shannon McPhillips <smcphillips@lisafrank.com> wrote:

Peter,

See attached from the contract. Your GMR of $125,000 was due on 3/25/2018. Per your contract, your payment is now 30 days late, and you have accrued $1,875 in interest to date. The total amount owed is $126,875 and will continue to accrue interest if the money is not wired by tomorrow, Thursday, April 26th.

Thank you,

**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com

LFI0000886

6.2.   <u>Guaranteed Minimum Royalty & Advance</u>.

a.      Licensee agrees to pay LFI a Guaranteed Minimum Royalty (GMR) of $500,000 for the Term payable in the amounts scheduled below with a nonrefundable advance of $125,000 to be applied to the GMR.   The initial advance of $125,000 is payable by wire transfer to LFI upon execution of this Agreement.   <u>The scheduled payments of the balance of the GMR are due on or before the dates listed below.</u>

b.

| Quarter | | GMR |
|---|---|---|
| Quarter 1 | (ends 3/25/2018) | $125,000 |
| Quarter 2 | (ends 6/24/2018) | $125,000 |
| Quarter 3 | (ends 9/29/2018) | $125,000 |

c.      If the total royalty paid by Licensee, including the Advance, at the end of a Quarter is, for any reason, less than the accrued GMR amount, Licensee shall, no later than the final day of that Quarter, pay such difference to LFI.   If the total royalty paid for a Quarter exceeds the GMR amount for that Quarter, the excess shall be set against the GMR amount for the following Quarter.   Licensee will pay over the Term a total equal to or more than the GMR.

d.      Licensee expressly acknowledges that its obligation to use best efforts to exploit the rights granted hereunder referred to in Section 10.g. extends beyond payment of the GMR.

6.3.   <u>Definition of Gross Sales</u>.   The term "Gross Sales" in this Agreement, shall mean the gross invoiced amount from sales of Licensed Products.

6.4.   Royalties shall accrue upon the sale of Licensed Products regardless of the time of collection by Licensee.   A Licensed Product is deemed "sold" hereunder when it is billed, invoiced, shipped or paid for, whichever occurs first.   A Licensed Product which is manufactured or acquired by Licensee shall also be deemed "sold" if Licensee is unable to definitively and verifiably account for its disposition, such as through destruction (in accordance with Section 5.2), waste, or distribution as samples.

6.5.   If Licensee sells any Licensed Product to any party affiliated with Licensee, or in any way directly or indirectly related to or under common control with Licensee, at a price less than the regular price charged to other parties, the royalties payable to LFI shall be computed on the basis of the regular price charged to other parties.

6.6.   <u>Accounting</u>.   Within thirty (30) days after each Quarter during the Term, Licensee shall furnish to LFI a full, complete and accurate statement in the form of Exhibit **B**, specifying by customer, the number of units sold, gross sales, returns, and net sales for each Licensed Product (by style and stock number) sold in each of the Countries during the preceding calendar quarter.   Each quarterly statement shall be accompanied by documentation supporting any returns and other allowances entered in the statement and by a wire transfer payment of the royalty amounts due to LFI under this Agreement, as shown on the statement.   All royalty payments shall be made by wired inter-bank transfer to an account designated by LFI.   Licensee shall also furnish to LFI accounting statements containing the same information as required in the quarterly accounting statements but certified by an officer of Licensee to be true, complete and accurate, as follows: (i) within 30 days of the end of each calendar year during the Term, for the just completed calendar year; and (ii) within 30 days of the conclusion of the Term and any sell-off period, for the entire period of the Term and sell-off period.   Statements shall be provided for each period described in this Section regardless of whether any Licensed Products have been sold during such period.   LFI's receipt or acceptance of any royalty statement or royalty payment furnished or paid hereunder, shall not prevent LFI from later contesting the validity or accuracy of such statement or terminating under Section 10.d. If any royalty payment due hereunder is late, Licensee shall pay interest on such payment at a rate of 18% per annum (or, if less than 18%, the maximum rate permissible under law).

