# Exhibit 25

Sunday, May 6, 2018

Janice Ross    Redacted

Hi peter. It's Janice Ross . I'm joining
Lisa Frank as her new SVP of
Licensing and Biz Dev . Sent u an email
last week about getting together in LA
on Monday the 14th or Tuesday the
15th. Let me know if that works . Would
love to meet you and spend time with
you reviewing the business .

2:44:09 PM

Redacted

Hi Janice! I just got back to town and
will be getting back to you today .
Really excited to work with you . We
have some exciting things planned and
a great new creative team that wants to
do this right . Feel free to reach out by
text whenever you want

3:41:24 PM

Janice Ross    Redacted

Thx Peter!!  Look forward to working
with you and the Glamour Doll team .
Do you think early next week for a mtg
in LA is doable ?  Wanted to sit down
with you before Licensing Show .

4:27:24 PM

Hi Peter - I know it 's getting late east
coast time . Let me know if you have
thoughts on timing for a get together in
LA so we can lock it down on the
calendar.  Thx!!

9:13:21 PM



Redacted

Hey Janice is there a chance we could
do Thursday afternoon or Friday next
week? The licensing show is the  21st?

9:15:31 PM

I'll work around your schedule and am
flexible was just seeing if we can lump
la and Vegas together

9:16:20 PM

Oh! I'm so sorry instead of the
licensing expo

9:18:50 PM

Janice Ross    Redacted

Vegas is going to be speed dating
meeting  - it's always so crazy .  I want
to have more time with you so we can
take a deep dive into the partnership  -
product line planning , distribution ...

9:19:05 PM



EXHIBIT  20
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

Page 1 / 7
GDI029196



**Redacted**
That works great then . What days are good? We could meet with Ipsy as well if you have time . We were discussing a big Lisa Frank booth at their trade show in October.  9:19:51 PM

Janice Ross **Redacted**
Would Monday the 14th or Tuesday the 15th work. Would be great to include a mtg at Ipsy . Let's schedule that after our meeting planning session .  9:21:03 PM

**Redacted**
Let's do the 14th that way we have time to meet a few of our LA accounts if appropriate ?  9:22:47 PM

Janice Ross **Redacted**
That works . Where do u usually stay ?  9:23:17 PM

**Redacted**
The Jeremy in West Hollywood  9:23:37 PM

Janice Ross **Redacted**
Can we grab a mtg room there ? I'm in the process of setting up an office in LA but I won 't have it nailed down before June.  9:26:41 PM

**Redacted**
Totally my friend owns the place  9:27:14 PM

Janice Ross ( **Redacted**
le le  9:27:21 PM

**Redacted**
Awesome . Excited to meet . Ixxxzo It's been a frustrating year but I 'm really excited to show you what our new team has put together .  9:28:36 PM

Janice Ross **Redacted**
Me too! I want to help make the partnership a big success . Good that we can both dedicate time on the 14th (and 15th if you have additional mtgs ) to get everything on track .  9:30:55 PM

Let me know what time I should arrive at the Jeremy on the 14th and if what other mtgs you want to plug in for us .  9:31:36 PM



Thx Peter! 😊    9:31:43 PM

Redacted
Ok great I'll check flights and get back to you in the morning 👍    9:33:03 PM

Janice Ross    Redacted
Perfect.    9:33:12 PM

Sunday, May 13, 2018

Redacted
We just got to the west coast . Looking forward to meeting tomorrow    3:48:16 PM

Janice Ross    Redacted
absolutely ! See you at the hotel tomorrow at 10!    3:48:57 PM

Monday, May 14, 2018

Janice Ross    Redacted
Hi Peter. Just finished  up a call with Lisa. Apologies may be a few minutes late with the traffic    12:05:38 PM

Look forward to seeing u soon !    12:05:45 PM

Redacted
No rush take your time we 're here =)    12:07:59 PM

Janice Ross    Redacted
    12:18:04 PM

I'm here. Where should I meet u ?    1:15:52 PM

Redacted
Are you in the lobby ?    1:16:55 PM

Janice Ross    Redacted
Yes    1:16:59 PM

Redacted
I'm walking over to the front desk plus shirt =)    1:17:25 PM

Janice Ross    Redacted
Hi Peter - great meeting you and the Glamour Dolls Makeup team !  I'm excited to work with all of you  .  Let me know how your plans go with Wengie  -- would love to meet up .    7:13:36 PM



It was totally our pleasure   Thank you for being so engaged and really diving in deep. We're excited to get this program going!!! We're expecting to hear back from team Wengie shortly keep you posted.

7:18:31 PM

**Janice Ross** 

😁

7:18:45 PM



Waiting on wengie's team but we're going to an itsy spin class tomorrow at 5:15pm in Santa Monica if you 'd like to join. The co owner instructs it 😄 haha

9:39:43 PM

It's invited us and you're welcome too 😊

9:40:23 PM

**Janice Ross**

How fun!  Thanks for thinking of me but I have a meetings in the valley at  5pm so wouldn't be able to make it  .

11:06:55 PM

Tuesday, May 15, 2018



Haha I'm still not sure 😄 it 's a small class 😊 I see how out of shape I am !! Wengie's team has me on standby so if we can't meet them this trip I can direct connect us all on email or pop out again in a few weeks with more time to plan

4:10:19 PM

Saturday, May 26, 2018

Hey Janice , hope the licensing show went well 😊 I don 't have b 's email but speak with him on WhatsApp and can make an intro there if you have the app

11:31:00 AM



11:31:39 AM

**Janice Ross**

Thanks Peter .



11:48:18 AM



11:50:53 AM  I'm headed to Greece this week so will try and see him there . Matt will setup a time for you and chanel to chat but if you have any free time tomorrow or Monday let's touch base ?

**Janice Ross**   Redacted

Have a great trip.  I'll work with Matt to set something up this week  .

11:51:41 AM



11:55:36 AM  Sounds good and if you do have a few minutes for us to connect I'd like to get your thoughts on a couple top level things like ulta and ipsy so I can give them good guidance

11:56:06 AM  I'll be generally available while there

**Janice Ross**   Redacted

Before you leave can u send me all the outstanding orders for Ipsy , hot topic and Kickstarter . Want to review before we talk so I can strategize a game plan with u

11:57:22 AM

Would love to meet the Ipsy team too  -  great to help u promote Lisa frank and all the things we have going in the pipeline

11:58:06 AM

More Holistically as a brand  .

11:58:33 AM

Can u make an intro before u leave

11:59:01 AM

Redacted

11:59:05 AM  Totally . I'll get you an agenda before we meet

**Janice Ross**   Redacted



11:59:27 AM

Hi Peter . When do u leave for Greece .

4:36:26 PM

I have the invoice for the  art changes needed on the lip balm and want to send that over so you can process it before you leave

4:37:44 PM



**Redacted**
Im flying in a few hours . Can you send it and I'll try to get into the billing system for Tuesday ?
4:39:19 PM

Janice Ross **Redacted**
No problem - will send now .
4:40:39 PM

**Redacted**
👍
4:40:53 PM

Janice Ross **Redacted**
Just sent
4:48:09 PM

**Redacted**
Great! Also I'll send you the recap , the plan is actually to swap Matt out for Chanel as your point of contact once you connect - she speaks your language . Matt's been a huge help transitioning the team but this isn't his area of expertise =)
5:21:51 PM

Janice Ross **Redacted**
Got it !
5:22:46 PM

Friday, June 1, 2018

**Redacted**
Hey Janice , not sure if you're a night owl but I can ring you now quickly , I just woke up and saw both the update that was posted and the emails
2:23:36 AM

Janice Ross **Redacted**
Hi Peter - I just missed you last night
10:42:44 AM

Are you free now ?
10:42:49 AM

**Redacted**
No worries it was late , I'm driving back up to sihers should be available in an hour hour and a half if that's convenient or all day tomorrow .
11:45:28 AM

Janice Ross **Redacted**
I have a call at 11am this morning LA time
12:21:43 PM

Just text me when you 're free and if I'm off the call let 's touch base
12:21:58 PM



Redacted

12:22:12 PM

1:24:59 PM    Free now if you are

2:11:30 PM    Will be free again in  2 hours if you finish up

Tuesday, June 5, 2018

Redacted

6:21:49 PM    I think we lost you can you hear us  ?

Janice Ross    Redacted

Trying to dial back I    6:23:01 PM

In    6:23:03 PM

Redacted

6:23:31 PM    No prob let me know if you can  t for some reason

Tuesday, July 3, 2018

Redacted

3:59:00 PM    Hey Janice ring you in  10

Janice Ross    Redacted

No problem    3:59:12 PM

Redacted

3:59:19 PM    Thank you

GDI029202

# Exhibit 26

1  Laura Sixkiller (SBN 022014)
2  laura.sixkiller@us.dlapiper.com
   Kyle T. Orne (SBN 032438)
3  kyle.orne@us.dlapiper.com
   **DLA PIPER LLP (US)**
4  2525 East Camelback Road, Suite 1000
5  Phoenix, Arizona 85016-4232
   Tel:  480.606.5100
6  Fax: 480.606.5101
7  DLAPHX@us.dlapiper.com

8  *Attorneys for Defendant/Counterclaimant*
   *Lisa Frank, Inc. and Defendant Lisa Frank*
9

10
11            **UNITED STATES DISTRICT COURT**

12               **DISTRICT OF ARIZONA**

13  Glamour Dolls Inc.,                )   CASE NO. CV-21-0228-TUC-SHR
                                       )
14        Plaintiff,                   )
                                       )   **SECOND AMENDED RULE 30(B)(6)**
15        v.                           )   **NOTICE OF TAKING DEPOSITION**
                                       )   **OF GLAMOUR DOLLS INC.**
16  Lisa Frank, Inc. and Lisa Frank, in her )
    individual and corporate capacity, )
17                                     )
          Defendants.                  )
18                                     )
    _____)
19  And Related Counterclaims.         )
                                       )

20        PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil

21  Procedure, Defendants and Counterclaimant Lisa Frank, Inc. ("LFI") and Lisa Frank

22  ("Lisa Frank") will take the deposition of Glamour Dolls Inc. ("Glamour Dolls") before a

23  person authorized by law to administer oaths, on the following dates and at the following

24  place and time, continuing until completion[1]:

25        DATES:     **Tuesday, August 22, 2023**
                     **Wednesday, August 23, 2023**
26
          TIME:      **9:30 a.m. local time**
27

28
_____
[1] By agreement of the parties, this deposition will occur contemporaneously with the individual
deposition of Peter Georgotas.

DLA Piper LLP (US)
Phoenix, Arizona

EXHIBIT 93
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

PLACE:        **DLA Piper LLP (US)**
              **2000 Avenue of the Stars**
              **Suite 400 North Tower**
              **Los Angeles, CA 90067**

The deposition will be recorded by audio and/or stenographic means.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Glamour Dolls is requested to designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, regarding the matters for examination set forth in the attached **Schedule A**. LFI and Lisa Frank further request that Glamour Dolls confer with them in good faith about the matters for examination set forth in **Schedule A**.

Dated: August 16, 2023.

                        **DLA PIPER LLP (US)**


By: *s/ Laura Sixkiller*
        Laura Sixkiller
        Kyle T. Orne
        2525 East Camelback Road, Suite 1000
        Phoenix, Arizona 85016-4232
        Tel: 480.606.5100
        Fax: 480.606.5101
        laura.sixkiller@us.dlapiper.com
        kyle.orne@us.dlapiper.com

        *Attorneys for Defendant/Counterclaimant*
        *Lisa Frank, Inc. and Defendant Lisa Frank*

DLA Piper LLP (US)
Phoenix, Arizona

2

## **SCHEDULE A**

## **DEFINITIONS**

For purposes of the matters for examination set forth below:

1.    "And" means and/or.

2.    "Any" or "all" means "any and all."

3.    "FAC" refers to the First Amended Complaint filed by Glamour Dolls in the above-captioned action.

4.    The term "Communication" means and includes every manner or means of disclosure, transfer or exchange of information (in the form of facts, ideas, inquiries or otherwise) whether orally or by document and whether by face-to-face exchange, telephone, telecopier, mail, facsimile, personal delivery, email, any form of electronic mail, instant message, text message, overnight delivery or otherwise.

5.    The term "Concerning" means in any way, directly or indirectly, in whole or in part, amending, analyzing, commenting upon, comprising, considering, constituting, containing, describing, discussing, documenting, embodying, establishing, evaluating, evidencing, identifying, memorializing, mentioning, modifying, pertaining to, qualifying, referring to, reflecting, regarding, relating to, representing, showing, stating, summarizing, or in any way relevant to the subject matter stated.

6.    "Each" or "every" means "each and every."

7.    The term "Evidencing" means directly or indirectly mentioning, discussing, demonstrating, constituting, supporting, referring to or in any other way deals with the subject matter stated.

8.    The terms "You," "Your," "Plaintiff," and "Glamour Dolls" refer to Glamour Dolls Inc. all of its companies, trusts, affiliates, subsidiaries, predecessors and successors thereof, owners, members, directors, officers, employees, consultants, brokers, agents, salespersons, representatives, independent contractors, advisors and attorneys therefor, and/or any other persons or entities purporting to act on its behalf and/or under its control.

9.     "Insider" means Insider, Inc., which published an article in November 2020 regarding Morphe, LLC's release of a makeup line, which is referenced in Paragraph 68 of the FAC.

10.     "Insider Article" refers to the November 2020 article published by Insider regarding Morphe, LLC's release of a makeup line referenced in Paragraph 68 of the FAC.

11.     "2016 License Agreement" refers to the License Agreement between You and LFI entered into on or about June 6, 2016, referenced in Paragraph 10 of the FAC.

12.     "2017 License Agreement" refers to the License Agreement between You and LFI entered into on or about December 14, 2017, referenced in Paragraph 37 of the FAC.

13.     "License Agreements" refers collectively to the 2016 and 2017 License Agreement(s).

14.     "LFI" refers to Defendant Lisa Frank, Inc. and all of its companies, trusts, affiliates, subsidiaries, predecessors and successors thereof, owners, members, directors, officers, employees, consultants, brokers, agents, salespersons, representatives, independent contractors, advisors and attorneys therefor, and/or any other persons or entities purporting to act on its behalf and/or under its control.

15.     "Lisa Frank" refers to the individual defendant Lisa Frank.

16.     "Licensed Products" has the same meaning as used in the License Agreements.

17.     "Relate," "Related To," and "Relating To" shall be given the same meaning as "Concerning."

18.     Words and phrases not defined here should be interpreted according to their plain meaning.

## **RULE 30(B)(6) TOPICS**

1.      Payments made by You or due by You under the License Agreements.

2.      Your compliance and/or efforts to comply with the post termination obligations under the License Agreements following termination of the 2017 License Agreement.

3.      Your efforts to make, manufacture, distribute, advertise, market, offer for sale, and the actual sale of products under the 2016 License Agreement or 2017 License Agreement through platforms or stores other than Kickstarter.

4.      Your efforts to make, manufacture, distribute, advertise, market, offer for sale, and the actual sale of products under the 2016 License Agreement or 2017 License Agreement, through Kickstarter.

5.      Any claimed delays in the production process under the 2016 License Agreement or 2017 License Agreement.

6.      The artwork provided by LFI to You under the License Agreements.

7.      The basis for Your contention that LFI failed to provide artwork under the License Agreements for certain products.

8.      Every product that You submitted to LFI for approval or disapproval under the License Agreements between June 1, 2017 and June 30, 2017 and the result of those submissions.

9.      Any written notice demanding approval or disapproval of samples submitted between June 1, 2017 and June 30, 2017, pursuant to Section 8.2(d) of the 2016 License Agreement.

10.     The basis for Your contention that in November 2017 "the vast majority of such samples were still awaiting final review and approval."

11.     The basis for Your contention that Defendants lost and misplaced various sample which Glamour Dolls submitted to LFI for review.

12.     Your production and manufacturing process for Licensed Products under the License Agreements.

13.    The basis for Your contention that LFI refused to accept samples submitted by You for review.

14.    The basis for Your contention that LFI intentionally stalled or delayed the production process under the License Agreements.

15.    The basis for Your contention that LFI entered into the License Agreements without intending to fulfill their terms and obligations.

16.    The status of all Licensed Products being developed, produced, or manufactured by You under the 2017 Licensed Agreement in June and July 2018.

17.    LFI's approvals or disapprovals of samples submitted by You to LFI under the License Agreements.

18.    The basis for Your contention that LFI demanded an early payment of guaranteed royalties under the License Agreements.

19.    Any Communication by LFI or Lisa Frank made to You believed to be false, a misrepresentation, in error, or incorrect that is the basis for any of Your claims.

20.    Your reliance upon any misrepresentation allegedly made by LFI or Lisa Frank to You that is the basis of any of Your claims.

21.    Any false and/or disparaging statement You allege that LFI or Lisa Frank made about You that are the basis for any of Your claims.

22.    The truth or falsity of any statement attributed to LFI or Lisa Frank in the Insider Article.

23.    The circumstances surrounding the termination of the 2017 License Agreement.

24.    Any third parties, including MGD Solutions, Inc., Kickfurther, and/or H-E-B Grocery Company, LP, refusing to do business with You due to the Insider Article, including the nature of Your relationship with these third parties and the details of their refusal to do business with You.

25.    Any support for Your allegation that You were blacklisted from any platform due to the Insider Article as alleged in Paragraphs 72, 103, 111, 118, and 12 of the FAC.

26.    Any customer who did boycott or vowed to boycott Glamour Dolls due to the Insider Article as alleged in Paragraph 73 of the FAC.

27.    Any harm or damages suffered by You due to any misrepresentation You allege that LFI or Lisa Frank made to or about You.

28.    Any loss of revenue from third parties, including Kickstarter, Hot Topic, Nordstrom, Indiegogo, and Amazon sales, that You claim to have suffered due to any misrepresentation that LFI or Lisa Frank made to or about You.

29.    Any harm or damages suffered by You due to the Insider Article.

30.    Any harm or damages You claim to have suffered as a result of any alleged false and/or disparaging statement You allege that LFI or Lisa Frank made about You.

31.    Any harm or damages You claim to have suffered as a result of any alleged breach(es) of the License Agreements by LFI.

32.    The process of searching for and gathering any documents in responding to any set of discovery requests propounded upon you by LFI and/or Lisa Frank.

33.    Any investigation or potential investigation of You by the United States government or any other government agency at the state or federal level relating to the License Agreements and/or the Licensed Products.

