# EXHIBIT LIST

| Ex. | Description |
|---|---|
| 1. | Deposition of Janice Ross, Volumes I & 2 (October 17 & 25, 2023) |
| 2. | Deposition of Lisa Frank (October 18, 2023) |
| 3. | Deposition of Laura Crawford (October 17, 2023) |
| 4. | Deposition of Peter Georgotas, Volume 1 (August 23, 2023) |
| 5. | Deposition of Peter Georgotas, Volume 2 (August 24, 2023) |
| 6. | Email chain between David Evered and Nicholas Rosenberg, starting October 8, 2018 |
| 7. | Email from Shannon McPhillips to Janice Ross, dated May 12, 2018 |
| 8. | Email from Laura Crawford to Lisa Frank, dated February 1, 2018 |
| 9. | Email from Shannon McPhillips to Peter Georgotas dated May 8, 2018 |
| 10. | Email chain between Janice Ross and Peter Georgotas, starting June 15, 2018 |
| 11. | Email chain between Mandy Bardisbanian and Peter Georgotas, starting October 3, 2017 |
| 12. | Email from Shannon McPhillips to Peter Georgotas, dated September 4, 2017 |
| 13. | Email chain between Shana Urban, Peter Georgotas, Laura Crawford and Liss Frank, starting date April 27, 2017 |
| 14. | Email chain between Peter Georgotas, Laura Crawford, and Lisa Frank, starting date November 17, 2017 |
| 15. | Email chain between Peter Georgotas, Janice Ross, and Matt Kibildis, starting date May 18, 2018 |
| 16. | Addendum to June 6, 2016, Licensing Agreement |
| 17. | Email chain between Laura Crawford, Peter Georgotas, Lisa Frank, and Jessica Romano, starting date November 28, 2016 |
| 18. | Email chain between Laura Crawford, Jon Leland, Peter Georgotas, and Lisa Frank, starting date January 11, 2017 |
| 19. | Email from Laura Crawford to Peter Georgotas, dated January 27, 2017 |
| 20. | Email from Janice Ross to Lisa Frank and Shannon McPhillips, dated June 7, 2018 |
| 21. | Email chain between Sharon Chin, Shannon McPhillips, and Lisa Frank, starting date March 13, 2018 |
| 22. | Email from Laura Crawford to Shannon McPhillips and Lisa Frank, dated June 9, 2017 |
| 23. | Email from Laura Crawford to Sharon Chin and Lisa Frank, dated June 9, 2017 |
| 24. | Email chain between Chanel Cohn, Janice Ross, Shannon McPhillips, Peter Georgotas, and Lisa Frank, starting date Jaune 14, 2018 |
| 25. | Email chain between Laura Crawford and Lisa Frank, starting June 14, 2017 |
| 26. | Email from Kickstarter to Laura Crawford, dated January 5, 2019 |
| 27. | Email from Kickstarter to Laura Crawford, dated February 6, 2019 |
| 28. | Email from Kickstarter to Laura Crawford, dated March 28, 2019 |

| | |
|---|---|
| 29. | Email chain between Janice Ross, Mandy Bardisbanian, and Robin Motts, dated June 20, 2018 |
| 30. | Emails from Chanel Cohn to Janice Ross, Shannon McPhillips, Peter Georgotas, and Lisa Frank, first dated June 18, 2018 |
| 31. | Email between Peter Georgotas, Laura Crawford, and Lisa Frank, dated May 18, 2017 |
| 32. | 2018 Q1, Q2, and Q3 invoices |
| 33. | Email from Kickstarter to Laura Crawford, dated March 10, 2017 |
| 34. | Email from Kickstarter to Laura Crawford, dated March 8, 2017 |
| 35. | Email chain between Laura Crawford, Peter Georgotas, Stacy Aboyoun, Lisa Frank, and Abigail, first dated March 8, 2017 |
| 36. | Email from Kickstarter to Laura Crawford, dated March 7, 2017 |
| 37. | The 2016-2018 text message history between Peter Georgotas and Shannon McPhillips |
| 38. | Email from Shannon McPhillips to Janice Ross and Lisa Frank, dated April 28, 2018 |