# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF ARIZONA
 3
 4
 5   Glamour Dolls, Inc.,        )
                                 )
 6               Plaintiff,      )
                                 )
 7      vs.                      ) Case No.
                                 ) 4:21-CV-0228-TUC-SHR
 8   Lisa Frank, Inc.; and       )
     Lisa Frank, in her          )
 9   individual and corporate    )
     Capacity,                   )
10               Defendants.     )
                                 )
11                               )
     Lisa Frank, Inc.,           )
12                               )
            Counterclaimant,     )
13                               )
        vs.                      )
14                               )
     Glamour Dolls, Inc.,        )
15                               )
            Counter-Defendant    )
16                               )
17
18
19          REMOTE DEPOSITION OF JANICE ROSS
20
21
22
23
24   DATE:  OCTOBER 17, 2023
     REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
25   JOB NO. 6154874A


                                      Page  1
```

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF ARIZONA
 3
 4
 5   Glamour Dolls, Inc.,        )
                                 )
 6                 Plaintiff,    )
                                 )
 7      vs.                      ) Case No.
                                 ) 4:21-CV-0228-TUC-SHR
 8   Lisa Frank, Inc.; and       )
     Lisa Frank, in her          )
 9   individual and corporate    )
     Capacity,                   )
10                 Defendants.   )
                                 )
11                               )
     Lisa Frank, Inc.,           )
12                               )
            Counterclaimant,     )
13                               )
        vs.                      )
14                               )
     Glamour Dolls, Inc.,        )
15                               )
            Counter-Defendant    )
16                               )
17
18
19
20           Deposition of JANICE ROSS, the witness
21   herein, appearing remotely from Tarzana,
22   California at 10:23 a.m. Pacific Daylight Time, on
23   Tuesday, October 17, 2023, before Renee Harris,
24   California Certified Shorthand Reporter No. 14168
25   and Registered Professional Reporter.
```

                                                    Page 2

```
 1          A.  I don't -- I don't recall knowing there
 2    was something that preceded the Kickstarter
 3    agreement; that there was anything between Hot
 4    Topic and Glamour Dolls that preceded the
 5    Kickstarter campaign to my recollection.
 6          Q.  Are you aware of any agreement at any
 7    time between IPSY and Glamour Dolls?
 8              MS. SIXKILLER:  Foundation.
 9              THE WITNESS:  Not to my recollection.
10    BY MR. SUSMAN:
11          Q.  Are you aware of any agreement at any
12    time between Hot Topic and Glamour Dolls?
13              MS. SIXKILLER:  Foundation.  Form.
14              THE WITNESS:  I was not aware of an
15          agreement between Hot Topic and Glamour
16          Dolls.
17              I was aware of conversations regarding
18          interest in purchasing product from -- from
19          Glamour Dolls.
20    BY MR. SUSMAN:
21          Q.  So in terms of the Kickstarter campaign,
22    do you know if LFI had to approve each Glamour
23    Dolls product before it could be produced and
24    released to the Kickstarter backers?
25          A.  Sorry, can you repeat the question?
```

Page 53

```
 1            MR. SUSMAN:  Renee, can you repeat my

 2       question?

 3            (Record read.)

 4            THE WITNESS:  Yes.

 5   BY MR. SUSMAN:

 6       Q.  Okay.  And can you walk me through the

 7   LFI approval process of Glamour Dolls products?

 8            MS. SIXKILLER:  Objection.  Form.

 9            THE WITNESS:  So Glamour Dolls would

10       provide LFI with samples.  They would in some

11       cases send them PowerPoint presentations with

12       images that were also then supplemented with

13       physical samples that would be shipped to LFI

14       for review, comments and/or approval.

15            Based on that -- those comments, Glamour

16       Dolls would then address the comments and

17       make the necessary revisions, and then

18       resubmit, go through the same process, until

19       that particular product was fully approved.

20   BY MR. SUSMAN:

21       Q.  And were there certain criteria that

22   needed to be met for approval?

23       A.  Yes.

24       Q.  And what were those criteria?

25       A.  Well, there were use of her -- of the LFI
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1   logo.  There were color requirements.  They had to

2   adhere to the brand colors.  Artwork had to be

3   placed within the dye lines properly so that

4   artwork or -- or logos were not cut off.

5           And the quality of the product itself had

6   to be at a quality standard that would be

7   acceptable for, you know, the brand, as well.

8       Q.  And do you know who oversaw that on

9   behalf of LFI?

10      A.  Lisa Frank would ultimately be the final

11  approver of -- of anything relating to those --

12  that criteria.

13      Q.  Did anyone else oversee it?

14      A.  I also reviewed it and made my comments.

15          But ultimately Lisa Frank and LF- -- you

16  know, Lisa Frank would have the final approval.

17      Q.  So in your opinion, if LFI received a

18  product that was satisfactory for retail, but did

19  not include every embellishment that Lisa Frank

20  would have included if she designed the product

21  itself, or herself, do you know if the product

22  would get approved or have to be modified?

23          MS. SIXKILLER:  Objection.  Form.

24      Foundation.

25          THE WITNESS:  I'm not -- I'm not really

                                            Page 55

1          clear, Jordan, what you're asking.

2     BY MR. SUSMAN:

3          Q.  Yeah.  Well, I'm asking about this

4     approval process.

5               If LFI received a product from Glamour

6     Dolls that was satisfactory for retail, but did

7     not include every embellishment Lisa Frank would

8     have included if she had designed the product

9     herself, do you know if the product would get

10    approved or be modified?

11               MS. SIXKILLER:  Objection.  Form.  No

12    foundation.

13               THE WITNESS:  Well, the product didn't

14          meet the standard of -- of retail that I --

15          that I reviewed.  And so if -- if it didn't

16          meet the standard of retail, and it was not

17          approved -- like any brand, they have brand

18          guidelines.  You have to meet the brand

19          guidelines in order for it to be fully

20          approved.

21    BY MR. SUSMAN:

22          Q.  Were these brand guidelines published

23    somewhere?

24          A.  They were communicated through the

25    approval process.

                                        Page 56

```
 1              MS. SIXKILLER:  Objection.  Form.
 2      BY MR. SUSMAN:
 3          Q.  Well, did these pictures in Greece have
 4      anything to do with LFI, or were they personal to
 5      Lisa?
 6          A.  Those were relating to her, Lisa Frank,
 7      and her -- her person -- her person.  She doesn't
 8      have a lot of pictures out on the Internet, and so
 9      that is her brand.
10              So it does relate to her brand, who she
11      is.  She has her brand.
12          Q.  But were these pictures for -- were these
13      personal pictures, or did they have anything to do
14      with LFI?
15              MS. SIXKILLER:  Objection --
16              THE WITNESS:  Actually I didn't see the
17          pictures.  So I don't know.
18              (Reporter clarifying.)
19              MS. SIXKILLER:  Yes, foundation.
20              Janice, wait just a moment so I can get
21          my objections in.
22              THE WITNESS:  You got it.
23              MR. SUSMAN:  All right.  So let me see if
24          I can throw another exhibit into the pot
25          here.  This would be 127.  Let's see if it
```

Page 93

1      will do it.  It did it.
2           (Exhibit 127 was received and marked
3           for identification on this date and is
4           attached hereto.)
5   BY MR. SUSMAN:
6      Q.  So you should have Exhibit 127 in your
7   box now.
8      A.  Yes, I have that.
9      Q.  Wonderful.  So why don't you pull that
10  up.  It's a two-page document of e-mails between
11  you and Peter with Shannon cc'd, and looks like
12  Matt is on there, as well.
13          Do you see that?
14     A.  Yes, I do.
15     Q.  All right.  Just so we're clear, so you
16  received the Lip Balm Tin from Glamour Dolls on
17  May 14; correct?
18     A.  Correct.
19     Q.  And this is you providing feedback on the
20  tins; correct?
21     A.  I'm just going to take a moment to read
22  it.
23     Q.  Absolutely.
24     A.  Yes.
25     Q.  All right.  Do you know who designed the

1    packaging for the lip balm?

2         A.  Glamour Dolls designs the packaging.  LFI

3    designs the assets.  So the assets are provided to

4    Glamour Dolls so they can place it on dye lines,

5    correct dye lines, and place the artwork within

6    the packaging.

7         Q.  So what do you mean by the "assets"?

8         A.  So LFI will design assets to fit, to

9    accommodate the product and the packaging that

10   they provide.

11        And Glamour Dolls will ensure that the

12   dye lines that they are giving them are correct;

13   that the product samples and placement sample on

14   there, all of that is correct.

15        But LFI is designing it, and it's a

16   collaborative process and it requires that Glamour

17   Dolls provides correct dye lines, etc.

18        Q.  Let's see here --

19        A.  So for example here, I mentioned the

20   packaging was too tight.  So they had to revise

21   the packaging, and then provide new dye lines.

22        Q.  And you write:

23             "Three sides of the packaging will need

24        to be revised as the text is now upside

25        down."

Page 95

1            Was the text upside down as a result of

2    an error by Glamour Dolls or LFI?

3         A.   I actually don't know.  I don't have a

4    recollection of who did the placement on that

5    particular dye line.

6         Q.   And where it says, "Our registration

7    mark" -- then you've got like a little circle r, I

8    think.

9         A.   Mm-hmm.

10        Q.   "...is not on the front of the packaging

11            or the tin.  We will fix this when we

12            update the artwork."

13            Do you know whose error that was, LFI or

14   Glamour Dolls?

15            MS. SIXKILLER:  Objection.  Form.

16            THE WITNESS:  I don't know who did the

17            placement of the artwork on the front of the

18            package or the tin.  I don't know who placed

19            that.

20            Whomever did place that, it would have

21            been on them to put a registration mark.

22   BY MR. SUSMAN:

23        Q.   And then you say:

24            "We want the lip balm to be hot pink with

25            sparkles."

Page 96

1          Do you see that?

2     A.   Yes, I do.

3     Q.   You're aware that the Kickstarter backers

4  had already voted that it should be lavender;

5  correct?

6     A.   Correct.

7     Q.   Would the lavender color be aligned with

8  the LFI brand?

9     A.   Depends on what -- what color lavender.

10  There are brand PMS colors.

11     Q.   And then you write at the very top:

12          "We can start the noted revisions once we

13       receive the invoice payment."

14          Do you see that?

15     A.   Yes, and the revised dye line.  Correct.

16  Yes.

17     Q.   Okay.  Do you know why LFI was refusing

18  to start revisions until Glamour Dolls paid the

19  invoice?

20          MS. SIXKILLER:  Objection.  Form.

21  ///

22  ///

23  ///

24  ///

25  ///

```
 1              THE WITNESS:  The revisions for the
 2        artwork, they needed to pay the invoice for
 3        the revisions, and they also needed the
 4        revised dye lines in order to do the
 5        revisions.
 6  BY MR. SUSMAN:
 7        Q.  Right.
 8              But I'm just asking:  Do you know why LFI
 9  was saying it would not start the revisions until
10  it received payment?
11              MS. SIXKILLER:  Objection.  Misstates the
12        document.
13              THE WITNESS:  Well, they had to stay
14        current with whatever payments were due
15        contractually and/or for services that LFI
16        was providing.
17  BY MR. SUSMAN:
18        Q.  Well, do you know if Glamour Dolls had
19  ever failed to make a payment for artwork invoice?
20        A.  I know that they were behind on payments
21  in the MG at -- for -- at various times.
22        Q.  No, I got that.  But my question is
23  different.
24        A.  Okay.
25        Q.  Do you know if Glamour Dolls ever failed
```

Page 98

```
 1          A.   Yes.  The only challenge I'm having is
 2     that I can't zoom in and I can't download.  So I
 3     can't really see the text on the -- on the
 4     document but I'll -- I'll do my best here.
 5          Q.   I'll represent, and Laura will correct me
 6     if I'm wrong, that No. 2 on this document 134, it
 7     says, "Unicorn Lippy."
 8          A.   That I do see.
 9          Q.   All right.  So what is "Unicorn Lippy"?
10          A.   Again, I can't read the notes on here,
11     but I believe it's a lip balm.
12          Q.   And then you write -- so looking at 133,
13     you write about Unicorn Lippy, I believe.
14               "I explained we do not want this for Hot
15          Topic."
16               When you say, "I explained," who did you
17          explain that to?
18          A.   I believe the conversation was with Peter
19     and Chanel.
20          Q.   "I explained we do not want this for Hot
21          Topic since they have a generic version.
22          Who is "they" in that sentence?
23          A.   "They" is Hot Topic.
24          Q.   And then you write in parenthesis:
25               "(And we didn't want them to go into HT,
```

                                        Page 138

1       anyway.)"

2           Who is the "them" in that sentence?

3   A.  Glamour Dolls.

4   Q.  All right.  So what did you mean by this

5   bullet point:

6           "I explained we do not want this for Hot

7       Topic since they have a generic version, and

8       we don't want them to go into HT, anyways."

9           What did you mean by that?

10          MS. SIXKILLER:  Object to form,

11      foundation.

12          THE WITNESS:  The focus was on

13      Kickstarter and to get the product to

14      Kickstarter.

15          So the goal here was to make sure that

16      the Kickstarter community got the product

17      first and not -- not Hot Topic.  There was

18      concerns and comments on Kickstarter that

19      people were not -- that they saw some things

20      on Hot Topic, I believe they were brushes

21      that -- that were available at Hot Topic

22      before Kickstarter got them.

23          So the goal was to keep the focus or

24      Glamour Dolls on the Kickstarter community

25      and delivering on the Kickstarter campaign.

Page 139

1    BY MR. SUSMAN:

2         Q.  So when you say, "I explained we do not

3    want this for Hot Topic, since they have a generic

4    version," just so I'm clear:  Are you saying that

5    Hot Topic has a generic version of a unicorn lip

6    balm?

7         A.  That's correct.

8         Q.  And when you say -- what does it mean to

9    have a generic version of a Unicorn Lippy?

10        A.  The product looked very similar, if not

11   the same, as what it is they were doing that they

12   had presented for Lisa Frank's collection.

13             And what we didn't want, something that

14   just, like, logo-slapped Lisa's -- Lisa Frank on

15   an existing product that was already on Hot Topic.

16   It didn't feel that it was, know, a curated

17   special program that a Kickstarter complain

18   program was really built around.

19             It just felt like it was an off-the-shelf

20   generic product that Hot Topic already had in

21   their line.

22        Q.  And then when you say:

23             "We don't want them to go into Hot Topic

24        anyways," what did you mean by that?

25        A.  That we wanted the focus to stay on the

Page 140

```
 1                 UNITED STATES DISTRICT COURT
 2                     DISTRICT OF ARIZONA
 3                          --oOo--
 4    Glamour Dolls, Inc.,
 5          Plaintiff,
 6    vs.                    Case No. 4:21-CV-0228-TUC-SHR
 7    Lisa Frank, Inc.; and Lisa
      Frank, in her individual
 8    and corporate capacity,
 9          Defendants.
      _____/
10
      Lisa Frank, Inc.,
11
          Counterclaimant,
12
      vs.
13
      Glamour Dolls, Inc.,
14
          Counter-Defendant.
15    _____/
16                  ZOOM DEPOSITION OF
17                      JANICE ROSS
18             (VOLUME 2, PAGES 158 – 301)
19             WEDNESDAY, OCTOBER 25, 2023
20
21    Reported by:
      MELISSA LYNN HILL, CSR No. 9613
22    Job No:  CA 6278231
23
24
25
                                            Page 158
```

1                    REMOTE APPEARANCES

2      For the Plaintiff and Counter-Defendant:

3          NOLAN HEIMANN, LLP

4          BY:   JORDAN SUSMAN, ATTORNEY AT LAW

5                MARGO ARNOLD, ATTORNEY AT LAW

6          16000 Ventura Boulevard, Suite 1200

7          Encino, California  91436

8          818.574.5710

9          jsusman@nolanheimann.com

10         marnold@nolanheimann.com

11

12     For the Defendants:

13         GREENBERG TRAURIG, LLP

14         BY:   LAURA SIXKILLER, ATTORNEY AT LAW

15         2375 E. Camelback Road, Suite 800

16         Phoenix, Arizona  85016

17         602.445.8000

18         laura.sixkiller@gtlaw.com

19

20     Also Present:

21         SHALAYNE PILLAR, GREENBERG TRAURIG

22         PETER GEORGOTAS, GLAMOUR DOLLS

23         LISA FRANK

24

25

                                        Page 159

1      A.      (Witness reviews document.)  Based on my

2      e-mail, I don't see any information about him

3      requesting a call to speak about this, no.

4      Q.      So looking on page -- the second page, very

5      top, you write on June 19, 2018, "Peter, I am out

6      of the office for a couple of days and will follow

7      up with you on the other email shortly."  Do you

8      have any idea what that other e-mail is?

9      A.      No, I don't.

10     Q.      Do you know if this payment was in fact made

11     to LFI in a timely manner?

12     A.      I don't have a recollection of when that

13     payment was made so I can't confirm if it was

14     timely or not.

15     Q.      And then you write on June 20, 2218, "Hi

16     Peter, we can set up a call once we've confirmed

17     receipt of the payment."  Why are you saying that

18     you will set up a call only upon confirmation of

19     receipt of payment?

20     A.      I don't recall what the context was to this.

21     Q.      Do you know if LFI ever sent Glamour Dolls a

22     notice of breach of its agreements with LFI?

23          MS. SIXKILLER:  Objection.  Form.

24          THE WITNESS:  I'm sorry.  Could you repeat

25     that, Jordan?

Page 175

```
 1     BY MR. SUSMAN:
 2     Q.    All right.  230 should be in your box.  It's
 3     a four-page document.  An e-mail conversation
 4     between you and Ms. Bardisbanian that appears to be
 5     a continuation of the one we looked at earlier.
 6     Let's see here.  So if you look at the bottom of
 7     page 1, Ms. Bardisbanian writes you on June 28,
 8     2018, ccs other people.  And she says, "Hey,
 9     Janice!  Again, thank you so much for the call last
10     week."
11          Do you have any recollection of the call
12     that she might be referring to there?
13     A.    I do recall that we had a call.  I don't
14     have a recollection of what the specifics of that
15     call were other than to discuss what was
16     outstanding in terms of POs.  That's what I recall
17     we discussed.
18     Q.    And when you say outstanding POs, what are
19     those outstanding POs you're referring to?
20     A.    Mandy had shared that there were POs that
21     Hot Topic had written for product from Glamour
22     Dolls that I believe had not been fulfilled yet.
23     Q.    Do you know who was on this call with you?
24     A.    I don't recall.
25     Q.    Do you recall anything more than what you've
```

1     with the submission process with Glamour Dolls.

2     They were submitting things in a very fragmented

3     way and so it was my desire to have a business call

4     to help understand sort of what was going on and

5     why we were not able to get approvals in a more

6     standardized way so to continue to approve or to

7     review and approve things.  And this fragmented

8     process wasn't working well, so we were going to

9     discuss the business more generally first to see

10    what we could accomplish there.

11    BY MR. SUSMAN:

12    Q.    I'll show you an Exhibit 233.  It should be

13    in your box.

14          (Exhibit 233 was marked for identification.)

15    BY MR. SUSMAN:

16    Q.    Got that?

17    A.    It's loading.  It's open.

18    Q.    All right.  This looks like an invitation

19    that was sent by you to Mr. Georgotas on July 2nd

20    for it says "LF Call."  What's your understanding

21    of this document?

22    A.    This is a meeting confirmation that was

23    generated and shows that -- it looks to me like

24    Peter accepted, just verifying that Peter accepted

25    this meeting request.

Page 188

1   Q.     Did it occur in July of 2018?

2   A.     It could have been July 2018 because I

3   communicated that to him on July 2nd -- on July 3rd

4   rather, so approximately.

5   Q.     Well, was it communicated to you more or

6   less than five days before this call?

7   A.     I don't recall.

8   Q.     Do you know if it that occurred more or less

9   than ten days before this call?

10   A.     I don't recall.

11   Q.     Did you give Mr. Georgotas any reasons for

12   LFI terminating its relationship with Glamour

13   Dolls?

14   A.     I don't recall the particulars of the

15   conversation or the specifics of the conversation.

16   I don't recall.

17   Q.     Did you tell Mr. Georgotas that Glamour

18   Dolls was in breach of any of its obligations to

19   LFI?

20   A.     Yes, I may have communicated that they were

21   in breach of their -- of some contractual

22   obligations.

23   Q.     But you don't know if you said that?

24   A.     I don't recall the specifics, no.

25   Q.     So you don't -- if you did say that Glamour

Page 191

1    Q.    Are you aware of what the alleged breaches

2    by Glamour Dolls were at the time that you spoke to

3    Mr. Georgotas and terminated the relationship?

4         MS. SIXKILLER:  Objection.  Form.

5    Foundation.  Is this still an area where you need

6    to figure out if it's privileged?

7         THE WITNESS:  Yeah.

8    BY MR. SUSMAN:

9    Q.    Well, this is not a privilege question so

10   you should answer this one.  Were you aware of

11   alleged breaches?

12   A.    Yes, I was.

13   Q.    Okay.  And one of them you said was

14   allegedly LF -- Glamour Dolls posted on Kickstarter

15   without LFI approval, correct?

16        MS. SIXKILLER:  Jordan, at this point she

17   wants to know what she can say because she might

18   have learned it through counsel.  So the norm is to

19   let us take a quick break so she can assess out

20   with me or, you know, go through and figure out

21   what is or is not privileged on that time.

22        MR. SUSMAN:  Yeah.

23        MS. SIXKILLER:  She's established she has

24   knowledge.  Now she's got to figure if she's

25   disclosing stuff, it's not her privilege to waive.

Page 196

1    haven't seen it today, no.

2    Q.    Did you see that letter before you had the

3    call with Mr. Georgotas?

4    A.    I don't recall if the letter was drafted at

5    that point or not.

6    Q.    Did you comment on the letter before it was

7    sent to Mr. Georgotas?

8    A.    Yes, I had -- I had communication with Lisa

9    and with David to the extent that it was my

10   recommendation based on my experience with the

11   licensee and the information that I had learned

12   about the licensee and the performance that they

13   had -- you know, had not been able to get product

14   out to market and that it was my recommendation

15   that we look to potentially terminate them.

16   Q.    When did you make this recommendation?

17   A.    I don't recall the date but it was probably

18   sometime in early July.

19   Q.    Well, if you're scheduling this call on

20   July 2nd, was it on July 2nd?

21   A.    July 1st.

22   Q.    Pardon me?

23   A.    I don't recall the exact date.

24   Q.    Had you ever made this recommendation before

25   to Ms. Frank or anyone else at LFI?

Page 198

1    contents of the conversation.  I -- so I -- I can't

2    answer that.

3    Q.    I'm not asking about the content of your

4    conversation with Mr. Georgotas.  We've already

5    established you don't recall much of that.  I'm

6    asking what you recall were the alleged breaches by

7    Glamour Dolls of its obligations as of July 3,

8    2018.

9    A.    The one that I recall was just putting out

10   information without approval or -- or, you know,

11   without LFI's review and approval.  That would be

12   one that I recall that was a breach.  There were

13   others I don't recall, and they were -- you know,

14   there were others but I just don't recall what they

15   were.

16   Q.    Okay.  So this posting by Glamour Dolls in

17   breach of the agreement, when did that occur?

18   A.    I don't have the exact date.  I don't

19   recall.

20   Q.    Do you have a general date?

21   A.    I know it was documented in one of the

22   e-mails that I sent to them and expressed that they

23   could not do that, so I don't recall the date of

24   that e-mail.

25   Q.    Did you inform them that that was a breach

Page 200

1    might be able to respond to some of them.

2    Q.    And you draft an e-mail to someone named

3    Sara.  Who's Sara?

4    A.    I believe that's the individual that was

5    complaining on Kickstarter about the campaign.

6    This was the individual that was complaining.  A

7    fan.

8    Q.    And so you draft an e-mail and what were you

9    hoping to achieve by this e-mail to this Sara

10   woman?

11   A.    To respond to her -- her frustration and

12   just to make sure she feels like she's being seen

13   and heard by -- by LFI.

14   Q.    Is there a reason why LFI did not make a

15   statement to people on Kickstarter prior to

16   terminating its agreement with Glamour Dolls?

17   A.    Not that I -- I -- I'm not -- no.

18   Q.    Well, do you believe that if LFI had made a

19   statement to the Kickstarter backers prior to

20   terminating that it was trying to create the best

21   most Lisa Frank inspired items that it would have

22   helped alleviate concerns?

23          MS. SIXKILLER:  Objection.  Form.

24   Foundation.

25          THE WITNESS:  Could you repeat the question?

Page 204