LFI0000887

# Exhibit 23

**From:**    Maricella Diaz [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MDIAZ]
**Sent:**    7/26/2017 7:51:49 PM
**To:**    'Peter Georgotas' [peter@glamourdollsmakeup.com]
**CC:**    Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank]; Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE
GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]
**Subject:**    RE: Lisa Frank 2nd Qtr 2017 Royalty Report/Payment

Hello Peter—

Can you provide me an update as to when we should expect to receive your report?

.  **As a note the 30th is Sunday- please forward your report/payment by the 28th.**

**Maricella Diaz, M.S.A**
Accounting
The Lisa Frank Company
520.547.1535
MDiaz@lisafrank.com
**"Lisa Frank - America's Designer for Girls"**





Visit us on Facebook    Follow us on Twitter

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to
the sender and delete this copy from your system.  Thank you for your cooperation.

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Tuesday, July 11, 2017 11:35 PM
**To:** Maricella Diaz
**Cc:** Lisa Frank; Laura Crawford
**Subject:** Re: Lisa Frank 2nd Qtr 2017 Royalty Report/Payment

Thanks Maricella, be back to the office tomorrow and we'll get this to you asap.

Have a good night,
Peter

www.glamourdollsmakeup.com

On Jul 11, 2017, at 14:20, Maricella Diaz <MDiaz@lisafrank.com> wrote:

Hello!

Just a friendly reminder that your Lisa Frank 2nd Qtr 2017 Royalty Report/Payment is due on or before 7.30.2017

LFI0003740

Please forward your revenue report with any corresponding back-up.

Please also keep in mind that payment is due no later than 7.30.17 via electronic payment per the agreement to avoid daily interest accrual.  Please forward also proof of payment submittal so that we can apply your payment accordingly and timely.

Thank you!

**Maricella Diaz, M.S.A**
Accounting
The Lisa Frank Company
520.547.1535
MDiaz@lisafrank.com
**"Lisa Frank - America's Designer for Girls"**

<image001.png>          <image002.png>
**Visit us on Facebook**          **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

LFI0003741

# Exhibit 24

**From**: Peter Georgotas [peter@glamourdollsmakeup.com]
**Sent**: 6/20/2018 12:36:12 PM
**To**: Janice Ross [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b651ad9b2ce74ca3961d28aaaa019757-jross]
**CC**: Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]
**Subject**: Re: Payment Due - Lisa Frank

Hi Janice,

apologies, had to shoot down to memphis yesterday.

Got it re: payment and will let you know when it's sent.

Good morning,

Peter

On Tue, Jun 19, 2018 at 4:01 PM, Janice Ross <jross@lisafrank.com> wrote:

Peter – confirming you received this and payment is on schedule.

I am out of the office for a couple days and will follow up with you on the other email shortly.

Janice

**Janice Ross**
SVP Licensing and Business Development
The Lisa Frank Company
310.804.4908
jross@lisafrank.com





**Visit us on Facebook**    **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Janice Ross <jross@lisafrank.com>
**Date:** Friday, June 15, 2018 at 10:55 AM
**To:** Peter Georgotas <peter@glamourdollsmakeup.com>
**Cc:** Lisa Frank <lfrank@lisafrank.com>
**Subject:** Payment Due - Lisa Frank

Hi Peter –

Sending you a separate note regarding the upcoming payment in the amount of $125,000.  It is due no later than 6/22 (6/24 is a Sunday) in order to avoid any interest for a late payment.

As a reminder, the payment will need to be wire-transfer using the account information below:

Payment Instructions: Wire Payments [Electronic Funds Transfer]
UBS AG - 677 Washington Blvd, Stamford, CT 06901 USA | Tel: 1 203 719 3000
ABA Number: Redacted
UBS Financial Services Inc.
Account Number:   Redacted
[N.B. The following words must appear on transfer]
'To further credit: Lisa Frank, Inc - Account Number: Redacted

Thanks for your prompt attention.

Best,

Janice

**Janice Ross**
SVP Licensing and Business Development
The Lisa Frank Company
310.804.4908
jross@lisafrank.com





**Visit us on Facebook**      **Follow us on Twitter**

Confidential

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

Confidential