34.    All facts or evidence supporting Your allegation that LFI is the alter ego of Lisa Frank.

35.    All facts of evidence supporting your allegation that adherence to LFI's corporate form would sanction a fraud and/or promote injustice.

36.    Your compliance with the product inspection and approval process set forth in the License Agreements for each Licensed Product.

37.    Your publication and production of products, advertising, and packaging that was not approved by LFI under the License Agreements.

38.    Your failure to timely manufacture, deliver, and sell Licensed Products under the License Agreements, including any allegations made by any consumer, distribution channel, or LFI that You failed to timely manufacture, deliver, and sell Licensed Products

DLA Piper LLP (US)
Phoenix, Arizona

even if You deny the allegations.

39.    Your failure to distribute products promised to consumers and distribution channels under the License Agreements, including any allegations made by any consumer, distribution channel, or LFI of such failures by You even if You deny the allegations.

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, a true and correct copy of the foregoing document was served via e-mail upon:

Jordan Susman (admitted *pro hac vice*)
Margo Arnold (admitted *pro hac vice*)
NOLAN HEIMANN LLP
16000 Ventura Blvd., Suite 1200
Encino, California 91436
Tel: 818.574.5710
jsusman@nolanheimann.com
marnold@nolanheimann.com

*Attorneys for Plaintiff*
*Glamour Dolls Inc.*

s/ Marlena Soto

DLA Piper LLP (US)
Phoenix, Arizona

# Exhibit 27

## Color Key

Blue = GMR                Green = Royalties            Purple = Accounting Error
Pink = Artwork Fees       Orange = Reimbursements      Red = Product Fee

| Date | Amount | Notes |
|------|--------|-------|
| 6/10/2016 | $25,000.00 | ADVANCE ON 2017 Q1 ROYALTY |
| 10/5/2016 | $480.00 | ARTWORK FEE (IPSY CREASE BRUSH) |
| 11/8/2016 | $1,500 | ARTWORK FEE (IPSY BLUSH BRUSH) |
| 3/30/2017 | $2,500.00 | ACCOUNTING ERROR, DEPOSIT FROM GBG (1/18/2017) |
| 3/1/2017 | $600 | ARTWORK FEE (KICKSTARTER BANNER) |
| 3/1/2017 | $10,000.00 | ADVANCE ON ARTWORK (7/28/2017) |
| 5/5/2017 | $152,662.19 | 2017 Q1 ROYALTY ($177,662.19 + $25,000) |
| 5/5/2017 | $5,000.00 | ARTWORK ABOVE |
| 7/26/2017 | $27,160.59 | 2017 Q2 ROYALTY |
| 8/29/2017 | $10,800.00 | ARTWORK FEE (3 EYESHADOW PALLETS) |
| 9/29/2017 | $4,200.00 | ARTWORK FEE (LIPPIE, LIP MOUSSE & LIP BALM) |
| 10/17/2017 | $8,076.94 | PRODUCT FEE (POSTCARDS & PRINTING) |
| 10/30/2017 | $2,332.83 | 2017 Q3 ROYALTY |
| 10/30/2017 | $25,000.00 | REIMBURSEMENT TO COMPANY FOR GREECE |
| 1/3/2018 | $90,000.00 | GMR 2018 |
| 1/11/2018 | $119,153.12 | 2017 Q4 ROYALTY (H. SAGA $154,153.12) |
| 1/11/2018 | 35,000.00 | GMR 2018 (H. SAGA $154,153.12) |
| 1/25/2018 | $12,785.00 | ARTWORK FEE (LIP MOUSSE, 2 BAGS, EYELINER) |
| 4/9/2018 | $3,200.00 | ARTWORK FEE (EYESHADOW PALLET REVISIONS) |
| 5/4/2018 | $127,417.00 | $125,000 GMR + $2,417 INTEREST |
| 5/9/2018 | $1,750.00 | ARTWORK FEE (EYESHADOW PALETTE & LIP MOUSSE REVISIONS) |
| 5/29/2018 | $3,800.00 | ARTWORK FEE (LIP BALM) |
| 6/28/2018 | $125,125.00 | ($125,000 GMR + $125 INTEREST) PANAYIOTI GEORGOTAS |
| | | |
| GMR Subtotal | $377,542.00 | |
| Artwork Fees Subtotal | $54,115.00 | |
| Royalties Subtotal | 326,308.73 | |
| | | |
| Grand Total | $757,965.73 | |
| | | |
| | | |

EXHIBIT No. 159
WIT: Lisa Frank
DATE: 10-18-23
Colville & Dippel, LLC

 **UBS**

**Business Services Account**
June 2016

**Account name:** LISA FRANK INC
**Friendly account name:** LFI Licensing
**Account number:** Redacted

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT
520-750-7500/800-235-0450

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

*Cash and money balances* may include available cash balances, UBS Bank USA deposit account balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

UBS Bank USA deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC. See the *Important information about your statement* at the end of this document for details about those balances.

# Account activity this month

For more information about the price/value shown for restricted securities, see *Important information about your statement* at the end of this document.

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|----------------------|-----------------|-----------------|----------------------------|
| Jun 10 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT INVESTORS BANK | - | | | 25,000.00 | |

*continued next page*

 **UBS**

**Business Services Account**
October 2016

| Account name: | LISA FRANK INC |
|---|---|
| Friendly account name: | LFI Licensing |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0450

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

*Cash and money balances* may include available cash balances, UBS Bank USA deposit account balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

UBS Bank USA deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC. See the *Important information about your statement* at the end of this document for details about those balances.

# Account activity this month

For more information about the price/value shown for restricted securities, see *Important information about your statement* at the end of this document

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|
| Oct 5 | Deposit | NON-LOCAL CHECK | | | | 480.00 | |

*continued next page*

APZ30002001827867 PZ3000096616 00001 1016 000000000 Redacted 00000     Page 5 of 8

 **UBS**  Business Services Account
November 2016

Account name: LISA FRANK INC
Friendly account name: LLI Licensing
Account number: [Redacted]

Your Financial Advisor:
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0458

## Account activity this month (continued)



| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|-----------------|-----------------|---------------------------|
| Nov 8 | Deposit | NON-LOCAL CHECK | | | | 1,500.00 | |



**UBS**  Business Services Account
March 2017

| Account name: | LISA FRANK INC |
| Friendly account name: | LFI Licensing |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0450

## Account activity this month (continued)



| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|----------------------|-----------------|-----------------|----------------------------|
| Mar 30 | Deposit | FEDERAL FUNDS DEPOSIT BY GBG USA INC AT UBSWUS33XXX | | | | 2,500.00 | |



**Business Services Account**

March 2017

| Account name: | LISA FRANK INC |
| Friendly account name: | LFI Licensing |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0450

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

*Cash and money balances* may include available cash balances, UBS Bank USA deposit account balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

UBS Bank USA deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC. See the *Important information about your statement* at the end of this document for details about those balances.



For more information about the price/value shown for restricted securities, see *Important information about*

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|-----------------|-----------------|---------------------------|
| Mar 1 | Deposit | FEDERAL FUNDS DEPOSIT BY MANUFACTURERS AND TRADERS T AT MANUFACTURERS AND TRADERS T | | | | 10,600.00 | |

 **UBS**

Business Services Account
May 2017

Account name:          USA FRANK INC
Friendly account name: USA FRANK INC
Account number:        Redacted

Your Financial Advisor
CORONADO WEALTH MANAGEMENT GRP
SPS-150-TS00/800-2 (S-sa-ES)

## Account activity this month (continued)

| Date | Activity | Description | Your expense code | Quantity/ face value | Price/Value ($) | Cash amount ($) | Net/Cash balance $ |
|---|---|---|---|---|---|---|---|
| May 5 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 152,862.19 | |
| May 5 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 5,000.00 | |

 **UBS**

**Business Services Account**
**July 2017**

| Account name: | LISA FRANK INC |
| Friendly account name: | LFI Licensing |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0450

## Account activity this month (continued)

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|-----------------|-----------------|----------------------------|
| Jul 26 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 27,160.59 | |

The UBS AG Deposit Account is your secondary sweep option.

 **UBS**

**Business Services Account**
August 2017

| Account name: | LISA FRANK INC |
| Friendly account name: | LFI Licensing |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0450

## Account activity this month (continued)

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|-----------------|-----------------|----------------------------|
| Aug 29 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 10,800.00 | |



**Business Services Account**
September 2017

| | |
|---|---|
| Account name: | LISA FRANK INC. |
| Friendly account name: | LFI Licensing |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
570-750-7500/800-235-0450

## Account activity this month (continued)



| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|
| Sep 29 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 4,280.00 | |

 **UBS**    **Business Services Account**
October 2017

| Account name: | LISA FRANK INC |
| Friendly account name: | LF Lifestyle |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0450

## Account activity this month (continued)

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|-----------------|-----------------|---------------------------|
| Oct 17 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 8,076.94 | |
| Oct 30 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 2,332.83 | |
| Oct 30 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 25,000.00 | |

 **UBS**

**Business Services Account**
January 2018

| Account name: | LISA FRANK INC |
| Friendly account name: | LFI Licensing |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0450

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

#### Cash and money balances

Cash and money balances may include available cash balances, UBS Bank USA deposit account balances, UBS FDIC Insured Program Bank Balances, UBS AG Stamford Branch deposit account balances and money market mutual fund sweep balances.

See the *Important information about your statement* at the end of this document for details about those balances.

UBS Bank USA and all UBS FDIC Insured Program Bank deposit account balances are insured by the FDIC within applicable limits, but are not protected by SIPC. UBS AG Stamford Branch deposit account balances are not insured by FDIC and are not protected by SIPC. Money market sweep balances are protected by SIPC but are not insured by the FDIC.



| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|------------------|------------------|---------------------------|
| Jan 3 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 90,000.00 | |

*continued next page*

APZ30002001822613 PZ3000092309 00001 0118 000000000 Redacted 000000

 **UBS**

**Business Services Account**
January 2018

| | |
|---|---|
| Account name: | LISA FRANK INC |
| Friendly account name: | LFI Licensing |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0450

## Account activity this month (continued)

| Date | Activity | Description | Your expense code | Quantity/Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|
| Jan 11 | Deposit | FEDERAL FUNDS DEPOSIT BY H SAGA INTERNATIONAL INC AT FTBMUS44 | | | | 154,153.12 | |
| Jan 25 | Deposit | FEDERAL FUNDS DEPOSIT BY H SAGA INTERNATIONAL INC AT FTBMUS44 | | | | 12,785.00 | |

 **UBS**

Business Services Account
April 2018

Account name:          LISA FRANK INC
Friendly account name: LFI Licensing
Account number:        Redacted

Your Financial Advisor
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-735-0490

## Account activity this month (continued)

| Date | Activity | Description | Your expense code | Quantity/ face value | Price/value ($) | Cash amount $ | Cash and money balance $ |
|------|----------|-------------|-------------------|---------------------|-----------------|---------------|--------------------------|
| Apr 9 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T | | | | 3,200.00 | |

The UBS AG Deposit Account is your secondary sweep option



**Business Services Account**
May 2018

Account name: LISA FRANK INC
Friendly account name: LH Larenson
Account number: Redacted

Your Financial Advisor:
CORONADO WEALTH MANAGEMENT GRD
520-750-7500/800-235-0450

## Account activity this month (continued)



| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|-----------------|-----------------|----------------------------|
| May 4 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T |  |  |  | 127,417.00 |  |
| May 9 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T |  |  |  | 1,750.00 |  |
| May 29 | Deposit | FEDERAL FUNDS DEPOSIT BY GLAMOUR DOLLS INC AT MANUFACTURERS AND TRADERS T |  |  |  | 3,800.00 |  |

AP2380020017953542738080918803 00001 0518 80988000 Redacted 00100    Page 6 of 6
End of statement for account number Redacted



**Business Services Account**
June 2018

| Account name: | LISA FRANK INC |
| Friendly account name: | LFI Licensing |
| Account number: | Redacted |

**Your Financial Advisor:**
CORONADO WEALTH MANAGEMENT GRO
520-750-7500/800-235-0450

## Account activity this month (continued)



| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|-----------------|-----------------|----------------------------|
| Jun 28 | Deposit | FEDERAL FUNDS DEPOSIT BY PANAYIOTI T GEORGOTAS AT WFBIUS6S | | | | 125,125.00 | |

# Exhibit 28

| | |
|---|---|
| **From:** | Appel, Renee [RAppel@seyfarth.com] |
| **Sent:** | 10/4/2019 10:18:35 PM |
| **To:** | David Evered [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7a9b922084ff4a7cbfbde203fa969847-devered]; Esposito,Tonya [TEsposito@seyfarth.com] |
| **Subject:** | RE: Lisa Frank Inc. and Glamour Dolls |
| **Attachments:** | 2019-09-26 Product Production Table(59338271v1).PDF |

Hi David,

Thank you for your response email dated July 17, 2019 and appreciate your patience as we collected requisite information to offer our reply.

We agree that any cooperation on behalf of both parties moving forward is *not* a revival of the former License Agreement(s) between the parties and instead is a joint understanding to see that the Lisa Frank product line is completed to restore our relationship with the Kickstarter community. To get there, LFI needs to fulfil its role as the artist for the packaging and Glamour Dolls as the manufacturer of the make-up products.

As for costs to enable this project to completion, Glamour Dolls is willing to take on the costs of manufacturing and shipping. Glamour Dolls has already remitted $769,584.54 to LFI, which was based on contracts that contemplated the completion and sale of 14 products. Of course, as you're aware, that did not happen. To date, LFI has not completed artwork for the highlighter powder and nail polish. Thus, it is only those two items that require a deliverable by LFI. Provided the amount of royalties Glamour Dolls prepaid for the LFI collaboration, we expect that a portion can be applied to any additional artwork fees.

As expressed in the letter dated May 30th, if LFI is seeking to make additional earnings from this project, that prospect may only be accomplished if Glamour Dolls is permitted to sell the products. To restate what was proposed in the previous letter, LFI could earn 15% of net sales of licensed products sold by other companies (*i.e.*, third-party retailers) and 20% of net sales sold directly by Glamour Dolls to customers. This would be based on products manufactured that exceed those necessary to fulfill packages to the Kickstarter backers. Naturally, those potential earnings increase if Glamour Dolls can double the production and secure purchase orders for the products. A table reflecting potential projections is attached. You also requested additional information concerning vendors' manufacturing thresholds, which is attached for your reference. We will send over further information for the remaining products as we are still awaiting responses from two suppliers regarding our request to manufacture below MOQ. For now, we have provided estimates based on the response of the first factory who was willing to reduce quantities by an addition 2-5k units for additional cost.

For the individual products, LFI can, albeit, is not obligated to review the samples of products that have not yet been distributed to consumers to see that the artwork is consistent with that delivered to Glamour Dolls. Glamour Dolls is happy to put together a timeline for LFI's prompt review of sample products or packaging, as appropriate. The prototype for the Vegan Leather bag is complete consistent with the artwork that LFI created for the product and thus, there is no need for further review. As for the Wengie Pallet, no further development of artwork is required as Glamour Dolls will be using the existing artwork delivered by LFI.

As for products that are marked "complete" but have not been received by Kickstarter backers, this is because of the varying levels at which Kickstarter backers supported the project. Backers who pledged an amount that involved a gift package with a product that has *not* been completed have not yet received their complete gift. This is due in large part because of shipping costs. It has always been the intent that backers would receive their gift of products in a single delivery.

Please let us know when you have time to discuss the foregoing so that Glamour Dolls may put together a production timeline.

In addition, as stated in the prior letter, Glamour Dolls intends to resume communications with the Kickstarter backers and plans to state the following:

Greetings backers,



EXHIBIT 48
WIT: Georgatos
DATE: 8-24-23
Mimi Murray, CSR

LFI0001090

We once again want to express our gratitude for your patience with this project as we have incurred unexpected hurdles along the way. Please understand that it is our goal and has always been our goal to see this project through to completion. As you're aware this project is a collaboration between us, the make-up manufacturer, and on the other side, an artist. Because this project involves *licensed artwork*, we cannot produce the make-up products without the involvement of the owner of that artwork, including providing illustrations and permitting us to use them on the products. In sum, that means we cannot get the planned products to you on our own.

Over the past several months, we have been communicating with the artist to come up with a feasible plan to complete production of the products. If the artist agrees to move forward with us, we will devise a production timeline. As soon as we have that timeline established, we will share it with the group.

We are staying optimistic and will let you know as soon we have further updates to share.

Very truly yours,

Glamour Dolls

If you have any thoughts on this update, we will consider any comments you share by October 11th.

Thank you,

**Renée Appel** | Associate | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-5371 | Fax: +1-202-641-9189
rappel@seyfarth.com | www.seyfarth.com

 **Seyfarth**

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** David Evered <devered@lisafrank.com>
**Sent:** Wednesday, July 17, 2019 6:03 PM
**To:** Esposito,Tonya <tesposito@seyfarth.com>
**Cc:** Appel, Renee <rappel@seyfarth.com>
**Subject:** RE: Lisa Frank Inc. and Glamour Dolls

**[EXT. Sender]**

Dear Tonya,

I am responding to your message of June 28 – as you know the holiday intervened, and we have been checking some of the details so that practically things can move ahead.

First of all, though, I want to make it clear that we are not agreeing to revive the former license/licensor collaboration, and that going forward we are trying rather to cooperate in the limited purpose of facilitating the performance by Glamour Dolls of its obligations to the Kickstarter backers.

There are a few guidelines we need to establish. A) If, in finalizing these products for production, the parties need LFI to work on additional or revised artwork a fee will need to be agreed and paid beforehand. B) LFI is not comfortable agreeing MOQs in excess of what is required to meet the outstanding Kickstarter orders. LFI's experience is that vendors

will agree to smaller production runs albeit at a higher unit price. In the event that a higher MOQ is enforced by a vendor LFI will need to see evidence of that and agreement will have to be reached on the disposition of the surplus before the manufacture is authorized.

Turning to the products chart, the Angled Blush Brush, Crease Brush, Travel Bronzer, and Single Eyeshadow products marked by Glamour Dolls as "complete" are all the subject of current complaints by Kickstarter backers that these products have not been received (see the attachment). What is the reason for this please ? We assume that as Glamour Dolls has marked these complete they are not waiting for anything from LFI to enable them to satisfy these orders.

LFI concurs with Glamour Dolls' summaries of the steps to completion for the following products: Cat Eyeliner; Lip Gloss Tin; Unicorn Lippie; Naturally Glam Pallet; and Nail Polish. The next step is for the samples of each of these to be submitted by Glamour Dolls to LFI for review, and we need to agree a timetable for this and LFI's responses.