```
1    A.     The deadlines that were noted in the
2    work-in-progress decks, deadlines that they had
3    followed up with on the e-mails that -- regarding
4    samples, etcetera.
5    Q.     Who created these deadlines?
6    A.     Glamour Dolls.
7    Q.     Were these deadlines in the contract?
8           MS. SIXKILLER:  Objection.  Form.
9           THE WITNESS:  Not that I'm aware of.
10   BY MR. SUSMAN:
11   Q.     And you said that you recommended that LFI
12   terminate its contract with Glamour Dolls, correct?
13   A.     Correct.
14   Q.     When did you make that recommendation?
15   A.     It had to have been sometime at the very end
16   of June, July 1st timeframe.
17   Q.     Who did you make that recommendation to?
18   A.     I had had a discussion with Lisa Frank.
19   Q.     Anyone else?
20   A.     The discussion was also with David.
21          MS. SIXKILLER:  To that extent, you're
22   moving into discussions that were had with David
23   and Lisa, not just Lisa.  I would instruct you not
24   to answer as to those question but ...
25   BY MR. SUSMAN:
```

Page 295

1    Q.      And what did you say?

2          MS. SIXKILLER:  Again, you can answer to the

3    extent it was not -- David wasn't present but in

4    discussions you had with just Lisa or others at LFI

5    outside of counsel, feel free to ...

6          THE WITNESS:  I shared just the experience

7    that I had been having with Glamour Dolls and their

8    lack of knowledge about the licensing and

9    manufacturing process and just the concerns that

10   kind of were aligned with the ongoing experience

11   that LFI had had prior to me joining the company.

12   BY MR. SUSMAN:

13   Q.      Prior to you conducting or recommending that

14   the agreement be terminated, had anyone else

15   suggested that?

16   A.      Not to my recollection.

17   Q.      Had anyone ever raised the issue of

18   terminating the agreement between Glamour Dolls and

19   LFI?

20   A.      Not to my recollection.

21   Q.      So you were the person at LFI who raised the

22   issue of terminating the agreement?

23   A.      There may have been some privileged

24   conversations about it.  There may have been.

25   Q.      When you say there may have been what --

Page 296

1    A.    With David.

2    Q.    Are you saying that you had privileged

3    conversations with David or someone else had

4    privileged conversations with David?

5    A.    Myself and Lisa Frank.

6    Q.    And when did those conversations occur?

7    A.    They were sometime at the end of June of

8    2018.

9    Q.    Any time before then?

10   A.    Not to my recollection, no.

11   Q.    Did you ever tell Glamour Dolls that LFI

12   would terminate the agreement if certain deadlines

13   weren't met?

14   A.    No, I did not communicate that.

15   Q.    Were you privileged to all Glamour Dolls'

16   communications with Hot Topic?

17   A.    No, I was not.

18   Q.    Did you see all of Glamour Dolls' e-mail

19   communications with Hot Topic?

20   A.    No, I did not.

21   Q.    Are you aware of all Glamour Dolls'

22   telephonic communications with Hot Topic?

23   A.    No, I was not.

24         MR. SUSMAN:  I've got no further questions.

25         MS. SIXKILLER:  All right.  No further

Page 297

1    questions and we'll read and sign.

2         MR. SUSMAN:  All right.  Thank you so much,

3    Janice.

4         (The deposition adjourned at 5:24 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 298

1                    REPORTER'S CERTIFICATE

2

3            I certify that the foregoing proceedings

4    in the within-entitled cause were reported at the

5    time and place therein named; that said proceedings

6    were reported by me, a duly certified Shorthand

7    Reporter of the State of California, and were

8    thereafter transcribed into typewriting.

9            I further certify that I am not of

10   counsel or attorney for either or any of the

11   parties to said cause of action, nor in any way

12   interested in the outcome of the cause named in

13   said cause of action.

14            IN WITNESS WHEREOF, I have hereunto set

15   my hand this 13th day of November, 2023.

16

17

         *Melissa Lynn Hill*

18        MELISSA LYNN HILL, Calif. CSR No. 9613

19

20

21

22

23

24

25

                                        Page 301

# EXHIBIT 2

```
            IN THE UNITED STATES DISTRICT COURT

                   DISTRICT OF ARIZONA


Glamour Dolls, Inc.,              No. 4:21-CV-0228-TUC-SHR

               Plaintiff,

       vs.

Lisa Frank, Inc., and Lisa Frank in
Her individual and corporate capacity,

               Defendants.

_____

Lisa Frank, Inc.,
                   Counterclaimant,

       vs.
Glamour Dolls, Inc.,

               Counter-defendant
_____


               VIDEO DEPOSITION OF

                    LISA FRANK



                 October 18, 2023
                   12:00 p.m.