On the Matte Mousse, LFI needs to see the most recent samples of this product for review as Glamour Dolls made multiple changes to this product. Similarly LFI needs to see the most recent samples of the Vegan Leather Bag as LFI reviewed a sample on 5/4/2018 and responded by requesting that a glitter vinyl material be used. We should include these in the agreed timetable.

Concerning the Wengie Pallet, on 4/15/2018 Glamour Dolls stated that they were sourcing new colors for this product. LFI has not received the new colors from Glamour Dolls, and so has not been able to develop the artwork. Once LFI has received the new colors we can discuss the charge for the artwork that has to be done to complete this product for final sample review, and hopefully production.

Taking these comments into account please let me know Glamour Dolls' timetable proposals.

Regards,

David

**John David Evered Esq.**
In-house Counsel / Lisa Frank, Inc.
T/ 520-547-1535



 [facebook.com]  [instagram.com]

PRIVILEGED AND CONFIDENTIAL: This e-mail and any attachments is intended only for the recipient to which it is addressed and likely includes information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, be aware that any dissemination, disclosure, copying, storage, distribution or other use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy and any attachments from your system No waiver of attorney-client privilege or confidentiality is effected by this message. Thank you for your cooperation.

**From:** Esposito,Tonya <TEsposito@seyfarth.com>
**Sent:** Friday, June 28, 2019 2:01 PM
**To:** David Evered <devered@lisafrank.com>
**Cc:** Appel, Renee <RAppel@seyfarth.com>
**Subject:** FW: Lisa Frank Inc. and Glamour Dolls

Hi David,

Thank you for your email of June 14, 2019. Pursuant to Option 2 proposed in our letter of May 30, 2019 and Lisa Frank Inc.'s (LFI) expressed willingness to see the LFI and Glamour Dolls (GD) collaboration through

LFI0001092

fruition, we've compiled an updated list of the products and the status of each, including next steps to seeing them completed.

GD is willing to forego the need for a third party design firm at this time provided LFI agrees to cooperate and promote an efficient process moving forward, including a timeline for production. Production will also be conditional on LFI agreeing to limited production runs (estimates of which are noted in the attached table) to cover the Kickstarter backers' rewards, the excess of which GD will be permitted to sell through their direct sales channels. As you'll recall, GD had a number of purchase orders and interest in place for LFI-inspired products before LFI terminated the second license agreement, including with Ulta, ipsy, Amazon, Nordstrom and Hot Topic. If LFI is open to a larger production run, GD will try to salvage one of the retailer relationships and promotional subscription relationship to partner with on a limited edition single production run of the collection. Notably, GD already paid LFI royalties, equivalent to $1.8 million in sales, but of course, these sales never actually happened because of LFI's unilateral termination of the license agreement. At this time, we would obviously like to repair the relationship between our respective clients to see that this project can be completed, especially to satisfy all of LFI's and GD's respective supporters and fans.

We welcome an opportunity to have a call to talk through the details of the production process moving forward.

In the interim, we've drafted the following update to post on the Kickstarter campaign page:

Greetings Backers,

Regrettably, we have been unable to provide you with an update since September because Glamour Dolls was under the impression it could no longer post updates based on correspondence from legal counsel, barring us from doing so. We have since retained our own counsel to assist us in seeing this project come to life and importantly, restore our communications with you. To get there, we are working on developing a production schedule for the remaining products to be completed and will be working closely with the artist involved in this campaign to keep the process moving as quickly and as efficiently as possible.

We appreciate your patience as we work to resolve the delay in production and get this campaign on track. We look forward to keeping you apprised of our progress.

Very truly yours,
Glamour Dolls


**Tonya M. Esposito** | Partner | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-5375 | Fax: +1-202-641-9197
tesposito@seyfarth.com | www.seyfarth.com

 Seyfarth

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** David Evered <devered@lisafrank.com>
**Sent:** Friday, June 14, 2019 6:44 PM
**To:** Esposito,Tonya <TEsposito@seyfarth.com>
**Cc:** Appel, Renee <RAppel@seyfarth.com>; Norwood, Wendy Y. <WNorwood@seyfarth.com>
**Subject:** RE: Lisa Frank Inc. and Glamour Dolls

**[EXT. Sender]**

Dear Tonya,

I refer to your letter of May 30. The Kickstarter campaign was launched by Glamour Dolls (GD), apparently because it did not have the capital to manufacture the products that it had licensed from LFI and agreed to manufacture and sell to generate revenue for both parties. The time to object to the licensing terms was during negotiations. No one forced GD to agree to the terms that were freely negotiated. It also appears now from your detailed account that GD did not have the financial wherewithal from the outset to meet its contractual payment obligations to LFI without the money it took from its Kickstarter backers.

The money received by LFI from GD was, as you acknowledge, paid pursuant to the license agreements under contractual obligations owed by GD to LFI. Such contractual obligations to LFI existed entirely independently of any commitments that GD assumed toward its Kickstarter backers. It was also GD's decision alone to use the money that it took from its Kickstarter backers to pay LFI what it owed under the license agreements rather than use that money to manufacture the products it had promised its Kickstarter backers. All of the money paid to LFI by GD was by way of its contractual license obligations and your implication that the payments somehow engaged LFI to meet the obligations that GD had assumed to its Kickstarter backers has no basis whatsoever.

Despite the termination of the license agreement for GD's failure to meet its contractual obligations thereunder LFI has since made it clear to GD that it would do what it can by way of approving product to enable GD to meet its commitments to its Kickstarter backers. On August 2, 2018 LFI requested details of the product that had been ordered by the Kickstarter backers and that was being manufactured to satisfy the advance orders received on Kickstarter, together with details of the shipment and expected availability of the product to satisfy the Kickstarter orders. Mr. Georgotas said on August 8 that he would be responding but never did so. Instead LFI found itself on the receiving end of mounting complaints from Kickstarter backers as GD did nothing.

In November 2018 I worked with Nick Rosenberg (productively I thought) to determine exactly what samples of Kickstarter offered products were outstanding from GD and on November 14, 2018 asked for those identified samples to be sent to LFI for final approval. GD never sent the samples but LFI remains willing to review and if appropriate approve them to enable GD to manufacture them for the Kickstarter purchasers. You mischaracterize my correspondence with Nick on page 4 of your letter, and the correspondence taken as a whole (including my own communications of December 12, 2018 which you neglect to mention in your self-serving selection) speaks for itself.

I am pleased to note that going forward GD will limit its communications to Kickstarter backers to the truth. LFI reserves its right to continue to correct any misinformation concerning its role in the Kickstarter fiasco. Your characterization of such statements made by LFI as "false and disparaging" is not accepted. Glamour Dolls pushed ahead with a Kickstarter campaign in circumstances where it was not able to meet its commitments to the backers. GD's attempts to shift the blame to LFI rather than work with LFI to solve the problem could not go unanswered.

Your statement that LFI has ultimate control over the execution and completion of the Kickstarter project is simply not supported by facts. The terms of the License Agreement, again, speak for themselves.

Regarding your charge that the statement that GD continues to sell on Amazon and elsewhere is "completely false" please see https://www.amazon.com/Glamour-Dolls-Frank-Angle-Brush and https://www.amazon.com/Frank-Glamour-Dolls-Bitten-Bronzed, also https://shop.kickfurther.com/products/glamour-dolls-makeup-lisa-frank-eyeshadow.

The monies received by LFI from GD were monies that GD contractually agreed to pay under the licenses that it negotiated freely with LFI. GD is still indebted to LFI for the significant balance of the GMR under the second license agreement. Under the circumstances your proposed Option 1 is off the table.

As to your Option 2, LFI has all along been willing to work with GD to approve the product necessary to fulfil the Kickstarter orders. The tables that were exchanged last November would it seems provide a starting point as to what has been, or is yet to be, approved. We do not believe that the involvement of a third party designer unfamiliar with

LFI0001094

Lisa's work is going to promote efficiency, to the contrary it will introduce an unnecessary layer of complication into the process.  If GD has concerns about turnarounds, we are willing to agree time limits for approvals.  Similarly, LFI is, within reason, willing to work on such artwork as may be necessary to complete and approve the products.

LFI is unwilling to agree to agree to unlimited production runs of products but can agree to production runs commensurate with producing the product necessary to meet the Kickstarter orders.  We will need to be informed of the exact numbers of each product that are required to meet the unsatisfied Kickstarter orders.  If it can be demonstrated that slightly larger runs are necessary to achieve the manufacture of the Kickstarter product LFI is willing to be flexible to enable this.

Subject to these arrangements being put in place additional terms for the final settlement of matters between the two companies can be agreed such as a release of claims and a mutual non disparagement clause.

In the meantime no admissions are made by LFI, and LFI reserves all of its rights and remedies.

Regards,

David

**John David Evered Esq.**
In-house Counsel / Lisa Frank, Inc.
T/ 520-547-1535



[facebook.com]   [instagram.com]

PRIVILEGED AND CONFIDENTIAL: This e-mail and any attachments is intended only for the recipient to which it is addressed and likely includes information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, be aware that any dissemination, disclosure, copying, storage, distribution or other use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy and any attachments from your system  No waiver of attorney-client privilege or confidentiality is effected by this message. Thank you for your cooperation.

**From:** David Evered
**Sent:** Thursday, June 6, 2019 12:50 AM
**To:** Esposito,Tonya <TEsposito@seyfarth.com>
**Cc:** Appel, Renee <RAppel@seyfarth.com>; Norwood, Wendy Y. <WNorwood@seyfarth.com>
**Subject:** Lisa Frank Inc. and Glamour Dolls

Dear Ms. Esposito,

Thank you for your letter of May 30 following up on my correspondence with Nick Rosenberg in December last year.  I am travelling presently but will be responding to your letter.

Regards,

**John David Evered Esq.**
In-house Counsel / Lisa Frank, Inc.
T/ 520-547-1535



LFI0001095

  

[facebook.com]        [instagram.com]

PRIVILEGED AND CONFIDENTIAL: This e-mail and any attachments is intended only for the recipient to which it is addressed and likely includes information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, be aware that any dissemination, disclosure, copying, storage, distribution or other use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy and any attachments from your system No waiver of attorney-client privilege or confidentiality is effected by this message. Thank you for your cooperation.

**From:** Norwood, Wendy Y. <WNorwood@seyfarth.com>
**Sent:** Thursday, May 30, 2019 11:16 AM
**To:** David Evered <devered@lisafrank.com>
**Cc:** Appel, Renee <RAppel@seyfarth.com>; Esposito,Tonya <TEsposito@seyfarth.com>
**Subject:** 2019-05-30 Letter to John David Evered, Esq. re: Proposal for Kickstarter Resolution

Dear Mr. Evered,

I'm sending the attached on behalf of Tonya Esposito.  Please feel free to contact Ms. Esposito on 202-828-5375 if you have any questions.

Best regards,

Wendy Norwood

**Wendy Y. Griggs-Norwood** | Legal Secretary | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-5349
wnorwood@seyfarth.com | www.seyfarth.com



The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

LFI0001096

| Product | Status | Picture | MOQ or Current Inventory | Owed to Backers | After Kickstarter Inventory Value Direct Sales | Double MOQ (Half to retail) | Supplier |
|---|---|---|---|---|---|---|---|
| Cat Eyeliner | Sample Finished |  | 10,000 | 5662 | $144,338.00 | $202,073.20 | Dream Rising |
| Lip Gloss Tin | Sample Finished |  | 10,000 | 5794 | $94,206.00 | $131,888.40 | Make |
| Matte Mousse | Sample Finished |  | 12,000 | 5822 | $174,178.00 | $243,849.20 | Dream Rising |
| Unicorn Lippie | Sample Finished |  | 10,000 | 5663 | $94,337.00 | $132,071.80 | MGD |

LFI0001097

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vegan Leather Bag | Sample Finished |  COSMETICS BAG | 12,000 | 4118 | $235,882.00 | $330,234.80 | Make |
| Bold and Bright Pallet | Sample Finished |  BOLD AND BRIGHT PALLET | 12,000 | 3557 | $296,443.00 | $415,020.20 | Make |
| Naturally Glam Pallet | Sample Finished |  NATURALLY GLAM PALLET | 12,000 | 4320 | $295,680.00 | $413,952.00 | Make |

LFI0001098

| | | | | | | |
|---|---|---|---|---|---|---|
| Wengie Pallet | Blank packaging finished |  | 12,000 | 3824 | $296,176.00 | $414,646.40 | Make |
| Highlighter Powder | Blank Sample Needs Artwork |  | 12,000 | 5332 | $198,668.00 | $278,135.20 | Dream Rising |
| Nail Polish | Blank Sample Needs Artwork |  | 10,000 | 2818 | $247,182.00 | $346,054.80 | MGD |
| Angled Blush Brush | Approved |  | 16,364 | 0 | $114,548.00 | N/A | |

LFI0001099

| | | | | | | |
|---|---|---|---|---|---|---|
| Crease Brush | Approved | | 45,950 | 0 | $229,750.00 | N/A |
| Travel Bronzer | Approved |  | 641 | 0 | $6,410.00 | N/A |
| Single Eyeshadow | Approved |  | 6,150 | 0 | $61,500.00 | N/A |
| Total | | | | | $2,489,298.00 | $2,907,926.00 |
| Estimated sales on which royalties already paid | | | | | $1,800,000.00 | $1,800,000.00 |
| Potential amount to serve as basis for add'l royalties (total sell through gross sales) | | | | | $689,298.00 | $1,107,926.00 |
| Potential LFI additional royalties | | | | | **$137,859.60** | **$193,887.05** |
| | | | | | at 20% | at 17.5% |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | (assumes all sales direct from GD website) | (assumes half sales from website at 20% royalties and half from retailors at 15% royalties) | |

Confidential

# Exhibit 29

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**TUCSON DIVISION**

11  Glamour Dolls Inc.,                                    )    CASE NO. CV-21-0228-TUC-SHR
                                                           )
12                          Plaintiff,                     )    **DECLARATION OF AMANDA**
                                                           )    **BARDISBANIAN**
13          v.                                             )
                                                           )
14  Lisa Frank, Inc. and Lisa Frank, in her               )
    individual and corporate capacity,                    )
15                                                         )
                                                           )
16                          Defendant.                     )
                                                           )
17  Lisa Frank, Inc.,                                      )
                                                           )
18                          Counterclaimant,               )
                                                           )
19          v.                                             )
    Glamour Dolls Inc.,                                    )
20                                                         )
                                                           )
21                          Counterdefendant.              )
                                                           )
22

23          I, Amanda "Mandy" Bardisbanian, declare under penalty of perjury as follows:

24          1.      My name is Amanda "Mandy" Bardisbanian. I am over 18 years of age and am

25  competent to testify regarding the matters stated herein. If called to testify I could and would

26  testify competently and consistently with the facts stated in this declaration.

27          2.      From approximately May 2013 until August 2018, I worked for Hot Topic, a

28  retail chain specializing in counterculture-related clothing and accessories, with hundreds of

DLA Piper LLP (US)
Phoenix, Arizona

stores across the United States.

3.    While working for Hot Topic, I was promoted several times. I started as a receptionist at the headquarters, and then was promoted to the Assistant Buyer of licensed juniors apparel. I was later promoted to an Associate Buyer of novelty accessories, then an Associate Buyer of beauty, and finally the Beauty Buyer. I held the position of Beauty Buyer from approximately April 2017 through August 2018, when I resigned my position for another opportunity with a different company.

4.    During my time with Hot Topic, I was very familiar with the Lisa Frank brand and believed that there was substantial overlap in Lisa Frank's and Hot Topic's target consumers. Hot Topic selling Lisa Frank-branded goods, including apparel, footwear, beauty, and accessories would have been a great fit.

5.    Around the time I became Hot Topic's Beauty Buyer, Hot Topic was attempting to pursue a Lisa Frank statement line to be rolled out in all of its stores, which would include a wide variety of Lisa Frank-branded goods. The plan was for the cosmetic line to be released at the same time as the rest of the Lisa Frank categories to create a holistic licensed statement.

6.    To pursue this opportunity, sometime in early 2017, I was informed that Peter Georgotas, the co-founder of Glamour Dolls, Inc. ("Glamour Dolls"), was the licensee for Lisa Frank cosmetics at the time.

7.    Mr. Georgotas was receptive and excited about the idea and agreed to produce Lisa Frank-branded Glamour Dolls cosmetics for Hot Topic to sell to its consumers.

8.    It was immediately apparent to me, however, that Mr. Georgotas and Glamour Dolls were inexperienced and uneducated in licensing and manufacturing. They had no awareness of basic concepts, processes, and components for any such arrangement.

9.    Despite their lack of knowledge and experience, Mr. Georgotas appeared arrogant and repeatedly acted like he knew everything, even when it was apparent that he did not, so it was difficult to work with him and proceed in the process.

10.    If I had not been so excited about the possibility of obtaining Lisa Frank-

LFI0007151

branded cosmetics for Hot Topic, I would have chosen not to work with Mr. Georgotas or Glamour Dolls due to their inexperience and attitude.

11.     Nonetheless, because of the excitement around Lisa Frank-branded products, and specifically cosmetics, for Hot Topic, I did proceed and placed several purchase orders with Glamour Dolls for Lisa Frank-branded cosmetics products, even though I had only seen mockups and not any physical product samples, and the products were not yet complete, approved, or produced. This is an extremely typical process in the industry – to place purchase orders on product that is not fully approved at the time.

12.     Our purchase orders were just based on the mockups that Glamour Dolls provided. While the artwork looked great, the mockups themselves were mediocre and not exactly what I wanted for Hot Topic. I nonetheless proceeded due to Hot Topic's strong desire for Lisa Frank-branded cosmetics in its stores.

13.     I then worked closely with Glamour Dolls, educating them about the process and involving myself heavily in Glamour Dolls' production process, to try to help them complete their production of Lisa Frank-branded products for Hot Topic to sell in its stores.

14.     In the licensing industry, the etiquette is for retailers to work with the licensees, rather than the licensors, to acquire licensed products. Therefore, I did not work directly with LFI, after connecting with Glamour Dolls, to acquire the Lisa Frank-branded cosmetics.

15.     While Glamour Dolls had Lisa Frank artwork that was licensed to it, and showed me pictures of mockups with Lisa Frank artwork, Glamour Dolls failed to provide me with physical samples of the products for many months.

16.     Then, as we proceeded, Glamour Dolls repeatedly delayed and failed to meet deadlines for the purchase orders I had submitted to them, and kept asking for more time.