REPORTED BY:  AARON SCHLESINGER
Arizona CR #50095


COVILLE & DIPPEL, LLC
1309 East Broadway Boulevard
Tucson, Arizona 85719-5824
(520) 884-9041
Arizona RRF No. R1129
```

1              The videotaped deposition of LISA FRANK,

2    noticed by plaintiffs, was taken on June 28th, 2023,

3    from 12:20 p.m. to 9:52 p.m., at 6759 E. Camino

4    Principal, Tucson, Arizona, before Aaron Schlesinger,

5    Arizona Certified Reporter No. 50095.

6

7                      APPEARANCES OF COUNSEL

8

9    For the Plaintiff:

10                     NOLAN HEIMANN LLP
                       By: Jordan Susman, Esq.
11                     16000Ventura Blvd., Suite 1200
                       Encino, California, 91436
12                     (818) 574-5710
                       Jsusman@nolanheimann.com
13

14   For the Defendants:

15                     GREENBERG TRAURIG, LLP
                       By: Laura Sixkiller, Esq.
16                     2375E.  Camelback Rd, Suite 800
                       Phoenix, Arizona, 85016
17                     (602) 445-8000
                       Laura.Sixkiller@glaw.com
18

19   Also Present:

20                     David Boyan, Videographer

21

22

23

24

25

1    Art Chart, so I just put "See Art Chart."

2        Q    And once again, did you create this on

3    your own?

4        A    I -- the inform on my own, but my

5    assistants, I don't know how to make spreadsheets.

6        Q    Very good.

7        A    I hate to admit that.

8        Q    No.  Excel spreadsheets are the devil.

9            So, the next document is something called

10   "Color Key," and it has a lot of numbers and dates on

11   it, do you see that?

12       A    Yes.

13       Q    Let's call that 159.

14           (Exhibit 159 marked for identification.)

15       Q    Can you tell me what "Color Key" is?

16       A    Well, I just divide it up by GMR, artwork

17   fees, royalties, reimbursement, accounting errors and

18   product fees, like the different money that I was paid

19   -- the company was paid from Glamour Dolls.

20           MS. SIXKILLER:  Real quick on these, this

21   should apply, I guess, for Ipsy order, I guess, these

22   should be subject to a confidentiality order because

23   they carry confidential information in them, but the

24   attachments, luckily, to Exhibit 159, were redacted.

25   So, they not only AEO, attorney eyes only.  You have

1   the attachment already, but they were attorney eyes

2   only --

3         MR. SUSMAN:  Thank you.

4         MS. SIXKILLER:  -- this is just

5   confidential.

6         MR. SUSMAN:

7    Q    Okay.  So, on color Key, though, grand

8   total $757,965 plus change, that's the total amount

9   that LFI received from Glamour Dolls during the course

10  of your relationship, correct?

11   A    Correct.

12   Q    And this document lists each one of the

13  payments that totaled that amount, correct?

14   A    Correct.

15   Q    All right.

16   A    I think that I started with a document

17  that was -- that I am not sure who created it.  It was

18  all in black and white.  And it might have been created

19  when we were trying to -- after the license had ended,

20  and we were trying to work something out with Peter.

21        And then there were things that didn't

22  really make sense to me.  So, I first got, you know,

23  had UBS get the records for me, and then when I was

24  preparing for this, it really bothered me.  Some things

25  made no sense.  So, I searched numbers and I emailed to

1    get the -- this is one hundred percent accurate.  I am

2    very proud of it.

3         Q    You should be.  You are a visual person,

4    I assume?

5         A    Very.

6         Q    Therefore --

7         A    Yes.

8         Q    -- this is easy for you to read and

9    understand?

10        A    Right.

11        Q    And being pretty, too.

12        A    And I am good with numbers.

13        Q    You mentioned this a couple times, I was

14   trying to work things out with Peter.  What do you mean

15   by that?

16        A    Well, so, after -- I can't really

17   remember when it started.  I think late '18, we have an

18   in-house attorney.

19        Q    Mr. Evered.

20        A    Yes, David Evered.  Yes, used to work for

21   us full-time for a lot of years, and he is British, but

22   he practices in America for a long time, and he wanted

23   to move back to California.  So, when he moved back to

24   California, he works for us two days a week.  And

25   sometimes, you know, he will jump in when needed.

1    I don't know why they sent us so many brown because

2    they had open orders for a pink and a rose gold.

3            So, I am correcting my answer that I

4    didn't know because it's on my Art Chart.

5        Q    Let's call this Exhibit 185.

6            (Exhibit 185 marked for identification.)

7        Q    This has a email exchange between Shannon

8    and Sharon.

9        A    (Witness reviews exhibit.)

10       Q    Go down to the email from Shannon

11   McPhillips to Sharon Chin dated March 13, 2018.  And

12   Shannon writes, "Eyeshadow palettes, we need to add

13   respective color swatches to the packaging and flip the

14   logos on the side of packaging so they are not upside

15   down."  Do you see that?

16       A    Uh-huh.

17       Q    Is that a yes?

18       A    Oh, yes.  Sorry, yes, uh-huh.

19       Q    Whose decision was it to add the color

20   swatches?

21       A    Glamour Dolls'.

22       Q    And were the color swatches also added to

23   the mousse?

24       A    Well, I think that was a different time

25   period.  It looks like 4-19-18, Glamour Dolls provides

1    revised lip color samples.  So, 4-5, LFI provides

2    comments on colors.  That's -- the lag there is my

3    birthday is on the 21st, and I always go out of town on

4    my birthday, so there is a two-week lag with some

5    weekends in there.

6              And then LFI, on 5-10, six days later, we

7    provide updated art for the new colors.  So, I think --

8    I think this is just the little box.  This is like depo

9    number I think 28.  I don't know -- yeah, it's 28, I

10   think.  It's the single eyeshadow, not a palette.  I

11   think that's what this is referring to.

12        Q    So, when it says, "Eyeshadow palettes, we

13   need to add the respective color swatches to the

14   packaging and flip the logos on the side of the

15   packaging so they are not upside down."

16        A    I might be wrong.  No, this is '18.

17   Yeah.  I think that's the single -- Glamour Dolls had

18   shipped out to like some customers, I think Hot Topics

19   and some of the Kickstarter backers, the single

20   eyeshadow.

21              And when they gave us the die line, they

22   showed -- I'd have to look at the box, but they showed

23   that the fold went the opposite way than it really went

24   in production.  So, when it was made, it was folded

25   different than the die line, so the logo is on the side

1    upside down.  And they went ahead and shipped it, and

2    we never saw it until after the fact.

3        Q    So, who created -- so, the logo is upside

4    down, correct?

5        A    Correct.  I can show you, if you want to

6    see it.

7        Q    No.  Who created the logo?

8        A    The die line came from Glamour Dolls.

9    And, you know, if you are folding a box up and gluing

10   it, you know, you are folding it in, and you are gluing

11   it up over.  That's one way, or you can be doing it

12   like this, and that's another way.

13           So, the way that they gave it to us

14   showed -- is the opposite way it got glued.

15       Q    So, are you saying that it's flipped --

16       A    We are not making a big deal.  We're just

17   saying it got shipped to customers.  I don't even think

18   that we got any complaints, you know.  But when it got

19   shipped, it was produced wrong so.

20       Q    And are you saying it was produced wrong

21   by Glamour Dolls or LFI?

22       A    By Glamour Dolls.  We didn't print it.

23       Q    So, it was placed wrong because --

24       A    Of the folds.

25       Q    -- because Glamour Dolls received the

1  production process?

2      A    These are minor changes.  I mean, as I

3  told you, I have been manufacturing for a long time.

4  These -- in a normal manufacturing process, I mean, I

5  would love to walk you through some of the products

6  from beginning to end that are much more complicated

7  than this, that happen in just a few short months, and

8  they are shipped and on the shelf.

9          This is a -- Peter was a very

10  inexperienced manufacturer, and he -- I tried to put

11  him in touch with the man who ran my office who was

12  more than glad to take over the manufacturing for him,

13  make everything much more seamless, and he went with

14  people who gave him money.

15          I mean, this isn't about -- these are all

16  excuses because he didn't have the money to make the

17  work.

18          MR. SUSMAN:  Can you please repeat my

19  question?

20          (Whereupon the pending question was read

21  by the court reporter.)

22          MR. SUSMAN:

23      Q    Yes or no.

24      A    No, I wasn't concerned.

25          (Exhibit 203 marked for identification.)

1      Q    Let's call this Exhibit 203, email dated

2   June 7, 2017 from Laura Crawford to Peter Georgotas, cc

3   Lisa Frank, subject samples received.  Going down to

4   the bottom, it says, "Also, we love the cosmetic bag!

5   The rainbow lining is gorgeous."  Do you see that?

6      A    I see that.

7      Q    "However, we don't like the black thread

8   around the zipper."  Do you understand this to be a

9   vegan leather makeup bag?

10     A    Do you know the definition of vegan?  In

11  terms of a bag?

12     Q    Why don't you tell me.

13     A    Okay.  It's anything made of vinyl, so

14  you know.  Vegan leather is just a vinyl bag.

15     Q    So, did you understand this to be a vegan

16  leather cosmetic bag?

17     A    Oh, yes, we understood that.

18     Q    Okay.  And the only thing that you

19  purportedly didn't like on June 7, 2017 is black thread

20  around the zipper, correct?

21     A    I am looking up the Art Chart because I

22  think this is when we got the white bag, but let me

23  look.  What date is this?

24     Q    June 7th.

25     A    Okay.  (Witness reviews document.)

1          Yeah, this looks like cosmetic bag, the

2   rainbow lining.  So, this is 6-7 of '17, and it looks

3   like we uploaded ours on 10-3-17 so that the backers

4   could vote on the design.  So, this wasn't art yet.

5      Q    Let me ask you, the bag that the sample

6   that was sent to you on June 7, 2017, was it a matte,

7   or was it shinny?

8      A    I have the sample, I think, if you would

9   like to look at it.

10     Q    I am just asking you, was it matte or

11  shinny?

12     A    I think it was white, so I don't think,

13  you know, it's hard to tell about art until a final

14  product -- until it's printed.

15     Q    So, you don't know if it was matte or

16  shinny?

17     A    I don't remember.  But I have the sample

18  if you want to look at it.

19     Q    Let's call this Exhibit 204.

20          (Exhibit 204 marked for identification.)

21          This is an email sent from Peter

22  Georgotas to Shannon McPhillips, cc Laura Crawford,

23  Renee Rokkas, dated August 25, 2017.  And she writes,

24  "Hey Shannon.  Here is what we have answers on so far:

25  Bag yes.  Mirror yes can be die cut rather than square.

1   seeing, and we are suggesting things that will look

2   more normal that will make his brand look better, too.

3   So --

4           MR. SUSMAN:

5       Q    So, the answer is, yes these are

6   requested changes?

7       A    Yes, we are suggesting how to make the

8   product look better.

9           MR. SUSMAN:  We have been going a long

10  time.  We should take a break.

11          THE VIDEOGRAPHER:  5:49, we are going off

12  record.

13          (Short break.)

14          THE VIDEOGRAPHER:  6:03, we're back on

15  record.

16          MR. SUSMAN:

17      Q    All right.  Where the heck was I?

18          MS. SIXKILLER:  What exhibit number?

19          THE WITNESS:  250.  Sounds like it.

20          THE COURT REPORTER:  204 was the last.

21          MS. SIXKILLER:  He teased me about my

22  giant box of exhibits for Peter.  Look what he is

23  having to do.

24          MR. SUSMAN:

25      Q    The vegan bag, the vegan leather bag.

1      A      That you got to look at.

2      Q      All right.  Let's look at this.  This is

3   Exhibit 205.

4            (Exhibit 205 marked for identification.)

5      A      (Witness reviews exhibit.)

6      Q      So, this is a Kickstarter project update

7   No. 42, sent on October 19, 2017, "Survey time, vegan

8   leather makeup bag, pick the character."  Do you see

9   this?

10     A      Yes.

11     Q      All right.  And is it your understanding

12  that this is Glamour Dolls introducing the vegan

13  leather makeup bag to its backers?

14     A      That's what it looks like.

15     Q      All right.  And they are very, very

16  clearly promoting it as a, quote, vegan leather makeup

17  bag, correct?

18     A      Correct.

19     Q      All right.  Do you recall when LFI

20  received the vegan makeup bag?

21     A      I am sure that we did.  We looked high

22  and low, but we couldn't find it.

23     Q      So, this is going to be Exhibit 206.

24            (Exhibit 206 marked for identification.)

25     A      It looks like -- yeah, it looks like we

1  received it on May 4, 2018.

2      Q    Okay.  And at that time, did LFI want to

3  make any changes to the material?

4      A    All we were doing is suggest, you know,

5  changes that we thought would make it better.  It was

6  -- at no point we said this way or no way.

7          I mean, we do that with all our

8  manufacturers, you know.  We think of something that we

9  think that will make it better, we suggest it.  If they

10 like the idea, they do it.  I mean, I could show you

11 lots of examples.  Usually our customers like the idea

12 and make the change.  If they don't, they don't.

13     Q    So, looking at 206, Shannon writes to

14 Sharon and to you on May 4, 2018 about the cosmetic

15 bag.  "This is a true pre-production sample, comment as

16 you normally would.  Things that we see:  a.  Bag and

17 zipper tag can't be matte."

18         Do you know why the bag and zipper tag

19 could not be matte?

20     A    It says things that we see.  That's like

21 we're seeing it; it's a suggestion.  We're just saying.

22 Obviously I don't have the sample.  I wish I did.

23         But it doesn't print, you know, our art

24 doesn't print as nicely on a matte surface as it does

25 on a shinny surface.

1       Q      Let's call this Exhibit 209.

2              Do you know if this is a picture of the

3    plastic that LFI was proposing to use for the bag?

4              MS. SIXKILLER:  I am going to object

5    again, given that Exhibit 208 did not have the

6    attachments (inaudible) could have been provided by

7    counsel, so I am going to object to any questions

8    related to Exhibit 209.

9              THE WITNESS:  Yeah, I have no idea.  I

10   don't know if this came from us or Glamour Dolls,

11   trying to show us.

12             MR. SUSMAN:

13      Q      So, you don't know what 209 is?

14      A      I have no clue.

15      Q      Do you know if the plastic --

16      A      Do you want to see vegan glitter plastic?

17   I can show it to you at the break.

18      Q      Do you know if the plastic that LFI was

19   proposing for the vegan -- faux leather vegan bag was a

20   glittery plastic similar to the photo that we are

21   looking at in Exhibit 209?

22      A      Well, I don't think that it would have

23   been black because you can't print artwork on black.

24   But maybe that's the flash doing that.  But the glitter

25   is right.

1    Q    So, someone yesterday testified that LFI

2  had offices at one time at 65 North Camino Espanol in

3  Tucson, Arizona, does that sound right?

4    A    That is correct.

5    Q    Who owned that property?

6    A    I own that property.

7    Q    Was that a residence?

8    A    It was my residence at one time.

9    Q    Did LFI pay rent?

10    A    For a lot of years, for many years, we

11  worked out of it, and I paid all the expenses.  And

12  then when I changed accountants and I moved out of it,

13  LFI paid the expenses because that's where we were

14  officing.

15    Q    So, okay.  So, I just want to understand;

16  did LFI ever pay rent for using the space at 65 North

17  Camino Espanol?

18    A    No.  I will say no, because I didn't

19  receive rent.  That would be the answer.

20    Q    Did LFI ever pay for utilities at 65

21  North Camino Espanol?

22    MS. SIXKILLER:  I will object.  The

23  question is outside scope of LFI deposition, but

24  obviously you noticed her individually as well.

25    MR. SUSMAN:

1    Q    You can answer.

2    A    Okay.  I think as of, like, 2017, LFI --

3  I moved out in '16, and I got a new accountant in '17,

4  and she said that LFI should be paying the utilities.

5        MR. SUSMAN:

6    Q    Okay.  Let's back up then.  What were the

7  dates in which you resided at 65 North Camino Espanol?

8    A    Can you repeat the question?

9    Q    Yeah.  What was the timeframe in which

10  you resided at 65 North Camino Espanol?

11    A    From like 1994 or five to 2000 -- like,

12  Thanksgiving or something of 2016.

13    Q    Okay.  And what was the dates which LFI

14  used that as an office?

15    A    Oh, boy, I mean, I always had an

16  assistant there because my kids were little.  I am

17  trying to think.  I think -- I think we had like a bad

18  burglary, I think in early '16 or something, so we

19  moved everyone, I think, from the big corporate office

20  -- I don't know the exact date.

21    Q    Can you give me approximate?

22    A    Sometime in '16.

23    Q    So, you did not use 65 North Camino

24  Espanol property as an office for LFI until 2016?

25    A    Somewhere in there.  It could have been

1   only maintenance we have.  But that's also very recent

2   because we didn't have gardeners until more recently.

3       Q     When did -- what was the date range for

4   which LFI paid for the gardeners there?

5       A     I don't know, somewhere maybe '17, '18,

6   whenever.  I mean, I can get you an exact date, if you

7   want it.

8       Q     Your best -- you know, your best

9   knowledge right now as you sit here today.

10      A     At one point, I was paying for, you know,

11  both utilities, and I probably came up, maybe even

12  during the pandemic when I said to my accountant, can't

13  I write my office off or whatever?

14          And she said, no, you can't, but you

15  shouldn't be paying for Camino Espanol.  So, I think,

16  you know, that's just a recollection of.

17      Q     Does LFI continue for to pay for

18  utilities there?

19      A     LFI is -- well, they are really -- LFI is

20  still paying for it.

21      Q     And are you still using that as an office

22  for LFI?

23      A     Well, it's being used as storage because

24  we haven't moved out of it yet.  We sort of moved here

25  very quickly.

1    Q    And do you still own the property at 65

2  North Camino Espanol?

3    A    I do, and it is destroyed by LFI

4  occupying it, if you want to know the truth.  It wasn't

5  a smart thing.

6    Q    How many employees does LFI have

7  currently?

8    A    Under ten.

9    Q    More than five?

10    A    Yes, more than five, between five and

11  ten.

12    Q    How many of those are full-time?

13    A    Like maybe six.

14    Q    And then how many of them are part-time?

15    A    If we have ten, then four, something like

16  that.

17    Q    LFI is a corporation, correct?

18    A    We are a C Corp.

19    Q    C corp, do you know who the

20  shareholders --

21    A    No, we are an S corp.  Oh, my gosh, we

22  are subject to a  -- yeah.

23    Q    Do you know who the shareholders are of

24  LFI?

25    A    My son and myself.

1      Q    What are the percentages?

2      A    I am own all the voting shares, and he

3   owns all the nonvoting, which are much higher than the

4   voting.

5      Q    Can you break that down for me?

6      A    He owns something like 3500 shares, and I

7   own something like 50, something like that.  But those

8   are the voting shares, and the other are the nonvoting

9   shares.

10     Q    Is this your son, Forrest?

11     A    Pardon?

12     Q    Is this your son, Forrest?

13     A    Yes.

14     Q    How long has he owned shares in LFI?

15     A    Within the last year.

16     Q    Prior to that, who owned the shares of

17  LFI?

18     A    I did.

19     Q    So, during the entire existence of LFI up

20  until approximately last year, you were the sole

21  shareholder?

22     A    Correct.

23     Q    Who are the current officers of LFI?

24     A    My son and myself.

25     Q    And what are your roles, do you know?

1      A     No.  I have no idea.  I mean, mine is

2    more art versus his is more branding, marketing.  He

3    does all the licensing.  I do all the product

4    development, the artwork.

5      Q     That's the roles, but what about the

6    officers, you know who, say, is there a president?

7      A     Yeah, I am the president, yeah.

8      Q     Okay.  Is there a treasurer?

9      A     Pardon?

10      Q     Is there a treasurer?

11      A     I guess he is the treasurer or secretary.

12      Q     Okay.

13      A     Yeah.

14      Q     And when did he assume those offices?

15      A     I thought it was a while ago, maybe like

16    right in maybe '20 or so, when he got out of college.

17      Q     Where did he go to school?

18      A     UCLA.

19      Q     Did he like it?

20      A     He loved it.  Graduated in two-and-a-half

21    years.

22      Q     He didn't like it that much.  He should

23    have stuck around another year.

24      A     He is smart, way smarter than me.

25      Q     And then prior to Forrest assuming those

1   offices at the company, were you the sole office

2   holder?

3       A    I was.

4       Q    Does LFI have a board of directors?

5       A    We have -- yes, we sort of have a -- it's

6   not a formal board of directors, but we have advisors

7   that we meet with regularly to -- we're always asking

8   how to handled things.

9       Q    Who is the -- who are these advisors?

10      A    Our financial consultant and our

11  accountant and a lawyer.  We have a few lawyers that

12  help us, too.

13      Q    But there is no official board of

14  directors?

15          MS. SIXKILLER:  I am going to object,

16  foundation.  Sorry.

17          THE WITNESS:  No.

18          MR. SUSMAN:

19      Q    And then in terms of making decisions at

20  the company, who makes -- who are the decision makers?

21      A    It depends on what it is.  A lot of

22  times, we call the advisors.

23      Q    Who is the final decision maker?

24      A    Again, depends on what it is.  I mean.

25      Q    Is there any aspect of the business on

1    with Urban Outfitters --

2        A    Oh, yes.

3        Q    -- in 2012?

4        A    Yes, I recall that.

5        Q    You didn't show your face in that video.

6        A    Huh?

7        Q    You did not show your face in that video.

8        A    I know.  I told you, I don't show my

9    face.

10        Q    Why was that, that you didn't in the

11   Urban Outfitters, because you agreed to do a video

12   interview?

13        A    I know that I was very clear that they

14   had to come up with something cool that didn't show my

15   face, and they wanted it so badly that they came up

16   with something cool.

17        Q    What was the cool thing?

18        A    I think they did some kind of screen,

19   like you could just see my shadow.

20        Q    Did you like it?

21        A    It was good.  They were, you know, we're

22   still -- they are still a customer of ours.

23        Q    All right.

24        A    It was because they bought, like, some

25   product from us, I don't know.

1    Q    All right.  In the video you say,

2  quote --

3    A    Oh, God, I know.

4    Q    -- I am crazy.  I am a lunatic.  I mean,

5  we have to stop me and say, okay, it's enough because

6  one illustration gets hundreds of hours in it.  It's

7  really, you know, kind of madness, unquote.

8        MS. SIXKILLER:  I am waiting for the

9  question.  I am telling her to pause before you finish

10  your question.

11        MR. SUSMAN:

12    Q    Do you recall that?

13        MS. SIXKILLER:  Objection, form.

14        THE WITNESS:  Do you want me to talk now?

15        MS. SIXKILLER:  Yes.

16        THE WITNESS:  Yeah, it sounds like me.

17        MR. SUSMAN:

18    Q    Is it true you are crazy, a lunatic?

19    A    Well --

20        MS. SIXKILLER:  Objection, form --

21        THE WITNESS:  -- I don't personally think

22  that I am crazy or a lunatic.  But when it comes to my

23  artwork, I am definitely -- I want them to be like

24  Picasso.

25        MR. SUSMAN:

1      Q      What does that mean?

2      A      Well, I want it to be -- I don't want to

3  put trash in the market.  I just won't for any amount

4  of money.  It's not about money, you know, to this

5  company.  It's about having a really fun product out

6  there that people love and covet.

7      Q      And when you say that we have to stop me

8  and say that it's okay -- pardon me, strike that.

9          When you say, "We have to stop me and say

10  okay, it's enough because one illustration gets

11  hundreds of hours in it."  What did you mean by that?

12      A      Well, back then, we were doing folders,

13  so, you know, there are a bigger piece of art.  They

14  are eight-and-a-half by -- similar to a folder.  So, I

15  mean, we spent a lot of time illustrating and

16  perfecting it, and I usually let the artist say okay,

17  enough.  I go okay.

18      Q      You are just perfecting it.  Are you a

19  perfectionist?

20      A      I am.

21          MS. SIXKILLER:  Objection.  Form you have

22  to pause.  Sorry.  Go ahead.

23          MR. SUSMAN:

24      Q      Are you a perfectionist?

25      A      Yes, totally a perfectionist.

1      Q     Do you sometimes spend more time on an

2  illustration than you intended to?

3      A     Not as much today.  I mean, today, you

4  know, my son is involved, and he is, you know, with two

5  parents that are both artists.  He has a great eye, and

6  so I, you know, I usually -- and plus, we have some

7  very fast artists that work for us.

8      Q     All right.  Let's talk about today, your

9  mind-set today.  If an illustration is 95 percent

10  perfect, would you spend time to make it one hundred

11  percent perfect today?

12          MS. SIXKILLER:  Objection, form,

13  foundation.

14          THE WITNESS:  I am on?  Okay.  I would

15  say probably not.  If everyone loved it, then -- I

16  guess it all depends.  If there is no deadline, then,

17  yes, we would play with it.  And if there is a

18  deadline, it's out the door.

19          MR. SUSMAN:

20      Q     Has that always been the case?

21      A     We are very conscious of deadlines, very.

22      Q     So, if a deadline is looming, the 95

23  percent perfect is good enough?

24      A     Yes, even 80 percent perfect is good

25  enough.  We don't miss deadlines.

1    Q    Have you ever --

2    A    Very rarely.

3    Q    -- have you thrown away a completed

4  design because you suddenly had another idea for it?

5         MS. SIXKILLER:  Objection, form.

6         THE WITNESS:  I mean, like, it's hard to

7  say, like, are you saying, like, a finished piece of

8  artwork?  I mean, I would never throw away a finished

9  piece of artwork.  I mean, sometimes we do a lot of,

10  like, playing and mockups and trying things, and some

11  things we don't like, then we fix it.

12        MR. SUSMAN:

13    Q    When did Forrest start working at LFI?

14    A    When he graduated in '20, early '20.

15    Q    And did he work here at all before then?

16    A    Yeah, he works like summers, and he would

17  take meetings when he was at UCLA, meet with people,

18  and -- well, I mean, yeah.  And he was handling, I

19  don't know.

20         He got really mad at me.  I can't

21  remember, I think it was before he graduated, and he

22  was, like, you know, you don't like what's being done

23  on social media.  Give a week, and let me show you.

24  And you are not allowed to say one thing for a week.

25  At the end of the week, I said I guess you know what

1   you are doing.  It's yours now.  So, he did that

2   through college.

3        Q    When did he start college?

4        A    '17.

5        Q    So, he did graduate high school in May

6   June, 2017?

7        A    Yeah, uh-huh, and then he graduated UCLA,

8   and took his last exam from here because of Covid in

9   March of '20 because, you know, they are not on

10  semesters.

11       Q    You and Peter went to Greece together in

12  September, Peter Georgotas in 2017, correct?

13       A    Correct.

14       Q    Who else was on that trip?

15       A    Forrest.

16       Q    And anyone else?

17       A    Nope, on one else.

18       Q    What was the purpose of that trip?

19       A    To have fun and to get some work done.

20       Q    What kind of fun?

21       A    I don't know, fun in the sun, eat good

22  food.  I mean, whatever people do when they have fun.

23       Q    What kind of work were you trying to get

24  done?

25       A    I was hoping that I could show him how to

1  make things by visiting stores with him.  He also

2  talked about some kind of manufacturing that he wanted

3  to show me some things.

4        And he said we were going to meet with

5  the Ipsy buyer because I guess she was there at the

6  same time.

7     Q    Let's look at a document.  This is

8  Exhibit 210.

9        (Exhibit 210 marked for identification.)

10       MS. SIXKILLER:  I already marked this as

11  an Exhibit, the complete set.  I am going to object to

12  Exhibit 210 as an incomplete text message.

13       MR. SUSMAN:

14     Q    All right.  This appears to be a text

15  exchange between you, Lisa Frank on the left, and I

16  believe Peter Georgotas on the right.  Does that seem

17  accurate?

18     A    (Witness reviews exhibit.)

19        Can you repeat your question?

20     Q    Sure.  Does this appear to be a text

21  exchange between you on the left and Peter Georgotas on

22  the right?

23     A    Yes.

24     Q    All right.  And on January 15, 2017, you

25  write, "Forrest wants to go to Greece this summer.

1   What do you think?"  Correct?

2      A    Correct.

3      Q    All right.  And Peter asks, "What sort of

4   trip?"

5          You say, "Food, fun and culture."  Is

6   that accurate?

7      A    Yes.

8      Q    Was this to celebrate Forrest's high

9   school graduation?

10     A    It was his, like, his trip that we were

11  taking before he started college.

12     Q    Was it also to celebrate graduation?

13     A    I guess.  I mean, sure.  I mean, that

14  was --

15     Q    Let's call this Exhibit 211.

16         (Exhibit 211 marked for identification.)

17     Q    Have a look at 211.

18         MS. SIXKILLER:  Same objection.  Exhibit

19  211 is incomplete, and the complete one was previously

20  marked as an exhibit.

21         MR. SUSMAN:

22     Q    So, again, this is appears to be a text

23  exchange between you on the left and Peter Georgotas on

24  the right, correct?

25         A    (Witness reviews exhibit.)

1          Yes, correct.

2      Q     Okay.  And if you turn to the this, looks

3   like there is a conversation or exchange that begins on

4   Saturday, August 26, 2017, and it rolls over onto the

5   second page.  And you write, "This is Forrest's big

6   trip before college.  I want it to be first class and

7   extra special.  This is not about business for me."

8          What did you mean about that?

9      A     Well, I was just saying that, you know, a

10  big part of the trip was for him.  But, I mean, Forrest

11  has always been my business, ever since he -- at 12.  I

12  mean, customers of mine wanted to hire him, so I just

13  got very down-to-the-wire.

14         And Peter wasn't planning -- he wanted to

15  do the trip, and I said we'll switch, and we'll -- I

16  had an Am Ex, plan a trip to Italy instead.

17     Q     Did you end up going to Greece?

18     A     We did, and I really don't remember how

19  it switched.

20     Q     Did you visit any sourcing facilities

21  there in Greece?

22     A     I'm sorry.

23     Q     Did you visit any sourcing facilities in

24  Greece?

25     A     Not sourcing facilities, but we spent an

1    entire day in a toy store, went to a lot of cosmetic

2    stores.  We did a lot of product shopping and me

3    explaining to Peter how things are made.

4        Q    Did you --

5        A    Because I had only been with Peter, like,

6    the one time, the very first time I met him in '16, and

7    then he came to Tucson once, and that was it.  We

8    never, like, you know, been together.  So, everything

9    that I was doing was always over the phone.

10            So, sometimes it's hard to show somebody

11   what you are talking about or how easy something is to

12   make over the phone.  It's much easier to show them in

13   person.

14       Q    Did you have fun with Peter on the trip?

15       A    Yeah, we did have fun.

16       Q    Did you get along?

17       A    I would say that we got along.  I mean,

18   there was definitely some crazy things.

19       Q    Give me one example of crazy things.

20       A    Okay.  Probably the craziest when we came

21   downstairs and the manager of the hotel pulled me aside

22   and said there is a guy at the front who is chasing

23   down the man who is here visiting.  Peter was in a

24   different hotel, and he is trying to get a hold of

25   Peter, and I have a car waiting in the back.

1          He knew that we were going to dinner

2     because we had asked, like, where we should eat.  I

3     have a car in the back waiting, and we are going to

4     take you to dinner.

5          And when -- I mean, it all happened so

6     fast.  He whisked us out of the back of the hotel, and

7     at the corner, this guy that we had had dinner with the

8     very first night we were in Greece was, like, banging

9     on the window, while the guy is stopped.  And he is,

10    like, screaming, and we are like what's going on.

11        Q    Okay.

12        A    Yeah.

13        Q    Okay.

14        A    That was pretty interesting.

15        Q    Did you have any meetings with Ipsy while

16    you were in Greece?

17        A    No.  Peter -- I don't know what happened.

18    She -- they had text exchanges but.

19        Q    Did a personal photographer do a

20    photo-shoot with Forrest while you were in Greece?

21        A    Yes.

22        Q    How was that?

23        A    Pardon?

24        Q    How was that?

25        A    It was fun for Forrest.  He liked it.

1       A    I don't have any knowledge of what was

2   sent, and I wasn't involved in this, so, and you know

3   how the press is.

4       Q    Are you saying that Insider made in up

5   out of thin air?

6       A    No, I am not saying that.  But I am

7   saying that I might have some notes about it.

8       Q    Well, you said that your manager -- LFI's

9   manager or entertainment attorney may have had

10  communications with Insider, correct?

11      A    Correct.

12      Q    Who is the manager?

13          MS. SIXKILLER:  And just to interject,

14  she is looking through her notes to try find something

15  to answer.  Give her a moment to look.

16          MR. SUSMAN:

17      Q    Okay.  In the meantime, can you tell me

18  who the manager is?

19      A    Yes, Courtney Tunney.

20      Q    And who would be the entertainment

21  attorney?

22      A    David Markman.  I don't see that in here.

23          MS. SIXKILLER:  Insider is one of the

24  topics I designated from testimony --

25          MR. SUSMAN:  I think so.

1          THE WITNESS:  I don't see it.

2          MS. SIXKILLER:  Do you mind if I tell her

3    what topic number?

4          MR. SUSMAN:  Sure.

5          MS. SIXKILLER:  I think it was 48.  I

6    think it was you.  I have the notice here.

7          THE WITNESS:  Okay.  I missed it.  Sorry.

8    Let me read this.

9          (Witness reviews document.)

10          Okay.  Now I have the facts.

11    Q    Okay.

12    A    You have them, too.

13    Q    Let's start from the beginning.

14    A    Sorry.

15    Q    So, so, where it says in an email

16    previously sent to Insider, who do you believe sent

17    that email to Insider?

18    A    Insider contacted LFI seeking comments on

19    an article.  They said that they were about to publish

20    about the Glamour Dolls Kickstarter campaign.

21          LFI PR representative, she was really

22    more a manager, but was tasked with responding to this

23    request for a comment.  This is the statement that

24    Courtney provided.

25    Q    Okay.  And then it has the full text of

1  the statement that Ms. Tunney provided to Insider

2  there?

3      A    Correct.

4      Q    Okay.  So, when the article -- do you

5  know when Ms. Tunney sent this email to Insider?

6      A    I don't, but I can probably find out.

7      Q    Did you review Ms. Tunney's email before

8  she sent it to Insider?

9      A    No, I didn't.  I mean --

10     Q    Did anyone at LFI review Ms. Tunney's

11 email before she sent it to Insider?

12     A    I mean, maybe.  I mean, I think that we

13 had probably two attorneys looking at it, our last Lisa

14 Frank attorney and probably -- and I know David was

15 involved -- they are both Davids -- but outside David

16 was also involved in this.  And I am sure that inside

17 David was involved in it.

18     Q    Were you aware of Ms. Tunney having this

19 communication with Insider before it was sent?

20     A    I mean, this is sort of vague to me

21 because I was -- when was this?  April of what year,

22 2020?

23     Q    2021, I believe.

24     A    2021.

25         MS. SIXKILLER:  Do you want me to, sorry,

1    patch in?

2            MR. SUSMAN:  April 2nd, 2021.

3            MS. SIXKILLER:  The claim relates to the

4    November, 2019 printing.

5            MR. SUSMAN:  What's that?

6            MS. SIXKILLER:  The claim relates to the

7    November, 2019 printing, not the April 2nd, 2020

8    update.  No one has a copy of the November version.

9    Sorry, we all searched for it.

10           MR. SUSMAN:  Well, guess what, we were

11   never given this.

12           MS. SIXKILLER:  I know.  I am just

13   saying, yeah.

14           MR. SUSMAN:

15      Q    All right.

16      A    So, I am very --

17           MS. SIXKILLER:  And that statement is

18   published in an email that was printed.  That was given

19   to you guys.  We produced the Courtney Tunney email to

20   you.

21           MR. SUSMAN:  Okay.

22           THE WITNESS:  I am totally confused.

23           MS. SIXKILLER:  That's okay.  Lawyer

24   talk.

25           MR. SUSMAN:  Exactly.

1      A     I don't think that she sent an email to

2  Insider.  I think that Insider reached out to her.

3  They were going to -- they were publishing an article.

4  They asked for a comment.  Anytime anyone called our

5  office while Courtney was managing us, all those

6  requests went to Courtney.  And I mean, with or without

7  Courtney's comment, they were publishing an article.

8      Q     Right.  So --

9      A     So I --

10     Q     Who was it at LFI that authorized

11 Courtney to provide comment to Insider?

12     A     Like I told you, I wasn't involved in

13 this.  I don't really know.  I just know that any PR,

14 anything, interviews, all of it, all went to Courtney.

15     Q     She writes, Ms. Tunney writes, "Lisa

16 Frank, Inc. reached the point of exasperation with

17 Glamour Dolls and contacted the Federal Government."

18 Do you see that?

19     A     From her on the art notes?

20           (Witness reviews document.)

21           No, I don't see that.  Can you tell me?

22     Q     You don't see it?

23     A     No, sorry.

24     Q     It's right there.

25     A     In the third paragraph.  Yeah, yeah.

1   Sorry, I see it, yeah.  Yours and mine are typed

2   differently.  That's weird.

3       Q    So, it says, "Lisa Frank Inc., reached

4   the point of exacerbation, terminated the agreement

5   with Glamour Dolls and contacted the Federal

6   Government."  Is that a true statement?

7       A    Yes, I can explain that one.

8           MS. SIXKILLER:  He is asking you to, I

9   think.

10          THE WITNESS:  Do you want me to explain

11  it?

12          MR. SUSMAN:

13      Q    Well, I just want to know, first of all,

14  is it a true statement?

15      A    Yes.

16      Q    Did someone at LFI contact the Federal

17  Government?

18      A    Well, let me --

19      Q    It's a yes or no question.

20          MS. SIXKILLER:  Well, she can give

21  context, but she has to answer the question.

22          THE WITNESS:  Yeah.  I mean, we --

23  sometime in -- I don't know when, '17, '16, there was a

24  lot of theft out of the back of -- out of our

25  warehouse.  So, maybe earlier than that, there was a

1   lot of theft.

2          And someone called Laura, it probably was

3   '19, '18 or '19, and said that I have an entire garage

4   full of Lisa Frank product.  I want to sell it to you.

5   And, you know, are you interested in buying it?

6          And so we called the FBI, and they got

7   involved in it and ended up getting all of the

8   merchandise returned to us.

9          And so they -- we also told them about

10  this situation, and they said that they were going to

11  try to help us with it.  Because when we called the New

12  Jersey Federal Government, unless it's a million

13  dollars, they are not interested.

14          And since this was under a half million

15  that Peter didn't deliver, you know, it went to, like,

16  a smaller jurisdiction.

17      Q    All right.  So, LFI contacted the Federal

18  Government, correct?

19      A    We were in touch with them about this

20  theft, so we had asked them if they could help us with

21  this, and they thought that they could.

22      Q    So, who in the Federal Government?

23      A    The FBI.

24      Q    And who contacted them and informed them

25  about the issue with Glamour Dolls?

1      A      I can't remember the FBI agent.  He now

2   lives in DC, and he was over at our office multiple

3   times dealing with the theft.  And, you know, I am sure

4   that we all mentioned it to him.

5      Q      And what did you personally say to him?

6      A      Just that we were concerned, and was

7   there any -- you know, could these people get their

8   money back, or at least the product.

9      Q      And what did he say?

10      A      That he would look into it.

11      Q      And then what came of that?

12      A      Nothing.  He moved to DC.

13      Q      Did you provide him with any documents?

14      A      I can't remember.

15      Q      Did you provide him with royalty

16   statements?

17      A      I can't remember anything that we gave

18   him about this.

19      Q      Did you tell him that you had been paid

20   royalties?

21      A      I can't remember anything about this

22   situation.

23      Q      Did you tell him that you had received

24   samples for approval?

25           MS. SIXKILLER:  Objection, form,

1  foundation.

2         THE WITNESS:  I have the same answer.  I

3  really don't remember the situation at all.

4         MR. SUSMAN:

5     Q    And when Insider reached out to LFI, why

6  did LFI feel as though it had to comment on this

7  situation?

8     A    I don't know.  You would have to ask

9  Courtney.

10     Q    Well, do you believe that LFI was trying

11  to communicate its side of the story to its fans?

12     A    Can you repeat that?

13     Q    Yeah.  Do you believe that LFI was trying

14  to communicate its side of the story to its fans?

15     A    Well, I don't really think this, you

16  know, says.  I mean, it looks like it's a long article,

17  so one little comment.  And is this the comment that's

18  in the article?

19         MS. SIXKILLER:  She is looking at the

20  article again, Exhibit 28.

21         THE WITNESS:  (Witness reviews Exhibit.)

22         Are we even talking about the same

23  comment?  Okay.  Let's see.  Okay.  It looks like it's

24  pretty similar.

25         MR. SUSMAN:

1      Q     And again, my question was; in responding

2  -- in choosing to respond, was LFI trying to

3  communicate its side of the story to its fans?

4           MS. SIXKILLER:  Objection, form.

5           THE WITNESS:  I can't answer.  I don't

6  know.  I wasn't involved, and I don't know the answer

7  to the question.

8           MR. SUSMAN:  I am done.

9           MS. SIXKILLER:  I am going to have some

10  questions, though.  I need to organize.

11          THE WITNESS:  Can we have one --

12          MS. SIXKILLER:  We can take a break.  I

13  am missing a document anyway.

14          Let's go out of the record.  Sorry.

15          THE VIDEOGRAPHER:  8:14, we're going off

16  record.

17          (Short break.)

18          THE VIDEOGRAPHER:  The time is 8:38.

19  We're back on record.

20

21              EXAMINATION

22  BY MS. SIXKILLER:

23      Q     Now, I have to find where I am on my

24  notes.  Sorry.  All right.  Lisa, if you could pull up

25  Exhibit 157.  I think that was your Art Chart you

1                    CERTIFICATE OF REPORTER

2    STATE OF ARIZONA )
                     )
3    COUNTY OF PIMA   )

4

5            I, AARON SCHLESINGER, a Certified
     Reporter in the State of Arizona, do hereby certify
6    that the foregoing deposition was taken before me in
     the County of Pima, State of Arizona; that an oath or
7    affirmation was duly administered by me to the witness,
     LISA FRANK, pursuant to A.R.S. 41-324(B); that the
8    questions propounded to the witness and the answers of
     the witness thereto were taken down by me in shorthand
9    and thereafter reduced to typewriting; that the
     transcript is a full, true, and accurate record of the
10   proceeding, all done to the best of my skill and
     ability; that the preparation, production and
11   distribution of the transcript and copies of the
     transcript comply with the Arizona Revised Statutes and
12   in ACJA 7-206(F)(3); ACJA 7-206(J)(1)(g)(1) and (2);
     and ACJA 7-206(J)(3)(b).
13           The witness herein LISA FRANK, requested
     review and signature.
14           I FURTHER CERTIFY that I am in no way
     related to any of the parties nor am I in any way
15   interested in the outcome hereof.
             IN WITNESS WHEREOF, I have set my hand in
16   my office in the County of Pima, State of Arizona, this
     30th day of October, 2023.
17

18

19          _____
            AARON SCHLESINGER, CR No. 50095

20

21

             I certify that Coville & Dippel, LLC, has
22   complied with the ethical obligations set forth in ACJA
     7-206(J)(1)(g)(1) through (6).
23

24          _____

25          COVILLE & DIPPEL, LLC, RRF No. 1129

# EXHIBIT 3