17.     When I inquired as to what the issue was, Mr. Georgotas just told me that LFI was disapproving of Glamour Dolls' product samples, but he would not explain to me why or provide any further information.

18.     I then repeatedly asked Glamour Dolls to send me product samples, so I could see what the issue was and attempt to help. Glamour Dolls kept deferring and delaying

providing me any samples.

19.    Throughout, Mr. Georgotas appeared evasive, dishonest, and untrustworthy.

20.    Eventually, I received at least one eyeshadow palette sample from Glamour Dolls, which had Lisa Frank artwork on the packaging.

21.    While the artwork and printing on the samples were fine, the quality of Glamour Dolls' samples were terrible. For example, the packaging for the eyeshadow palette sample was too thin, with poor quality paper/cardboard. Additionally, the eyeshadow itself was a poor quality, even for the price point, and not capable of being sold to consumers. The formula for the product was too thin, the pigmentation was incorrect, and it would not pick up well for use.

22.    I immediately informed Glamour Dolls of the issues with their sample product.

23.    Glamour Dolls never provided me or showed me a sample of any product that was acceptable or a quality capable of being sold in Hot Topic stores.

24.    It was apparent to me that LFI was correctly not approving product samples that were poor in quality and should not be sold to consumers.

25.    I was determined, however, to help Glamour Dolls improve its products so that Hot Topic could get the Lisa Frank-branded cosmetics products for sale in its stores. Because of this, I contacted Mr. Georgotas and offered to help him find new vendors to manufacture better quality products for Glamour Dolls.

26.    He accepted that offer, and I made introductions to new vendors for Glamour Dolls to use, but Glamour Dolls did not proceed with those vendors.

27.    From there, Glamour Dolls made no further progress in providing products to Hot Topic for sale, and I never saw any further samples, let alone product samples appropriate for sale to Hot Topic's consumers.

28.    At that point, I realized Glamour Dolls was never going to successfully complete and provide Hot Topic with the products we ordered in the purchase orders. Accordingly, Hot Topic cancelled its purchase orders with Glamour Dolls due to Glamour Dolls' inability to produce the requested products for over a year.

1

2          I declare under penalty of perjury under the laws of the United States of America that

3     the foregoing is true and correct.

4          Executed on this 5th day of September, 2023, in Long Beach , State of California.

5

6

7     By: _____

8          Amanda Bardisbanian

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
Phoenix, Arizona

5

LFI0007154

# Exhibit 30

**From:**       Peter Georgotas [peter@glamourdollsmakeup.com]
**Sent:**       11/17/2017 3:18:42 PM
**To:**         Shannon McPhillips [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Smcphillips]
**CC:**         Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank]
**Subject:**    Re: GLAMOUR DOLLS: Contract Breach

Understood, that is part of their process, things won't move forward until you approve things physically. The portal will just give you transparency and what the status of everything is, tracking numbers, revision history, etc.

www.glamourdollsmakeup.com

Sent from my iPhone.

On Nov 17, 2017, at 10:08 AM, Shannon McPhillips <SMcPhillips@lisafrank.com> wrote:

Peter,

We do not give approval based on an image, we need physical samples.

Thanks,


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com
**"Lisa Frank - America's Designer for Girls"**




**Visit us on Facebook**    **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Friday, November 17, 2017 8:02 AM
**To:** Shannon McPhillips
**Cc:** Lisa Frank
**Subject:** Re: GLAMOUR DOLLS: Contract Breach

Hi Shannon,

Dually noted. We stopped all shipment on these until the boxes are redone. This will not happen again as we move to MGDs system. They have an approval portal that will give you full transparency and make sure that no production will move forward without you signing off each step of the way.



EXHIBIT 86
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

Confidential                                                                 LFI0004839

They'll have it up early December so all products going forward will follow a strict approval process.

I'll be available all day and finishing up the proposal if you need to reach me.

Thank you
Peter

www.glamourdollsmakeup.com

Sent from my iPhone.

On Nov 17, 2017, at 12:28 AM, Shannon McPhillips <SMcPhillips@lisafrank.com> wrote:

Peter,

This is why we need to see PRE-PRODUCTION samples. It is your contractual obligation to send to us samples for review and approval. Heartthrob is spelled wrong on our eye shadow. It's Lisa's name on the product and embarrassing to our brand.



Shannon McPhillips
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com
**"Lisa Frank - America's Designer for Girls"**

Confidential



<image001.png>
**Visit us on Facebook**          <u>Follow us on Twitter</u>

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

Confidential

# Exhibit 31

**From:**     Peter Georgotas [peter@glamourdollsmakeup.com]
**Sent:**     11/28/2017 3:17:17 PM
**To:**       Shannon McPhillips [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Smcphillips]
**CC:**       Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank]
**Subject:**  Re: GLAMOUR DOLLS: Incorrect Makeup Packaging


Hi Shannon,

I did not realize that a small quantity had shipped to Hot Topic before our conversation and am in the process of getting the products stopped and swapped. Waiting to hear how many units they're still holding.

Dolls Kill did not receive any product and is waiting for rebox but will double check. Anyone else has been notified that they'll get an updated available date.

MGD is on standby to take returns and rebox.

Keep you updated,

Peter

www.glamourdollsmakeup.com

Sent from my iPhone.

On Nov 27, 2017, at 4:59 PM, Shannon McPhillips <SMcPhillips@lisafrank.com> wrote:

Peter,

You stated to Lisa & I that the incorrect makeup packaging was only sold to Ipsy, however we've found it on HotTopic.com. So where else is this being sold??

http://www.hottopic.com/product/lisa-frank-x-glamour-dolls-bitten-bronzed-matte-bronzer/11188504.html#q=lisa%2Bfrank&start=9

http://www.hottopic.com/product/lisa-frank-x-glamour-dolls-heartthrob-eye-shadow-single/11188508.html#q=lisa%2Bfrank&start=14


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com
**"Lisa Frank - America's Designer for Girls"**

    <image001.png>        <image002.png>
**Visit us on Facebook**    **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

                                                                     LFI0004844

# Exhibit 32

**From:**      Shannon McPhillips [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D8D6A8B7A5F0401EAF67232FEB69368E-SHANNON]
**Sent:**      4/28/2018 8:53:45 AM
**To:**        Janice Ross [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=b651ad9b2ce74ca3961d28aaaa019757-jross]; Janice Ross
               [janice1022@gmail.com]
**CC:**        Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]
**Subject:**   JANICE: Licensing Recap
**Attachments:**    Redacted    ; Glamour Dolls 4.28.2018.docx;    Redacted

# Redacted

Janice,

Per our conversation, please see attached.

Thank you!


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com

Confidential

**Glamour Dolls**
[ HYPERLINK "https://glamourdollsmakeup.com/" ]

**\*pays premium rates for art fees**

**\*knows nothing about manufacturing**

**\*over promises and under delivers**

**\*Peter is nice personally and pays well but you have to hound him if it's a larger dollar amount.**


**Category- Cosmetics**
Licensed products not specified.


**Corporate Address**
224 Lorraine Ave
Montclair NJ 07043


**Contract Signed**
Original contract signed 6/3/16
New contract signed- 12/12/17 (1 year only)

**Expires: December, 2018**


**2017 Royalties Total:**    $326,302.67

**2017 4 Q Royalties:**    $119,153.12

**2018 1st Quarter Royalties:**


**Contact Info**
Peter Georgotas- Founder/CEO
          peter@glamourdollsmakeup.com
          Cell- 646-684-6169

Matt Kibildis- Peter's assistant
matt@glamourdollsmakeup.com


**Product Placement**
We started the partnership with a Kickstarter campaign. We've also had several items in Ipsy's subscription makeup bags and shipped items to Hot Topic. They are also planning to launch an Indiegogo campaign in 2018, however this has been delay for over 2 years as it was supposed to launch in 2016. Items are also on the Glamour Dolls website.


**Artwork/Approvals**
LFI has done all artwork and billed Glamour Dolls for the cost.

LFI0005408

**General Issues/Problems**

They are a hot mess.

They are new to manufacturing and to licensing. They don't always provide all the information that we need and sometimes have unrealistic expectations about the time required to do artwork, manufacture, and ship a product. They also have a lot of turnover, which has led to inconsistencies and miscommunication.

This is putting it lightly.

**Sampling Issues/Problems**

The process has been painful. They are slow, disorganized, there is a lot of back and forth, and constant changes.

**Fines for Production Issues- Added to new contract signed in December 2017.**

Licensee shall be in breach of contract, and agrees to pay LFI by way of liquidated damages for administrative and artist costs, and damage to the LFI brand, the following sums

First occurrence: Twenty-five thousand (25,000) dollars;

Second occurrence: Fifty Thousand (50,000) dollars; and

Third occurrence: One Hundred Thousand (100,000) dollars,

in the event of an occurrence of any of the following events:

Shipping product without an approved pre-production sample.

Shipping product that does not match the approved pre-production sample.

Artwork on final product that does not match the approved artwork from LFII.

Final die lines do not match die lines provided in development.

Warnings and/or additional copy being added to artwork (by Licensee or factory) without LFI approval.

Misspellings and/or grammatical errors on packaging.

Logos, images, and/or text printed upside down or incorrectly on packaging or product.

Artwork printed without using Lisa Frank special inks.

Density issues in printing resulting in artwork that does not meet LFI standards.

Faulty blisters resulting in product falling out of cavities.

Failure to follow LFI art specifications for product layouts, blister colors, pantones, etc.

Components shipped that do not match components in the approved sample.

Components missing from product.

Components that do not function for their purpose, e.g., writing utensils that do not write.

Poor die cutting resulting in artwork being cut off.

LFI0005409

# Exhibit 33

**From:**      chanel cohn <chanel@glamourdollsmakeup.com>
**Sent:**      Tue 6/5/2018 12:23:09 PM (UTC)
**To:**        Peter Georgotas <peter@glamourdollsmakeup.com>, Matt Kibildis
              <matt@glamourdollsmakeup.com>
**Subject:**   Re: Glamour Doll: Conference Call 6/5/18
**Attachment:** LF_Kickstarter_Collection 6-5-2018.pptx

Hi Peter & Matt,

Tried to send this last night but realized this morning it was very large so needed to compress it.

Please please review the attached power point along with the comments in blue. Please change and or add whatever you think is best to discuss on the power point along with add whatever you want to discuss on the below agenda. This is our opportunity to lay everything out on the table (if we want). Once Scott gives me his info I can add that to the final power point.

Please note, I'm not sure if you want to address each item I wrote on the power point so just let me know and or just change how you want the wording to be.

Agenda for Call (what else do you want to discuss)?

1. To discuss best process of finalizing kickstarter products
2. Review Kickstarter products/status
3. How to best proceed moving forward on new projects

**From:** Janice Ross <jross@lisafrank.com>
**Date:** Monday, June 4, 2018 at 5:09 PM
**To:** chanel cohn <chanel@glamourdollsmakeup.com>, Peter Georgotas
<peter@glamourdollsmakeup.com>
**Cc:** Lisa Frank <lfrank@lisafrank.com>, Matt Kibildis <matt@glamourdollsmakeup.com>,
Shannon McPhillips <smcphillips@lisafrank.com>
**Subject:** Glamour Doll: Conference Call 6/5/18

Hi Chanel and Peter –

In preparation for our call tomorrow, can you provide us with an agenda along with an updated products approval document. I've attached the latest version but would want updates on the items below.

Product Approvals:
  ○ Lip balm: LF provided comments and is awaiting revised dieline from GD. LF will then update artwork once we receive payment confirmation on the invoice for artwork. LF will need another pre-production sample when GD revises with updated artwork. Should be able to send to you today or tomorrow.



EXHIBIT 41
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

○ Bold & Bright Eyeshadow palette – LF awaiting new/updated samples; Status? Please refer to power point. We noticed that the updated artwork may have a word misspelled along with one of the apostrophe's seemed a bit lost. Just wanted to run it by you before re-sampling.

○ Highlight Shimmer Powder – GD was supposed to send samples of new packaging; Status? Due in next week. If the packaging looks good, we will send you the die-lines along with the product/packaging samples for approval.

○ Cat Liquid Eyeliner – LF provided art file January 25th; status of samples? Due in next week. If the packaging looks good, we will send you the die-lines along with the product/packaging samples for approval.

○ Vegan Leather Cosmetic Bag – LF provided comments on May 8th; status of samples? Comments on power point, to discuss on call.

○ Nail Polish Set – LF awaiting dieline for artwork; consider spraying the unicorn caps rainbow, rainbow glitter, hot pink or blue glitter . Please refer to the power point with photo's. Waiting on final samples which should be this week along with the packaging. Given the packaging looks good, will send that over product and packaging die lines.

○ Matte Lip Mousse – LF provided art files May 10th; status of samples? To discuss.

○ Glam Eyeshadow Palatte – LF provided art files; status of samples? Once, we have comments on Bold & bright will sample together.

Single Eyeshadow (peachy pink)  - confirming this is complete and was shipped to Kickstarter participants. This has been sent to Kickstarter participants.
Bronzer - confirming this is complete and was shipped to Kickstarter participants. This has been sent to Kickstarter participants.

○ Unicorn Lippie – let's discuss

Best,

Janice

**Janice Ross**
SVP Licensing and Business Development
The Lisa Frank Company
310.804.4908
jross@lisafrank.com

 

**Visit us on Facebook**     **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.





# LISA FRANK KICKSTARTER COLLECTION

### (back-to-school holiday retail 2018)

1. Single Eyeshadow and Travel Bronzer
2. Unicorn Lippie
3. Cosmetics Bag
4. Black Eyeliner
5. Lip Balm Tin
6. Highlighter Powder

## BRONZER/EYESHADOW BOXES





### GD Production Notes

4/18 received LASER PRINTED samples of revised artwork for layout approval

4/19 shipped two samples to AZ, two samples to NC for layout approval

5/4 – LF provided following feedback for GD to implement:
1. Logos on side panels are right side up.
2. Please make sure all text is centered in the square area on BACK of Eyeshadows.
3. Update the "Picnic Shimmer Eyeshadow" text on the back To dark purple (75c/100m) or (PMS 266C)

5/21 – Updated samples are being sent to us from China with 4 color process and LF inks and changes specified above.

### LF Action Items

4/19 Approve or adjust layout of bronzer and eyeshadow box reprints. These are LASER PRINT once layout approved we will order 4c printed samples

5/21 – No further action necessary. Await new samples.

# UNICORN LIPPIE


Gloss Finish




Matte Finish



## GD Production Notes

4/17 – Received repainted unicorn samples. One sample MATTE FINISH unicorn body, one sample GLOSS FINISH unicorn body

4/18 – Receive LASER PRINT unicorn box

4/19 – mailed one MATTE FINISH unicorn, one GLOSS FINISH unicorn, one LASER PRINT box to LF Arizona. Mailed one MATTE FINISH unicorn, one LASER PRINT box to LF North Carolina

5/4– LF Provided following feedback to GD:
Packaging layout looks good.

5/21 – Updated Outer Packaging samples are currently being manufactured in China with 4 color process and LF inks. Will send to LF when complete.

## LF Action Items

4/19  -Approve MATTE or GLOSS FINISH unicorn body
       -Approve LASER PRINT box for layout.  4c printed sample will be ordered on
         layout approval

5/21 – Does LF have any feedback on Unicorn itself? Can we move forward with TOP sample production of unicorn itself (assuming Shiny/Glossy unicorn)?

## COSMETICS BAG





## GD Production Notes

4/15– Received FACTORY PRINTED bag samples

4/19 Mailed one sample to LF Arizona, one sample to LF North Carolina

5/4 – GD working with supplier to implement the following changes specified by LF:
1. The bag and zipper tag can't be matte. Print on a shiny glitter vinyl. The colors are not printing bright due to the material of the bag.
2. The pink ink is wrong-its too red. Please use LF approved inks only.
3. Shift the front panel art just a little bit, as shown in the image below. Move art area up just a little, but make sure wing doesn't get cropped off. We want more breathing area for the bottom hoof.
4. The interior looks fun!
5. The zipper tag is cute but we found a few issues. The edges are messy and getting on the printed art- see circled area on the left image below. Please make sure edges are clean. The back mirror die line is getting printed. Do not print the dotted die line.

## LF Action Items

4/19 Please provide any revisions or notes in addition to the above items for both layout and color

5/21 – Can LF send us a link or image of an existing LF product (bag/apparel/etc.) that has the "shiny glitter vinyl" – our factory is struggling to understand exactly what we mean when we provide this description.

6/4- Per the kickstarter campaign they think they are receiving a vegan leather bag, therefore, the shiny glitter vinyl would change the material/the factory can make this have a shine to it but confirmed they cannot add the glitter to the entire bag. Let's discuss how to proceed.

# CAT EYELINER





## GD Production Notes

4/15 – Ordered LASER PRINTED outer box sample for LAYOUT approval

4/19– Unhappy with foil gradient effect from current factory, revising and sampling from additional factories

5/21 – GD awaiting production samples from supplier.

## LF Action Items

5/21 None. Wait for samples to review.

6/4- samples due in next week. Provided everything looks good we will send to you for final approval

## LIP BALM TIN

### CORRECT COLOR



### INSIDE WRONG COLOR







GD Production Notes

4/15 – Ordered order box samples

4/17 – Testing print quality on tin. Waiting for factory samples

5/14 – GD provided samples to Janice in LA. Janice taking samples to LF in AZ.

LF Action Items

5/21 – Awaiting LF feedback from sample that Janice received in LA.

6/4- waiting on die-lines to send over to your team. Waiting on the below comments back from my e-mail sent over as well?

1.  The tin needs to be more glossy. Our comments- Per the factory, they added a gloss finish on the tin and cannot make it glossier than the sample provided.

2. The packaging printing looks good. Please match the tin printing to the packaging printing. All ink colors do not match (look at the Lisa Frank logo and the unicorn's face).
Our comments Since the tin is a different substrate than the paper, the factory has informed us it's hard to match the same color as the outer paper box. I had also pushed this previously with the factory and this was the best they could do.

3. We want the lip balm to be hot pink with sparkles. Our comments- Let's discuss the best strategy when we chat. Sure, I know Peter mentioned the kickstarter lavender color. Perhaps on our call we can discuss how to best proceed.

# SHIMMER HIGHLIGHT POWDER

## OLD

## NEW









### GD Production Notes

4/15 – Glamour Dolls is in the process of testing printing for Shimmer Highlight Powder tube as well as colorations for brush bristles. We will send new samples of highlight powder and outer box when Complete.

5/21 – GD Sourced higher end Highlighter tube (see "NEW" image to the left of this text. Waiting for initial samples to arrive. Will send samples and dielines to LF soon.