```
1              UNITED STATES DISTRICT COURT
2                   DISTRICT OF ARIZONA
3
4
5    Glamour Dolls, Inc.,          )
                                   )
6                   Plaintiff,     )
                                   )
7       vs.                        ) Case No.
                                   ) 4:21-CV-0228-TUC-SHR
8    Lisa Frank, Inc.; and         )
     Lisa Frank, in her            )
9    individual and corporate      )
     Capacity,                     )
10                  Defendants.    )
                                   )
11                                 )
     Lisa Frank, Inc.,             )
12                                 )
            Counterclaimant,       )
13                                 )
        vs.                        )
14                                 )
     Glamour Dolls, Inc.,          )
15                                 )
            Counter-Defendant      )
16                                 )
17
18
19        REMOTE DEPOSITION OF LAURA CRAWFORD
20
21
22
23
24   DATE:  OCTOBER 17, 2023
     REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
25   JOB NO. 6154874B
```

                                              Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                    DISTRICT OF ARIZONA
 3
 4
 5    Glamour Dolls, Inc.,         )
                                   )
 6                   Plaintiff,    )
                                   )
 7       vs.                       ) Case No.
                                   ) 4:21-CV-0228-TUC-SHR
 8    Lisa Frank, Inc.; and        )
      Lisa Frank, in her           )
 9    individual and corporate     )
      Capacity,                    )
10                   Defendants.   )
                                   )
11                                 )
      Lisa Frank, Inc.,            )
12                                 )
             Counterclaimant,      )
13                                 )
         vs.                       )
14                                 )
      Glamour Dolls, Inc.,         )
15                                 )
             Counter-Defendant )
16                                 )
17
18
19
20            Deposition of LAURA CRAWFORD, the witness
21    herein, appearing remotely from Rapid City, South
22    Dakota at 3:42 p.m. Mountain Daylight Time, on
23    Tuesday, October 17, 2023, before Renee Harris,
24    California Certified Shorthand Reporter No. 14168
25    and Registered Professional Reporter.
```

Page 2

```
 1          States and Canada."
 2              Do you see that?
 3      A.   I do.
 4      Q.   So that was changed from the previous
 5  agreement that said worldwide; correct?
 6      A.   Yeah, that's different.
 7      Q.   Do you know why the territory was
 8  changed?
 9      A.   I don't.
10      Q.   And then it says:
11              "The license shall apply to the following
12          distribution channels," and it lists one,
13          two, three four -- eight or so channels.
14              Do you see that?
15      A.   Yes.
16      Q.   Do you know why this license agreement
17  was to those identified channels?
18      A.   No.
19      Q.   Do you know how those channels IPSY,
20  Birchbox, Hot Topic, etc., were selected?
21      A.   I would be speculating if I said exactly
22  how every single one was selected.
23      Q.   Okay.  Well, do you know -- do you have
24  any specific information regarding any of them
25  that would not be speculation?
```

Page 44

1      A.   I do have some notes in my notes about
2   some of the retailers that we introduced them to.
3      Q.   All right.  What -- what deposition topic
4   number are you looking at?
5      A.   39.
6      Q.   Well, let me ask you this regarding what
7   are labeled the distribution channels,
8   paragraph 2.2 of this agreement:  Do you know if
9   Glamour Dolls was having conversations about
10  selling items to these distribution or through
11  these distribution channels?
12     A.   I believe they were.
13     Q.   And looking again at this agreement, the
14  new agreement.  If you do down to page 4, looking
15  at the royalties, at the guaranteed minimum
16  royalty and advance.
17          Do you see that?
18     A.   Which section are you at?
19     Q.   6.2.  6.2a.
20     A.   Okay.
21     Q.   Do you see that?
22     A.   Yes.
23     Q.   So the previous agreement had a
24  guaranteed royalty of $100,000 over 18 months;
25  correct?

Page 45

1        A.    Yeah.

2        Q.    And this one now has a guarantee of

3    $500,000 over one year; correct?

4        A.    That appears to be what it says, yes.

5        Q.    Okay.   Do you know why the -- the

6    guarantee was increased by that amount?

7        A.    I assume because there was a lot of

8    business opportunity for them.

9        Q.    So fair to say, LFI anticipated Glamour

10   Dolls increasing its sales to be able to afford

11   that; correct?

12       A.    Yes.

13       Q.    Do you know what LFI based that

14   anticipated increased sales on?

15       A.    Assuming forecast.

16       Q.    Do you know who created that forecast?

17       A.    That would have came from Peter.

18       Q.    Did you see a forecast from Peter?

19       A.    I don't recall seeing one.

20       Q.    Were you aware of any purchase orders

21   that would have justified that amount?

22       A.    I believe that he did have some orders in

23   hand, yes.

24       Q.    Do you know who those orders were from?

25       A.    I believe he had orders with IPSY and

Page 46

1    Walmart.

2         Q.  Do you know the value of those orders?

3         A.  I don't recall offhand.

4         Q.  Now, the previous agreement we looked at

5    that had the $100,000 minimum royalty, that was to

6    be paid at the end of the agreement; correct?

7         A.  It was to be -- the royalties were to be

8    paid quarterly.

9         Q.  In the original agreement or this one?

10        A.  I think so.  I would need to see the

11   agreement again to confirm.

12        Q.  Sure.  It is -- where is it --

13            MS. SIXKILLER:  Now you're talking

14        guaranteed minimum royalties or the other

15        royalties, the accrued royalties?

16            MR. SUSMAN:  The agreed minimum royalty.

17   BY MR. SUSMAN:

18        Q.  If you go back to Exhibit 1, do you still

19   have that somewhere?

20        A.  Yeah.

21        Q.  So this has, look at 6.2a:

22            "Agree to pay GMR of 100,000 for the term

23        with a non-refundable advance of 25,000."

24            Do you see that?

25        A.  Yes.

Page 47

1    Glamour Dolls?

2              MS. SIXKILLER:  Objection.  Foundation.

3              THE WITNESS:  Marketed to the public,

4         how?

5    BY MR. SUSMAN:

6         Q.  Well, for example, to Kickstarter.

7              MS. SIXKILLER:  Foundation.

8              THE WITNESS:  I would need to look at the

9         Kickstarter posts to look at the exact

10        language of how it was marketed.

11   BY MR. SUSMAN:

12        Q.  All right.  So sitting here today, you do

13   not know how the Glamour Dolls LFI products were

14   marketed to the public?

15             MS. SIXKILLER:  Objection.  Foundation.

16        Form.

17             THE WITNESS:  I think I remember seeing

18        it as more of collaboration language, but I

19        would need to see the posts to confirm that.

20   BY MR. SUSMAN:

21        Q.  Are you aware of it ever being marketed

22   to the public as Glamour Dolls X Lisa Frank?

23        A.  That sounds familiar.

24        Q.  Does that seem accurate?

25        A.  I mean, I don't know if it was Glamour

Page 70

```
 1    Dolls X Lisa Frank or -- I don't know exact.  I
 2    would have to confirm.
 3         Q.  Do you know if this e-mail was sent or
 4    received after the Kickstarter campaign had
 5    already been launched?
 6         A.  I would need to confirm dates.
 7         Q.  So sitting here today, you don't know?
 8         A.  Yeah, I would need to confirm exactly the
 9    dates that Kickstarter launched compared to this
10    date that I'm seeing here.  I can't tell you for
11    sure.
12         Q.  Why did you forward this e-mail to Peter?
13         A.  As an opportunity for Peter.
14         Q.  Do you know if Nordstrom expressed
15    interest in carrying products, the Glamour Dolls X
16    Lisa Frank products?
17         A.  Yes.  I had a note in my prepared notes
18    that I shared with you that the trend buyer had
19    reached out, and we forwarded that to Peter.
20         Q.  And did the trend buyer from Nordstrom
21    express interest after the Kickstarter campaign
22    had been launched?
23         A.  I don't know for sure of the exact dates
24    of the Nordstrom e-mail and the Kickstarter
25    campaign.
```

Page 71

1        Q.  Do you know if Walmart expressed interest

2    in carrying dolls from the Glamour Dolls X Lisa

3    Frank line?

4        A.  I do have a note from Walmart.  They

5    have -- in their initial reach-out to us, Peter

6    had said that Walmart had suggested that they

7    reach out to us.  And I think we also connected

8    Peter with a buyer later, as well.

9        Q.  At Walmart?

10       A.  Yeah.

11       Q.  And are you aware if Hot Topic expressed

12   an interest in carrying products that were part of

13   the Glamour Dolls X Lisa Frank line?

14       A.  They were interested in Lisa Frank

15   products, and we passed along the information to

16   Glamour Dolls.

17       Q.  And do you know if that interest was --

18   came after the Kickstarter campaign was launched?

19       A.  I would have to double-check dates.

20       Q.  Do you know if Hot Topic ever submitted

21   purchase orders for Glamour Dolls X Lisa Frank

22   products?

23       A.  I can't confirm.  I think that they did,

24   but I -- I don't have them handy to look at.

25       Q.  Did peta2 ever express interest in

Page 72

1    carrying products from the Glamour Dolls X Lisa

2    Frank line?

3         A.   Yeah, I did see an e-mail from peta2 with

4    interest in cosmetics, and we had passed that

5    along to Peter.

6         Q.   And again, do you know if that interest

7    came after the Kickstarter campaign had been

8    lunched?

9         A.   Again, I would have to double-check

10   dates.  I don't have all the dates.

11              MR. SUSMAN:  Mark this as 147.

12              (Exhibit 147 was received and marked

13              for identification on this date and is

14              attached hereto.)

15   BY MR. SUSMAN:

16        Q.   All right.  Should be in your box.

17        A.   Okay.

18        Q.   Do you recognize this document?

19        A.   This might have been one of the ones I

20   saw during prep.

21        Q.   Do you know what this is?

22        A.   I assume it was e-mailed as a proposal.

23        Q.   Do you know who created it?

24              MS. SIXKILLER:  I'm going to object to

25              Exhibit 147 as being an incomplete exhibit.

Page 73

1          It's missing its parent e-mail which shows

2      who it came from and who created it.

3          So I'm going to object to questions based

4      on Exhibit 147.

5  BY MR. SUSMAN:

6      Q.  You can answer.

7      A.  I assume this was created by Peter or

8  Glamour Dolls in general.

9      Q.  And it lists distribution channels both

10 domestic and international.

11         Do you see that?

12     A.  I do.

13     Q.  Do you have an understanding of what that

14 list of distribution -- distribution channels

15 meant?

16         MS. SIXKILLER:  Foundation.

17         THE WITNESS:  I see domestic retailers

18     listed and some international countries

19     specified.

20 BY MR. SUSMAN:

21     Q.  Do you know if Glamour Dolls had been

22 having conversations with the companies listed in

23 the distribution channels?

24     A.  So I do have some notes about these

25 retailers in my notes.

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1          So I have for IPSY, that they had shown

2    interest.

3          I had Hot Topic; that we had made an

4    introduction.

5          Dolls Kill we just talked about that I

6    had passed along the information.

7          Unicorn Crate, I later saw that on a

8    royalty report but I'm not familiar with them.

9          Nordstrom, a buyer had reached out.  I

10   later saw an e-mail with a call recap from Peter,

11   so I know he had a conversation with them.

12   Website, I assume that means their website.

13          Indiegogo, I saw communications saying

14   where Peter was pitching that and that we were

15   saying after Kickstarter.

16          Ulta; saw an e-mail where Peter said that

17   Ulta wanted to do a holiday spring program.

18          Forever 21, I don't have any notes on

19   that.

20      Q.  What about any of the international ones?

21      A.  I don't know anything about the

22   international stuff.

23      Q.  I guess my question, though, it's a

24   little bit different.

25          But do you know if Glamour Dolls was

Page 75

```
 1    speaking to any of the companies listed in the
 2    distribution channels, both domestically and
 3    international?
 4           MS. SIXKILLER:  Objection.  Outside the
 5        scope of the designations.
 6           THE WITNESS:  I can't say that I know for
 7        sure he was speaking to these people.
 8    BY MR. SUSMAN:
 9        Q.  Well, would it surprise you to learn that
10    Glamour Dolls was speaking to these distribution
11    channels about marketing and selling its
12    collaboration with Lisa Frank?
13           MS. SIXKILLER:  Objection.  Form.
14        Foundation.  Assumes facts.
15           THE WITNESS:  Would it surprise me that
16        he was talking to these people?  No.
17           MR. SUSMAN:  I'm going to call this
18        Exhibit 148.
19           (Exhibit 148 was received and marked
20             for identification on this date and is
21             attached hereto.)
22    BY MR. SUSMAN:
23        Q.  It should pop up in your box.
24        A.  Okay.  I see it.
25        Q.  Do you recognize this document?
```

Page 76

```
 1          A.  I see it.

 2          Q.  Great.  Scroll down to paragraph 39.

 3          A.  I see it.

 4          Q.  All right.  Pardon me.  Look at paragraph

 5     38.  My bad.

 6               So it says, "Repeatedly during the term

 7          of the license agreements, Glamour Dolls

 8          abdicated its obligations and breached the

 9          license agreements in at least the following

10          ways."

11               And then it says, "Failing to use its

12          best efforts to make, manufacture,

13          distribute, promote, market and sell licensed

14          products in breach of Section 4.1."

15               When did that occur?

16               MS. SIXKILLER:  I'm going to object to

17          the extent it gets into attorney-client

18          privilege, and anything you discussed with

19          counsel I would tell you not to get into in

20          coming up with these allegations or

21          discussing breaches.

22               Also to the extent this overlaps with

23          Lisa Frank's designated topics as to the

24          products, because Jordan, the way you guys

25          drafted them you have very detailed stuff
```

Page 91

1      about the failure to perform on products
2      under later topics which are being covered by
3      Lisa Frank as to the specific products.
4          So that part of it, product-related, is
5      being covered by Lisa Frank.
6          MR. SUSMAN:  Renee, can you repeat my
7      question?
8          (Record read.)
9          MS. SIXKILLER:  Same objection.  This is
10     outside of the scope of Ms. Crawford's
11     designation as to the failure to perform on
12     products.
13         THE WITNESS:  When did "failing to use
14     its best effort to make, manufacture,
15     distribute, promote, market and sell licensed
16     product in breach of Section 4.1" occur?
17  BY MR. SUSMAN:
18     Q.  Yeah.
19     A.  I don't have any specifics for that.
20     Q.  Do you have a general?
21     A.  I don't want -- I don't want to guess.  I
22  don't feel comfortable guessing.
23     Q.  Can you tell me what specifically Glamour
24  Dolls did -- what specifically or how Glamour
25  Dolls specifically failed to utilize its best

                                        Page 92

```
 1    efforts to make, manufacture, distribute, promote,
 2    market and sell licensed products?
 3            MS. SIXKILLER:  To the extent it requires
 4        you to disclose attorney-client privileged
 5        communications, I would advise you not to
 6        answer the question.
 7            If you can answer it without disclosing
 8        discussions with attorneys, you can answer
 9        it.
10            THE WITNESS:  I don't -- I don't really
11        have an answer for that.
12    BY MR. SUSMAN:
13        Q.  Do you know if LFI ever provided Glamour
14    Dolls with written notice of these alleged
15    breaches?
16            MS. SIXKILLER:  Objection to form.
17        Foundation.
18            THE WITNESS:  I would -- I would -- I
19        have not seen it, but I would assume that we
20        did.
21    BY MR. SUSMAN:
22        Q.  Okay.  But to the best of your
23    knowledge --
24        A.  Actually -- actually, I do remember
25    seeing a termination letter.  There is a
```

Page 93

1   termination letter that I saw.

2        Q.   Okay.  But prior to the termination

3   letter, was a notice of breach provided to Glamour

4   Dolls?

5             MS. SIXKILLER:  Objection.  Foundation.

6        Form.

7             THE WITNESS:  I'm not sure.

8   BY MR. SUSMAN:

9        Q.   Going down to the next bullet point.

10            "Glamour Dolls abdicated its obligations

11        and breached the license agreements" by

12        "failing to procure the greatest volume of

13        sales of high-quality licensed products in

14        breach of Section 4.1."

15            When did that occur?

16       A.   I don't have specifics on that.

17       Q.   Can you tell me in general about when

18   that occurred?

19       A.   No.  I don't really have any info on

20   that.

21       Q.   Can you tell me what -- what Glamour

22   Dolls did or how Glamour Dolls actually failed to

23   procure the greatest volume of sales?

24       A.   So I think this is failing to take

25   advantage of some of the opportunities that they

Page 94

1    had or P.O.s that they had.

2         Q.  Which opportunity was that?

3         A.  I don't have all the specifics for

4    everything that they failed.

5         Q.  So tell me in general what they failed to

6    do.

7         A.  So I mean, we were introducing them to

8    retailers, and you know, many of those things

9    never came to fruition.

10        Q.  But you can't tell me anything in

11   particular that Glamour Dolls did that failed to

12   procure the greatest volume of sales?

13            MS. SIXKILLER:  Object to form.

14       Foundation.  Outside the scope.

15            THE WITNESS:  I don't have all the

16       specific details on that.

17   BY MR. SUSMAN:

18        Q.  I just want some specific details if you

19   have any.

20        A.  Yeah, I don't have any to add that I feel

21   is not speculating.

22            MS. SIXKILLER:  Form.  Foundation.

23   BY MR. SUSMAN:

24        Q.  Did LFI ever provide written notice of

25   this alleged breach?

```
 1    STATE OF CALIFORNIA      )

 2                             )      ss.

 3    COUNTY OF LOS ANGELES    )

 4

 5          I, RENEE HARRIS, do hereby certify that I

 6    am a licensed Certified Shorthand Reporter, duly

 7    qualified and certified as such by the State of

 8    California;

 9       That prior to being examined, the witness named

10    in the foregoing deposition was by me duly sworn

11    to testify to tell the truth, the whole truth, and

12    nothing but the truth;

13       That the said deposition was by me recorded

14    stenographically;

15       And the foregoing pages constitute a full,

16    true, complete and correct record of the testimony

17    given by the said witness;

18          That I am a disinterested person, not

19    being in any way interested in the outcome of said

20    action, or connected with, nor related to any of

21    the parties in said action, or to their respective

22    counsel, in any manner whatsoever.

23    DATED:  November 7, 2023.

24

25    RENEE HARRIS, CSR 14168, CCR, RPR
```

Page 156

# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

GLAMOUR DOLLS INC.,            )   Case No.:
                               )   CV-21-0228-TUC-SHR
        Plaintiff,             )
                               )
     vs.                       )
                               )
LISA FRANK, INC. AND LISA      )
FRANK, in her individual and   )
corporate capacity,            )
                               )
        Defendants.            )
_____  )
                               )
RELATED COUNTERCLAIMS          )
_____  )

DEPOSITION OF
PETER GEORGOTAS
Volume I (Pages 1-268)
Wednesday, August 23, 2023; 10:03 a.m.
Los Angeles, California

Magna Legal Services
866-624-6221   www.MagnaLS.com

Reported by Mimi Murray, CSR No. 13985



Page 2

```
 1                UNITED STATES DISTRICT COURT

 2                     DISTRICT OF ARIZONA

 3

 4   GLAMOUR DOLLS INC.,          )  Case No.:
                                  )  CV-21-0228-TUC-SHR
 5           Plaintiff,           )
                                  )
 6       vs.                      )
                                  )
 7   LISA FRANK, INC. AND LISA    )
     FRANK, in her individual and )
 8   corporate capacity,         )
                                  )
 9           Defendants.          )
     _____ )
10                                )
     AND RELATED COUNTERCLAIMS    )
11   _____ )

12

13

14

15

16

17

18           DEPOSITION OF PETER GEORGOTAS, VOLUME I, taken

19   on behalf of Defendant/Counterclaimant, at 2000 Avenue

20   of the Stars, Suite 400, Los Angeles, California,

21   commencing at 10:03 a.m., on Wednesday, August 23, 2023,

22   before Mimi Murray, a Certified Shorthand Reporter,

23   CSR No. 13985, with principal office in the County of

24   Los Angeles, within and for the State of California.

25
```



Page 53

```
 1      Q    What would help you remember?

 2      A    Probably I'd have to go through some older

 3 e-mails with them and see if they had any involvement

 4 with Lisa Frank products.  I'm not sure.  We also had

 5 Glamour Dolls products that we were able to sell.

 6      Q    Does Glamour Dolls still owe H. Saga money

 7 today?

 8      A    Yes.

 9      Q    And Jessica's mother, Joann, how was she a

10 trade partner?

11      A    I didn't say she was a trade partner.

12      Q    Okay.  So that's why I'm getting confused.  I

13 thought we were connecting the dots.

14           So she's --

15      A    I said she was --

16      Q    -- a lender?

17           Okay.  Got it.

18           As a lender, when did Jessica's mother, Joann,

19 become a lender to Glamour Dolls?

20      A    She really helped us from the very beginning.

21      Q    So 2013, 2014?

22      A    Yes.

23      Q    Did she help on any LFI-related matters?

24      A    Yes.

25      Q    And how did she help with that?
```



Page 54

```
 1      A    She lent us money.

 2      Q    On what purchase orders?

 3      A    I didn't say that she lent us money on

 4   purchase orders.

 5      Q    Okay.  I thought we were talking about

 6   financing for purchase orders.

 7           Okay.  What did Jessica's mother loan you

 8   money for relating to LFI?

 9      A    I think she helped us as Lisa started making a

10   lot of changes to the samples and we had to pay more

11   and more money to the factories to get new rounds of

12   samples produced.  Joann helped us with a lot of that

13   stuff and may have even lent us some money to continue

14   advancing Lisa Frank after delivery deadlines got

15   missed.

16               (Reporter clarification.)

17           THE WITNESS:  Delivery deadlines were missed

18   due to production delays and artwork delays.

19   BY MS. SIXKILLER:

20      Q    Let's break this down.

21           When did Mrs. Romano, Joann Romano, loan money

22   relating to the Lisa Frank changes you've referenced?

23      A    I don't remember if she helped us out in 2017,

24   I think.  I don't remember actually.

25      Q    Is there a promissory note with Mrs. Romano?
```



Page 55

```
 1      A    No.

 2      Q    Is there anything documenting the loan terms?

 3      A    No.

 4      Q    Anything -- any e-mail exchange that would

 5 indicate when the money came in or why?

 6      A    I don't recall.

 7      Q    When was the last time Mrs. Romano loaned

 8 money to Glamour Dolls?

 9      A    I don't recall, but from around that time,

10 2017 or 2018.

11      Q    Why do you think it might have occurred in

12 2018 too?

13      A    Because I don't remember really well, so I'm

14 giving you a little bit farther window.

15      Q    Okay.  Did Glamour Dolls maintain books and

16 records where they accounted for the loans that it

17 received?

18      A    Yes.

19      Q    Okay.  And who prepared those records?

20      A    I believe at that point there was an

21 accounting firm called Prager Metis maybe.

22      Q    And that firm has since sued Glamour Dolls;

23 correct?

24      A    They were another, yes, person -- or another

25 company that we couldn't pay once all of the
```



Page 154

```
 1       A    A lot of the conversations were around the
 2   Kickstarter collection and bringing those to retailers
 3   first, and then about expanding that collection into
 4   either additional custom products specific to a
 5   retailer or into a new campaign with Indiegogo, where
 6   we would have done another set of products, which we
 7   had pitched and sent to Lisa as well.
 8       Q    And Nordstrom though, that would have been a
 9   higher-end line; right?
10       A    No.
11       Q    So you were going to use the same exact
12   Kickstarter products?
13       A    Nordstrom wanted some of those, and they also
14   wanted us to do an additional custom product, exclusive
15   for their YM department, in addition to some
16   Glamour Dolls products that they wanted to sell as well
17   that were not Lisa Frank branding.
18       Q    Your team pitched the Glamour Dolls products
19   at the same time as pitching the Lisa Frank products;
20   right?
21       A    They asked us.  We didn't pitch them any
22   Glamour Dolls products.  They asked us if we could
23   develop some Glamour Dolls products for them as well.
24       Q    You mentioned that --
25       A    However, because you said high end, I did also
```



Page 155

1    connect Lisa with Claire Distenfeld, of one of the

2    premiere, at the time, luxury fashion boutiques in

3    New York, and Lisa refused to engage for -- told us

4    that we -- for whatever reason that we couldn't work

5    and sell to them.