### LF Action Items

5/21 - *NOTE* Artwork does NOT yet exist for this item. GD will soon send samples of product/tube and outer packaging for review / artwork creation when we receive the samples.

6/4- samples due in next week. Provided everything looks good we will send to you for final approval

## MATTE MOUSSE





GD Production Notes

4/15 – Glamour Dolls had domestic production facility create spec samples of Lip Mousse tubes with blue, pink, purple, and silver logos on the side for color Pairing with makeup color fill. Factory also created blue, pink, purple and silver Caps for color pairing. Factory laser printed outer boxes/packaging for Kiss&Makeup and Forever Young shades.

4/17 – Glamour Dolls is sourcing new shades to round out collection that are More Lisa Frank On-brand.

5/4 – LF Provided the following feedback:
Revised Spec - Please use this version going forward, updates explained below:
1. Updated the lips on the top of the box so that it faces the customer when you open the lid.
2. Updated the swatch on the bottom of "Kiss & Makeup"- lightened the color and added shimmer so it is more accurate to the lip mousse color.
3. Confirming colors: Forever Young- Chrome Cap & Logo: PMS Cyan C (Cyan Blue) Kiss & Makeup- Chrome Cap & Logo: PMS 266 C (Purple)

*NOTE*: GD must also produce a Matte Mousse with a Rose color for Kickstarter backers. D'angelo has sourced a more vibrant Rose color that we believe is more "Lisa Frank" and will also please consumers. GD will send samples to LF soon.

## LF Action Items

4/19
Provide feedback on foil caps and logo printing on tubes and possible color pairing choices for Kiss&Makeup and Forever Young Shades.
Provide feedback on print layout of outer box/packaging.

5/21 – None - Await new samples.

6/4- We have a new mousse color being sampled for the kickstarter campaign. Will send it to you once received, Therefore, we will need to know what top foil you want for it. Let's discuss best process for fastest turnaround- instead of sampling lots of fil colors if we send you the color let us know if one of the other 2 colors foil colors sampled will work that was sent over previously?

## BOLD AND BRIGHT PALLET

**Outer Box (laser printed)**



**Inner Palette (laser printed)**





## GD Production Notes

4/15 – Sourcing new eyeshadow colors for next production run

4/17 – Received LASER PRINTED outer box sample. Received LASER PRINTED internal palette sample. One sample sent to LF Arizona, one sample sent to LF North Carolina
**printshop used old artwork for internal palette sample. New samples in process

5/4 – LF Provided following feedback, GD is having new samples made:
B. Forrest
3. Updates on file: •Updated the back yellow & pink swatches to have a more glitter effect to match the actual eyeshadow sample • Enlarged the inside color swatch names to be larger (they are hard to read) 4. On the inside of the palette, center the background between the 2 eyeshadow pockets (see white circle in first image)- Reference art file for accuracy. 5. On the back of the box, the social media info did not print! See area indicated below. Reference art file.
•   Please include a clear, removable acetate on the inside of the palette to protect both the mirror and the makeup.

## LF Action Items

4/19
Approve or revise LAYOUT of outer box.
Waiting for revised inner palette for LF to approve LAYOUT.
4c printed samples to follow

5/21 – None - GD is creating new samples – await new/updated samples.

6/4 –
1.  The Apostrophe in the Let's seems to be very close to the T, let me know if it should be changed or keep it as is.
2.  Is it supposed to be Jungle Sunlight or Sunlight?  Let me know if it should be changed or keep it as is.
3.  Do you want us to update this small changes or send it back to your team for the final sample?

## NATURALLY GLAM PALLET

Outer Box (laser printed)



Inner Palette (laser printed)



### GD Production Notes

4/15 – Sourcing new eyeshadow colors for next production run

4/17 – Received LASER PRINTED outer box sample.  Received LASER PRINTED internal palette sample.  One sample sent to LF Arizona, one sample sent to LF North Carolina

**printshop used old artwork for internal palette sample.  New samples in process

5/4 – LF provided following feedback, GD is having new samples made:
A. Kitten Roses
1. Updates on file: * Adjusted text on the back so highlights don't get washed out * Enlarged the inside color swatch names to be larger (they are hard to read)
2. On the back of the box, the social media info did not print! See area indicated below. Reference art file.
*Please include a clear, removable acetate on the inside of the palette to protect both the mirror and the makeup.

### LF Action Items

4/19
Approve or revise LAYOUT of outer box.
Waiting for revised inner palette for LF to approve LAYOUT.
4c printed samples to follow

5/21 – None - GD is creating new samples – await new/updated samples

6/4 – Sampling with Bold & bright together.

## LISA FRANK x WENGIE PALLET



### GD Production Notes

4/15 – Glamour Dolls will obtain new eyeshadow colors that complement artwork and are LF on-brand.

5/21 – D'angelo has sourced new colors that we believe should complement the artwork and also please cosmetics consumers and Wengie.

### LF Action Items

5/21 -None at the moment. Await new color samples.

## MARKIE'S MANICURE NAIL POLISH



**GD Production Notes**

4/9 – Making a sample of the cap. We will have a photo unpainted in 1 or 2 days

4/17 – New mold shown in photo.

4/20 – Cap colors are wrong but colors will be updated once cap is approved. Wanted to show the wrong colors as it looks so much better then the plain brown looks.
3 colors of nail polish leaving today for matching in Asia.

Please confirm we want the bottle to be clear with printing for the final production.

5/21- GD received samples of the product which we are happy with including richer and more vibrant nail polish colors, now waiting on die-lines and outer white packaging to send to Lisa to design

**LF Action Items**

4/19 – Waiting for samples and die lines. We are planning to do a clear bottle with shrink label but open to suggestions

5/21 - *NOTE* - Artwork does NOT yet exist for this product. GD will soon send samples of bottles and outer packaging for review / artwork creation soon.

6/4 – samples due in by next week of outer paper packaging along with nail polishes – Provided all looks good will send over with die-lines

# BLUSH BRUSH/CREASE BRUSH



Production Notes

4/19 may expand set for future collection

LF Action Items

Nothing at the moment

# Exhibit 34

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

[ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Panayiotis<br>First name<br><br>Theodore<br>Middle name<br><br>Georgotas<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | EXHIBIT 27<br>WIT: Georgotas<br>DATE: 3-24-23<br>Mimi Murray, CSR |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 5 4 8 6<br>OR<br>9 xx – xx – ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ |

Debtor 1    Panayiotis Theodore Georgotas

First Name    Middle Name    Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

Glamour Dolls Inc
Business name

Bucephalus
Business name

47-1073621
EIN

84-2778540
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
EIN

_____
EIN

**5. Where you live**

41 Watchung Plaza #130
Number    Street

#130

Montclair    NJ    07042
City    State    ZIP Code

Essex County
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City    State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____
City    State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

| Debtor 1 | Panayiotis Theodore Georgotas | Case number (if known) _____ |
| | First Name    Middle Name    Last Name | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** The chapter of the Bankruptcy Code you are choosing to file under

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** How you will pay the fee

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** Have you filed for bankruptcy within the last 8 years?

- ☑ No
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

- ☑ No
- ☐ Yes.

| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** Do you rent your residence?

- ☐ No. Go to line 12.
- ☑ Yes. Has your landlord obtained an eviction judgment against you?
  - ☑ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | Panayiotis | Theodore | Georgotas | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 3:** Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____
Number    Street

_____
City                                State        ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U. S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrtpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

---

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

Debtor 1 ___Panayiotis Theodore Georgotas_____
First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 5:**  **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | Panayiotis | Theodore | Georgotas | | Case number _(if known)_ _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** _Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."_

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** _Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment._

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Panayiotis Theodore Georgotas _____ ✗ _____

Signature of Debtor 1                 Signature of Debtor 2

Executed on   12/01/2020               Executed on _____
         MM / DD / YYYY                      MM / DD / YYYY

---

Debtor 1    Panayiotis Theodore Georgotas

First Name    Middle Name    Last Name

Case number *(if known)*_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗   /s/ John Voorhees                              Date    12/01/2020

Signature of Attorney for Debtor                              MM   /  DD  /YYYY

John Voorhees

Printed name

Law Offices of Patel, Soltis, Cardenas & Bost

Firm name

1 Broad St

Number    Street

Suite 5

Freehold                                          NJ           07728

City                                              State        ZIP Code

Contact phone  973 200 1111          Email address  voorhees@focusedlaw.com

247522017                                          NJ

Bar number                                        State

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Panayiotis Theodore Georgotas** |
| | First Name      Middle Name      Last Name |
| Debtor 2 (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................ $0.00

   1b. Copy line 62, Total personal property, from *Schedule A/B*................................................... $10,692.24

   1c. Copy line 63, Total of all property on *Schedule A/B*............................................................. $10,692.24

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ........... $45,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................... + $1,965,270.62

           **Your total liabilities**    $2,010,270.62

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................ $1,001.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ........................................................ $3,782.00

Debtor 1      Panayiotis Georgotas

First Name      Middle Name      Last Name

Case number (if known)_____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.  Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7.  What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.  From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

**9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

Total claim

From Part 4 on *Schedule E/F*, copy the following:

| | |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Official Form 106Sum      Summary of Your Assets and Liabilities and Certain Statistical Information      page 2 of 2

**Fill in this information to identify your case and this filing:**

Debtor 1  Panayiotis Theodore Georgotas
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number
(if know)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   ☑ No. Go to Part 2
   ☐ Yes. Where is the property?

## Part 2: Describe Your Vehicles

Do you own, lease, or have any legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

   3.1 Make: Subaru

   Model: Impreza

   Year:                2002

   Approximate mileage:  42,000

   Other information:

   Condition:Fair;

   **Who has an interest in the property?** Check one
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $ 4,000.00 | $ 4,000.00 |

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................➤

$ 4,000.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. Household goods and furnishings

   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe...

   Blender, Coffee Machine, Lamp x3, Bookcase, Table, Couch, Coffee Table, Desk, Bed

   $ 1,000.00

Debtor 1    Panayiotis Theodore Georgotas
     First Name    Middle Name    Last Name        Case number *(if known)* _____

---

7. **Electronics**

     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music
     collections; electronic devices including cell phones, cameras, media players, games

     ☐ No
     ☑ Yes. Describe...

     | Laptop, Chrome Book, TV, Display Monitor, Speaker, Nintendo Wii |    $ 500.00

8. **Collectibles of value**

     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
     stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

     ☑ No
     ☐ Yes. Describe...

9. **Equipment for sports and hobbies**

     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes
     and kayaks; carpentry tools; musical instruments

     ☐ No
     ☑ Yes. Describe...

     | yoga mat and boxing gloves |    $ 50.00

10. **Firearms**

     *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

     ☑ No
     ☐ Yes. Describe...

11. **Clothes**

     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

     ☐ No
     ☑ Yes. Describe...

     | Pants, shirts, suits, dress shoes, athletic shoes, tuxedo |    $ 350.00

12. **Jewelry**

     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
     gold, silver

     ☑ No
     ☐ Yes. Describe...

13. **Non-farm animals**

     *Examples:* Dogs, cats, birds, horses

     ☑ No
     ☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

     ☑ No
     ☐ Yes. Give specific information...

15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages
     you have attached for Part 3. Write that number here......................................................................➤    | $1,900.00 |

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?        **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

     ☐ No
     ☑ Yes.................................................................................................... Cash ........................... $ 126.11

Debtor 1   Panayiotis Theodore Georgotas                                                 Case number *(if known)* _____
           First Name    Middle Name    Last Name

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................                    Institution name:

17.1. Checking account:                  Wells Fargo                                                    $ 458.12

17.2. Other financial account:           Cryptocurrency                                                 $ 200.00

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes.................

Institution or issuer name:

TD Ameritrade                                                                                            $ 6.01

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an
LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

Name of entity:                                          % of ownership:

Bucephalus                                               51.5          %    $ 1.00

Glamour Dolls Inc.                                       75            %    $ 1.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☐ No
☑ Yes....................          Institution name or individual:

Security deposit on rental unit    Security Deposit for Apartment - Not On Lease                         $ 4,000.00

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes......................

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes......................

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable
for your benefit**

☑ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

Case 4:21-cv-00228-SHR   Document 90-5   Filed 11/16/23   Page 95 of 174

Debtor 1  **Panayiotis Theodore Georgotas**
First Name      Middle Name      Last Name

Case number*(if known)*  _____

| Money or property owed to you? | | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|---|

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | Federal: | $ 0.00 |
|---|---|---|
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information....

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information....

**31. Interests in insurance policies**

☑ No

☐ Yes. Name the insurance company of each policy and list its value....

**32. Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Give specific information....

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No

☐ Yes. Give specific information....

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Give specific information....

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information....

**36.** Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................➤   $ 4,792.24

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

Debtor 1 ___Panayiotis Theodore Georgotas___
First Name   Middle Name   Last Name

Case number *(if known)* _____

---

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information...

54. Add the dollar value of all of your entries from Part 7. Write that number here ..........................▶ | $0.00

---

## Part 8: List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2**.....................................................................................▶ | | $0.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 4,000.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $ 1,900.00 | |
| 58. **Part 4: Total financial assets, line 36** | $ 4,792.24 | |
| 59. **Part 5: Total business-related property, line 45** | $ 0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | |
| 61. **Part 7: Total other property not listed, line 54** | + $ 0.00 | |

62. **Total personal property. Add lines 56 through 61** ................... | $ 10,692.24 | Copy personal property total ▶ | + $ 10,692.24

63. **Total of all property on Schedule A/B. Add line 55 + line 62** | $ 10,692.24

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Panayiotis Theodore Georgotas | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2002 Subaru Impreza<br>Line from *Schedule A/B*: 3.1 | $ 4,000.00 | ☑ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Brief description: Household goods - Blender, Coffee Machine, Lamp x3, Bookcase, Table, Couch, Coffee Table, Desk, Bed<br>Line from *Schedule A/B*: 6 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Electronics - Laptop, Chrome Book, TV, Display Monitor, Speaker, Nintendo Wii<br>Line from *Schedule A/B*: 7 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor    Panayiotis Theodore Georgelas

  First Name      Middle Name      Last Name                                    Case number (if known) _____

---

**Part 2:    Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Sports and hobby equipment - yoga mat and boxing gloves | $ 50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Line from *Schedule A/B*: 9 | | | |
| Brief description: Clothing - Pants, shirts, suits, dress shoes, athletic shoes, tuxedo | $ 350.00 | ☑ $ 350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Line from *Schedule A/B*: 11 | | | |
| Brief description: cash (Cash On Hand) | $ 126.11 | ☑ $ 126.11<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Line from *Schedule A/B*: 16 | | | |
| Brief description: Wells Fargo (Checking) | $ 458.12 | ☑ $ 458.12<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Line from *Schedule A/B*: 17.1 | | | |
| Brief description: Cryptocurrency (Other) | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Line from *Schedule A/B*: 17.2 | | | |
| Brief description: TD Ameritrade (Brokerage) | $ 6.01 | ☑ $ 6.01<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Line from *Schedule A/B*: 18 | | | |
| Brief description: Bucephalus | $ 1.00 | ☑ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Line from *Schedule A/B*: 19 | | | |
| Brief description: Glamour Dolls Inc. | $ 1.00 | ☑ $ 1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Line from *Schedule A/B*: 19 | | | |
| Brief description: Security Deposit for Apartment - Not On Lease (Security Deposits) | $ 4,000.00 | ☑ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Line from *Schedule A/B*: 22 | | | |
| Brief description: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: | | | |
| Brief description: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: | | | |
| Brief description: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Line from *Schedule A/B*: | | | |

Fill in this information to identify your case:

Debtor 1    Panayiotis Theodore Georgotas
_____
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing) _____
First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number
(if know)    _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion If any |
|---|---|---|---|

**2.1**

| Peter Anaradian | Describe the property that secures the claim: | $ 20,000.00 | $ 1.00 | $ 19,999.00 |
|---|---|---|---|---|

Creditor's Name

12205 Erskine Circle
Number      Street
Omaha NE      68164
City      State      ZIP Code

Describe the property that secures the claim:

Bucephalus - $1.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  10/1/2020

Last 4 digits of account number

**2.2**

Describe the property that secures the claim:  $ 25,000.00   $ 1.00   $ 24,999.00

| Peter Anaradian |
|---|

Creditor's Name

12205 Erskine Circle
Number      Street
Omaha NE      68164
City      State      ZIP Code

Glamour Dolls Inc. - $1.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  11/25/2018

Last 4 digits of account number

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 45,000.00 |

---

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Panayiotis Theodore Georgotas | |
| | First Name       Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name       Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

**Part 2:**     List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.
   ☑ Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

**4.1**
Amex
Nonpriority Creditor's Name
Po Box 297871
Number     Street
Fort Lauderdale FL     33329
City       State     ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **1083**
When was the debt incurred? **1999**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 546.00

**4.2**
Amex
Nonpriority Creditor's Name
Po Box 297871
Number     Street
Fort Lauderdale FL     33329
City       State     ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **2663**
When was the debt incurred? **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 3,696.00

| 4.3 | Barclay Damon | Last 4 digits of account number _____ | $ Unknown |
|---|---|---|---|

**4.3**

Barclay Damon
Nonpriority Creditor's Name
1270 6th Ave
Number    Street
#600

New York NY    10020
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ Unknown

---

**4.4**

Caine Weiner
Nonpriority Creditor's Name
Po Box 55848
Number    Street
Sherman Oaks CA    91413
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.5**

Capital One Bank USA N
Nonpriority Creditor's Name
Po Box 31293
Number    Street
Salt Lake City UT    84131
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ****

**When was the debt incurred?** 2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 2,194.00

**4.6**

Convergent
Nonpriority Creditor's Name

800 Sw 39th St
Number    Street

Suite 100 / PO Box 9004

Renton  WA    98057
City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 1,023.75

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

**4.7**

Darren Sardiga
Nonpriority Creditor's Name

13182 Briar Patch Lane
Number    Street

Lemont IL    60439
City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

**4.8**

Enterprise
Nonpriority Creditor's Name

786 North McDonnell Rd
Number    Street

San Francisco CA    94128
City    State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 320.82

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

| 4.9 | FC Marketplace LLC | | Last 4 digits of account number | | | $ 0.00 |

**4.9**

FC Marketplace LLC

Nonpriority Creditor's Name

PO Box 398438

Number      Street

San Francisco CA    94139-8438

City            State      ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ____

$ 0.00

---

**4.10**

Forward Financing

Nonpriority Creditor's Name

53 State Street

Number      Street

20th Floor

Boston MA      02109

City            State      ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2049

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Personal Guarantee Business Loan