6        Q    So is this the retailer you said was -- you

7    were told you could not work with?

8        A    That was one of them.

9        Q    Okay.  What were the -- what was the name of

10   that one again?

11       A    That was -- I think it was called Fivestory

12   boutique.

13            Walmart is probably a more notable one.

14       Q    So are you -- just making sure.

15            Your position is that Lisa Frank directly

16   prohibited you from working with Walmart on the

17   LFI-Glamour Dolls production?

18       A    Correct.

19       Q    And then you're saying Lisa Frank directly, so

20   not LFI, Lisa Frank directly prohibited you from doing

21   business with -- what was it?  Fivestorys?  Sorry.

22       A    I think it was called Fivestory boutique.

23            And when I say "Lisa" and "LFI," for me

24   they're interchangeable.  She was operating as the --

25   she was the only consistent person for us.



Page 156

```
 1      Q     Well, most of the -- your team though mostly
 2   communicated with Laura or Shannon; right?
 3      A     Lisa was cc'd on every single e-mail with my
 4   team.  And Laura disappeared somewhere in the summer of
 5   2017 for a bit.  Lisa had a lot to say about Laura when
 6   she moved to New Jersey.
 7            And then Shannon, it sounded like, was filling
 8   in some of the gaps, didn't have the experience, and
 9   Lisa had a lot of things to say about Shannon too.
10            So --
11      Q     So you and Lisa were still regularly talking
12   in 2017 then when this stuff occurred?
13      A     Yes.  We had gone to Greece in September.
14      Q     So I guess my question, again, is -- we're
15   working on trying to sort out prohibitive retailers, I
16   guess you mentioned, and then the reasons --
17      A     And then outside of prohibiting, she also --
18   they also did not approve or respond to the retailer
19   list, which they requested from us, of targeted
20   retailers, and told us that we couldn't approach any of
21   them unless they approved them.
22      Q     And is it your position that this conduct was
23   all in contravention of Exhibit 2 or Exhibit 1?
24      A     Yes.
25      Q     Why?
```



Page 160

1   office in person a lot.  But, yes, we do have e-mails

2   evidencing the penalties.

3       Q    And the reason for the penalties, do you have

4   e-mails showing that?

5       A    Yes.

6       Q    Have you produced them in this case?

7       A    I didn't -- I wasn't sure what I was supposed

8   to be searching for originally.

9       Q    I'm keeping a partial list.

10      A    Yeah.

11      Q    And while we are on this topic, I guess,

12  briefly, one thing I did notice that seemed to be

13  missing a lot is internal Glamour Dolls communication,

14  so e-mails between the team about Lisa Frank.  There's

15  a couple in there.

16           But did you search for those, you know,

17  e-mails, again, related to Lisa Frank or LFI, between

18  the Glamour Dolls team?

19      A    Yeah.  I did my best with the search features

20  on Google and I searched for Lisa Frank.  We had an

21  office and we were in person and on the phone a lot, so

22  a lot of things were just in the office, during the

23  daytime, discussions.

24           But I could -- I think I did all the

25  searching.  I can try again to see if there was



Page 161

1  anything that was missed, but --

2      Q    And the artwork for the IPSY brushes, was

3  that -- were those brushes part of the Kickstarter

4  campaign?

5      A    No.  But we made them available to the

6  Kickstarter backers after we manufactured them for IPSY

7  so that they wouldn't feel like they were not getting

8  something that other people were.

9      Q    But they had to purchase those; right?

10     A    They had to pay for those, yes.

11     Q    And then were the IPSY brushes sold on to any

12  retailers?

13     A    Yes.

14     Q    Which retailers?

15     A    I don't remember.  I think Hot Topic had maybe

16  taken some.  I think Dolls Kill had taken some.

17            (Reporter clarification.)

18            THE WITNESS:  Dolls kill.

19            MS. SIXKILLER:  Two words.

20            THE WITNESS:  D-o-l-l-s.

21            I know Walmart wanted them, but we were not

22  allowed.  And they were also sold through Glamour

23  Dolls' website.  And IPSY has also a marketplace where

24  they then sell some of the products for their customers

25  that didn't get it in their box.



Page 162

 1  BY MS. SIXKILLER:

 2      Q    And was the artwork changed on the

 3  Blush Brush, following the batch that triggered the

 4  penalty?

 5      A    No.

 6      Q    Why not?

 7      A    IPSY penalized us for it, but none of the

 8  other customers complained about it, and Lisa Frank

 9  didn't ask us to redo it, so --

10      Q    And Glamour Dolls was fine with the quality

11  itself?

12      A    Yeah, I think it was -- if I recall correctly,

13  there was no art on the bottom of the brush, maybe, or

14  something, and we were okay with it.

15           That's to say that IPSY was the only person

16  that complained about it.

17      Q    Got it.

18      A    But they were also the ones that placed the

19  order.

20      Q    You mentioned -- I might have to circle back

21  after I read my notes.  Let's see.

22           All right.  So did Glamour Dolls ask for

23  certain terms be in the 2018 agreement or for certain

24  terms to change in the 2018 agreement?

25      A    It didn't feel like we had any say in it.



Page 167

```
 1   as well at some point.
 2        Q    They were trying to get the photographer's
 3   name and number?
 4        A    Yeah.
 5        Q    And did you provide it?
 6        A    Yes.
 7        Q    You mentioned Laura, I think, in 2017 moving
 8   to New Jersey; is that right?
 9        A    Correct.
10        Q    And you said that the purpose of the move was
11   to work with East Coast licensors?
12        A    That's what we were told.
13        Q    And who told you that?
14        A    Lisa.
15        Q    And when did Lisa tell you that?
16        A    It must have been somewhere around --
17   somewhere in March, June, July of 2017; somewhere in
18   that range.
19             I think we were told maybe in March, and then
20   Laura was supposed to come to our office in June, but
21   never showed up.
22        Q    You mentioned ultimately Janice was brought on
23   at LFI at some point.  Do you have any idea around the
24   timing of that?
25        A    I think it must have been around March of
```



Page 168

1  2020 -- I'm sorry.  March of 2018-ish, March, April

2  maybe.

3      Q    And you said she gave another round of

4  assurances and promises relating to documentation

5  production, work in progress and artwork, and none of

6  it actually happened.

7           When were these assurances provided?

8      A    We flew out to LA to meet with Janice.

9      Q    So is that the LA meeting?

10     A    At the LA meeting.

11     Q    Do you know when that was?

12     A    I'm sure I could find the travel dates on

13  that.

14     Q    And you said there's products with purchase

15  orders that were drastically changed by Lisa.  I wanted

16  to make sure it was Lisa Frank and not LFI, the team.

17          Was it Lisa Frank demanding those changes?

18     A    We were always told that any changes were

19  coming from Lisa directly, that -- I mean, Laura made

20  it very clear that Lisa made all the decisions.

21  Anything that we were being told was coming directly

22  from Lisa.

23     Q    Okay.  Do you recall what products were the

24  ones that you contend were drastically changed that had

25  purchase orders?



Page 169

1        A        Definitely the bronzer and eyeshadow,
2  definitely the Matte Mousse, definitely the vegan
3  leather handbag, definitely the lip gloss tin,
4  definitely the Unicorn Lippie.
5            I'm trying to think of the other ones
6  specifically.  Those were the major ones that come to
7  mind with, like, really big changes late in the
8  production process.
9        Q        And by "eyeshadow," are you talking about the
10  single eyeshadows?
11        A        Yes.
12        Q        Okay.  Not the palettes?
13        A        The palette also, more specifically the Wengie
14  one.
15        Q        What about the other two palettes?
16        A        I would not say that there were drastic
17  changes that she requested, but they were -- they were,
18  if I recall, telling us that they didn't feel the color
19  swatches on the secondary packaging were a perfect
20  match, which is normal in our industry.
21        Q        What's normal?
22        A        If you've ever bought an eyeshadow palette,
23  sometimes they put color swatches on the back of it,
24  and they're pretty good indicators of the colors
25  inside, but they're not -- one is printed and one is



Page 170

```
1    a powdered product, and so there's always going to be a
2    little bit of variance.
3        Q    But it had been flagged for these palettes
4    that the colors, to the LFI team, didn't seem to match
5    up with them?
6        A    It was one of the things we were hoping to get
7    clarity on in Arizona, but which we did not receive
8    clarity on.
9        Q    Do you know why you didn't receive clarity on
10   it?
11       A    Because Lisa was fighting with her IT team
12   most of the time and --
13       Q    Did you bring the sample?
14       A    -- didn't have -- we did.
15            It didn't seem like she was that interested in
16   helping to figure out the actual artwork and production
17   needs that we had to make the deliveries.
18       Q    During that Tucson trip?
19       A    Yes.
20       Q    And why do you say that?
21       A    Because we only spent about an hour working on
22   it and got very little feedback through the whole time
23   that we were out there.
24       Q    Did you press to spend more time on it?
25       A    Yes.  We spent the whole day at her office,
```



Page 171

1    but she was not available to us.

2        Q    You mentioned --

3        A    And Shannon was also tied up with Lisa.

4        Q    You mentioned, towards the end, Janice said

5    something to the effect of, No work without money.

6             Are you talking about -- what -- I guess what

7    money are you talking about?

8        A    I believe it was in June of 2018.  We had

9    contracted another creative director, the one I

10   mentioned that had done the Ryan Seacrest license for

11   Macy's.  And after not receiving the work-in-process

12   reports or any of the promised reports from LFI's team,

13   our designer took the initiative to start sending some

14   of those reports, and Janice told her that she wouldn't

15   review them, discuss them or work forward on them until

16   we sent the Q3 royalty advance.

17       Q    So it wasn't the artwork invoice?

18            You're saying this was tied to the advance,

19   the royalty advance?

20       A    Correct.

21       Q    You mentioned the creative director you hired

22   that had worked on Ryan Seacrest's Macy's campaign, and

23   they found the LFI team obstructive and unreasonable

24   and nonresponsive.

25            Who was that person?



Page 172

```
 1      A      That was Chanel.

 2      Q      Is that C-h-a-n-e-l?

 3      A      Uh-huh.

 4      Q      Is that a "yes"?  Sorry.

 5      A      Oh, yes.  Sorry.

 6      Q      That's okay.

 7             And Chanel, how long did she work for

 8  Glamour Dolls?

 9      A      Until we couldn't afford to pay her anymore.

10      Q      Okay.

11      A      It was sometime in 2018 as well, after the

12  termination.

13      Q      You mentioned Mandy called and said LFI said

14  to cancel the purchase orders Hot Topic had placed.

15  And I know we went over briefly that it was Q2 of 2018.

16             Do you know who she said at LFI called her?

17      A      She didn't tell me who.

18      Q      And she called you, rather than -- did she

19  call before she canceled?

20      A      No.  She called us to let us know that

21  Lisa Frank's team had contacted her and told her to

22  cancel our purchase orders.  And she told us that it

23  was -- you know, she was really sorry.  She knows how

24  hard we worked on this and was really looking forward

25  to it.
```



Page 173

```
 1        Q    Do you know around -- let me step back.

 2             Do you know if this was before she actually

 3   hit cancel on the purchase orders?

 4        A    It was within the same 24 hours, I think, or

 5   same 48 hours.  I don't remember specifically whether

 6   the orders got canceled before or after the call, but

 7   it was in that same --

 8        Q    How close was that call to the termination of

 9   the 2018 agreement?

10        A    I believe within two months.

11        Q    You mentioned that the LFI team refused to

12   speak with Glamour Dolls until the Q2 advance was --

13   was made, and then called three days after it was made,

14   to terminate.

15             Is that -- I guess that's building off of

16   the -- the -- Janice saying, No work; it's related to

17   that?

18        A    Yes.  And also, your question, the answer is

19   no.  But if you're referring to the Q3 advance, the

20   answer is yes.

21        Q    Got it.  So -- all right.  That's what I'm

22   trying to get to the bottom of.

23             So -- because there was an issue, and we'll

24   see it probably in the documents.

25        A    Normally the quarterly payment in the first
```



Page 195

1    BY MS. SIXKILLER:

2        Q    Oh, yeah.  Sorry.

3        A    Oh, I'm so sorry.

4        Q    5291, yeah.  Sorry.

5        A    Oh, that's confusing.

6        Q    And it has everyone's notes in it.

7        A    Okay.  I'm sorry.  I was looking at the wrong

8    page.

9        Q    It's okay.  All right.  And let me step back.

10   This might help us in streamlining.

11            The single eyeshadow and the Travel Bronzer

12   were tied together in the Kickstarter campaign?

13       A    Correct.

14       Q    Okay.  So here in this chart that consolidates

15   Glamour Dolls' comments with LFI's comments as of

16   November 2018, we see that Lisa Frank is saying the

17   artwork for the single eyeshadow and the Travel Bronzer

18   were completed and uploaded as approved on November 28,

19   2017.

20            Do you have any reason to dispute that

21   statement?

22       A    We agree, but later they went back on that.

23       Q    Okay.  So you're saying it was a redesign

24   request?

25       A    No.



Page 196

```
 1      Q    Okay.  Explain.

 2      A    We paid LFI's designer for the artwork for the

 3  single eyeshadow and the Travel Bronzer.

 4           LF approved -- Lisa Frank approved those

 5  designs, and we manufactured the product and we

 6  delivered it to IPSY.

 7           We also sold the product to some retailers and

 8  fulfilled the Kickstarter backer orders for people that

 9  wanted to get those products early.

10           After we began distributing them, we were

11  immediately -- we were told by LFI to stop distributing

12  those products, that there was incorrect artwork, which

13  was done by their designer and approved by LFI.

14           And then they demanded that we take those

15  products out of circulation, redo packaging artwork,

16  pay for a new round of sampling and a new round of

17  production before we were allowed to sell or fulfill

18  those product orders again.

19      Q    And was that done?

20      A    We received -- we paid for and received new

21  artwork from their designers, we paid for and created

22  new samples for the products, and then LFI's team

23  refused to accept them.

24      Q    And what was the time frame for this notice by

25  LFI that it was incorrect artwork and had to be pulled
```


MAGNA
LEGAL SERVICES

Page 197

1    off the market?

2        A    I believe they notified us at the end of 2017,

3    prior to the second agreement being signed.  And then

4    we worked and continued to revise, per their request,

5    through the spring of 2018.  And then when we finished

6    sampling the new products, the new designs that they

7    had requested, they would not accept the samples.

8        Q    And you're talking about spring 2018?

9        A    Yes.  Up until -- this was going up until the

10   end of the -- until the termination, or to the point

11   that Janice said that she would no longer discuss,

12   review or -- or basically work on any of the products.

13       Q    So I'm a bit confused because it says in here,

14   for the single eyeshadow -- and let me step back.

15            Your statements as to pulling off the market

16   applied to both the single eyeshadow and the Travel

17   Bronzer?

18       A    Correct.

19       Q    Okay.  In the Glamour Dolls status notes that

20   Glamour Dolls' attorney provided, LFI says that

21   (as read):

22            Artwork since revised by Glamour Dolls under

23   both and that to be sent to LF for approval.

24            And you'll see a comment by LFI asking why GD

25   is revising art on a completed and approved product



Page 240

```
 1              That they're -- they're just simply saying --
 2    here it could be read as they're saying you'll have to
 3    meet the same payment requirements you had to do
 4    before.
 5         A    Okay.
 6         Q    Is that another option for reading it that
 7    way?
 8         A    Sorry.  One more time.
 9         Q    Is doesn't --
10         A    It doesn't matter.
11         Q    Yeah.
12              Okay.  So let's move to the Wengiecorns, which
13    is W-e-n-g-i-e-c-o-r-n-s Eyeshadow Palette.
14              Now, here we see the Glamour Dolls' notes in
15    Exhibit 4 says (as read):
16              LFI has never sent finished artwork for this
17    product.
18              And you see LFI response says (as read):
19              On 4/15/2018, GD stated that they were
20    sourcing new colors for this product.  LFI has never
21    received the new colors from GD, and, therefore, LFI
22    could not complete the artwork.
23              Do you dispute that statement?
24         A    Yes.
25         Q    Okay.  What parts of it do you dispute?
```



Page 241

1       A    For starters, as per the agreement, I don't

2   believe that LFI had to approve the eyeshadow colors,

3   even though they insisted on it -- or insisted on

4   seeing those.

5           So Wengie's team selected colors for it, and

6   Lisa was not happy with the colors that Wengie's team

7   selected.

8           They asked us to come up with new colors.  We

9   may have asked Wengie's team to do that.  And I think

10  that things got off track there.  Wengie's team, I

11  don't think, understood why Lisa was telling them to

12  change the colors that they picked.

13          We had all seen artwork for a palette, and

14  Wengie had picked colors for it and all of that.  And

15  then suddenly Lisa decided that she didn't like those

16  colors, and we had to basically start this palette from

17  scratch.  And she was going to create brand-new artwork

18  for it, even though we had already paid for a previous

19  version of the artwork.

20          We were very confused.

21      Q    And you would agree that this, even though

22  it's called Wengiecorns Eyeshadow Palette, would have

23  "Lisa Frank Inc." or "Lisa Frank" on the product;

24  right?

25          It would have its name branded on there?



Page 242

1    A    As well.

2    Q    Correct.  And I want to make sure we

3  understand.

4        You say the LFI team was telling Wengie's

5  team.  Was there direct communication from LFI to

6  Wengie's team about the colors?

7    A    I don't remember if we had a group call or if

8  we spoke directly at any point.  Typically, we were

9  passing the messages back and forth between LFI and

10  Wengie's team.

11    Q    And in the LFI notes, it says (as read):

12        GD stated they were sourcing new colors for

13  this product.

14        So whether you agree if they could or could

15  not dispute the colors or challenge the colors, is it

16  true that Glamour Dolls was looking into sourcing new

17  colors, at least as of April 15, 2018?

18    A    We were desperate at that point to do whatever

19  we thought Lisa wanted so that we could finish these

20  products, and whatever demands she was making, we did

21  our best to meet them, hoping that she would approve

22  the products for us to sell.

23        So, yes, if Lisa demanded new colors and

24  wouldn't approve the product or let us move it forward,

25  then we jumped through that loop too.



Page 259

1   to the snugness, it's the tin fitting in the box.

2       Q    (As read):

3            GD advised LF that shiny tin not possible, per

4   factory, but awaiting LF response.

5            So prior to termination, Glamour Dolls hadn't

6   heard back as to whether they would be fine with the

7   glossiness as is?

8       A    Yeah.  And we also asked them to just simply

9   provide us with, you know, a printing technique or --

10  that they felt was appropriate because the ones that

11  they had given us to guide the factory did not seem to

12  be appropriate for the substrate that it was being

13  printed on.

14      Q    There's a line that carries over, I just

15  realized, from that comment in the Lip Balm Tin.  It's

16  probably easier to see if you turn to Glamour Dolls'

17  attorney's column, so Exhibit 4, LFI 5287, the

18  Lip Balm Tin.

19      A    Oh, yeah.

20      Q    And it references the -- oh, that that was a

21  change in color, but said basically (as read):

22           GD can arrange for a new formula if absolutely

23  necessary.

24           I just want to make sure I read that

25  correctly.  That was the position of Glamour Dolls as



Page 260

1    of November 5, 2018?

2         A    Yeah.  There was a color that the Kickstarter

3    backers had voted on which we had produced, and then,

4    again, for some reason, LFI demanded that we change

5    that color and add glitter, even though that's not what

6    people purchased, and we were caught behind whatever

7    Lisa wanted to approve the products and customers that

8    ordered something specific.

9         Q    Now, on the nail polish set, so Exhibit 4,

10   LFI 5293, it says in the Glamour Dolls' notes

11   (as read):

12             GD sent nail polish color samples to LF.  GD

13   has box to send pending resolution of open issues.

14             What are the open issues, at least as of

15   November 5th, 2018?

16        A    The open issues being the termination.  I

17   think also that was amongst the other samples that we

18   wanted to send, and Janice told us that we couldn't

19   send anything and they wouldn't work on any development

20   until we made payment.

21             So once we made the payment, a few days later

22   they terminated the agreement, and so we were left

23   holding samples that we tried sending to them earlier.

24        Q    Anything else?

25        A    No.  Simply that we sent the nail polish



Page 261

1    colors.  And, as I said, we had a box that was ready to

2    be sent over for them, but they told us not to and --

3    pending the payment, which we did, and then they

4    terminated the agreement.

5        Q    In the LFI comment section, it says (as read):

6             LFI has not been able to complete the artwork

7    because GD has not provided a dieline for this product.