$ 31,062.50

---

**4.11**

Funding Circle

Nonpriority Creditor's Name

PO Box 1719

Number      Street

Portland OR      97207

City            State      ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Personal Guarantee Business Loan

$ 175,433.40

| 4.12 | H Saga | Last 4 digits of account number ___ ___ ___ ___ | $ 14,000.00 |
|---|---|---|---|

**4.12**

H Saga
Nonpriority Creditor's Name

12029 Mott Street
Number     Street

Arlington TN   38002
City     State     ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number ___ ___ ___ ___**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personal Guarantee Business Loan

$ 14,000.00

---

**4.13**

Hyundai Motor Finance
Nonpriority Creditor's Name

PO Box 20829
Number     Street

Fountain Valley CA   92728
City     State     ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number  3796**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.14**

Kabbage Funding
Nonpriority Creditor's Name

925B Peachtree Street NE
Number     Street

Suite 1688

Atlanta GA   30309
City     State     ZIP Code

**Who owes the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number ___ ___ ___ ___**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 1,322.65

| 4.15 | Loan Builder | | Last 4 digits of account number _____ | $ 95,568.53 |

**Loan Builder**
Nonpriority Creditor's Name
3505 Silverside Rd
Number    Street
Wilmington DE    19810
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Guarantee Business Loan

$ 95,568.53

---

| 4.16 | Mercantile | | Last 4 digits of account number _____ | $ 0.00 |

**Mercantile**
Nonpriority Creditor's Name
165 Lawrence Bell Drive
Number    Street
Suite 100
Buffalo NY    14221
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 0.00

---

| 4.17 | M&T Bank | | Last 4 digits of account number _____ | $ 97,948.97 |

**M&T Bank**
Nonpriority Creditor's Name
One M&T Plaza
Number    Street
Buffalo NY    14203
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Personal Guarantee Business Credit Line

$ 97,948.97

Debtor  Panaviolis Theodora Sotirakis
First Name    Middle Name    Last Name

Case 4:21-cv-00228-SHR    Document 90-5    Filed 11/16/23    Page 107 of 174
Case 4:21-cv-00228-SHR    Doc 1    Filed 12/03/20    Entered 12/03/20 14:47:57    Desc Main
                              Document    Page 25 of 62

| 4.18 | Nationwide Credit Inc | | Last 4 digits of account number | | | $ 0.00 |

**4.18**

Nationwide Credit Inc
Nonpriority Creditor's Name

Po Box 14581
Number    Street

Des Moines IA    50306
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

**4.19**

Quilby
Nonpriority Creditor's Name

1215 Spruce Street
Number    Street

Suite 200

Boulder CO    80302
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personal Guarantee Purchase Order Financing

$ 1,365,798.48

---

**4.20**

Pardalis and Nohavicha LLP
Nonpriority Creditor's Name

950 3rd ave
Number    Street

New York NY    10022
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ Unknown

| 4.21 | PA Turnpike Toll by PLate | | $ 0.00 |
|---|---|---|---|

**PA Turnpike Toll by PLate**
Nonpriority Creditor's Name

PO Box 645631
Number     Street

Pittsburgh PA          15264
City       State   ZIP Code

**Last 4 digits of account number** 4158

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.22 | Retrieval Masters Creditors Bureau | | $ 310.60 |
|---|---|---|---|

**Retrieval Masters Creditors Bureau**
Nonpriority Creditor's Name

4 Westchester PLaza Suite 110
Number     Street

Elmsford NY          10523
City       State   ZIP Code

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.23 | State of New Jersey | | $ 682.92 |
|---|---|---|---|

**State of New Jersey**
Nonpriority Creditor's Name

MVSVS

PO BOx 1502
Number     Street

Moorestown NJ          08057
City       State   ZIP Code

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| 4.24 | Suril Shah | Last 4 digits of account number _____ | $ 175,000.00 |

Nonpriority Creditor's Name

311 E 11th Street
Number    Street

Apt 1C

New York NY    10003
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personal Guarantee Business Loan

---

| 4.25 | TD Bank NA | Last 4 digits of account number  7764 | $ 0.00 |

Nonpriority Creditor's Name

Po Box 1448
Number    Street

Greenville SC    29602
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

| 4.26 | Transworld Systems | Last 4 digits of account number  7123 | $ 217.00 |

Nonpriority Creditor's Name

5626 Frantz Road
Number    Street

Dublin OH    43017
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**4.27**

Verizon
Nonpriority Creditor's Name

Po Box 650584
Number   Street

Dallas   TX   75265
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0001

**When was the debt incurred?**   2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 145.00

---

**4.28**

White Hilferty & Albanese
Nonpriority Creditor's Name

800 Third Avenue
Number   Street

Suite 2800

New York NY   10022
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   _____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 0.00

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Barclay Damon
Creditor's Name

PO BOx 1265
Number   Street

Albany   NY   12201
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   4.3   of *(Check one):*
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

---

Dynamic Recovery Solutions
Creditor's Name

135 Interstate Blvd
Number   Street

Greenville SC   29615
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   4.14   of *(Check one):*
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

FC Marketplace LLC SME Fund FBO Account
Creditor's Name

PO Box 398438
Number   Street

San Francisco CA   94139
City   State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   4.11   of *(Check one):*
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

Debtor  Panaviotis Theodore Gerakas
        First Name   Middle Name   Last Name

| | |
|---|---|
| Frank Castle Altus Receivables Management | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line **4.11** of *(Check one):* |
| 2400 Veterans Memorial Blvd | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| #300 | Claims |
| Kenner LA    70062 | **Last 4 digits of account number** |
| City   State   ZIP Code | |

| | |
|---|---|
| Gordon Dean | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line **4.19** of *(Check one):* |
| Davis & Jones, LLC | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 314 Main St. Ste.#300 | Claims |
| Fort Worth TX    76102 | **Last 4 digits of account number** |
| City   State   ZIP Code | |

| | |
|---|---|
| Kearns, Brinen & Monaghan | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line **4.10** of *(Check one):* |
| 20 E Division St | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 2nd Floor | Claims |
| Dover DE    19901 | **Last 4 digits of account number** |
| City   State   ZIP Code | |

| | |
|---|---|
| Key Bank National Association | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line **4.3** of *(Check one):* |
| 201 South Warres St | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Syracuse NY    13202 | Claims |
| City   State   ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| MTA Tolls & Bridges | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line **4.26** of *(Check one):* |
| Randall's Island | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| New York NY    10035 | Claims |
| City   State   ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| New York State Division of Human Rights | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line **4.28** of *(Check one):* |
| 163 W 125th St | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| #1 | Claims |
| New York NY    10027 | **Last 4 digits of account number** 1316 |
| City   State   ZIP Code | |

| | |
|---|---|
| Professional Account Management | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line **4.21** of *(Check one):* |
| Po Box 1153 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Milwaukee WI    53201 | Claims |
| City   State   ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| Robin Winchester Webb | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line **4.12** of *(Check one):* |
| The Winchester Law Firm, PLLC | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number   Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 7515 Corporate Centre Drive | Claims |
| Germantown TN    38138 | **Last 4 digits of account number** |
| City   State   ZIP Code | |

| | |
|---|---|
| Rocco Sconzo<br>Creditor's Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Po Box 871 | Line 4.17 of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Saddle Brook NJ  07663 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| City State ZIP Code | Claims |
| | **Last 4 digits of account number** |

| | |
|---|---|
| Swift Capital<br>Creditor's Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| 24301 Southland Dr | Line 4.15 of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Suite 310 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Hayward CA  94545 | |
| City State ZIP Code | **Last 4 digits of account number**  1264 |

| | |
|---|---|
| TD Bank<br>Creditor's Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| 245 Main St | Line 4.17 of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Ridgefield Park NJ  07660 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| City State ZIP Code | Claims |
| | **Last 4 digits of account number** |

| | |
|---|---|
| Violations Processing Center<br>Creditor's Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| PO BOx 15186 | Line 4.26 of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Albany NY  12212 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| City State ZIP Code | Claims |
| | **Last 4 digits of account number** |

| | |
|---|---|
| Wells Fargo<br>Creditor's Name | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Legal Processing | Line 4.17 of (Check one): |
| Number Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| PO Box 1416 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Charlotte NC  28201 | |
| City State ZIP Code | **Last 4 digits of account number** |

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 1,965,270.62 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 1,965,270.62 |

| Fill in this information to identify your case: |
|---|

Debtor 1    __Panayiotis Theodore Georgotas__
         First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number
(if know) _____

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

       **Person or company with whom you have the contract or lease**        **State what the contract or lease is for**

---

**Fill in this information to identify your case:**

| Debtor 1 | Panayiotis Theodore Georgotas | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  District of New Jersey

Case number
(if know) _____

☐ Check if this is an
amended filing

---

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**
   Check all schedules that apply:

   | 3.1 | Jessica Romano | |
   |---|---|---|
   | | Name | ☐ Schedule D, line _____ |
   | | 369 Webster Avenue | ☑ Schedule E/F, line  4.17 |
   | | Street | ☐ Schedule G, line _____ |
   | | New Milford  NJ      07646 | |
   | | City      State    ZIP Code | |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Panayiotis | Theodore | Georgotas |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _ District of New Jersey

Case number
(if known) _____

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   income as of the following date:
   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number   Street | Number   Street |
| | City          State   ZIP Code | City          State   ZIP Code |
| **How long employed there?** | | |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $_____ |

Debtor 1 _____
First Name   Middle Name   Last Name

Case number (if known) _____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................ ➔ 4. | $ 0.00 | $ _____ |
| **5. List all payroll deductions:** | | |
| 5a. Tax, Medicare, and Social Security deductions 5a. | $ 0.00 | $ _____ |
| 5b. Mandatory contributions for retirement plans 5b. | $ 0.00 | $ _____ |
| 5c. Voluntary contributions for retirement plans 5c. | $ 0.00 | $ _____ |
| 5d. Required repayments of retirement fund loans 5d. | $ 0.00 | $ _____ |
| 5e. Insurance 5e. | $ 0.00 | $ _____ |
| 5f. Domestic support obligations 5f. | $ 0.00 | $ _____ |
| 5g. Union dues 5g. | $ 0.00 | $ _____ |
| 5h. Other deductions. Specify: _____ 5h. | + $ 0.00 | + $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | $ 0.00 | $ _____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $ 0.00 | $ _____ |

**8. List all other income regularly received:**

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $ 0.00 | $ _____ |
| 8b. **Interest and dividends** 8b. | $ 0.00 | $ _____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $ 0.00 | $ _____ |
| 8d. **Unemployment compensation** 8d. | $ 1,001.00 | $ _____ |
| 8e. **Social Security** 8e. | $ 0.00 | $ _____ |
| 8f. **Other government assistance that you regularly receive** | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| Specify: _____ 8f. | $ 0.00 | $ _____ |
| 8g. **Pension or retirement income** 8g. | $ 0.00 | $ _____ |
| 8h. **Other monthly income.** Specify: _____ 8h. | + $ 0.00 | + $ _____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. 9. | $ 1,001.00 | $ _____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. | $ 1,001.00 + | $ _____ = $ 1,001.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies 12. $ 1,001.00

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
- [✔] No.
- [ ] Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1  Panayiotis Theodore Georgotas
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of New Jersey
_____ (State)

Case number
(If known)  _____

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes.  **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**  ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..........................

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 2,500.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

| Debtor 1 | Panayiotis Theodore Georgotas | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  |  | Your expenses |
|---|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 180.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 500.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 50.00 |
| 10. | **Personal care products and services** | 10. | $ 90.00 |
| 11. | **Medical and dental expenses** | 11. | $ 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 105.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 50.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 257.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: _____ | 17c. | $ 0.00 |
| | 17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I). | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

| Debtor 1 | Panayiotis Theodore Georgotas | | Case number *(if known)* |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

21. **Other**. Specify:_____    21. +$ _____ 0.00
_____    +$ _____
_____    +$ _____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a. $ _____ 3,782.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b. $ _____
and 22b. The result is your monthly expenses.    22c. $ _____ 3,782.00

23. **Calculate your monthly net income.**

23a.    Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a. $ _____ 1,001.00

23b.    Copy your monthly expenses from line 22c above.    23b. −$ _____ 3,782.00

23c.    Subtract your monthly expenses from your monthly income.    23c. $ _____ -2,781.00
The result is your *monthly net income*.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Panayiotis | Theodore | Georgotas |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the District of New Jersey

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✖ /s/ Panayiotis Theodore Georgotas          ✖ _____

Signature of Debtor 1          Signature of Debtor 2

Date 12/01/2020          Date _____
MM / DD / YYYY          MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1  Panayiotis Theodore Georgotas
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number
(if know)

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☐ Married
☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 658 Valley Road | From 02/01/2019 | | From ____ |
| Number  Street | To 10/01/2019 | Number  Street | To ____ |
| Montclair NJ  07043 | | | |
| City  State  ZIP Code | | City  State  ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 93 Worth Street | From 10/01/2017 | | From ____ |
| Number  Street | To 01/31/2019 | Number  Street | To ____ |
| New York NY  10013 | | | |
| City  State  ZIP Code | | City  State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2:  Give Details About Your Marital Status and Where You Lived Before

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply | Gross income<br>(before deductions and exclusions) |

Debtor    Panayiotis Theodore Georgotas

First Name    Middle Name    Last Name    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $ 18,237.00 | ☐ Wages, commissions, bonuses, tips $ _____ |
| | ☐ Operating a business | | ☐ Operating a business |
| **For last calendar year:** (January 1 to December 31, 2019 ) | ☐ Wages, commissions, bonuses, tips | $ 10,000.00 | ☐ Wages, commissions, bonuses, tips $ _____ |
| | ☑ Operating a business | | ☐ Operating a business |
| **For last calendar year:** (January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips | $ 15,000.00 | ☐ Wages, commissions, bonuses, tips $ _____ |
| | ☑ Operating a business | | ☐ Operating a business |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No.
☐ Yes. Fill in the details.

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.***Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and
the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?***Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

Case 20-23257-RG Doc 1 Filed 12/03/20 Entered 11/18/29 Page 124 of 174

Debtor __Panayiotis Theodore Georgotas__ Case number *(if known)* _____
First Name  Middle Name  Last Name

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Case title: **M&T BANK VS GLAMOUR DOLLS INC.**
Case number: ESX L-003462-19

Nature of the case: Contract; Date filed: 05/18/2019

Court or agency:
Essex County Court
Court Name
50 W Market St
Number   Street
Newark  NJ   07102
City  State  ZIP Code

Status of the case:
☐ Pending
☐ On appeal
☑ Concluded

Case title: Shauna Urban v Glamour Dolls Inc
Case number: 10191316

Nature of the case: Human Rights Law

Court or agency:
New York State Division of Human Rights
Court Name
163 W 125th St #1, New York, NY 10027
Number   Street
New York  NY   10027
City  State  ZIP Code

Status of the case:
☐ Pending
☐ On appeal
☑ Concluded

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes. Fill in the details for each gift.

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Debtor Panayiotis Theodore Georgolas
First Name Middle Name Last Name

Case number *(if known)* _____

---

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

- ☑ No
- ☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

- ☑ No
- ☐ Yes. Fill in the details.

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☑ No
- ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ☑ No
- ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

- ☑ No
- ☐ Yes. Fill in the details.

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

- ☑ No
- ☐ Yes. Fill in the details.

---

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ☑ No
- ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

- ☑ No
- ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ☑ No
- ☐ Yes. Fill in the details.

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

---

Debtor  Panayiotis Theodore Georgotas
First Name  Middle Name  Last Name

Case number (if known) _____

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- [x] A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- [x] A member of a limited liability company (LLC) or limited liability partnership (LLP)
- [ ] A partner in a partnership
- [x] An officer, director, or managing executive of a corporation
- [x] An owner of at least 5% of the voting or equity securities of a corporation

- [ ] No. None of the above applies. Go to Part 12.
- [x] Yes. Check all that apply above and fill in the details below for each business.

| Business 1 | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Bucephalus** <br> Business Name <br> **160 Greentree Drive** <br> Number  Street <br> **Ste 101** <br> <br> **Dover  DE  19904** <br> City  State  ZIP Code | **Cosmetics** <br><br> **Name of accountant or bookkeeper** <br> **Inspired Vision Accounting** | Do not include Social Security number or ITIN. <br> EIN: 8 4 – 2 7 7 8 5 4 <br> **Dates business existed** <br> From  To <br> 08/20/2019  Current |

| Business 2 | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Glamour Dolls Inc** <br> Business Name <br> **415 Hawthorne Place** <br> Number  Street <br> **Ridgewood NJ  07450** <br> City  State  ZIP Code | **Cosmetics** <br><br> **Name of accountant or bookkeeper** <br> **Inspired Vision Accounting** | Do not include Social Security number or ITIN. <br> EIN: 4 7 – 1 0 7 3 6 2 <br> **Dates business existed** <br> From  To <br> 06/11/2014  Current |

| Business 3 | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Curious Products** <br> Business Name <br> **93 Worth St** <br> Number  Street <br> **STE 405** <br> <br> **New York NY  10013** <br> City  State  ZIP Code | **Cosmetics** <br><br> **Name of accountant or bookkeeper** | Do not include Social Security number or ITIN. <br> EIN: 8 2 – 5 1 8 0 4 0 <br> **Dates business existed** <br> From  To <br> 04/13/2018  Current |

| Business 4 | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Glamour Dolls CBD LLC** <br> Business Name <br> **50 Church St** <br> Number  Street <br> **Montclair NJ  07042** <br> City  State  ZIP Code | **Cosmetics** <br><br> **Name of accountant or bookkeeper** | Do not include Social Security number or ITIN. <br> EIN: 8 4 – 4 6 1 4 7 1 <br> **Dates business existed** <br> From  To <br> 02/06/2020  Current |

| Business 5 | Describe the nature of the business | Employer Identification number |
|---|---|---|
| **Ethereal Holdings** <br> Business Name <br> **160 Greentree Drive Ste 101** <br> Number  Street <br> **Dover  DE  19904** <br> City  State  ZIP Code | **Holding Company for Cosmetics Company** <br><br> **Name of accountant or bookkeeper** | Do not include Social Security number or ITIN. <br> EIN: 8 4 – 2 5 9 8 9 2 <br> **Dates business existed** <br> From  To <br> 08/02/2019  Current |

Debtor    Panayiotis Theodore Georgotas                      Case number (if known) _____
          First Name    Middle Name    Last Name

| | |
|---|---|
| Iles Des Saintes LLC | **Describe the nature of the business** |
| Business Name | |
| 50 Church St | Cosmetics |
| Number    Street | |
| Montclair NJ    07042 | **Name of accountant or bookkeeper** |
| City    State    ZIP Code | |

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From _01/16/2020_    To _Current_

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ☑ No. None of the above applies. Go to Part 12.