8             Do you dispute that?

9        A    Yes.  We didn't provide dieline because we

10   kept trying to send them a sample box for them to

11   approve so that we could create a dieline for them to

12   put the artwork on, but they didn't want to receive the

13   box.

14            And so we were not able to -- we were not able

15   to provide them with a dieline for a box that they

16   never received and approved.

17       Q    So I'm confused.  Okay.  So the box was -- the

18   box was sent to Lisa Frank?

19       A    No.  We had ordered the box.  She had

20   requested a glitter backing for it, and so we went and

21   custom made this box with glitter backing for the nail

22   polishes.  We had those ready to send to her as well.

23   And then somewhere in, you know, that e-mail from

24   Janice, as you can see, they told us not to -- that

25   they weren't going to work on anything and they weren't



Page 262

1    going to develop stuff and they weren't going to

2    discuss these things with us until we sent the next

3    wire payment.

4        Q    And the next wire, that was not the artist

5    invoice payment, this was the advance royalty payment?

6        A    For Q3.

7        Q    And that payment was sent; right?

8        A    Yes.

9        Q    And prior to the termination notice, was

10    anything sent to LFI that you say had to be held

11    because of Janice?

12        A    No.  Because prior to the termination letter,

13    and a few days after we sent the wire, Janice Ross had

14    told our designer, Chanel, that she wouldn't discuss

15    anything with her until she talked to me about the

16    state of the business, at which point she called me up,

17    told me they were terminating the agreement and to

18    cease all production and sampling and everything else.

19        Q    But I'm trying to get the timing.

20        A    Sure.

21        Q    When was that conversation with Janice?

22        A    So Chanel was trying to send things to them

23    probably late May or early June.  Somewhere around

24    June 15th, Janice notified -- or maybe a little bit

25    earlier, but somewhere in that June 1st-June 15th



Page 268

1       I, Mimi Murray, a licensed Certified Shorthand

2   reporter, before whom the foregoing deposition was

3   taken, do hereby certify that the foregoing transcript

4   is a true and correct record of the testimony given;

5   that said testimony was taken by me stenographically

6   and thereafter reduced to writing under my direction;

7   that reading and signing was not requested; and that I

8   am neither counsel for, related to, nor employed by any

9   of the parties in this case and have no interest,

10  financial or otherwise, in its outcome.

11          IN WITNESS WHEREEOF, I have subscribed my name

12  this 5th day of September 2023.

13

14

15  _____

    MIMI MURRAY, CSR NO. 13985

16

17

18

19

20

21

22

23

24

25



# EXHIBIT 5

Page 269

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

GLAMOUR DOLLS INC.,                    )   Case No.:
                                       )   CV-21-0228-TUC-SHR
          Plaintiff,                   )
                                       )
     vs.                               )
                                       )
LISA FRANK INC. AND LISA               )
FRANK, in her individual and           )
corporate capacity,                    )
                                       )
          Defendants.                  )
_____            )
                                       )
AND RELATED COUNTERCLAIMS              )
_____            )


DEPOSITION OF
PETER GEORGOTAS
Volume II (Pages 269 - 718)
Thursday, August 24, 2023; 8:55 a.m.
Los Angeles, California


Magna Legal Services
866-624-6221   www.MagnaLS.com

Reported by Mimi Murray, CSR No. 13985



Page 270

1                  UNITED STATES DISTRICT COURT

2                      DISTRICT OF ARIZONA

3

4    GLAMOUR DOLLS INC.,          )   Case No.:
                                  )   CV-21-0228-TUC-SHR
5            Plaintiff,           )
                                  )
6        vs.                      )
                                  )
7    LISA FRANK INC. AND LISA     )
     FRANK, in her individual and )
8    corporate capacity,         )
                                  )
9            Defendants.          )
     _____ )
10                                )
     AND RELATED COUNTERCLAIMS    )
11   _____ )

12

13

14

15

16

17

18

19          DEPOSITION OF PETER GEORGOTAS, VOLUME II, taken

20   on behalf of Plaintiffs, at 2000 Avenue of the Stars,

21   Suite 400, Los Angeles, California, commencing at 8:55

22   a.m., on Thursday, August 24, 2023, before Mimi Murray,

23   a Certified Shorthand Reporter, CSR No. 13985, with

24   principal office in the County of Los Angeles, within

25   and for the State of California.



Page 348

1  oh, I saw this product.  Can you -- you know, there was

2  something that she heard about or that she liked or

3  wanted to do, so it wasn't necessarily just us.

4      Q    The third box in this chart, this flowchart

5  says (as read):

6           I need product mix for each target market.

7           Whose test was that?

8      A    That was being done collaboratively between us

9  and LFI, although we assumed that they would defer to

10  some of our expertise in this case.

11     Q    The fourth box says (as read):

12          Identify sourcing partners.

13          That was Glamour Dolls?

14     A    Typically, although LFI, again, suggested at

15  different points working with someone that they worked

16  with.

17     Q    But the primary task -- the parties primarily

18  responsible with completing this task in two to four

19  weeks would be Glamour Dolls?

20     A    Yes.

21     Q    The next box (as read):

22          LF concept selections, one to two weeks.

23          That would be LFI?

24     A    Depends.

25     Q    Why depends?



Page 349

1     A     Well, in the Kickstarter example, we had all

2     agreed that the backers would get to vote on certain

3     aspects of it.  So in that scenario, it came from

4     customer feedback, other times it came from LFI, other

5     times it came from our suggestions.

6     Q     But this is now in 2018.  Were you still

7     asking for the consumer feedback on things like

8     Kickstarter?  I did see it -- seem like that wasn't a

9     favorite process.

10     A     That's what I'm saying.  The LF concept

11     selection phase of one to two weeks could have been

12     handled a number of different ways.  Sometimes with

13     customer feedback, sometimes from Lisa's suggestions,

14     sometime through our suggestions.

15     Q     So there was no primary party between you and

16     Glamour Dolls -- or you and LFI as who was responsible

17     for that?

18     A     For concept selection?

19     Q     Correct.

20     A     We typically proposed things, but I don't

21     think there was -- everything we understood had to be

22     approved by Lisa, and she was vocal about every product

23     that we selected.

24     Q     I'm asking was anyone -- in Glamour Dolls'

25     mind, was there one party between the two that was



Page 350

1    primarily responsible for making sure that got done in

2    one to two weeks?

3        A    This flowchart is a reflection of our

4    experience with LFI.  And so we were mapping out for

5    Janice how long each of these stages typically took

6    with LFI's team.

7        Q    But you were not mapping who would be

8    responsible for completing that task?

9        A    That was not -- that's not indicated on this

10   flowchart.

11       Q    The next box is Develop preproduction

12   renderings.

13            Who was involved in that process?

14       A    Sometimes us, sometimes LFI.

15       Q    The -- we then flow into preproduction

16   sampling, PPS, that links to LF approval and updated

17   artwork.  It says below the two boxes, Up to three

18   iterations.

19            Do you know what this is referencing?

20       A    I think somewhere in LFI, maybe in the

21   contract or maybe just because we wanted to offer them

22   a couple rounds of revisions, just in case there was

23   anything that was, you know, missed in the first two.

24   So we made time, or we suggested time for up to three

25   iterations in case there were things like --



Page  423

```
 1   to Insider in which a representative for Lisa Frank

 2   made statements.

 3           Do you dispute that the representative in that

 4   e-mail is someone other than Lisa Frank herself?

 5       A    I'm sorry?

 6       Q    Are you contending -- I guess, is it your

 7   position that Lisa Frank is the representative that's

 8   quoted here in the Insider article, Exhibit 28?

 9       A    I would have no way of knowing that.

10       Q    Now the statements in here from LFI are part

11   of some of your claims.  And I want to figure out if

12   you could read that from that bold heading down to the

13   last paragraph where it starts with "a Morphe

14   representative."  And then let me know which of those

15   statements you contend were false and harmed Glamour

16   Dolls.

17       A    I disagree with the first statement that was

18   made.

19       Q    And what's that statement?

20       A    (As read):  That unfortunately Glamour Dolls

21   completely failed to live up to our agreement, which

22   includes their obligations within the Kickstarter

23   campaign, failing to manufacturer and deliver the

24   products that our fans rightfully deserved.

25           I also disagree that Lisa Frank company knows
```



MAGNA
LEGAL SERVICES

Page  424

 1  how our customers felt.  And I disagree that they did

 2  not receive what Glamour Dolls promised them either.

 3       I disagree with the statement from Morphe that

 4  they didn't have any visibility into prior

 5  collaborations or projects with other brands.

 6   Q    Anything else?

 7   A    Oh, yeah.  I disagree that (as read):

 8       After many months of pushing Glamour Dolls to

 9  live up to its contractual obligation and deliver

10  products to the fans and the retailers that ordered

11  them.

12       Yeah, I disagree with that happening.  I'm

13  unsure if they contacted the federal government.  And

14  yeah, I think those are all the things I disagree with.

15   Q    We went over the Attorney General of

16  New Jersey contacting you.  Has anyone from the federal

17  government made contact with you?

18   A    Someone purporting to be from the FBI.

19  That's, I imagine, the same person that she was

20  threatening the IT company with, contacted my attorney

21  at Seyfarth.

22   Q    And your assumption or con -- that's just

23  conjecture, right, that's it's the same person that she

24  allegedly --

25   A    It could be a different person, but somebody



Page 425

1    from the FBI called my attorney at Seyfarth.

2        Q    Got it.  So at some point in time, a person

3    identifying themselves as the FBI, as working with the

4    FBI, contacted your attorney.

5            Which attorney at Seyfarth?

6        A    Nick Rosenberg.

7        Q    And do you know approximately when that

8    occurred?

9        A    I believe it was in the fall of 2018, but I'm

10   not positive.

11       Q    And was there any follow-up between your

12   counsel and the FBI?

13       A    Yes.  Nick told him that if he contacted

14   again, it was highly inappropriate and he would file a

15   report with the FBI, and we never heard from this

16   person again.

17       Q    So what was the contact about?

18       A    That's something you would have to ask Nick.

19   He probably has notes on it.  But I believe that the --

20   the contact was to dissuade us from moving forward with

21   the lawsuit.

22       Q    And that's just assumption, conjecture; right?

23       A    I believe that's something like what Nick

24   said.

25       Q    But, again, you've never asked -- did you ever



Page 426

1    reach out to LFI and say, Hey, did you have someone

2    contact us purportedly from the FBI?

3        A    No.  My attorney told me that.

4        Q    And your attorney was in communications with

5    LFI at that time, and he also did not ask LFI about

6    that, did he?

7        A    I believe the person told him, but I'm not

8    sure.  You would have to ask him.

9        Q    So the person said I'm FBI, but I was sent by

10   LFI?

11       A    I'm not sure what the conversation was.

12       Q    Got it.  So you don't know what actually was

13   said?

14       A    No.  Just what Nick kind of told me.

15       Q    Okay.

16       A    Yeah.

17       Q    Now, you understand Insider is a company

18   separate and apart from LFI?

19       A    Insider is a company separate and apart from

20   LFI, yes.

21       Q    And the title of this article, Exhibit 28,

22   could you read that for me, please.

23       A    It's says (as read):

24            Morphe is relaunching its controversial

25   Lisa Frank makeup line with new products.



Page 468

```
 1      A    No.   That was just our bank account where we
 2  sent wires out of.
 3      Q    And Shannon writes back on April 28th, the
 4  same day, and her e-mail is at the top of 883.
 5      A    Uh-huh.
 6      Q    And she says -- she quotes from the contract
 7  and says (as read):
 8           The scheduled payments of the balance of the
 9  GMR are due on or before the date listed below.
10           And one of the dates Shannon lists from the
11  contact is 4/25/2018.
12           Did I read that correctly?
13      A    Yes.
14      Q    Okay.  And she explains that if it was an
15  earned royalty, it would be due within 30 days after
16  the quarter closes; but the advance royalties were due
17  on or before the dates outlined in the contact.  And
18  then she adds more interest for you; is that right?
19      A    That's what it looks like.
20      Q    And you thank Shannon in your e-mail back on
21  April 30th for clarifying; correct?
22      A    Yes.
23      Q    And agree to make sure it's done correctly
24  going forward?
25      A    Correct.
```



Page 469

```
 1      Q    On May 2nd, Glamour Dolls still had not made
 2  the payment; is that right?
 3      A    I might not have gotten back from Texas by
 4  that point, but it does -- it sounds like on May 2nd --
 5  I don't know.  It sounds like if I read above that, we
 6  had sent the wire and it hadn't cleared to their
 7  account yet.
 8      Q    And it's this morning on May 3rd, that's what
 9  you're top e-mail says; right?
10      A    Yes.  I tell Shannon that it looks like the
11  money had left our account -- oh, I'm sorry.  This
12  morning, May 3rd, yes.
13      Q    Okay.
14      A    That was probably the first opportunity I got
15  for --
16      Q    Well, if you look at your e-mail on Exhibit
17  38, on April 28th, which is -- or April 27th, a Friday,
18  you say you'll be in Dallas until Tuesday.  So if we
19  work that out, Saturday is the 28th, Sunday the 29th,
20  Monday the 30th, and so Tuesday would be the 1st;
21  right?
22      A    Yes, that sounds right.
23      Q    And you paid it on May 3rd?
24      A    Correct.
25      Q    I'm handing you Exhibit 39.
```



Page 470

```
 1            (Deposition Exhibit 39 was marked for

 2            identification by the court reporter.)

 3            MS. SIXKILLER:  And make sure we have this

 4   correct.  It's attachments L-1381 to LFI 1385 is

 5   Exhibit 39.

 6            Do you have that last page 1385?

 7            THE WITNESS:  1385, yes.

 8   BY MS. SIXKILLER:

 9      Q    Okay.  And this is an e-mail from Shannon to

10   you with Janice and Lisa cc'd, and it's dated May 8,

11   2018; correct?

12      A    May 4, 2018.

13      Q    May 4th?

14      A    Oh, the e-mail.

15      Q    Yes, the e-mail.

16      A    Oh, the e-mail is -- yes, May 8th.

17      Q    And she's saying that Shannon asked her to

18   forward attached information and acknowledge its

19   receipt of the wire.

20            Do you know -- let's see.  And to provide a

21   comment on samples received from Glamour Dolls;

22   correct?

23      A    Sorry.  The --

24      Q    The attached documents are comments being

25   provided by LFI to Glamour Dolls?
```



Page 588

1    Q    Well, this is internal, though; right?    I

2 mean, she's not saying she's having an issue with FTP.

3 She's essentially yelling at you.

4    A    She said the FTP one isn't correct a billion

5 times.  I'm not sure what she's referring to there, if

6 there was an artwork file that was mislabeled or that

7 was not -- I'm not sure what --

8    Q    Then maybe this will help.  I just realized I

9 have another e-mail.

10    A    If you have something else, that would be

11 helpful.

12    Q    I wasn't meaning to hold out.

13    A    No, it's okay.  I just -- and I'm trying to

14 answer.  I'm just confused as to exactly what she's --

15    Q    Well, Shana was no longer with the company a

16 couple weeks after that; correct?

17    A    Yes.  Shana did not -- we did not keep her on

18 board.

19    Q    Yeah.  So was she terminated or did she quit?

20    A    I think we terminated her.  I think -- yeah.

21 I think we terminated her.

22    Q    Is there a document that would help you

23 confirm that?

24    A    We probably sent her a termination letter some

25 place, yes.


MAGNA
LEGAL SERVICES

Page 589

```
 1              MS. SIXKILLER:  Okay.  So now let's look at 67

 2     and 68, Exhibit 68 side-by-side so we can sort this

 3     out.

 4              (Deposition Exhibit 68 was marked for

 5              identification by the court reporter.)

 6     BY MS. SIXKILLER:

 7        Q    So on your back and forth with Shana is

 8     happening on May 8th.

 9        A    Okay.

10        Q    You had sent on May 5th, updated die-lines.

11     And on May 8th, on Exhibit 68, we see Laura uploading

12     revised packaging for the bronzer and eyeshadow.  And

13     she's listing the folders in for the FTP; correct?

14        A    Okay.

15        Q    Does this help understand that what you guys

16     might be talking about here, at least as to the

17     die-lines and art, somehow is connected to the bronzer

18     and eyeshadow?

19        A    I -- yeah.  I guess what I'm reading here is

20     that Laura uploaded something to the FTP.

21        Q    Let's look at the time stamps too.  This one

22     is at 9:31 p.m.?

23        A    I don't know if everyone is on the same time

24     zones or --

25        Q    When it's produced --
```



Page 590

```
 1      A    Sure.

 2      Q    -- we're using UTC.

 3      A    Okay.

 4      Q    So here -- and then after that, Shana says

 5  (as read):

 6           Well received.  Thank you.

 7           So she's acknowledging that this point --

 8  well, let's step back.

 9           LFI would need, if there was updated die-lines

10  to be had, LFI would need that to fit it for the

11  packaging; right?  They would need that die-line for

12  the packaging to finish the artwork to upload; correct,

13  if they were revising it?

14      A    Yes.

15      Q    So here, it looks like within 30 days, they're

16  flipping it back to you; right?  Because on May 5th,

17  that minimum, you would agree, you uploaded the

18  die-lines for boxes?

19      A    I'm not sure which boxes, though.  We have --

20  we had a number of products in process.

21      Q    We just talked about the fact that it's really

22  two products at this point; right?

23      A    I said I'm not certain of that because this is

24  now May, so the campaign ended in March, April.  We

25  were conceivably starting on a number of products at
```



Page 647

```
 1      Q    But we went through a chart that showed --
 2  there was only two missing pieces of artwork earlier
 3  from your other attorneys at Seyfarth.
 4           Are you --
 5      A    This says "approved artwork," and that
 6  document from Seyfarth doesn't say that any of that
 7  artwork was approved.  We just felt that it was ready
 8  to produce.
 9      Q    If we go back to Exhibit 4 --
10      A    Yes.
11      Q    -- and all the documents --
12      A    Yes.
13      Q    -- there is talking about the only actions
14  items for Lisa Frank at that point -- post termination
15  in 2018, it's showing approved artwork.
16      A    No, no, no.
17      Q    The only two unapproved -- not lack of
18  artwork, but lack of -- let's go back through it.
19      A    Yeah.  She had not approved those products.
20  We felt that they were ready to be manufactured, but --
21      Q    So the Bronzer wasn't approved.  That --
22      A    That was not a Kickstarter product.  That was
23  an IPSY product.
24      Q    So before it was being vote.
25           Okay.  Exhibit 4, let's focus on that one.
```



Page 648

```
 1      A    It's always been an IPSY product.  We just

 2  offered it to the Kickstarter backers because of the

 3  other delays.

 4      Q    Exhibit 4, and we're going to go to -- so you

 5  would skip the first four items on the list on LFI 5291

 6  of Exhibit 4; correct?

 7      A    Exhibit 4.  Okay.  Yes.

 8      Q    And even though they're on the list for

 9  Kickstarter, you're not treating them as Kickstarter,

10  but we can agree those first four items on LFI 5291 had

11  approved artwork; correct?

12      A    LFI then withdrew approval on two of the

13  products, the Single Eyeshadow and the bronzers --

14      Q    Both --

15      A    -- and they never reapproved the new artwork

16  for them.

17      Q    So you went to -- we just went through, on

18  June 16th, how it was manufacturing making 20,000 of

19  them and they affixed the stickers.

20           So you're saying you sent it to production

21  without ever having approval from LFI?

22      A    No.  I'm saying that LFI approved them, we

23  went to production; and after we shipped them, they

24  then told us to stop distributing them; that they were

25  rescinding their approval and asked for new changes to
```



Page 649

1    the packaging because they caught some mistakes that

2    their designers had made before their approval.

3        Q    So there had been artwork approval, it's just

4    that there was a mistake found and they wanted it

5    corrected; is that right?

6        A    And they never approved the new artwork to let

7    us --

8        Q    And was new artwork submitted?

9        A    Yes.  And we had samples.

10       Q    Okay.  But you say no approvals ever in your

11   e-mail here.  And I don't want to have to go back

12   through your testimony --

13       A    So for the Kickstarter products --

14       Q    Let me --

15       A    -- there were no approvals ever.  Please name

16   one product from Kickstarter that was approved.

17       Q    Let met just go through this real quick.

18       A    Sure.

19       Q    Did you miss -- do you have any false

20   statements on the record in this deposition so far?

21   Anything you want to correct?

22       A    Not that I'm aware of.  Not that I can think

23   of off the top of my head.

24       Q    So just without calling them -- whether

25   they're Kickstarter or not --



Page 650

```
 1      A    Sure.
 2      Q    -- are you trying to say that -- let me find
 3   the other chart that we had today.  That was more
 4   detailed columns.
 5           All right.  Let's go to Exhibit 41 even on
 6   June 5, 2018.
 7      A    Sure.
 8      Q    Exhibit 41.
 9      A    Okay.
10      Q    And also pull out, please, Exhibit 46 and
11   Exhibit 48.
12      A    Okay.
13      Q    And have all three lined up in front of you,
14   please.
15      A    Okay.
16      Q    And we'll start with Exhibit 41.
17      A    Sure.
18      Q    With the attachment titled "Lisa Frank
19   Kickstarter Collection."
20      A    -- also, so this one is No. 49.
21           I'm sorry.  41.
22      Q    41.  And turn first to the attached
23   presentation prepared by Glamour Dolls.
24      A    Okay.
25      Q    That's titled "Lisa Frank Kickstarter
```



Page 718

1      I, Mimi Murray, a licensed Certified Shorthand

2   reporter, before whom the foregoing deposition was

3   taken, do hereby certify that the foregoing transcript

4   is a true and correct record of the testimony given;

5   that said testimony was taken by me stenographically

6   and thereafter reduced to writing under my direction;

7   that reading and signing was not requested; and that I

8   am neither counsel for, related to, nor employed by any

9   of the parties in this case and have no interest,

10   financial or otherwise, in its outcome.

11           IN WITNESS WHEREEOF, I have subscribed my name

12   this 6th day of September 2023.

13

14

15                  _Mimi Murray_____

                  MIMI MURRAY, CSR NO. 13985

16

17

18

19

20

21

22

23

24

25



# EXHIBIT 6

| From: | David Evered [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7A9B922084FF4A7CBFBDE203FA969847-DEVERED] |
| --- | --- |
| Sent: | 11/14/2018 8:15:32 PM |
| To: | Rosenberg, Nicholas [NRosenberg@seyfarth.com] |
| BCC: | Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]; Shannon McPhillips [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8d6a8b7a5f0401eaf67232feb69368e-shannon] |
| Subject: | RE: Glamour Dolls / LFI / Kickstarter |
| Attachments: | GD Product Status with LFI's responses 11.14.2018.pdf |
| | |
| Flag: | Follow up |

Nicholas,

Please find attached a table incorporating the information you provided, with LFI's responses. This should enable things to move forward on the Kickstarter solution but please let me know if you need additional information.

Regards
David

J. David Evered
Attorney licensed in California
In-house Counsel for Lisa Frank, Inc.

520.547.1535
devered@lisafrank.com

Privileged and Confidential communication: This message, and any attachments, is intended only for the recipient to which it is addressed and likely includes information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are on notice that any dissemination, distribution, storage, copying or other use of this message, or any attachment, is prohibited. If you have received this message in error, please delete this message, and all attachments, from your computer. Thank you.