    ☐ Yes. Check all that apply above and fill in the details below for each business.

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Panayiotis Theodore Georgotas            ✖ _____
    Signature of Debtor 1                          Signature of Debtor 2

Date _12/01/2020_                              Date _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Panayiotis Theodore Georgotas |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the District of New Jersey

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Peter Anaradian<br><br>Description of property securing debt: Glamour Dolls Inc. | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br>☑ Yes |
| Creditor's name: Peter Anaradian<br><br>Description of property securing debt: Bucephalus | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br>☑ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br>☐ Yes |

Debtor    Panayiotis Theodore Georgotas            Case number *(If known)*_____

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet
ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                Will the lease be assumed?

Lessor's name:                                           ☐ No

Description of leased                                ☐ Yes
property:

Lessor's name:                                           ☐ No

Description of leased                                ☐ Yes
property:

Lessor's name:                                           ☐ No

Description of leased                                ☐ Yes
property:

Lessor's name:                                           ☐ No

Description of leased                                ☐ Yes
property:

Lessor's name:                                           ☐ No

Description of leased                                ☐ Yes
property:

Lessor's name:                                           ☐ No

Description of leased                                ☐ Yes
property:

Lessor's name:                                           ☐ No

Description of leased                                ☐ Yes
property:

| **Part 3:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any
personal property that is subject to an unexpired lease.

✖ /s/ Panayiotis Theodore Georgotas          ✖ _____

Signature of Debtor 1                                  Signature of Debtor 2

Date   12/01/2020                                    Date _____
      MM /   DD /   YYYY                                      MM /   DD /   YYYY

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    **Panayiotis Theodore Georgotas**
           First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name           Middle Name       Last Name

United States Bankruptcy Court for the:   District of New Jersey

Case number
(If known)     _____

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income     04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $_____ | $_____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $_____ | $_____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $_____ | $_____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $\_\_\_\_\_ | $\_\_\_\_\_ | | | |
| Ordinary and necessary operating expenses | − $\_\_\_\_\_ | − $\_\_\_\_\_ | | | |
| Net monthly income from a business, profession, or farm | $\_\_\_\_\_ | $\_\_\_\_\_ | Copy here➔ | $_____ | $_____ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $\_\_\_\_\_ | $\_\_\_\_\_ | | | |
| Ordinary and necessary operating expenses | − $\_\_\_\_\_ | − $\_\_\_\_\_ | | | |
| Net monthly income from rental or other real property | $\_\_\_\_\_ | $\_\_\_\_\_ | Copy here➔ | $_____ | $_____ |

| 7. | **Interest, dividends, and royalties** | | $_____ | $_____ |
|---|---|---|---|---|

Debtor 1 __Panayiotis Theodore Georgotas__
First Name   Middle Name   Last Name

Case number (if known)_____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .................................. ↓

$_____   $_____

For you ................................................................. $_____

For your spouse .................................................... $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$_____   $_____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniforces. If necessary, list other sources on a separate page and put the total below.

_____   $_____   $_____

_____   $_____   $_____

Total amounts from separate pages, if any.   + $_____   + $_____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$_____  +  $_____  =  $_____
Total current monthly income

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.............................................. Copy line 11 here➜   $_____

Multiply by 12 (the number of months in a year).   x 12

12b. The result is your annual income for this part of the form.   12b.   $_____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [_____]

Fill in the number of people in your household.   [_____]

Fill in the median family income for your state and size of household. ..................................................13.   $_____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

| Debtor 1 | Panayiotis Theodore Georgotas | | | Case number _(if known)_ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**✗** /s/ Panayiotis Theodore Georgotas    **✗** _____

Signature of Debtor 1                                            Signature of Debtor 2

Date 12/01/2020                                                     Date _____
　　　MM / DD　/ YYYY                                                　　MM / DD　/ YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Panayiotis Theodore Georgotas** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number _____
(If known)

☐ Check if this is an amended filing

# Official Form 122A—1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1:    Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave on line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

   ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

**Part 2:    Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☑ No.   Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No. Go to line 3.

      ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☑ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No. Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes. Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

      If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. You are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

      If your exclusion period ends before your case is closed, you may have to file an amended form later.

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Barclay Damon
1270 6th Ave
New York, NY 10020

Barclay Damon
PO BOx 1265
Albany, NY 12201

Caine Weiner
Po Box 55848
Sherman Oaks, CA 91413

Capital One Bank USA N
Po Box 31293
Salt Lake City, UT 84131

Clement J. Farley - McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

Convergent
800 Sw 39th St
Suite 100 / PO Box 9004
Renton, WA 98057

Darren Sardiga
13182 Briar Patch Lane
Lemont, IL 60439

Dynamic Recovery Solutions
135 Interstate Blvd
Greenville, SC 29615

Enterprise
786 North McDonnell Rd
San Francisco, CA 94128

FC Marketplace LLC
PO Box 398438
San Francisco, CA 94139-8438

FC Marketplace LLC SME Fund FBO Account
PO Box 398438
San Francisco, CA 94139

Forward Financing
53 State Street
20th Floor
Boston, MA 02109

Frank Castle Altus Receivables Management
2400 Veterans Memorial Blvd
Kenner, LA 70062

Funding Circle
PO Box 1719
Portland, OR 97207

Gordon Dean
Davis & Jones, LLC
314 Main St. Ste.#300
Fort Worth, TX 76102

H Saga
12029 Mott Street
Arlington, TN 38002

Hyundai Motor Finance
PO Box 20829
Fountain Valley, CA 92728

Jessica Romano
369 Webster Avenue
New Milford, NJ 07646

Kabbage Funding
925B Peachtree Street NE
Suite 1688
Atlanta, GA 30309

Kearns, Brinen & Monaghan
20 E Division St
2nd Floor
Dover, DE 19901

Key Bank National Association
201 South Warres St
Syracuse, NY 13202

Loan Builder
3505 Silverside Rd
Wilmington, DE 19810

M&T Bank
One M&T Plaza
Buffalo, NY 14203

M&T BANK
One M&T Plaza
Buffalo, NY 14203

Mercantile
165 Lawrence Bell Drive
Suite 100
Buffalo, NY 14221

MTA Tolls & Bridges
Randall's Island
New York, NY 10035

Nationwide Credit Inc
Po Box 14581
Des Moines, IA 50306

New York State Division of Human Rights
163 W 125th St
New York, NY 10027

Ouiby
1215 Spruce Street
Suite 200
Boulder, CO 80302

PA Turnpike Toll by PLate
PO Box 645631
Pittsburgh, PA 15264

Pardalis and Nohavicha LLP
950 3rd ave
New York, NY 10022

Peter Anaradian
12205 Erskine Circle
Omaha, NE 68164

Professional Account Management
Po Box 1153
Milwaukee, WI 53201

Retrieval Masters Creditors Bureau
4 Westchester PLaza Suite 110
Elmsford, NY 10523

Robin Winchester Webb
The Winchester Law Firm, PLLC
7515 Corporate Centre Drive
Germantown, TN 38138

Rocco Sconzo
Po Box 871
Saddle Brook, NJ 07663

Shauna Urban
c/o White Hilferty & Albanese
800 3rd Ave Suite 2800
New York, NY 10022

State of New Jersey
MVSVS
PO BOx 1502
Moorestown, NJ 08057

Suril Shah
311 E 11th Street
Apt 1C
New York, NY 10003

Swift Capital
24301 Southland Dr
Suite 310
Hayward, CA 94545

TD Bank
245 Main St
Ridgefield Park, NJ 07660

TD Bank NA
Po Box 1448
Greenville, SC 29602

Transworld Systems
5626 Frantz Road
Dublin, OH 43017

Verizon
Po Box 650584
Dallas, TX 75265

Violations Processing Center
PO BOx 15186
Albany, NY 12212

Wells Fargo
Legal Processing
PO Box 1416
Charlotte, NC 28201

White Hilferty & Albanese
800 Third Avenue
Suite 2800
New York, NY 10022

Case 4:21-cv-00228-SHR    Document 90-5    Filed 11/16/23    Page 137 of 174

United States Bankruptcy Court

District of New Jersey

In re:  Panayiotis Theodore Georgotas

                                                                    Case No.

                                                                    Chapter    7

                        Debtor(s)

**Verification of Creditor Matrix**

        The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date:    _____12/01/2020_____          ____/s/ Panayiotis Theodore Georgotas____
                                                            Signature of Debtor


                                                            _____
                                                            Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

---

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

---

## Chapter 7: Liquidation

|   |   |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |        |                    |
|---|--------|--------------------|
|   | $1,167 | filing fee         |
| + | $550   | administrative fee |
|   | $1,717 | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

▪ If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

▪  All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

**Notice Required by 11 U.S.C. U.S.C. § 342(b) for Individuals Filing for Bankruptcy  (Form 2010)**          page 4

B2030 (Form 2030) (12/09)
Case 20-23357-RG Doc 1 Filed 12/03/20 Entered 12/03/20 14:47:57 Desc Main
Document Page 60 of 62

Case 20-23357-RG Doc 90-5 Filed 11/18/23 Page 142 of 174

# United States Bankruptcy Court

District of New Jersey

In re Panayiotis Theodore Georgotas

Case No. _____

**Debtor**

Chapter ___7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 2,100.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 2,100.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court
approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.  [Other provisions as needed]

Filing Chapter 7

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Motion practice or post bankruptcy legal services

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/01/2020
_____

*Date*

/s/ John Voorhees, 247522017
_____

*Signature of Attorney*

Law Offices of Patel, Soltis, Cardenas & Bost
_____

*Name of law firm*

1 Broad St
Suite 5
Freehold, NJ 07728
973 200 1111
voorhees@focusedlaw.com

# Exhibit 35

**Fill in this information to identify your case:**

Debtor 1 _____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number  20-23257
(If known)

---

U.S. BANKRUPTCY
FILED
NEWARK, N ?

2023 FEB -7 P 1:00

JEANNE A. NASELM?
BY: D. Chapman
DEPUTY CLERK

EXHIBIT  26
WIT: Georgatos
DATE: 8-24-23
Mimi Murray, CSR

☑ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  |
|---|---|
|  | **Your assets**<br>Value of what you own |
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................ | $ _____ |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ................................ | $ _____ |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ........................................... | $ _____ |

### Part 2:    Summarize Your Liabilities

|  |  |
|---|---|
|  | **Your liabilities**<br>Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | 45,000 |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $ ~~45,000~~ |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ................................... | $ _____ |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ........................ | + $ 1,982,270.62 |
| | **Your total liabilities** | $ 2,027,270.62 |

### Part 3:    Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ................................ | $ 1,001.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ............................................... | $ 3,782.00 |

Debtor 1    Panayiotis Georgotas

First Name    Middle Name    Last Name        Case number (if known)_____

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $_____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)    $_____ 0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $_____ 0.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $_____ 0.00

   9d. Student loans. (Copy line 6f.)    $_____ 0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)    $_____ 0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)    + $_____ 0.00

   9g. **Total.** Add lines 9a through 9f.    $_____ 0.00

Case 20-23357-RG Doc 28 Filed 02/03/23 Entered 02/03/23 14:47 Desc Main
Document Page 6 of 4

**Fill in this information to identify your case and this filing:**

Debtor 1 __Panayiotis Theodore Georgotas__
       First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
   - ☑ No. Go to Part 2
   - ☐ Yes. Where is the property?

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   - ☐ No
   - ☑ Yes

3.1 Make: __Subaru__
    Model: __Impreza__
    Year: __2002__
    Approximate mileage: __42,000__
    Other information:
    Condition:Fair;

**Who has an interest in the property?** Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

Current value of the entire property? $ 4,000.00

Current value of the portion you own? $ 4,000.00

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................➤    $4,000.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. Household goods and furnishings
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe...

   Blender, Coffee Machine, Lamp x3, Bookcase, Table, Couch, Coffee Table, Desk, Bed    $ 1,000.00

Debtor 1 ___Panayiotis Theodore Georgotas___     Case number *(if known)* _____
First Name   Middle Name   Last Name

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

| Laptop, Chrome Book, TV, Display Monitor, Speaker, Nintendo Wii | $ 500.00 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe...

| yoga mat and boxing gloves | $ 50.00 |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe...

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Pants, shirts, suits, dress shoes, athletic shoes, tuxedo | $ 350.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

☑ No
☐ Yes. Describe...

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

**15.** Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here................................................➤ | $1,900.00 |

---

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes................................................ Cash ............................ $ 126.11

Debtor 1    Panayiotis Theodore Georgotas
First Name    Middle Name    Last Name    Case number *(if known)* _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.................    Institution name:

17.1. Checking account:    Wells Fargo    $ 458.12

17.2. Other financial account:    Cryptocurrency    $ 200.00

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes.................

Institution or issuer name:

TD Ameritrade    $ 6.01

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them..........

Name of entity:    % of ownership:

Bucephalus    51.5    %    $ 1.00

Glamour Dolls Inc.    75    %    $ 1.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes.................    Institution name or individual:

Security deposit on rental unit    Security Deposit for Apartment - Not On Lease    $ 4,000.00

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

Debtor 1 ___Panayiotis___ ___Theodore___ ___Georgotas___          Case number *(if known)* _____
       First Name    Middle Name    Last Name

**Money or property owed to you?**                                           **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  | Federal: | $ 0.00 |
|--|----------|--------|
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

**31. Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

**32. Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information....

**36.** Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................➤    $9,504,792.2

| $ 4,792.24 |

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

PART 4: DEBT

33

a.) CLAIMS: BREACH OF CONTRACT, FRAUD

    DEF   : OUIBY INC. dba KICKFURTHER

    EST   : $5,000,000+

b.)   CLAIMS: BREACH OF CONTRACT, FRAUD

    DEF   : SURIL SHAH

    EST   : $3,000,000+

c.) CLAIMS: INHERITANCE FRAUD

    DEF   : ATHENA NICHOLSON GEORGOTAS
           MARIAKETI GEORGOTA STAMOU

    EST   : $1,500,000+

Debtor 1 __Panayiotis Theodore Georgotas__    Case number *(if known)* _____

First Name    Middle Name    Last Name

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific
  information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................▶    $0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................▶    $0.00

56. **Part 2: Total vehicles, line 5**    $ 4,000.00

57. **Part 3: Total personal and household items, line 15**    $ 1,900.00

58. **Part 4: Total financial assets, line 36**    $ ~~4,792.24~~  9,504,792.24    PG.

59. **Part 5: Total business-related property, line 45**    $ 0.00    $ 9,510,692.24

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property. Add lines 56 through 61** ..................    $ ~~10,692.24~~    Copy personal property total▶    + $ ~~10,692.24~~

$ ~~10,692.24~~

$ 9,510,692.24

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    $ 9,510,692.24

PG.    PG.

8G.

**Fill in this information to identify your case:**

Debtor 1 _____
               First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name     Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** _____
Priority Creditor's Name

_____
Number          Street

_____
City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** _____
Priority Creditor's Name

_____
Number          Street

_____
City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____  $_____  $_____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply.**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 _____  _____  _____   Case number (if known) _____
                First Name          Middle Name            Last Name

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**  BRENDAN BROGAN
Nonpriority Creditor's Name

14000 CALLE REAL.
Number        Street

GOLETA       CA   93117
City              State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  MARCH 2019

$ 17,000

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.2**  _____
Nonpriority Creditor's Name

_____
Number        Street

_____
City              State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  _____

$ _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.3**  _____
Nonpriority Creditor's Name

_____
Number        Street

_____
City              State    ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred?  _____

$ _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of __

Debtor 1 _____    Case number (if known)_____
First Name      Middle Name      Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
    Add the amounts for each type of unsecured claim.

**Total claim**

Total claims from Part 1

6a. **Domestic support obligations**  6a.  $_____

6b. **Taxes and certain other debts you owe the government**  6b.  $_____

6c. **Claims for death or personal injury while you were intoxicated**  6c.  $_____

6d. **Other.** Add all other priority unsecured claims. Write that amount here.  6d.  + $_____

6e. **Total.** Add lines 6a through 6d.  6e.  $_____

**Total claim**

Total claims from Part 2

6f. **Student loans**  6f.  $_____

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**  6g.  $_____

6h. **Debts to pension or profit-sharing plans, and other similar debts**  6h.  $_____

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.  6i.  + $ 1,982,270.62

6j. **Total.** Add lines 6f through 6i.  6j.  $ 1,982,270.62

**Fill in this information to identify your case:**

Debtor 1 _____
          First Name       Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name     Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____    X _____
  Signature of Debtor 1                   Signature of Debtor 2

Date 02 / 07 / 2023          Date _____
     MM / DD / YYYY             MM / DD / YYYY

# Exhibit 36

1
Marc W. Garbar (*pro hac vice*)
mgarbar@201employmentlaw.com

2
**BRANDON J. BRODERICK, LLC**
65 State Route 4 East

3
River Edge, New Jersey 07661
Tel: (201) 853-1505

4
Fax: (201) 330-4013
Attorneys for plaintiff

5

6
**UNITED STATES DISTRICT COURT**

7
**DISTRICT OF ARIZONA**

8
-------------------------------------x

9
Glamour Dolls Inc.,                          Case No.: CV-21-0228-TUC-SHR

10
                    Plaintiff,

11
        v.                                   **PLAINTIFF/COUNTERDEFENDANT'S INITIAL DISCLOSURES**

12

13
Lisa Frank, Inc.; and Lisa Frank, in her
individual and corporate capacity,          (Assigned to Hon. Scott H. Rash)

14

15
                    Defendants.
-------------------------------------x

16
Lisa Frank, Inc.,

17
                    Counterclaimant,

18
        v.

19
Glamour Dolls Ins.,

20

21
                    Counterdefendant.

22
-------------------------------------x

23

24
        Pursuant to Fed. R. Civ. P. 26(a)(1)(A), plaintiff/counterdefendant Glamour Dolls, Inc.,

25
by and through its undersigned counsel, Brandon J. Broderick, LLC, hereby submit its Initial

26
Disclosures.

27

28

## **PRELIMINARY STATEMENT**

This disclosure statement and the information contained herein are preliminary and have been made at the beginning of this case, before any discovery has been conducted. This initial disclosure represents plaintiff's good-faith effort to identify the individuals and documents potentially relevant to its claims and/or defenses, consistent with plaintiff's obligations under Fed. R. Civ. P. 26. Plaintiff's investigation is ongoing.