**From:** Rosenberg, Nicholas <NRosenberg@seyfarth.com>
**Sent:** Monday, November 5, 2018 12:48 PM
**To:** David Evered <devered@lisafrank.com>
**Subject:** RE: Glamour Dolls / LFI / Kickstarter

David:

The chart sets forth the status of various deliverables owed by LF. Please let us know if you have any questions.

| Product | GD Status | LF Status |
| --- | --- | --- |
| | | |
| Angled Blush Brush | Finished, approved and shipped to KS backers. | N/A |



EXHIBIT 4
WIT: Georgotas
DATE: 8-23-23
Mimi Murray, CSR

LFI0005285

| | | |
|---|---|---|
| Blending Brush | Finished, approved and shipped to KS backers. | N/A |
| Single Eyeshadow | Finished, approved and shipped to KS backers.  Artwork since revised by GD; to be sent to LF for approval | To be sent to LF for final approval. |
| Travel Bronzer | Finished, approved and shipped to KS backers.  Artwork since revised by GD; to be sent to LF for approval | To be sent to LF for final approval. |
| Vegan Leather Bag | LF has requested "Glitter"after a couple rounds of sampling. Manufacturers have said that Vegan Leather Bags cannot be properly manufactured with glitter effect into the Vegan leather. LF then wanted to change the material, but KS backers were promised Vegan Leather. | No response from LF regarding situation. |
| Matte Lip Mousse | LF requested new sample of Rose color. Sent to LF on 6/18. | Awaiting LF approval. |
| Cat Eyeliner | GD has samples for approval but on hold pending resolution of open issues. | To be sent to LF for final approval. |
| Bold&Bright Eyeshadow Palette | GD sent LF revised die-lines 6/19 so that the artwork can be updated and the so all palette's are consistent in sizing due to the flap lining up | Awaiting LF approval. |
| Naturally Glam Eyeshadow Palette | GD sent LF revised dielines 6/19 so that all pallette's are consistent in sizing due to the flap lining up | Awaiting LF approval. |
| Wengiecorns Eyeshadow Palette | LF has never sent finished artwork for this product. They did previously send "rainbow unicorn" artwork, which GD has the artwork files for, but at one point LF said they no longer wanted to use that artwork. Please note: the revised dielines mentioned above also apply to this product. | Awaiting LF completion of artwork. |

LFI0005286

| | | |
|---|---|---|
| Unicorn Lippie | LF requested glitter coating for Unicorn. GD was in process of creating samples when LF sent termination letter.  To be sent to LF pending resolution of open issues. | To be sent to LF for final approval. |
| Lip Balm Tin | GD sent samples. LF requested the tin didnt fit as snug in the outer packaging. GD sent updated specs  for the outer packaging 6/5. In addition, LF says that the tin needs to be glossier and with more vibrant colors.The factory advised that high shine gloss finish has already been applied and that the print guide provided by LF is for paper printing and does not provide instruction for this substrate.  LF requested that we change the Purple color of the lip balm formula and add glitter. Kickstarter backers voted on and chose the color (as discussed) so GD is hesistant to do this, but can arrange for new formula if absolutely necessary. | Awaiting response from LF on new specs.  GD advised LF that shiny tin not possible per factory but awaiting LF response. |
| Nail Polish Set | GD sent nail polish colors samples to LF. GD has box to send pending resolution of open issues. | Awaiting LF approval. |
| Highlight Shimmer Powder | GD has sent 3 different samples to LF over the course of the year. GD prepared to send new samples pending resolution of open issues. | To be sent to LF for final approval. |

**Nicholas Rosenberg** | Associate | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-5378
nrosenberg@seyfarth.com | www.seyfarth.com


**Seyfarth**

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

**From:** David Evered <devered@lisafrank.com>
**Sent:** Thursday, October 11, 2018 6:06 PM
**To:** Rosenberg, Nicholas <NRosenberg@seyfarth.com>
**Subject:** RE: Glamour Dolls / LFI / Kickstarter

Nick,

LFI0005287

First, Glamour Dolls' attempt to shift blame for its problems in supplying product to the backers of its Kickstarter campaign by alleging omissions by LFI in designing or approving products is refuted by LFI. The record of the communications between the parties shows that Glamour Dolls struggled with communicating, staff issues and with die lines and color issues, all of which contributed to delays in the process. The history will speak for itself but LFI is mindful of the predicament of the Kickstarter backers and, as LFI has said, is willing to try and work in good faith with Glamour Dolls so that Glamour Dolls can meet those backers' expectations. I suggest that we all focus on that goal.

To move things forward please provide us with details of:

1)      Any artwork/product submitted by Glamour Dolls to LFI for approval that Glamour Dolls maintains has <u>not</u> been addressed or approved by LFI. This will enable LFI to either identify any such artwork or product for which it owes Glamour Dolls a response, or to identify for you LFI's unanswered response to Glamour Dolls. This should enable the parties to communicate and resolve issues about that particular product or artwork; and
2)      any specific artwork that Glamour Dolls maintains it requested from LFI and about which it has received no response from LFI.
These matters need to be addressed before any others and as soon as possible. Glamour Dolls ought to be able to provide these details right away given its well-publicized complaints. LFI will respond concerning each product or item of artwork identified by Glamour Dolls.

LFI is not sure what Glamour Dolls means by "unearned prepaid royalties". The 2016/7 license agreement provided for a guaranteed minimum royalty to be paid by the licensee as a guaranteed fee for the issuance of the license with the opportunity to the licensee to set royalties accrued for actual sales against that GMR. Glamour Dolls received the right to use LFI artwork and trademarks for the manufacture and sale of its products exactly as it had bargained for. Further Glamour Dolls still owes LFI a Guaranteed Minimum Royalty payment under the terms of its 2017/8 License.

Finally, LFI has noted that Glamour Dolls is offering for sale on Kickfurther a Lisa Frank eye shadow product. As Glamour Dolls is no longer a licensee of Lisa Frank, Inc. this use of Lisa Frank artwork is no longer authorized, and the product should be withdrawn from sale immediately.

LFI is amenable in principle to issuing a joint statement concerning the Kickstarter matter and to agreeing terms of settlement to resolve outstanding issues between the parties. As Glamour Dolls blames hold ups in the design and approval process for its inability to fulfil the Kickstarter orders let us address that first and please have Glamour Dolls provide the details requested.

In the meantime, Lisa Frank, Inc. reserves and does not waive all its rights and remedies.

I look forward to hearing from you with the details requested so that we can move forward.

Regards,
David

J. David Evered
Attorney licensed in California
In-house Counsel for Lisa Frank, Inc.

520.547.1535
devered@lisafrank.com

Privileged and Confidential communication: This message, and any attachments, is intended only for the recipient to which it is addressed and likely includes information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are on notice that any dissemination, distribution, storage, copying or other use of this message, or any attachment, is prohibited. If you have received this message in error, please delete this message, and all attachments, from your computer. Thank you.

**From:** Rosenberg, Nicholas <NRosenberg@seyfarth.com>
**Sent:** Monday, October 8, 2018 5:42 AM
**To:** David Evered <devered@lisafrank.com>
**Subject:** Glamour Dolls / LFI / Kickstarter

David -

Our client was relieved to hear that LFI is also eager to promptly and completely take steps to finish the Kickstarter campaign and deliver the products that were ordered. If our client was not waiting for LFI to complete and approve artwork in accordance with the License Agreement and had not paid the proceeds from the campaign to LFI in the form of prepaid royalties (in addition to other unearned royalties which LFI forced it to pay), it would surely have fulfilled the orders long ago. Unfortunately, Glamour Dolls has been held up by LFI's design and approval process. Even if LFI had been cooperative with finalizing the artwork, it would be financially unable to manufacture and deliver the products because the prepaid royalties which LFI demanded to renew the License Agreement have created significant cash flow concerns.

Consequently, while Glamour Dolls would love nothing more than to unilaterally fulfill the Kickstarter orders, it cannot, and can only do so with LFI's full cooperation. Glamour Dolls will be able to fulfill the orders if LFI takes the following steps which would be memorialized in a definitive settlement and release agreement:

**1)      Approve all artwork which has been previously submitted to LFI based on the product selection last provided to LFI by Glamour Dolls (product, packaging, materials, etc.) within 30 days of execution of settlement agreement;**

**2)      Complete any artwork which Glamour Dolls has already requested from LFI within 15 days at no additional cost to Glamour Dolls, such that the final product, packaging and materials will be approved within 30 days of execution of settlement agreement;**

**3)      Pay Glamour Dolls an amount equal to all unearned prepaid royalties received by LFI upon execution of the settlement agreement , which amount will be used by Glamour Dolls to pay all costs in connection with fulfilling the Kickstarter orders; and**

**4)      Jointly with Glamour Dolls issue a statement to the Kickstarter backers (which statement will be mutually approved by both LFI and Glamour Dolls) which (i) expresses regret for the current situation, (ii) explains the steps which LFI and Glamour Dolls are taking to remedy the situation and (iii) offers Kickstarter backers the opportunity to get a full refund. This statement will be issued by no later than Friday, October 12, 2018.**

In consideration for LFI undertaking the foregoing steps, Glamour Dolls will do the following:

**1)      Fulfill all Kickstarter orders;**

**2)      Pay all costs for production, freight, etc. incurred in connection with fulfilling the orders;**

**3)      Following completion of product delivery to the Kickstarter backers, pay to LFI earned royalties on all Kickstarter sales; and**

**4)      Manage all communications with Kickstarter backers.**

Should LFI agree to the foregoing terms, Glamour Dolls is willing to enter into a Settlement and Release Agreement which includes the following mutual terms:

**1)      A product delivery schedule committing both LFI and Glamour Dolls to complete the Kickstarter campaign;**

**2)      Termination of the relationship between LFI and Glamour Dolls following completion of product delivery to the Kickstarter backers;**

**3)      A mutual release of all claims that may exist between LFI and Glamour Dolls; and**

LFI0005289

**4)    Mutual non-disparagement.**

We hope that LFI will agree to the above proposal. By doing so, LFI would put both Glamour Dolls and LFI in a position to address the concerns of our disappointed fans. Glamour Dolls believes that it can complete full delivery of the Kickstarter products within 120 days of mutual agreement, at which time both parties will be free to move forward as they wish.

If the proposal is acceptable, please let us know not later than the close of business on <u>Friday, October 5, 2018,</u> and we will promptly prepare an agreement reflecting the above terms and draft a statement to the Kickstarter backers for LFI's review and approval. However in the event that LFI is not willing to enter into an agreement, Glamour Dolls is prepared to take steps in order to (i) assert its rights under the License Agreement and (ii) protect its reputation and brand. Accordingly, none of the foregoing shall be construed as a waiver of any of our client's rights, at law or at equity, all of which are expressly reserved.

We hope that you will seriously consider this offer.  To that end, I am happy to discuss this in order to reach a mutually beneficial resolution.

Nick

**Nicholas Rosenberg** | Associate | Seyfarth Shaw LLP
975 F Street, N.W. | Washington, DC 20004
Direct: +1-202-828-5378
nrosenberg@seyfarth.com | www.seyfarth.com

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.

LFI0005290

| Product | GD Status | GD comment on LF Status | LFI RESPONSES |
|---|---|---|---|
| Angled Blush Brush | Finished, approved and shipped to KS backers. | N/A | Numerous KS backers have posted on the KS website that they did not receive this product. |
| Blending Brush | Finished, approved and shipped to KS backers. | N/A | Numerous KS backers have posted that they did not receive this product. |
| Single Eyeshadow | Finished, approved and shipped to KS backers. Artwork since revised by GD; to be sent to LF for approval | To be sent to LF for final approval. | Artwork completed and uploaded as approved on 11/28/17.<br><br>Many KS backers have posted that they did not receive these products. |
| Travel Bronzer | Finished, approved and shipped to KS backers. Artwork since revised by GD; to be sent to LF for approval | To be sent to LF for final approval. | Why would GD revise art on a completed and approved product that has already been shipped? |
| Vegan Leather Bag | LF has requested "Glitter" after a couple rounds of sampling. Manufacturers have said that Vegan Leather Bags cannot be properly manufactured with glitter effect into the Vegan leather. LF then wanted to change the material, but KS backers were promised Vegan Leather. | No response from LF regarding situation. | LF responded on 5/4/2018 by requesting a glitter vinyl material. LF pointed out that glitter vinyl is vegan because it is not leather. |
| Matte Lip Mousse | LF requested new sample of Rose color. Sent to LF on 6/18. | Awaiting LF approval. | Artwork completed and uploaded on 9/3/2017. Then GD changed the scope of work from 1 color to 5 colors. Artwork completed and uploaded on 1/18/2018. Then GD changed the scope of work from 5 colors (*Forever Young, Pawsitively Wild, Make Believe, Teddy Snuggles, Kiss and Makeup*) to 2 new colors (*Forever Young* and *Kiss and Makeup* in different shades.). Artwork completed and uploaded on 5/10/2018 for the 2 new colors. Although these were not approved LF colors, GD stated that they had open orders for these products.<br>LF is unaware of a "Rose" color and did not request a sample. LFI received a Chanel No7 Lip gloss from GD in June 2018 but has not responded as LFI does not know what this is for.<br>Since KS is given one color to choose from, GD should select from the 2 completed colors, the revised shades of Forever Young or Kiss and Makeup to move this forward. |

LFI0005291

| | | | |
|---|---|---|---|
| Cat Eyeliner | GD has samples for approval but on hold pending resolution of open issues. | To be sent to LF for final approval. | Artwork completed and uploaded on 1/25/2018. LFI requests that GD immediately send samples for approval for Kickstarter purposes only, to aid resolution of the Kickstarter situation. |
| Bold&Bright Eyeshadow Palette | GD sent LF revised die-lines 6/19 so that the artwork can be updated and the so all palettes are consistent in sizing due to the flap lining up | Awaiting LF approval. | LFI revised the artwork on 9/25/2017, 11/16/2017, 11/30/2017, 1/15/2018, 3/23/2018, 5/10/2018. GD thus now has **6** versions of this artwork. LFI received revised die lines on 6/19, but GD stated (see attached email) that that the factory could work with the existing die lines. If in fact GD needs to work with the new die lines and requires approval, for the purpose of resolving the Kickstarter situation please confirm, but LFI cannot carry out any further artwork for this product for free. |
| Naturally Glam Eyeshadow Palette | GD sent LF revised dielines 6/19 so that all palettes are consistent in sizing due to the flap lining up | Awaiting LF approval. | |
| Wengiecorns Eyeshadow Palette | LF has never sent finished artwork for this product. They did previously send "rainbow unicorn" artwork, which GD has the artwork files for, but at one point LF said they no longer wanted to use that artwork. Please note: the revised dielines mentioned above also apply to this product. | Awaiting LF completion of artwork. | On 4/15/2018 GD stated that they were sourcing new colors for this product. LFI has never received the new colors from GD, and therefore LFI could not complete the artwork. LFI suggests that GD provide the new colors as soon as possible for the purposes of resolving the Kickstarter matter. |
| Unicorn Lippie | LF requested glitter coating for Unicorn. GD was in process of creating samples when LF sent termination letter. To be sent to LF pending resolution of open issues. | To be sent to LF for final approval. | Artwork completed and uploaded on 9/3/2017. LFI cannot approve the product as LFI has not received revised samples from GD. LFI suggests that GD provide the revised samples as soon as possible for the purposes of resolving the Kickstarter matter. |
| Lip Balm Tin | GD sent samples. LF requested the tin didn't fit as snug in the outer packaging. GD sent updated specs for the outer packaging 6/5. In addition, LF says that the tin needs to be glossier and with more vibrant colors. The factory advised that high shine gloss finish has already been applied and that the print guide provided by LF is for paper printing and does not provide instruction for this substrate. LF requested that we change the Purple color of the lip balm formula and add glitter. Kickstarter backers voted on and chose the color (as discussed) so GD is hesitant to do this but can | Awaiting response from LF on new specs. GD advised LF that shiny tin not possible per factory but awaiting LF response. | Our printing technique can be used on tin; our puzzle licensee, Cardinal, has been successfully printing Lisa Frank art on tin for many years. We do not provide technical instructions. We are the licensee, not the manufacturer.<br><br>Artwork completed and uploaded on 9/3/2017. Received sample May 2018. Advised GD that the die line was too small and needed to be fixed. GD sent revised die line on 5/26/2018 but were unsure if this revision was accurate and would confirm with the factory. LFI never received confirmation if the revised die line was accurate, therefore LFI could not complete the revised artwork or approve the product. LFI suggests that GD provides the necessary information re factory confirmation concerning the revised die line, so this can move forward for resolving the Kickstarter matter. |

LFI0005292

| | arrange for new formula if absolutely necessary. | | |
|---|---|---|---|
| Nail Polish Set | GD sent nail polish colors samples to LF. GD has box to send pending resolution of open issues. | Awaiting LF approval. | LFI has not been able to complete the artwork because GD has not provided a die line for this product. LFI invites GD to do so solely for the purpose of resolving the Kickstarter matter. |
| Highlight Shimmer Powder | GD has sent 3 different samples to LF over the course of the year. GD prepared to send new samples pending resolution of open issues. | To be sent to LF for final approval. | GD advised LFI they were unhappy with the quality of the product and to disregard any samples that LFI had received. LFI is unable to complete the artwork or approve the product as LFI has not received a confirmed sample or die line from GD. LFI invites GD to do so solely for the purpose of resolving the Kickstarter matter. |

LISA FRANK, INC. 11-14-2018

# EXHIBIT 7

| | |
|---|---|
| **From:** | Shannon McPhillips [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D8D6A8B7A5F0401EAF67232FEB69368E-SHANNON] |
| **Sent:** | 5/12/2018 7:37:31 AM |
| **To:** | Janice Ross [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b651ad9b2ce74ca3961d28aaaa019757-jross] |
| **CC:** | Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa] |
| **Subject:** | JANICE: Glamour Dolls Recap |
| **Attachments:** | Glamour Dolls Recap.docx |

Janice,

Please see attached for our recap of issues with Glamour Dolls. Some of the language is goofy as Laura helped ☺

Thank you!


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com

**EXHIBIT** 7
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

Confidential

Glamour Dolls "GD" Recap

- Contract signed June 2016.
- July 1, 2016- Lisa introduces GD to her former manufacturing manager in China who can help them with production.
- July 14, 2016- Peter reaches out to LF regarding the first 2 products- a blending brush and a blush brush for Ipsy.
- We immediately upload artwork. GD makes an attempt at creating the art for the brush and it is terrible.
- July 25, 2016- We created the art for the brushes and upload to GD.
- October 2016- Lisa went to Ipsy with Peter. They were huge LF fans. Lisa also went to Kickstarter with Peter, who were also big LF fans. Peter needed Lisa to meet with these companies because he couldn't sell them on his own. Lisa also spends a painful 4 hours trying to train a GD artist.
- December 2016- Peter hires Videorise to make a promotional video to promote the Kickstarter campaign. They ask us for assets and we have one initial call. The video is completely off brand. It is an embarrassment and we can't have our name on it. We suggest that they hire an influencer to promote the launch.
- January 25, 2017- LF reaches out to Kandee Johnson to be the influencer to promote the Kickstarter launch. LF met Kandee at the 2016 Licensing Expo. Kandee is a YouTube make-up celebrity and a big LF fan. Kandee's agent confirms right away and GD pays a fee to Kandee. LF rushes to overnight samples and talking points for the video and does not bill GD.
- Peter has completely unrealistic deadlines. He thinks that the Kickstarter campaign will be launched 1 week after Kandee completes the video.
- At the last minute, GD asks LF to answer interview questions for the Kickstarter campaign, create a banner for the Kickstarter website, and approve all the copy. We are rushed to complete everything in the matter of a few days.
- The Kickstarter campaign does not actually launch for another 2 weeks after we've given everything to GD.
- February 16, 2017- Kickstarter campaign launches- Estimated delivery date for the 2 brushes is April 2017. Estimated delivery for all other products is September 2017:
  - Digital Background
  - Lip Balm
  - Matte Mousse
  - Liquid Eyeliner
  - Unicorn Lippie
  - Highlighter
  - Majestic Makeup Bag
  - Markie's Magical Mani Three Piece Set
  - Naturally Glam Trapper Keeper Eyeshadow Palette
  - Bold & Bright Trapper Keeper Eyeshadow Palette
  - Mystery Trapper Keeper Eyeshadow Palette
  - Unicorn Angled Blush Brush
  - Unicorn Crease Brush
  - Mini Travel Bronzer
  - Single Eyeshadow
- To date, GD has only shipped the 2 brushes to the Kickstarter supporters.
- LF fans are complaining online about GD's delays. This is hurting our brand and business.
  [ HYPERLINK "https://www.youtube.com/watch?v=NoyfOhJI1B4&app=desktop" ]
  [ HYPERLINK "https://www.youtube.com/watch?v=a1_hac91_Ys&app=desktop" ]
- It was clear that Peter did not understand how manufacturing works. His timelines were wildly unrealistic (he thought we could give him art in November and have products in stores for Holiday a month later!). He is completely inexperienced and has no clue what is involved.
- Once the campaign is launched, GD goes off on a tangent and posts to Kickstarter without getting our approval. All the copy was goofy and we never got to read anything prior to it being posted.

Confidential

- GD conducts a Facebook live video without our approval promoting the collaboration. It was shot in someone's house with a poor-quality camera, sound, a sheet hanging as a back drop and you could see people walking back and forth behind the sheet. The video was high school amateur quality at best.
- Anything that looks good on the campaign was done by LF.
- Once LF promotes the campaign on social media and there is a ton of buzz in the press. We end up with 5,935 backers pledging a total of $370,063. The campaign was successful because of Lisa's brand. At the time, no one knew who GD was. Our Kickstarter campaign is the largest accessory campaign in the history of Kickstarter.
- March 2017- Peter forwards an e-mail recapping their call with Nordstrom about the LF product line. The e-mail states that although Nordstrom just wanted LF products, GD convinced them to purchase GD products as well to be included in the LF display, taking away from LF sales. GD was clearly using the Lisa Frank brand to promote their own company and hurting us in the process. Nothing has materialized.
- April 2017-Rina Raphael from Fast Company magazine reaches out with interview questions for LF. We respond quickly. The article is published in November of 2017 and focuses completely on Glamour Doll's founder, Jess Romano
  [ HYPERLINK "https://www.fastcompany.com/40493102/the-second-coming-of-lisa-frank" ]
- Every paragraph in the article starts with Jessica Romano. There are untrue facts. For example, we did not start licensing 10 years ago. The article reads like it is such an achievement that GD could get the "notoriously elusive and private LF". They put words in Lisa's mouth and include inaccurate quotes from Lisa such as "I do think my designs are timely" and because LF folders sell on eBay for $1,000 Lisa finds this "flattering but a less than desirable experience". The article gives the impression that we are so difficult to track down and GD is so wonderful. LF is lucky to have this collaboration. It makes Lisa and the brand look bad.
- We ask Peter to get the article changed or taken down. To date, nothing has happened.
- Summer 2017- Peter talks about doing another campaign called Indiegogo. It is a year later and he still hasn't come out with the campaign.
- September 2017- Lisa and Forrest spend 10 days in Greece with Peter (what a nightmare this was, but that's for a glass of wine). They did a ton of product shopping. Lisa found facemasks packaged in adorable rainbow "k-cups". Peter said he knew had to make them and would get started on them right away upon their return. Lisa has asked Peter about this item more than half a dozen times and he always says that he's "working on it".
- At this time, we realized that our standard online royalty rate (20%) was not present in the GD agreement. GD was making tons of money off the Kickstarter campaign selling online. We were doing all the work and only making 15%.
- We told GD that we would not move forward with Indiegogo or any other campaigns unless they agreed to add the 20% term to their contract.
- Every quarter Peter sends his royalty report late. We must chase him down in order to get the report. Once we receive the report we have to chase him down for the payment.
- It took several weeks to be paid the advance on the new contract that was signed at the end of 2017. The contract was signed on 12-12-17 but they did not have the money to pay the advance. It was paid in multiple payments, the last of which was not received until mid-January. Obviously, Peter is financially undercapitalized.
- Due to Peter's lack of knowledge, Lisa has coached Peter through everything. Peter did not even know what a die line was. LF was creating all the die lines, doing all the artwork, creating website content, editing copy. Lisa even looked at Portfolios and tried to help Peter hire an artist.
- The GD staff has turned over many times. We are constantly being introduced to a new team and then a couple of weeks later, those people are gone.
- We recently found out that GD is crowdsourcing **additional** funds online in order to get the money to manufacture the Kickstarter products. Apparently, they have run several campaigns through this website and have very mixed reviews. They are also sharing purchase order information involving LF products with the public. The PO that they are trying to fund was supposed to deliver in February 2017. The total for the PO is $757,500 and the total raised so far is $165,769.