By making this initial disclosure, plaintiff does not represent that he is identifying every document, tangible thing, or witness that might be relevant to the claims and/or defenses asserted in this action. Rather, these initial disclosures are based on the limited information available to plaintiff after his initial investigation. Further investigation and discovery may bring to light additional information that may have a bearing on the matters described herein, may lead to substantial changes, additions to, and variations from this initial disclosure. Accordingly, this initial disclosure is not intended to represent a complete statement of the case but is merely a preliminary disclosure until further information is obtained. Further, plaintiff makes this disclosure subject to and without waiving his right to protect from disclosure and without waiving his right to object to the use of the following in any subsequent proceeding: (a) any attorney-client privileged communication; (b) any and all attorney work product; and (c) any communication, document, or other information based on any other proper grounds for objection. This disclosure statement is subject to supplementation, amendment, explanation, correction, clarification, change, and amplification pursuant to the Federal Rules of Civil Procedure if and when additional information becomes available to plaintiff.

Subject to all of the above limitations and reservations of right, plaintiff makes the following initial disclosures:

## I.    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Plaintiff incorporates the Preliminary Statement. Plaintiff has not yet identified all witnesses they expect to call at trial.  At the present time, plaintiff is able to identify the following witnesses relevant to plaintiff's claims and counterdefenses:

    1.    Peter Georgotas
         c/o Marc W. Garbar
         mgarbar@201employmentlaw.com
         Brandon J. Broderick, LLC
         65 State Route 4 East
         River Edge, New Jersey
         Tel: (201) 853-1505

Peter Georgotas is the Founder of Glamour Dolls Inc. ("GDI").   As such, he has discoverable information on GDI's business operations under the License Agreements, fraudulent statements made by defendants, correspondence between the parties, harms suffered, business lost, and profits and revenue losses stemming from the circumstances set forth in the First Amended Complaint.

    2.    Jessica Romano Calacione
         c/o Marc W. Garbar
         mgarbar@201employmentlaw.com
         Brandon J. Broderick, LLC
         65 State Route 4 East
         River Edge, New Jersey

Jessica Romano is the co-Founder and former CEO of GDI.  As such, she has discoverable information on GDI's business operations under the License Agreements, fraudulent statements made by defendants, correspondence between the parties, harms suffered, business lost, and profits and revenue losses stemming from the circumstances set forth in the First Amended Complaint.

3.      Sarah Rose Andrew
        c/o Marc W. Garbar
        mgarbar@201employmentlaw.com
        Brandon J. Broderick, LLC
        65 State Route 4 East
        River Edge, New Jersey
        Tel: (201) 853-1505

Sarah Andrew was the Creative Director for GDI. As such, she potentially has discoverable information on GDI's business operations under the License Agreements, fraudulent statements made by defendants, correspondence between the parties, harms suffered, business lost, and profits and revenue losses stemming from the circumstances set forth in the First Amended Complaint.

4.      Scott Damast

Scott Damast was running back office, logistics, accounting, supply chain, and product development. As such, he potentially has discoverable information on GDI's business operations under the License Agreements, fraudulent statements made by defendants, correspondence between the parties, harms suffered, business lost, and profits and revenue losses stemming from the circumstances set forth in the First Amended Complaint.

5.      John Leland

John Leland was the Chief Strategy Officer at KickStarter who worked with GDI during the campaign. As such, he potentially has discoverable information on GDI's business operations under the License Agreements, fraudulent statements made by defendants, correspondence between the parties, harms suffered, business lost, and profits and revenue losses stemming from the circumstances set forth in the First Amended Complaint.

6.    Victoria Sneden

Victoria Sneden worked in the public relations and operations department of GDI. She was involved with retail orders and Kickstarter campaign.  As such, she potentially has discoverable information on GDI's business operations under the License Agreements, fraudulent statements made by defendants, correspondence between the parties, harms suffered, business lost, and profits and revenue losses stemming from the circumstances set forth in the First Amended Complaint.

7.    Mandy Bardisbanian

Mandy Barbisbanian was a Buyer at Hot Topic stores. She worked with GDI during their campaign work with LFI.  As such, she potentially has discoverable information on GDI's business operations under the License Agreements, fraudulent statements made by defendants, correspondence between the parties, harms suffered, business lost, and profits and revenue losses stemming from the circumstances set forth in the First Amended Complaint.

8.    Cora Polarek

Cora Polarek was a Buyer at Ulta stores. She worked with GDI during their campaign work with LFI. As such, she potentially has discoverable information on GDI's business operations under the License Agreements, fraudulent statements made by defendants, correspondence between the parties, harms suffered, business lost, and profits and revenue losses stemming from the circumstances set forth in the First Amended Complaint.

9.  Any person identified by another party.

10. Any person identified in defendants' Initial Disclosures.

11. Any person necessary to authenticate or establish the foundation for any documents.

12. Any experts not yet retained or designated.

## II.    DOCUMENTS, ESI, AND TANGIBLE THINGS THAT PLAINTIFF MAY USE TO SUPPORT ITS CLAIMS AND COUNTERDEFENSES

Plaintiff incorporates the Preliminary Statement. At present, plaintiff is able to identify the following documents and/or categories of documents, many of which are believed to be in the possession, custody, and control of LFI or Lisa Frank, which plaintiff may use to support its defenses and counterclaims:

1.    The June 6, 2016 License Agreement (the "2016 License Agreement") between Glamour Dolls and LFI.

2.    The December 14, 2017 License Agreement (the "2017 License Agreement," collectively with the 2016 License Agreement, the "License Agreements") between Glamour Dolls and LFI.

3.    The July 25, 2018 letter from LFI to Glamour Dolls terminating the License Agreements.

4.    The article published by Insider Inc. titled, "Morphe is relaunching its controversial Lisa Frank makeup line with new products" (the "Insider Article").

5.    All documents relating to Glamour Dolls' campaign on Kickstarter for Lisa Frank-branded makeup, known as the "Lisa Frank Makeup Collaboration" (the "Kickstarter Campaign").

6.    All documents relating to Glamour Dolls' manufacture, promotion, and sale of products relating to the License Agreements.

7.    All online and/or social media comments and/or communications by consumers and potential consumers relating to the Kickstarter Campaign.

8.    All documents exchanged between LFI and Glamour Dolls relating to License Agreements.

9.    All documents evidencing any products designed, created, and/or manufactured by Glamour Dolls relating to the License Agreements.

10.    All documents referencing or relating to Glamour Dolls' revenues, costs, expenses, and profits relating to the License Agreements, including but not limited to an accounting of all money or things of value Glamour Dolls received relating to the License Agreements.

11.    Documents evidencing payments received by LFI from Glamour Dolls under the License Agreements.

12.    All documents exchanged between LFI, Lisa Frank and third parties relating to the Insider Article.

13.    Any and all documents appended to any filings in this matter.

14.    Any and all exhibits determined throughout the course of continuing discovery.

15.    Any and all pleadings on file in this matter.

16.    Any and all disclosure statements exchanged in this matter.

17.    Any and all discovery propounded in this matter and responses thereto.

18.    Any and all depositions taken in this matter and exhibits thereto.

19.    All documents produced by subpoenaed non-parties.

20.    Any and all documents disclosed, produced, listed, utilized or otherwise identified by any other party.

## II.    <u>COMPUTATION OF EACH CATEGORY OF DAMAGES</u>

This disclosure is preliminary and has been made at an early stage in this case. At this time, the full extent of GDI's damages is both difficult to calculate and unknown by virtue of the relevant information being solely in defendants' possession. To the extent that GDI's damages can be determined, the precise calculation of such damages is yet to be determined and will likely rely on expert testimony, which will be timely disclosed pursuant to the Federal Rules of Civil Procedure and any scheduling order entered by the Court. Further, much of GDI's damages are inherently incalculable, and, thus, GDI seeks preliminary and permanent injunctive relief as well. Notwithstanding the foregoing, GDI's damages consist of the following categories:

1.    Compensatory damages resulting from LFI and/or Lisa Frank's breaches of the express and implied terms of the License Agreements;

2.    Compensatory damages resulting from defendants' defamatory actions;

3.    Compensatory damages resulting from defendants' fraudulent actions;

4.    Compensatory damages resulting from defendants' false advertising;

5.    Non-compensatory damages resulting from LFI and/or Lisa Frank's breaches of the express and implied terms of the License Agreements;

6.    Non-compensatory damages resulting from defendants' defamatory actions;

7.    Non-compensatory damages resulting from defendants' fraudulent actions;

8.    Non-compensatory damages resulting from defendants' false advertising;

9.    Punitive damages;

10.    Attorneys' fees and costs in pursuing this action; and

8

1

11.     Such other and further relief as the Court deems fair and equitable.

2

3      ## IV.    RELEVANT INSURANCE INFORMATION

4      GDI has no applicable insurance policy relevant to any judgment entered in this action.

5

6

7                                                    _s// Marc W. Garbar_____
                                                   MARC W. GARBAR
8                                                   *Pro Hac Vice*
                                                   Brandon J. Broderick LLC
9                                                   65 State Route 4 East
                                                   River Edge, NJ 07661
10                                                  (201) 853-1505
                                                   mgarbar@201employmentlaw.com
11

12     DATED: November 30, 2022

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing has been served this date upon:

3

4  Laura Sixkiller, Esq.
   Laura.sixkiller@us.dlapiper.com

5  Kyle T. Orne, Esq.
   Kyle.orne@us.dlapiper.com

6  DLA PIPER LLP

7  2525 East Camelback Road, Ste. 1000
   Phoenix, Arizona 85016-4232

8

9  via Email.

                                                _s//Marc W. Garbar_____

10                                              MARC W. GARBAR

11  DATED: November 30, 2022

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 37

| From: | Rachel Rubino [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RRUBINO] |
|---|---|
| Sent: | 6/7/2016 5:20:13 PM |
| Subject: | RE: Lisa Frank x Glamour Dolls |
| Attachments: | Exhibit D- Wire Instructions 2015.pdf |

Hi Peter,
My name is Rachel Rubino and I will be the contact for all monetary business related to your license agreement. Please save my contact info as all royalty statements and correspondence should be sent directly to me for review. All monies are required to be wired and I have attached the appropriate wire instructions. Please advise if you have any questions, I look forward to working with you!!

Rachel Rubino
The Lisa Frank Company
520.547.1535
rrubino@lisafrank.com
"Lisa Frank - America's Designer for Girls"

    Visit us on Facebook        Follow us on Twitter

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

-----Original Message-----
From: David Evered
Sent: Tuesday, June 07, 2016 10:09 AM
To: Rachel Rubino <RRubino@lisafrank.com>
Cc: Laura Crawford <LCrawford@lisafrank.com>
Subject: FW: Lisa Frank x Glamour Dolls

Can you communicate with Peter about the payment of the $25K advance - thanks

David

In-house Counsel for Lisa Frank, Inc.

Privileged and Confidential communication: This message, and any attachments, is intended only for the recipient to which it is addressed and may include information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are on notice that any dissemination, distribution, storage, copying or other use of this message, or any attachment, is prohibited. If you have received this message in error, please delete this message, and all attachments, from your computer. Thank you.

-----Original Message-----
From: Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
Sent: Tuesday, June 07, 2016 10:04 AM
To: David Evered <DEvered@lisafrank.com>
Cc: Laura Crawford <LCrawford@lisafrank.com>
Subject: Re: Lisa Frank x Glamour Dolls

Good morning David,

Thank you!

Please find the agreement signed and attached from our end and let us know how you would like to receive the advance (check, ach, wire).

Best,
Peter

On Fri, 03 Jun 2016 22:36:37 +0200, David Evered <DEvered@lisafrank.com> wrote:

> Peter,



EXHIBIT 51
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

Confidential

```
>
> Thanks.  Here is the License signed by the CEO.  Para. 6.2 contains
> the terms re the GMR and Advance.  Para. 6.4 recites the exception for IPSY
> and Walmart.   Have a great time in France and we look forward to
> hearing from you.
>
> Best regards
> David
>
> J. David Evered
> Attorney licensed in California
> In-house Counsel for Lisa Frank, Inc.
>
> 520.547.1535
> devered@lisafrank.com
>
> Privileged and Confidential communication: This message, and any
> attachments, is intended only for the recipient to which it is
> addressed and may include information that is legally privileged,
> confidential and/or exempt from disclosure. If you are not the
> intended recipient, you are on notice that any dissemination,
> distribution, storage, copying or other use of this message, or any
> attachment, is prohibited. If you have received this message in error,
> please delete this message, and all attachments, from your computer. Thank you.
>
>
> -----Original Message-----
> From: Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
> Sent: Friday, June 03, 2016 1:43 PM
> To: David Evered <DEvered@lisafrank.com>
> Subject: Re: Lisa Frank x Glamour Dolls
>
> Thank you David. Professionally and personally.
>
> I'm in France for a wedding but will look over everything tonight and
> get it back to you by Monday latest when back.
>
> Promise we'll make it worth the hassle.
>
> Cheers,
> Peter
>
> Sent from my iPhone
>
> On Jun 3, 2016, at 21:32, David Evered <DEvered@lisafrank.com> wrote:
>>
>> Peter I just sent you Exhibits B and C for the license and attach
>> Exhibit  D.  LFI would like to proceed with Glamour Dolls and I
>> expect to send you the signed License for your signature and return a
>> little later today.
>>
>> Best regards
>> David
>>
>>
>> J. David Evered
>> Attorney licensed in California
>> In-house Counsel for Lisa Frank, Inc.
>>
>> 520.547.1535
>> devered@lisafrank.com
>>
>> Privileged and Confidential communication: This message, and any
>> attachments, is intended only for the recipient to which it is
>> addressed and may include information that is legally privileged,
>> confidential and/or exempt from disclosure. If you are not the
>> intended recipient, you are on notice that any dissemination,
>> distribution, storage, copying or other use of this message, or any
>> attachment, is prohibited. If you have received this message in
>> error, please delete this message, and all attachments, from your computer. Thank you.
>>
>>
>>
>> -----Original Message-----
>> From: David Evered
>> Sent: Friday, June 03, 2016 12:29 PM
>> To: 'Peter Georgotas' <peter@glamourdollsmakeup.com>
>> Subject: RE: Lisa Frank x Glamour Dolls
```

Confidential

```
>>
>>
>>
>> -----Original Message-----
>> From: Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
>> Sent: Tuesday, May 31, 2016 7:05 AM
>> To: Lisa Frank <LFrank@lisafrank.com>
>> Cc: Laura Crawford <LCrawford@lisafrank.com>; David Evered
>> <DEvered@lisafrank.com>; Jessica Romano
>> <jessica@glamourdollsmakeup.com>
>> Subject: Re: Lisa Frank x Glamour Dolls
>>
>> Good morning Lisa,
>>
>> No worries and sounds good.  The weekend was relaxing, hope you had a
>> nice one as well!
>>
>> Cheers,
>> Peter
>>
>> On Sun, 29 May 2016 18:09:13 -0400, Lisa Frank <LFrank@lisafrank.com>
>> wrote:
>>
>>> Hi Peter,
>>> Sorry for not responding sooner. Thank you for your persistence and
>>> passion for my brand.
>>> We will discuss and get back to you by weeks end.
>>> Hope you are having a nice holiday weekend, Lisa :)
>>>
>>> Lisa Frank
>>> President and CEO
>>> The Lisa Frank Company
>>> 520.547.1535
>>> lfrank@lisafrank.com
>>> "Lisa Frank - America's Designer for Girls"
>>> Visit
>>> us on Facebook          Follow us on Twitter
>>>
>>> This e-mail and any attachments are confidential and may be
>>> protected by legal privilege.  If you are not the intended
>>> recipient, be aware that any disclosure, copying, distribution or
>>> use of this e-mail or any attachment is prohibited.  If you have
>>> received this e-mail in error, please notify us immediately by
>>> returning it to the sender and delete this copy from your system.  Thank you for your cooperation.
>>>
>>>
>>> -----Original Message-----
>>> From: Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
>>> Sent: Thursday, May 26, 2016 1:30 PM
>>> To: Lisa Frank <LFrank@lisafrank.com>
>>> Cc: Laura Crawford <LCrawford@lisafrank.com>; David Evered
>>> <DEvered@lisafrank.com>; Jessica Romano
>>> <jessica@glamourdollsmakeup.com>
>>> Subject: re: Lisa Frank x Glamour Dolls
>>>
>>> Hi Lisa,
>>>
>>> David shared the news with us yesterday and we can understand your
>>> decision in light of all the confusion and back and forth.
>>>
>>> Jessica and I looked over our annual budget and we are willing/able
>>> to provide the $25k advance if you would be open to reconsider.
>>>
>>> I did not intend to complicate things or make you feel uneasy about
>>> payments, advances etc. None of those ultimately are problems for
>>> us, it is just a different structure than the collaboration
>>> contracts we've dealt with before.
>>>
>>> We would still like the opportunity to work together and feel like
>>> it would be a shame to scrap such a great project that so many of
>>> our large customers are excited to promote. Additionally, since we
>>> haven't worked together before, we're compiling trade references to
>>> put any other concerns at ease.
>>>
>>> Hope you'll give us one more look, we believe there are few brands
>>> that will be as thoughtful and work as hard as we will to bring your
>>> artwork to life in a new and exciting way.  Either way, we do love
>>> your brand.
```

```
>>>
>>> Have a great Memorial Day Weekend,
>>>
>>> Peter and Jessica
>>>
>>>
>>> --
>>> Peter Georgotas
>>> Glamour Dolls Makeup
>>> Phone/Fax: +1-201-345-3292 x713
>>> www.GlamourDollsMakeup.com
>>>
>>>
>>> Using Opera's mail client: http://www.opera.com/mail/
>>
>>
>> --
>> Peter Georgotas
>> Glamour Dolls Makeup
>> Phone/Fax: +1-201-345-3292 x713
>> www.GlamourDollsMakeup.com
>>
>>
>> Using Opera's mail client: http://www.opera.com/mail/ <Exhibit D
>> NDA.docx>
>


--
Peter Georgotas
Glamour Dolls Makeup
Phone/Fax: +1-201-345-3292 x713
www.GlamourDollsMakeup.com


Using Opera's mail client: http://www.opera.com/mail/
```

Confidential

EXHIBIT D

Wire Transfer Instructions – Lisa Frank, Inc.

UBS AG
677 Washington Boulevard
Stamford, CT 06901
Phone # 203-719-3000

ABA # **Redacted**
UBS Financial Services Inc. RMA
Account # **Redacted**
(*N.B.* the following words <u>must</u> be present)
"**To further credit: Lisa Frank, Inc. Account #** **Redacted**

Confidential