LFI0006940

[ HYPERLINK "https://www.kickfurther.com/coop/glamour-dolls-x-lisa-frank-exclusive---100-pre-sold-inventory" ]

- We also recently learned that the exact same Unicorn Lip Balm product which we have spent hours commenting on and helping Peter to get right, is being sold on Hot Topic.com. This was the first product that Peter showed Lisa in the summer of 2016. It is an open stock mold. Lisa has spent hours teaching Peter how to paint the lippie, including 4 hours in toy stores in Greece.

[ HYPERLINK "https://www.hottopic.com/product/unicorn-molded-lip-gloss/11108404.html" ]

Confidential

LFI0006941

# EXHIBIT 8

**From:** Laura Crawford [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FF11F67A65E5430986E627778C014340-LAURA]

**Sent:** 2/1/2018 3:15:09 AM

**To:** Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]; Laura Crawford
[/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]

**Subject:** Glamour Dolls Royalty Reports 2017

**Attachments:** Glamour Dolls Q 1 2017.xlsx; Glamour Dolls Q 2 2017.xlsx; Glamour Dolls Q 3 2017.pdf; Glamour Dolls Q 4 2017.xlsx

**Importance:** High

EXHIBIT 33
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

This document Glamour Dolls Q 1 2017.xlsx is being produced as Native.

Confidential

**Quarter: 4**
**Year: 2016**

<div align="right">

**Quarterly Royalty Report**
**Lisa Frank, Inc.**

</div>

**Licensee :**
**Glamour Dolls Makeup**
**721 John Street**
**Secaucus, NJ 07094**


**Email address: finance@glamourdollsmakeup.com**
**Phone number: 201-345-3292**
Peter@glmaourdollsmakeup.com


**Any items sold as an assortment or a combination of more than one product must be detailed by desig**

| Customer | Country | SKU # | Description |
|----------|---------|-------|-------------|
| IPSY | USA | LFB-001 | April IPSY Bag |
| www.GlamourDollsMakeup.com | USA | LFB-001 | Brush Presale |
| Kick Starter | USA | KS Collection | |

**Date: April 19, 2017**

**Royalties and Reports
are due no later
than 30 days after
the end of the
quarter.**

ɔn/product number individually

| Gross Units | Unit Price | | Gross Revenues | Return Units | Return Revenues | | Net Units | Net Revenues | |
|---|---|---|---|---|---|---|---|---|---|
| 1,515,000 | $ | 0.48 | $ 727,200.00 | - | $ | - | 1,515,000 | $ | 727,200.00 |
| 5,328 | $ | 4.99 | $ 26,586.72 | - | $ | 99.21 | 5,328 | $ | 26,685.93 |
| - | | | $ 316,225.01 | - | $ | - | - | $ | 316,225.01 |
| - | | | $ - | - | $ | - | - | $ | - |
| - | | | $ - | - | $ | - | - | $ | - |
| - | | | $ - | - | $ | - | - | $ | - |
| - | | | $ - | - | $ | - | - | $ | - |
| 1,520,328 | | | $ 1,070,011.73 | - | $ | 99.21 | 1,520,328 | $ | 1,070,110.94 |

| Royalty | Rate | |
|---|---|---|
| $ 109,080.00 | 15.0% | |
| $ 5,337.19 | 20.0% | |
| $ 63,245.00 | 20.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ 177,662.19 | 16.6% | |

**Quarter: 2**                                    **Quarterly Royalty Report**
**Year: 2017**                                         **Lisa Frank, Inc.**


**Licensee :**
**Glamour Dolls Makeup**
**721 John Street**
**Secaucus, NJ 07094**


**Email address: finance@glamourdollsmakeup.com**
**Phone number: 201-345-3292**
**Peter@glmaourdollsmakeup.com**


**Any items sold as an assortment or a combination of more than one product must be detailed by desig**

| Customer | Country | SKU # | Description |
|----------|---------|-------|-------------|
| www.GlamourDollsMakeup.com | USA | LFB-001 | Brush |
| www.GlamourDollsMakeup.com | USA | LFB-002 | Blending Brush |
| www.GlamourDollsMakeup.com | USA | LFT-003 | Wengie Trapper Keeper |
| Backerkit | USA | | |
| Unicorn Crate Inc. | USA | | |

**Date: July 26, 2017**

**Royalties and Reports
are due no later
than 30 days after
the end of the
quarter.**

**ɹn/product number individually**

| Gross Units | | Unit Price | | Gross Revenues | Return Units | | Return Revenues | Net Units | | Net Revenues |
|---|---|---|---|---|---|---|---|---|---|---|
| 3,061 | $ | 4.99 | $ | 15,274.39 | - | $ | - | 3,061 | $ | 15,274.39 |
| 617 | $ | 4.99 | $ | 3,078.83 | - | $ | - | 617 | $ | 3,078.83 |
| 478 | $ | 9.99 | $ | 4,775.22 | - | $ | - | 478 | $ | 4,775.22 |
| - | | | $ | 112,931.00 | - | $ | - | - | $ | 112,931.00 |
| 65 | $ | 2.00 | $ | 130.00 | - | $ | - | 65 | $ | 130.00 |
| 4,221 | | | $ | 136,189.44 | - | $ | - | 4,221 | $ | 136,189.44 |

| Royalty | Rate | |
|---|---|---|
| $ 3,054.88 | 20.0% | |
| $ 615.77 | 20.0% | |
| $ 955.04 | 20.0% | |
| $ 22,586.20 | 20.0% | |
| $ 19.50 | 15.0% | |

| | |
|---|---|
| $ 27,231.39 | |

Quarter 3
Year: 2017

Date: October 25, 2017

Royalties and Report are due no later than 30 days after the end of the quarter.

Quarterly Royalty Report
Lisa Frank, Inc.

Licensee:
Glamour Dolls Makeup
224 Lorraine Ave.
Montclair, NJ 07043

Email address: finance@glamourdollsmakeup.com
Phone number: 201-345-3292
Peter@glamourdollsmakeup.com

Any items sold as an assortment or a combination of more than one product must be detailed by design/product number individually

| Customer | Country | SKU # | Description | Gross Units | Unit Price | Gross Revenue | Return Units | Return Revenue | Net Units | Net Revenue | Royalty | Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| www.GlamourDollsMakeup.com | USA | LFB-001 | Blending Brush | 1,032 | $ 4.99 | $ 5,149.68 | - | $0.00 | 1,032 | $ 5,070.23 | $ 1,014.05 | 20.00% |
| www.GlamourDollsMakeup.com | USA | LFB-002 | Blush Brush | 703 | $ 4.99 | $ 3,507.97 | - | $0.00 | 703 | $ 3,441.43 | $ 688.29 | 20.00% |
| Get4Beauty | USA | LFB-001 | Blending Brush | 185 | $ 5 | $ 925.00 | - | $0.00 | 185 | $ 925.00 | $ 185.00 | 20.00% |
| Get4Beauty | USA | LFB-002 | Blush Brush | 108 | $ 5 | $ 540.00 | - | $0.00 | 108 | $ 540.00 | $ 108.00 | 20.00% |
| Dolls Kill | USA | LFB-001 | Blending Brush | 500 | $ 2.25 | $ 1,125.00 | - | $0.00 | 500 | $ 1,125.00 | $ 168.75 | 15.00% |
| Dolls Kill | USA | LFB-002 | Blush Brush | 500 | $ 2.25 | $ 1,125.00 | - | $0.00 | 500 | $ 1,125.00 | $ 168.75 | 15.00% |
| | | | | 3,028 | | $ 12,372.65 | | $0.00 | 3,028 | $ 12,226.66 | $ 2,332.83 | |

LFI0002005

Confidential

This document Glamour Dolls Q 4 2017.xlsx is being produced as Native.

Confidential

Quarter 4
Year: 2017

Licensee:
Glamour Dolls Makeup
224 Lorraine Ave.
Montclair, NJ 07043

Email address: finance@glamourdollsmakeup.com
Phone number: 201-345-3292
Peter@glamourdollsmakeup.com

Quarterly Royalty Report
Lisa Frank, Inc.

Date: December 31, 2017

Royalties and Report
are due no later than
30 days after the end of the
quarter.

Any items sold as an assortment or a combination of more than one product must be detailed by design/product number individually.

| Customer | Country | SKU # | Description | Gross Units | Unit Price | Gross Revenue | Return Units | Return Revenue | Net Units | Net Revenue | Royalty | Rates |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| www.GlamourDollsMakeup.com | USA | LFB-001 | Blending Brush | 831 | $ 4.99 | $ 4,146.69 | - | $0.00 | 831 | $ 4,034.96 | $ 806.99 | 20.00% |
| www.GlamourDollsMakeup.com | USA | LFB-002 | Blush Brush | 677 | $ 4.99 | $ 3,378.23 | - | $0.00 | 677 | $ 3,309.15 | $ 661.83 | 20.00% |
| Hot Topic | USA | LFB-002 | Blending Brush | 951 | $ 2 | $ 1,902.00 | - | $0.00 | 951 | $ 1,902.00 | $ 285.30 | 15.00% |
| Hot Topic | USA | LFB-001 | Blush Brush | 5406 | $ 2 | $ 10,812.00 | - | $0.00 | 5406 | $ 10,812.00 | $ 1,621.80 | 15.00% |
| Hot Topic | USA | LFE-001 | Bronzer | 300 | 1.8 | $ 540.00 | - | $0.00 | 300 | $ 540.00 | $ 81.00 | 15.00% |
| Hot Topic | USA | LFE-002 | Stargazing Shimmer Eyeshadow | 180 | 1.8 | $ 324.00 | - | $0.00 | 180 | $ 324.00 | $ 48.60 | 15.00% |
| Hot Topic | USA | LFE-004 | Heartthrob Matte Eyeshadow | 180 | 1.8 | $ 324.00 | - | $0.00 | 180 | $ 324.00 | $ 48.60 | 15.00% |
| GenBeauty | USA | LFB-002 | Blush Brush | 108 | 5 | $ 540.00 | - | $0.00 | 108 | $ 540.00 | $ 108.00 | 20.00% |
| Dolls Kill | USA | LFB-001 | Blending Brush | 490 | 2.25 | $ 1,102.50 | - | $0.00 | 490 | $ 1,102.50 | $ 165.38 | 15.00% |
| Dolls Kill | USA | LFB-002 | Blush Brush | 550 | 2.25 | $ 1,237.50 | - | $0.00 | 550 | $ 1,237.50 | $ 185.63 | 15.00% |
| Ipsy | USA | LFE-002 | Stargazing Shimmer Eyeshadow | 4040 | 0.625 | $ 2,525.00 | - | $0.00 | 4040 | $ 2,525.00 | $ 378.75 | 15.00% |
| Ipsy | USA | LFE-002 | Stargazing Shimmer Eyeshadow | 303000 | 0.5 | $ 151,500.00 | - | $0.00 | 303000 | $ 151,500.00 | $ 22,725.00 | 15.00% |
| Ipsy | USA | LFE-004 | Heartthrob Matte Eyeshadow | 454500 | 0.5 | $ 227,250.00 | - | $0.00 | 454500 | $ 227,250.00 | $ 34,087.50 | 15.00% |
| Ipsy | USA | LFZ-001 | Bronzer | 4040 | 0.625 | $ 2,525.00 | - | $0.00 | 4040 | $ 2,525.00 | $ 378.75 | 15.00% |
| Ipsy | USA | LFB-001 | Blush Brush | 4040 | 0.625 | $ 2,525.00 | - | $0.00 | 4040 | $ 2,525.00 | $ 378.75 | 15.00% |
| Ipsy | USA | LFB-002 | Blending Brush | 4040 | 0.625 | $ 2,525.00 | - | $0.00 | 4040 | $ 2,525.00 | $ 378.75 | 15.00% |
| Ipsy | USA | LFZ-001 | Bronzer | 757500 | 0.5 | $ 378,750.00 | - | $0.00 | 757500 | $ 378,750.00 | $ 56,812.50 | 15.00% |
| | | | | 1,540,833 | | $ 791,906.92 | . | $0.00 | 1,540,833 | $ 791,726.11 | $ 119,153.12 | |

# EXHIBIT 9

**From:** Shannon McPhillips [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D8D6A8B7A5F0401EAF67232FEB69368E-SHANNON]
**Sent:** 5/8/2018 6:08:17 PM
**To:** Peter Georgotas [peter@glamourdollsmakeup.com]
**CC:** Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]; Janice Ross
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=b651ad9b2ce74ca3961d28aaaa019757-jross]
**Subject:** GLAMOUR DOLLS: Comments & Invoice
**Attachments:** GlamourDolls_Comments050418.pdf; GD Invoice 100105 5.4.2018.pdf

Peter,

Janice asked me to forward the attached information to you.

We received your wire on Friday.

Attached are the comments on the samples we received on 4/19. Please note, the cosmetic bag is not approved and will need to be resampled.

We've made revisions to the 2 lip mousses and the 2 eyeshadow pallets. We will upload the working files once the attached invoice is paid.

Thank you,


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com



EXHIBIT 39
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

Confidential

LFI0001381

5/4/18 Glamour Dolls Makeup Comments

<u>**Single Eyeshadow & Bronzer**</u>

1. Logos on side panels are right side up ✓
2. See below for back of the eyeshadows.
   Please make sure all text is centered in the square area.
3. Update the "Picnic Shimmer Eyeshadow" text on the back
   To dark purple (75c/100m) or (PMS 266C)





Update Text Color-
75c/100m or PMS 266C

<u>**Unicorn Lippie**</u>
Packaging Layout looks good

Confidential

## Cosmetic Bag

1. The bag and zipper tag can't be matte. Print on a shiny glitter vinyl. The colors are not printing bright due to the material of the bag.
2. The pink ink is wrong-its too red. Please use LF approved inks only.
3. Shift the front panel art just a little bit, as shown in the image below.



Move art area up just a little, but make sure the wing doesn't get cropped off.
We want to give a little more breathing room for the bottom hoof.

4. The interior looks fun!
5. The zipper tag is cute but we found a few issues. The edges are messy and getting on the printed art- see circled area on the left image below. Please make sure edges are clean. The back mirror die line is getting printed. Do not print the dotted die line.



DO NOT PRINT
DOTTED DIE LINE

LFI0001383

**Lip Mousses**

Revised Spec - Please use this version going forward, updates explained below:

1. Updated the lips on the top of the box so that it faces the customer when you open the lid.
2. Updated the swatch on the bottom of "Kiss & Makeup"- lightened the color and added shimmer so it is more accurate to the lip mousse color.
3. Confirming colors:

Forever Young- Chrome Cap & Logo: PMS Cyan C (Cyan Blue)

Kiss & Makeup- Chrome Cap & Logo: PMS 266 C (Purple)

**Eyeshadow Pallets**

Revised Spec - Please use this version going forward, updates explained below:

A. **Kitten Roses**
1. Updates on file:
   * Adjusted text on the back so highlights don't get washed out
   * Enlarged the inside color swatch names to be larger (they are hard to read)
2. On the back of the box, the social media info did not print! See area indicated below. Reference art file.

B. **Forrest**
3. Updates on file:
   •Updated the back yellow & pink swatches to have a more glitter effect to match the actual eyeshadow sample • Enlarged the inside color swatch names to be larger (they are hard to read)
4. On the inside of the palette, center the background between the 2 eyeshadow pockets (see white circle in first image)- Reference art file for accuracy.
5. On the back of the box, the social media info did not print! See area indicated below. Reference art file.

  

BOTH KITTEN ROSES & FORREST:

Please include a clear, removable acetate on the inside of the palette to protect both the mirror and the makeup.

Confidential



# Lisa Frank, Inc.

XXXXXXXXXX
Tucson AZ 85716-4940
Phone: 1 520 547 1535
Federal EIN: XXXXXXX

Bill To:
Glamour Dolls Inc.
224 Lorraine Avenue
Rear Building
Montclair, NJ 07043

# Invoice

| Invoice: | 100105 |
|---|---|
| Invoice Date: | 5/4/2018 |
| Due Date: | 5/4/2018 |

| PO Number: | Project |
|---|---|
| | |

| Description | Amount |
|---|---|
| Proprietary artwork fees used in conjunction with Eyeshadow Pallets and Lip Mousses:<br>- Multiple revisions to the "Forever Young" lip mousse packaging and product comments<br>- Multiple revisions to the "Kiss & Makeup" lip mousse packaging and product comments<br>- Revise "Forever Young" lip mousse packaging art top panel<br>- Revise "Kiss & Makeup" lip mousse packaging art top panel and pantone swatch<br>- Multiple revisions to the "Naturally Glam" eyeshadow pallet comments<br>- Multiple revisions to the "Bold & Bright" eyeshadow pallet comments<br>- Revise "Naturally Glam" eyeshadow pallet art back text highlights and enlarge swatch names<br>- Revise "Bold & Bright" eyeshadow pallet art back text highlights, swatches and swatch names | 1,750.00 |

Payment terms: Due on Receipt

Payment Instructions: Wire Payments [Electronic Funds Transfer]
UBS AG - 677 Washington Blvd, Stamford, CT 06901 USA | Tel: 1 203 719 3000
XXXXXXXXXXX
XXXXXXXXXXXX
Account Number: ▇▇▇▇▇▇▇
[N.B. The following words must appear on transfer]
'To further credit: Lisa Frank, Inc - Account Number: XXXX

| | |
|---|---|
| Total: | $1,750.00 |
| Payments | Credits: | $0.00 |
| Balance Due: | $1,750.00 |



Thank you!

LFI0001385

# EXHIBIT 10

**From:**     Janice Ross [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B651AD9B2CE74CA3961D28AAAA019757-JROSS]
**Sent:**     6/29/2018 11:32:46 PM
**To:**     Peter Georgotas [peter@glamourdollsmakeup.com]
**CC:**     Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group
             (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]
**Subject:**     Re: Payment Due - Lisa Frank

Hi Peter –

Confirming we did receive the wire yesterday.

Are you available for a call next week. I would like for you and I to touch base with you on the status of the business.

Let me know if you're free Tuesday morning.

Best,

Janice

**Janice Ross**
SVP Licensing and Business Development
The Lisa Frank Company
310.804.4908
jross@lisafrank.com

 

**Visit us on Facebook**     **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Peter Georgotas <peter@glamourdollsmakeup.com>
**Date:** Thursday, June 28, 2018 at 4:07 AM
**To:** Janice Ross <jross@lisafrank.com>
**Cc:** Lisa Frank <lfrank@lisafrank.com>
**Subject:** Re: Payment Due - Lisa Frank

Hey Janice that's really strange the money definitely left our account. I'll call the bank as soon as they open.

Can you please double check?

Thank you
Peter



EXHIBIT 43
WIT: Georgotas
DATE: 8-29-23
Mimi Murray, CSR

Confidential

www.glamourdollsmakeup.com

Sent from my iPhone.

On Jun 28, 2018, at 02:49, Janice Ross <jross@lisafrank.com> wrote:

Hi Peter –

We checked our account and did not receive the payment.

Thank you for an update on the status of the wire.

Best,

Janice

**Janice Ross**
SVP Licensing and Business Development
The Lisa Frank Company
310.904.4908
jross@lisafrank.com

            <image001.png>           <image002.png>
**Visit us on Facebook**      **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

**From:** Peter Georgotas <peter@glamourdollsmakeup.com>
**Date:** Monday, June 25, 2018 at 6:11 AM
**To:** Janice Ross <jross@lisafrank.com>
**Cc:** Lisa Frank <lfrank@lisafrank.com>
**Subject:** Re: Payment Due - Lisa Frank

Hi Janice,

you should be receiving the wire by Wednesday, I've applied the correct interest.  Unfortunately the amount puts us past our monthly online wire limit so they need my signature when I get back tomorrow morning as we're still in Memphis.

Let me know about the call when received.

Have a good day,

Peter

On Fri, Jun 22, 2018 at 12:19 PM, Janice Ross <jross@lisafrank.com> wrote:

Hi Peter,

LFI0001545

As a reminder, June 24th is Sunday so the payment is due today.

We can set up a call once we've confirmed receipt of the payment.

Best,

Janice

**Janice Ross**

**SVP Licensing and Business Development**

The Lisa Frank Company

310.804.4908

jross@lisafrank.com

<image003.png>                <image004.png>

**Visit us on Facebook**      **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Peter Georgotas <peter@glamourdollsmakeup.com>
**Date:** Wednesday, June 20, 2018 at 5:36 AM
**To:** Janice Ross <jross@lisafrank.com>
**Cc:** Lisa Frank <lfrank@lisafrank.com>
**Subject:** Re: Payment Due - Lisa Frank

Hi Janice,

apologies, had to shoot down to memphis yesterday.

Got it re: payment and will let you know when it's sent.

Good morning,

Peter

On Tue, Jun 19, 2018 at 4:01 PM, Janice Ross <jross@lisafrank.com> wrote:

Peter – confirming you received this and payment is on schedule.

I am out of the office for a couple days and will follow up with you on the other email shortly.

Janice

**Janice Ross**

SVP Licensing and Business Development

The Lisa Frank Company

710.604.4900

jross@lisafrank.com

<image005.png>          <image006.png>

**Visit us on Facebook**        **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

---

**From:** Janice Ross <jross@lisafrank.com>
**Date:** Friday, June 15, 2018 at 10:55 AM
**To:** Peter Georgotas <peter@glamourdollsmakeup.com>
**Cc:** Lisa Frank <lfrank@lisafrank.com>
**Subject:** Payment Due - Lisa Frank

Hi Peter –

Sending you a separate note regarding the upcoming payment in the amount of $125,000.   It is due no later than 6/22 (6/24 is a Sunday) in order to avoid any interest for a late payment.

As a reminder, the payment will need to be wire-transfer using the account information below:

Payment Instructions: Wire Payments [Electronic Funds Transfer]

UBS AG - 677 Washington Blvd, Stamford, CT 06901 USA | Tel: 1 203 719 3000

ABA Number: ◼◼◼◼◼

◼◼◼◼◼◼◼◼◼◼◼◼.

Account Number: ◼◼◼◼◼◼◼◼◼

[N.B. The following words must appear on transfer]

'To further credit: Lisa Frank, Inc - Account Number: ◼◼◼◼'

LFI0001547

Thanks for your prompt attention.

Best,

Janice

**Janice Ross**

SVP Licensing and Business Development

The Lisa Frank Company

310.884.4900

jross@lisafrank.com

&lt;image007.png&gt;          &lt;image008.png&gt;

**Visit us on Facebook**      Follow us on Twitter

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

LFI0001548