# EXHIBIT 11

**From:**     Mandy Bardisbanian [MBardisbanian@hottopic.com]
**Sent:**      7/10/2018 6:37:34 PM
**To:**        Peter Georgotas [peter@glamourdollsmakeup.com]
**CC:**        Anna Naseiro [ANaseiro@hottopic.com]; Matt Kibildis [matt@glamourdollsmakeup.com]; Jessica Romano [jessica@glamourdollsmakeup.com]; Renee Rokkas [renee@glamourdollsmakeup.com]; Glamour Dolls Finance [finance@glamourdollsmakeup.com]
**Subject:**   RE: Eyeshadow Palette TOP Samples


Hey Peter and team,
I just spoke to the Lisa Frank team and they have informed us of their position.
With this development, please note that we will be canceling our purchase orders in the system today.

Thank you for all of your hard work,
Mandy Bardisbanian

**From:** Mandy Bardisbanian
**Sent:** Wednesday, June 20, 2018 2:15 PM
**To:** 'Peter Georgotas' <peter@glamourdollsmakeup.com>
**Cc:** Anna Naseiro <ANaseiro@hottopic.com>; Matt Kibildis <matt@glamourdollsmakeup.com>; Jessica Romano <jessica@glamourdollsmakeup.com>; Renee Rokkas <renee@glamourdollsmakeup.com>; Glamour Dolls Finance <finance@glamourdollsmakeup.com>
**Subject:** RE: Eyeshadow Palette TOP Samples
**Importance:** High

Hey guys,
Looking for an update here.
Please advise asap.

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Thursday, January 18, 2018 7:43 PM
**To:** Mandy Bardisbanian <MBardisbanian@hottopic.com>
**Cc:** Anna Naseiro <ANaseiro@hottopic.com>; Matt Kibildis <matt@glamourdollsmakeup.com>; Jessica Romano <jessica@glamourdollsmakeup.com>; Renee Rokkas <renee@glamourdollsmakeup.com>; Glamour Dolls Finance <finance@glamourdollsmakeup.com>
**Subject:** Re: Eyeshadow Palette TOP Samples

Hey Mandy sorry we've been moving warehouses (for faster delivery)!

Just good news for you today. We'll be making the May delivery and are excited to get you final samples.

Thanks for all the patience and support, they're going to be a huge hit.

Have a good night,

Peter

www.glamourdollsmakeup.com

Sent from my iPhone.

On Jan 18, 2018, at 20:46, Mandy Bardisbanian <MBardisbanian@hottopic.com> wrote:

EXHIBIT 45
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

Following up here!
Guys I need a firm answer tomorrow morning if this collection is going to deliver on time in May.
Please let me know!!!!!

**From:** Mandy Bardisbanian
**Sent:** Friday, January 05, 2018 4:38 PM
**To:** 'Peter Georgotas' <peter@glamourdollsmakeup.com>
**Cc:** Anna Naseiro <ANaseiro@hottopic.com>; 'Matt Kibildis' <matt@glamourdollsmakeup.com>; 'Jessica Romano'
<jessica@glamourdollsmakeup.com>; 'Renee Rokkas' <renee@glamourdollsmakeup.com>; 'Glamour Dolls Finance'
<finance@glamourdollsmakeup.com>
**Subject:** RE: Eyeshadow Palette TOP Samples

Hey guys!
Following up on the below.
Looking for an update!

**From:** Mandy Bardisbanian
**Sent:** Friday, December 29, 2017 4:47 PM
**To:** 'Peter Georgotas' <peter@glamourdollsmakeup.com>
**Cc:** Anna Naseiro <ANaseiro@hottopic.com>; Matt Kibildis <matt@glamourdollsmakeup.com>; Jessica Romano
<jessica@glamourdollsmakeup.com>; Renee Rokkas <renee@glamourdollsmakeup.com>; Glamour Dolls Finance
<finance@glamourdollsmakeup.com>
**Subject:** RE: Eyeshadow Palette TOP Samples
**Importance:** High

Hey all! I hope you all had wonderful holidays.
Welcome to 2018! I feel confident that we will deliver this merchandise sometime this year. Lol (too soon to make
jokes? Lol!!)

Please give me an update this week. (next week from when I am writing this email)
I need to know if this product is for sure going to land in May or not.
The palette and the lip items.

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Tuesday, November 28, 2017 5:35 PM
**To:** Mandy Bardisbanian <MBardisbanian@hottopic.com>
**Cc:** Anna Naseiro <ANaseiro@hottopic.com>; Matt Kibildis <matt@glamourdollsmakeup.com>; Jessica Romano
<jessica@glamourdollsmakeup.com>; Renee Rokkas <renee@glamourdollsmakeup.com>; Glamour Dolls Finance
<finance@glamourdollsmakeup.com>
**Subject:** Re: Eyeshadow Palette TOP Samples

Hey Mandy, just got off the phone with the factories and tried ringing you.

The printing is still off and we are not able to move them forward without full approval from Lisa.

We have located another factory that seems to be able to fix the problem but will have to send them the actual
shadows which will delay production.

At this point we do not have a finish date but you will still be the first to get them and the first to know as soon
as we do.

I understand how bad this is and please know for us as well as they were a big part of our holiday program. We will find a way to make it up to you.

The only good news I can offer is that PETA would love to participate in the Valentine's Day launch and in a larger capacity if we have ideas.

We do have Blending Brushes in stock, they're running low but you can have first access to whatever we have. Flying shortly but Matt will send you how much stock we have by tomorrow morning.

I can ring you in the morning first thing if you want to discuss.

So sorry there isn't better news,

Peter

On Tue, Nov 28, 2017 at 5:14 PM, Mandy Bardisbanian <MBardisbanian@hottopic.com> wrote:

Hey guys!

Following up on this.

Do we have a problem????

Also, do you have any units of the blending brush in stock that I can take?

**From:** Mandy Bardisbanian
**Sent:** Monday, November 27, 2017 5:44 PM
**To:** 'Peter Georgotas' <peter@glamourdollsmakeup.com>
**Cc:** Anna Naseiro <ANaseiro@hottopic.com>; Matt Kibildis <matt@glamourdollsmakeup.com>; Jessica Romano <jessica@glamourdollsmakeup.com>; Renee Rokkas <renee@glamourdollsmakeup.com>; Glamour Dolls Finance <finance@glamourdollsmakeup.com>
**Subject:** RE: Eyeshadow Palette TOP Samples

If we aren't going to make delivery on any items, I need to know by EOD tomorrow please.

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Monday, November 27, 2017 4:43 PM
**To:** Mandy Bardisbanian <MBardisbanian@hottopic.com>
**Cc:** Anna Naseiro <ANaseiro@hottopic.com>; Matt Kibildis <matt@glamourdollsmakeup.com>; Jessica Romano <jessica@glamourdollsmakeup.com>; Renee Rokkas <renee@glamourdollsmakeup.com>; Glamour Dolls Finance <finance@glamourdollsmakeup.com>
**Subject:** Re: Eyeshadow Palette TOP Samples

Hey Mandy, sorry I didn't catch you before Thanksgiving. We are doing everything in our power to make it so and will have an update for you tomorrow.

Unfortunately, the artwork on the next round of printed samples we received last week did not line up properly again.  Glamour Dolls and LF are working around the clock.  Three more packaging factories received samples Friday and we will have news from them in the morning.  Our fingers are crossed.  I wish I had more complete information.

re: marketing we have a call set up with PETA on Thursday so if there's a good time Friday or early next week we'll have a handle on their participation interest for Valentine's day

Please let me know if you'd like me to ring or stop in (was in SF for the holiday and am in LA until tomorrow night).

You'll be the first email when we hear back.

Peter

On Mon, Nov 27, 2017 at 3:42 PM, Mandy Bardisbanian <MBardisbanian@hottopic.com> wrote:

Hey guys!

Following up on this.

Getting nervous.

Are we on time for deliveries???????

When will we have TOPs???????

---

**From:** Mandy Bardisbanian
**Sent:** Tuesday, November 21, 2017 3:07 PM
**To:** Anna Naseiro <ANaseiro@hottopic.com>; Matt Kibildis <matt@glamourdollsmakeup.com>; Jessica Romano <jessica@glamourdollsmakeup.com>
**Cc:** Renee Rokkas <renee@glamourdollsmakeup.com>; Peter Georgotas <peter@glamourdollsmakeup.com>; Glamour Dolls Finance <finance@glamourdollsmakeup.com>
**Subject:** RE: Eyeshadow Palette TOP Samples

Are they still landing on time???

Peter, I never heard back from you on getting a marketing call together so we can get that figured out.

**From:** Anna Naseiro
**Sent:** Tuesday, November 21, 2017 2:38 PM
**To:** Matt Kibildis <matt@glamourdollsmakeup.com>; Jessica Romano <jessica@glamourdollsmakeup.com>
**Cc:** Renee Rokkas <renee@glamourdollsmakeup.com>; Peter Georgotas <peter@glamourdollsmakeup.com>; Mandy Bardisbanian <MBardisbanian@hottopic.com>; Glamour Dolls Finance <finance@glamourdollsmakeup.com>
**Subject:** Eyeshadow Palette TOP Samples
**Importance:** High

Hi!

Can you please send TOP samples of the following 2 palettes?:

| 11187007 | LISA FRANK BRIGHT EYE PALETTE NONE |
|----------|-------------------------------------|
| 11187009 | LISA FRANK NUDES ESHADOW PALETTE NONE |

We need them ASAP to get shot for the website.

Thanks!

Anna Naseiro | Asst. Beauty Buyer | Hot Topic Inc. | P:626.839.4681 E: anaseiro@hottopic.com
A: 18305 E. San Jose Ave. City of Industry, CA 91748 | www.hottopic.com

**From:** Matt Kibildis [mailto:matt@glamourdollsmakeup.com]
**Sent:** Wednesday, October 04, 2017 9:38 AM
**To:** Anna Naseiro <ANaseiro@hottopic.com>
**Cc:** Jessica Romano <jessica@glamourdollsmakeup.com>; Renee Rokkas <renee@glamourdollsmakeup.com>; Peter Georgotas <peter@glamourdollsmakeup.com>; Mandy Bardisbanian <MBardisbanian@hottopic.com>; Glamour Dolls Finance <finance@glamourdollsmakeup.com>
**Subject:** Re: Eyeshadow Sample

Hi Anna,

This is on the way!

Matt

Matt Kibildis
Chief Information Officer
201-345-3292 x710
matt@glamourdollsmakeup.com
Glamour Dolls Inc

224 Lorraine Ave
Montclair, NJ 07043
glamourdollsmakeup.com

NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you.

<image003.jpg>

On Wed, Oct 4, 2017 at 12:17 PM, Anna Naseiro <ANaseiro@hottopic.com> wrote:

Yes please. Just put it in my attention.

Thank you!

Anna Naseiro | Asst. Beauty Buyer | Hot Topic Inc. | P:626.839.4681 E: anaseiro@hottopic.com
A: 18305 E. San Jose Ave. City of Industry, CA 91748 | www.hottopic.com

**From:** Jessica Romano [mailto:jessica@glamourdollsmakeup.com]
**Sent:** Tuesday, October 03, 2017 6:18 PM
**To:** Anna Naseiro <ANaseiro@hottopic.com>
**Cc:** Renee Rokkas <renee@glamourdollsmakeup.com>; Matt Kibildis <matt@glamourdollsmakeup.com>; Peter Georgotas <peter@glamourdollsmakeup.com>; Mandy Bardisbanian <MBardisbanian@hottopic.com>; Glamour Dolls Finance <finance@glamourdollsmakeup.com>
**Subject:** Re: Eyeshadow Sample

Hi Anna!

No problem I will have it send first thing tomorrow. Would you like it sent to the address in your signature ?
Thanks :)

Jessica Romano
Co-Founder
201-345-3292 x707
jessica@glamourdollsmakeup.com
Glamour Dolls Inc
224 Lorraine Ave
Montclair, NJ 07043
glamourdollsmakeup.com

NOTE: This message contains information which may be confidential and/or privileged. It is intended solely for the addressee. If you are not the intended recipient, you may not use, copy, distribute, or disclose any information contained in the message. If you have received this transmission in error, please notify the sender by reply e-mail and delete this message. Please note, all rights of concurrent review and comment are hereby reserved. Thank you

\<image003.jpg\>

On Oct 3, 2017, at 6:51 PM, Anna Naseiro <ANaseiro@hottopic.com> wrote:

Hi Renee,

You sent us a sample of the shimmer eyeshadow, but we need a sample of the matte shadow. Can you please send ASAP??

Thank you!

Anna Naseiro | Asst. Beauty Buyer | Hot Topic Inc.  | P:626.839.4681 E: anaseiro@hottopic.com
A: 18305 E. San Jose Ave. City of Industry, CA 91748 | www.hottopic.com

# EXHIBIT 12

**From:**      David Evered [DEvered@lisafrank.com]
**Sent:**      5/24/2016 10:26:57 PM
**To:**        Peter Georgotas [peter@glamourdollsmakeup.com]
**CC:**        Laura Crawford [LCrawford@lisafrank.com]
**Subject:**   RE: Lisa Frank Glamour Dolls Makeup Collaboration


Peter,

I have spoken with Lisa about the structure of the deal and this is what we can do –

In the case of the IPSY and Wal-Mart deals we can treat the royalty as accruing upon shipment (payment is due of course within 30 days of the end of the quarter in which the royalty becomes due).
On the basis of a $100K GMR LFI would expect $25K of the GMR to be paid as an advance (this would be set against accrued royalties).

Please let me know if this can be agreed and I will send you the revised agreement.


Best regards,
David


J. David Evered
Attorney licensed in California
In-house Counsel for Lisa Frank, Inc.

520.547.1535
devered@lisafrank.com

Privileged and Confidential communication: This message, and any attachments, is intended only for the recipient to which it is addressed and may include information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are on notice that any dissemination, distribution, storage, copying or other use of this message, or any attachment, is prohibited. If you have received this message in error, please delete this message, and all attachments, from your computer. Thank you.


**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Friday, May 20, 2016 2:48 PM
**To:** David Evered <DEvered@lisafrank.com>
**Cc:** Laura Crawford <LCrawford@lisafrank.com>
**Subject:** Re: Lisa Frank Glamour Dolls Makeup Collaboration

No problem David, just wanted to get you those numbers.

Have a great weekend!
Peter

Sent from my iPhone

On May 20, 2016, at 15:08, David Evered <DEvered@lisafrank.com> wrote:



EXHIBIT   50
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

Thanks Peter – I still need to discuss the royalty payment obligation on the two big orders – once I have done that (and truthfully it may not be today) I will prepare a final redline for you.  Thanks for this

Best regards
David


J. David Evered
Attorney licensed in California
In-house Counsel for Lisa Frank, Inc.

520.547.1535
devered@lisafrank.com

Privileged and Confidential communication: This message, and any attachments, is intended only for the recipient to which it is addressed and may include information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are on notice that any dissemination, distribution, storage, copying or other use of this message, or any attachment, is prohibited. If you have received this message in error, please delete this message, and all attachments, from your computer. Thank you.

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Friday, May 20, 2016 12:04 PM
**To:** David Evered <DEvered@lisafrank.com>
**Cc:** Laura Crawford <LCrawford@lisafrank.com>
**Subject:** Re: Lisa Frank Glamour Dolls Makeup Collaboration

Hey David-

Everything looks great with the proposal. Just based on some rough number crunching and some calls placed to buyers we'd feel comfortable projecting $100k per annum for you at the 15% of net sales. Our hope of course, is that it will be much higher but as mentioned we're just launching in the major retailers and don't have a lot of historical data to project on.

Should I fill that all in and send the contract back signed or do you need to put it into a final format?

Thanks so much for working with us and helping guide the process,

Peter

On Wed, 11 May 2016 13:57:37 -0400, Peter Georgotas <peter@glamourdollsmakeup.com> wrote:

Sure thing David!

To give you a rough time-line, our plan was to start with two products (lipstick and brushes) that we launch on GlamourDollsMakeup.com, Walmart and Ipsy before approaching other major retailers.

**Lisa Frank Lipstick**
-May: develop packaging design and 5 shades one of which will be exclusive to Walmart

-June: One-month pre-sale on Walmart.com and GlamourDollsMakeup.com. Collaboration will be announced on Walmart's 5mil+ email list and be featured on Walmart.com beauty section main banner. PR announcement to seventeen magazine, glamour, beauty and style blogs, instagram accounts etc.

-July: Walmart in store buyer will cut a PO based on the June pre-sale for holiday 2016. We will use the pre-launch figures to approach other retailers.

-August-September: Lipsticks arrive, begin to ship and go "live" on Walmart.com as well as being sold through GlamourDollsMakeup.com

-October-November: Delivery to Walmart stores for holiday 2016

**Lisa Frank Brush**
Ipsy has 3 million monthly subscribers. Our buyer there loved the collaboration idea and will purchase at least 1m brushes for one of their 2017 Q1 GlamBags. The top beauty bloggers in the world are under Ipsy's umbrella and so there will be a large social media campaign to tie-in.

-May-June: Develop brush sets/design

-June: Ipsy PO for 1.1m at $.50 per unit for a single SKU (your 15% of the net sales here would be $82,500)

-July: Begin manufacturing

-November, December or January delivery depending on which month we will be featured.

In addition to the normal 15% you get from licensing artwork, there will be broad high-quality press and exposure for the project. Based on a similar but more limited collaboration we did last year, I'm certain there will be a huge spike across all of your social media channels and lots of buyer reach outs as well as plenty of renewed licensing interest from other brands and industries.


Have a good day,
Peter


On Wed, 11 May 2016 09:56:23 -0400, David Evered <DEvered@lisafrank.com> wrote:

Thanks Peter - that's helpful. We'll see what we can do on the agreement

*Sent from my Verizon Wireless 4G LTE Droid*
On May 10, 2016 11:13 PM, Peter Georgotas <peter@glamourdollsmakeup.com> wrote:

Hi David,

In our industry, a product collaboration is different from a licensing agreement and typically involves the personality (Lisa Frank) and the brand (Glamour Dolls) working together to develop a product that would reflect the vision and style of the personality. What we would love is to have Lisa's input in the development process or to base things around her favorite characters and designs. Maybe have a quote for each product or color as to what inspires her, etc.

This is an example of a collaboration between Becca cosmetics and blogger Jaclyn Hill:
http://stylecaster.com/beauty/jaclyn-hill-collaborations/

while Cover Girl Star Wars would be more of a licensing arrangement:
https://www.covergirl.com/cosmetics/starwars-collection


For our part, we will have some of the top beauty influencers in the world reviewing the product through our partnership with Ipsy, broad social media and press campaigns as well as marketing efforts geared towards specific retailers. We've also spoken with FIT and a few of the design museums in New York about doing a mini-exhibition, concept collection or show of Lisa Frank artwork to tie-in with a product launch.

Where we hoped you would work with us to modify the licensing agreement into more of a collaboration agreement:

-allowing us to set the territory worldwide

-adding some degree of exclusivity where you would not work with a competing makeup company during the term and we would not work with a competing brand (Disney, WB, etc)

-waiving the advance on the guaranteed minimum royalty

-adjusting payment terms to a cash basis rather than accrual basis


Have a good night,

Peter


On Tue, 10 May 2016 20:32:23 -0400, David Evered <DEvered@lisafrank.com> wrote:

Peter,

I can of course respond to you on your various specific points on the license but it would be helpful to us to have a clearer idea from you as to how you see this extending beyond a licensing deal, and the extent (if at all) that you expect that to be reflected in the legal agreement that I sent to you.

Best regards
David


J. David Evered

Attorney licensed in California

In-house Counsel for Lisa Frank, Inc.

520.547.1535

devered@lisafrank.com

Privileged and Confidential communication: This message, and any attachments, is intended only for the recipient to which it is addressed and may include information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are on notice that any dissemination, distribution, storage, copying or other use of this message, or any attachment, is prohibited. If you have received this message in error, please delete this message, and all attachments, from your computer. Thank you.

**From:** David Evered
**Sent:** Tuesday, May 10, 2016 4:40 PM
**To:** 'Peter Georgotas' <peter@glamourdollsmakeup.com>
**Cc:** Jessica Romano <jessica@glamourdollsmakeup.com>; Laura Crawford <LCrawford@lisafrank.com>
**Subject:** RE: Lisa Frank Glamour Dolls Makeup Collaboration

Peter,

Thank you for your comments which we will discuss here.

Best regards

David


J. David Evered

Attorney licensed in California

In-house Counsel for Lisa Frank, Inc.


520.547.1535

devered@lisafrank.com


Privileged and Confidential communication: This message, and any attachments, is intended only for the recipient to which it is addressed and may include information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are on notice that any dissemination, distribution, storage, copying or other use of this message, or any attachment, is prohibited. If you have received this message in error, please delete this message, and all attachments, from your computer. Thank you.


**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Tuesday, May 10, 2016 4:31 PM
**To:** David Evered <DEvered@lisafrank.com>
**Cc:** Jessica Romano <jessica@glamourdollsmakeup.com>; Laura Crawford <LCrawford@lisafrank.com>
**Subject:** Re: Lisa Frank Glamour Dolls Makeup Collaboration


David, thank you for looking into it and circling back so quickly.  As we told Laura, we would like to do something a bit more involved than a traditional licensing agreement and contribute more to the project than your licensees might typically.  One of the big trends in our industry right now is the collaboration and so we were hoping to do something that would celebrate the Lisa Frank brand in a way that goes beyond just creating some merchandise to sell.

We want to make the Lisa Frank Glamour Dolls collaboration one of the big stories in indie makeup this year and believe that our brands together can create that rare mix of fresh and nostalgic that customers love.

What I was hoping to discuss in person was what softer assets we can all bring to the table, what your general goals are with the brand (outside of course making money)  and where we can each offer support or opportunity. We always try to make the pie bigger with our trade partners rather than fight over the slices. Please keep that in the back of your mind and I'll do my best to articulate our thoughts and questions.

2. Is setting the territory as Worldwide possible?  We would like the opportunity to work all of distribution leads on each continent

3.2 Is this what Lisa  was referring to when she said making use of your graphics team vs our in-house

graphics team?  Our hope was to work together on which images to use and how best to merchandize them.  How do you typically work? Do licensees normally browse through a catalog of work and choose what they want to use?

3.5 Can we change "more prominent than any other name or logo" to "aesthetically prominent" or "as prominent to any other name or logo." You of course have final approval but just in case it causes issue in the design as we'll be using small surface areas.

4.1 and 6.4  Accrual vs. Cash accounting basis.  We're a young company that has grown very fast during our first two years and we've been able to do so by building relationships that offer deep wells of PO financing and returning our profits into the business to grow operations.  We already have a million + piece order commitment for a Lisa Frank collaborative product from one of our customers, but the reality is we will not be able to do that deal if we have to pay out the licensing fees when the sale is booked.

This was something I hoped we could discuss in person or over the phone.  We have a perfect credit history and business references from our logistics and financing companies and if we can walk you through our production and a/r structure, I'm sure you would feel comfortable with how we operate.

4.2 Can we add direct to customer sales through our e-commerce site and events/trade shows as acceptable sales channels?  We are also concerned about how Ipsy (monthly subscription service), one of our largest customers, would fall under this clause.  They purchase at up to $.50 per unit (which will be well below wholesale but will go directly into customer hands).  Does their business model constitute publicity or promotional tie-in as that is how it is pitched to vendors?

4.3 We do not own our own manufacturing facility and use a number of factories mostly in Asia (although we do not split job functions between factories to maintain product quality consistency)  what sort of written consent would we need?

5.1 Can we extend the term until Dec. 31, 2018 so that we can fully roll out internationally?

5.2b What happens to orders that are scheduled to deliver beyond the 3 month period after the end of the agreement?  Or does this just refer to sales activities?

5.2.i In the event that there is a termination of the agreement, we would like a 30 day window to payout.  This is just to cover

any time spent moving money or financing outstanding A/R.

5.2j Could you explain how this might look practically? As an indie brand, part of our competitive advantage is having the flexibility to come up with creative products and collaborations like this one. We just want to make sure we are protected if the project goes as well as we hope and that a larger brand will not launch competing Lisa Frank products or buy us out of the license after we invest ourselves in creating a newsworthy story in the industry.

6.1 Does your definition of Net Sales include cost of goods?  If not, we are aware that Lisa and her team can be considered experts in manufacturing.  Would you all be able to provide us with some non-financial support in lowering our cost of goods in the form of working together to make molds, or talking through our production process with us to help figure out where we might be able to lower costs?.

6.2 The GMR is hard for us to calculate as we will be including this collaboration as part of our launch into new global retailers whose sales volume we don't have exposure to yet.  We understand that an advance is normal in licensi

--
Peter Georgotas
Glamour Dolls Makeup
Phone/Fax: +1-201-345-3292 x713
www.GlamourDollsMakeup.com


Using Opera's mail client: http://www.opera.com/mail/



--
Peter Georgotas
Glamour Dolls Makeup
Phone/Fax: +1-201-345-3292 x713
www.GlamourDollsMakeup.com


Using Opera's mail client: http://www.opera.com/mail/

# EXHIBIT 13

| | |
|---|---|
| **From:** | Shana Urban [shana@glamourdollsmakeup.com] |
| **Sent:** | 5/1/2017 6:18:45 PM |
| **To:** | Peter Georgotas (peter@glamourdollsmakeup.com) [peter@glamourdollsmakeup.com]; Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford] |
| **CC:** | Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank] |
| **Subject:** | Re: Bronzer and Eyeshadow Packaging and Pre-pro Samples |

Hi Laura,

I completely understand, will 100% have everything in order here on out. I set up a very structured system that these things will no longer be overlooked. You and the customer will always have your approval samples sent the same time with the correct quantities the first time around.  Being a buyer for over a decade I'm understand the samples process very well, and know how imperative it is for everyone to approve and be on the same page.
The issue with the brushes is that the full order due by 5/15 is already on the water, only a limited amount were aired in advance (prior to me starting here).  You will be the first to get the additional units when they arrive, I will pack them myself :)

Thank you for your support. Please feel free to contact me anytime with any questions or concerns, my cell is 516-435-8420.

*With Glamour,*
Shana Urban
www.glamourdollsmakeup.com

On Mon, 01 May 2017 13:30:31 -0400, Laura Crawford <LCrawford@lisafrank.com> wrote:

Hi Shana,

We really need the samples ASAP. Can you please try to get them to us sooner?

Also, please make sure that you include our 48 samples in all future orders. We should receive our contractual samples at the same time that the retailer (Ipsy or whoever it might be) receives them. You'll always need to add this quantity to your factory orders. We can't have product shipping out to customers unless we have our 48 samples on hand.

Thank you,
Laura

---

**From:** Shana Urban [mailto:shana@glamourdollsmakeup.com]
**Sent:** Monday, May 01, 2017 10:11 AM
**To:** Peter Georgotas (peter@glamourdollsmakeup.com); Laura Crawford
**Cc:** Lisa Frank
**Subject:** Re: Bronzer and Eyeshadow Packaging and Pre-pro Samples

Hi Laura,

Yes got the information on the pantone, thanks so much!  4pm EST tomorrow is perfect, will ring you then.

Also, we will be getting the additional brush TOPs to you in the next 2 weeks, we had only requested from the factory 24 initially, and are completely sold out of our stock, but have more arriving to our warehouse by 5/15.  In the future, I will make sure you have 48pcs of all TOPs the first time around :)

*With Glamour,*
Shana Urban
www.glamourdollsmakeup.com

On Mon, 01 May 2017 12:11:09 -0400, Laura Crawford <LCrawford@lisafrank.com> wrote:



EXHIBIT 65
WIT: Georgotas
DATE: 8-24-23
Mimi Murray, CSR

Confidential

Hi Shana,

Peter and I discussed the pantones over the weekend. Please let me know if you need any more info. We should be available for a call tomorrow afternoon, 4pm or later your time.

Let me know what works.

Thanks,
Laura

---

**From:** Shana Urban [mailto:shana@glamourdollsmakeup.com]
**Sent:** Friday, April 28, 2017 9:09 PM
**To:** Peter Georgotas (peter@glamourdollsmakeup.com); Laura Crawford
**Cc:** Lisa Frank
**Subject:** Re: Bronzer and Eyeshadow Packaging and Pre-pro Samples

Hi Laura,

Thank you so much for getting the art to us so quickly, and it looks awesome! EYE love it :)

1.      We are getting the color corrected ASAP, I apologize I was not made aware the mold needed to be purple until I saw your email.  Factory asked to please advise if you want Pantone 266 C or U.

2.      Noted on the Bronzer for Leopard Print and Eyeshadow for Heart Print

3.      Will overnight 24 more TOPs for the brush first thing Monday

4.      Peter will send you updated royalty report ASAP

Also let me know when you have some time next week for a call, would love to go over some new product ideas and selling strategies for low-mid-high level retailers.

Have a great weekend!

*With Glamour,*
Shana Urban
www.glamourdollsmakeup.com

On Fri, 28 Apr 2017 18:12:11 -0400, Laura Crawford <LCrawford@lisafrank.com> wrote:

Hi Peter,

The bronzer and eyeshadow packaging has been uploaded to your ftp "Bronzer Eyeshadow" folder.  Please let me know if you have any questions.  Hope that you like the art!

Also, I received the samples of the bronzer and eyeshadow plastic containers. Lisa is out of the office today so I will need to get back to you regarding the printing. One thing I did want to comment on though is the color! Why are they black? These are supposed to be Pantone 266 (purple) plastic. Black does not work for our brand. We will need you to resubmit the samples in the correct color.

Thank you,
Laura

**From:** Laura Crawford
**Sent:** Thursday, April 27, 2017 8:06 PM
**To:** Peter Georgotas (peter@glamourdollsmakeup.com)

Confidential

**Cc:** Lisa Frank
**Subject:** RE: Few Things

Hi Peter,

One more thing, just to keep you posted...We are at around $5,000 now with the art budget.

Thanks,
Laura

**From:** Laura Crawford
**Sent:** Thursday, April 27, 2017 8:01 PM
**To:** Peter Georgotas (peter@glamourdollsmakeup.com)
**Cc:** Lisa Frank
**Subject:** Few Things

Hi Peter,

Please see the attached boxes for the eyeshadow and bronzer. It looks like the labels that we did a couple of weeks ago were mislabeled.

The leopard label obviously goes with the leopard box. The hearts go with the eye. ☺

The artist is uploading the packaging files now and I will get them to you ASAP.

Also, a few other things...
-        On your royalty report, we are missing the price per piece for the products. Please add this column as this is our standard royalty report format.
-        We only received 24 pieces of the blush brush. We should have received 48 per the contract and would really love it if you could send us some extras to distribute to the press, buyers, etc.

Thanks so much,

Laura Crawford
The Lisa Frank Company
520.547.1535
lcrawford@lisafrank.com
**"Lisa Frank - America's Designer for Girls"**

                

**Visit us on Facebook**        **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.


--
*With Glamour,*
Shana Urban
www.glamourdollsmakeup.com

LFI0003910

--
*With Glamour,*
Shana Urban
www.glamourdollsmakeup.com

--
*With Glamour,*
Shana Urban
www.glamourdollsmakeup.com

LFI0003911

# EXHIBIT 14

**From:**      Peter Georgotas [peter@glamourdollsmakeup.com]
**Sent:**      11/27/2017 3:05:16 PM
**To:**        Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]
**CC:**        Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank]
**Subject:**   Re: 2018 Proposal
**Attachments:** LF Proposal.docx

Hi Laura,

Happy Monday, here's the updated proposal to include more information about where we are with each of the international markets we've been speaking with.

Please let me know if you'd like to discuss any of them in more depth.

Thank you!

Peter

On Mon, Nov 20, 2017 at 9:26 AM, Laura Crawford <LCrawford@lisafrank.com> wrote:

> Hi Peter,
>
> OK, please send ASAP.
>
> Thanks,
> Laura
>
> **From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
> **Sent:** Monday, November 20, 2017 10:25 AM
> **To:** Laura Crawford
> **Cc:** Lisa Frank
> **Subject:** Re: 2018 Proposal
>
> Thanks Laura, what I sent you was a draft so there are a few more things we'd like to add.  Will circle back this afternoon.
>
> Cheers,
> Peter
>
> On Mon, Nov 20, 2017 at 8:33 AM, Laura Crawford <LCrawford@lisafrank.com> wrote:
>> Hi Peter,
>>
>> Thanks for sending over your proposal. I actually think it is easier to send you the term changes that we will require in writing. Please see these changes below.

EXHIBIT 88
WIT: Georgotas
DATE: 8-24-22
Mimi Murray, CSR

LFI0003346

-    Advance payment must be at least 25% of the guarantee; therefore advance should be $125,000.

-    The guarantee will need to be split out by quarter so that a minimum of $125,000 is due at the end of each quarter.

-    In all of our new contracts, there is a penalty clause for production issues. (Issues like we just had on the bronzer and eyeshadow would fall under this clause.)

o  $25,000 fine for first offense.

o  $50,000 fine for second offense.

o  $100,000 and automatic termination of contract for third offense.

-    The territory will be U.S. and Canada. If you have opportunities elsewhere, you can come back to us and we can discuss. We do not offer worldwide distribution on any of our contracts.


Please let me know if you have any questions.


Thanks,
Laura


**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Friday, November 17, 2017 5:35 PM
**To:** Laura Crawford
**Subject:** 2018 Proposal


Hey Laura,

Is this what you all are looking for? Do you want me to have it jazzed up with some photos etc before we submit?

Thank you!

Peter

Confidential

**Licensed Products:** LF x GD Kickstarter Collection, LF x GD Indiegogo Collection, LF 2018 main collection

**Guarantee:** $500,000

**Advance:** $125,000

**Term:** 2018

**Distribution Channels:**

<u>Domestic</u>
Ipsy, Birchbox, Hot Topic, Dolls Kill, Unicorn Crate, website, Indiegogo, Ulta, Nordstrom, Forever21

<u>International</u>

Australia – Wengie has a large influencer presence and will be promoting the pallet through her social media. We are speaking with Myer's department stores to coordinate a physical launch.

Japan – Platinum Key Service program with the US embassy economic section. They've been doing market research and will make two distributor introductions for us in January with a goal to launch after Chinese New Year

Sweden – Birchbox Sweden reached out to us to do a program and said they would provide retail introductions for us if we move forward

Finland – Our European distributor EMN reached out Friday asking if we would be interested in selling into the Finnish market

UK – We have a few small accounts in the UK but think this would be a good market to develop in conjunction with Australia and Scandinavia

Canada – MGD distributes throughout Canada and we would like to plug into their distribution network there.


After the great response to Kickstarter we would like to do a follow up campaign with the larger more global Indiegogo. We have a direct line to the founder so will have full support and we've learned from some of the complications of the Kickstarter so we will not be having people vote on colors names etc. The collection will be tighter and will generate a new round of press, products and sales as well as test the international markets to see where there is organic demand. The presale aspect gives proof of demand and a strong case for retailer pitches.

With the MGD partnership finalized, we will have a new operational infrastructure to support sourcing, development, distribution and sales. As per Lisa's suggestion, we would like to dedicate January and February to putting together a full line with displays and marketing pieces. We understand the process better now and are looking forward to moving past our existing product mistakes and creating a clean organized set of samples, information and dielines for future development. To this effect MGD is

LFI0003348

building out a webportal to give you transparency and to ensure that nothing moves towards production without you having approved physical samples at each step.

Hot Topic and Nordstrom are looking to do big spring launches and we have inventory coming of the Kickstarter collection for immediate retail distribution.  The Indiegogo and January collection we will pitch for summer and back-to-school to the other retailers.

We plan to support the retail launches with Ipsy and Birchbox campaigns and use Wengie's pallet as an entry into Asia and Australia where she has a strong presence.

LFI0003349

# EXHIBIT 15

**From**:     Janice Ross [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                  (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B651AD9B2CE74CA3961D28AAAA019757-JROSS]
**Sent**:     5/26/2018 1:21:19 AM
**To**:     Matt Kibildis [matt@glamourdollsmakeup.com]; peter@glamourdollsmakeup.com
**Subject**:     Re: Meeting Chanel

Hi Matt –

I'm just back from Las Vegas so catching up on emails.  I will take a deep dive on this early next week and note all the various next steps.

Peter – can you send me the photographer's contact information we discussed that took pictures in Greece.  I would like to follow up and get the pictures for Lisa.

Thanks.

Janice

**Janice Ross**
SVP Licensing and Business Development
The Lisa Frank Company
310.804.4908
jross@lisafrank.com

  

**Visit us on Facebook**    **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

**From:** Matt Kibildis <matt@glamourdollsmakeup.com>
**Date:** Monday, May 21, 2018 at 1:26 PM
**To:** Janice Ross <jross@lisafrank.com>
**Cc:** "peter@glamourdollsmakeup.com" <peter@glamourdollsmakeup.com>
**Subject:** Re: Meeting Chanel

Hi Janice,

**Exhibit
126**

        

This sounds like a fine plan and I'll await your return to schedule a meeting call with Chanel.

Please find the 3 decks (Marketing, Kickstarter, Indiegogo) attached here.

I did want to mention that the Indiegogo deck is as we presented it and open for discussion, of course. I recall that you had some ideas re the marketing/sales and product selection for the potential "collection". That being said, I think it would be great if we further discuss the Indiegogo campaign after you meet Chanel so we can all get on the same page - especially on the design/production side - about how to create the very best product collection and then knock it out of the park, so to speak, with an appropriately excellent campaign.

Best,

Matt

Chief Information Officer
201-345-3292 x710
matt@glamourdollsmakeup.com

224 Lorraine Ave
Montclair, NJ 07043
glamourdollsmakeup.com

    





On Mon, May 21, 2018 at 10:10 AM, Janice Ross <jross@lisafrank.com> wrote:

Hi Matt,

Happy to jump on a video call when I get back from LA.

I did share the tin lip gloss to Lisa and I will put together our notes in the next day or so.

Also can you please send me the decks that Peter presented at our meeting. I wanted to share with Lisa as well.

Confidential

Thanks.

Janice

Get Outlook for iOS

**From:** Matt Kibildis <matt@glamourdollsmakeup.com>
**Sent:** Friday, May 18, 2018 8:02:48 AM
**To:** Janice Ross
**Cc:** peter@glamourdollsmakeup.com
**Subject:** Meeting Chanel

Hi Janice,

I hope you are having a nice time in Tucson!

I am just reaching out because I was wondering if you had time to do a quick call/video chat at some point to meet Chanel.

I think it will be a great opportunity to finish meeting the team, especially since Chanel is handling the day to day product and packaging production communications with suppliers.

Please let me know what you think and if you have any potential time slots for a call/video that work best for you and we will accommodate accordingly.

Best,

Matt

Chief Information Officer
201-345-3292 x710
matt@glamourdollsmakeup.com

224 Lorraine Ave
Montclair, NJ 07043
glamourdollsmakeup.com

  

LFI0001825





Confidential

LFI0001826

# EXHIBIT 16

ADDENDUM TO JUNE 6, 2016 LICENSE AGREEMENT

THIS ADDENDUM TO LICENSE AGREEMENT DATED          March, 2017 is made BETWEEN Lisa Frank, Inc., an Arizona corporation ("LFI") and Glamour Dolls, Inc. ("Licensee") a New York corporation, and is intended to amend and to be part of the License Agreement BETWEEN Licensor and Licensee dated June 6, 2016 ("License Agreement").

1.  The license granted under the License Agreement shall extend to on-line retail sales by Licensee.

2.  Sub-paragraph 6.1. of paragraph 6. ROYALTIES is hereby amended to read in its entirety as follows:

     6.1.   Royalty.  In consideration of the grant of this License, as amended by the Addendum hereto, Licensee agrees to pay LFI a royalty of Fifteen percent (15%) of Net Sales of Licensed Products by Licensee or any related company and a royalty of Twenty percent (20%) of Net Sales of Licensed Products sold directly on-line by Licensee.  "Net Sales" is defined as Gross Sales less only returns for defective merchandise, customer discounts, and allowances actually given (other than discounts for early payments, which are not deductible) and, subject to Section 16, other customary discounts and allowances.  Allowances will be capped at 3% of Gross Sales per calendar year.

3.  Except as set forth in this Addendum, the terms of the License Agreement shall remain unchanged and in full force and effect.  All references in the License Agreement to Agreement and to License shall mean the License Agreement and the license granted thereunder as modified by this Addendum.

4.  This Addendum may be signed in one or more counterparts, each of which shall be deemed an original, but which together shall constitute one and the same document.  Pdf. copies of the signed Addendum may be deemed to be originals.

LISA FRANK, INC.                          GLAMOUR DOLLS, INC.

By:_____               By:_____

Name:_____               Name:_____

Its:_____             Its:_____

Date:_____2017              Date:_____2017

**Exhibit 136**

Confidential

# EXHIBIT 17

| From: | Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD] |
|---|---|
| Sent: | 11/28/2016 7:16:34 PM |
| To: | Peter Georgotas [peter@glamourdollsmakeup.com] |
| CC: | Lisa Frank [/o=LISAFRANK/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=lfrank]; Jessica Romano [jessica@glamourdollsmakeup.com] |
| Subject: | RE: Video Asset Requests |

Thanks, Peter. We also were thinking that we should schedule a call with them to discuss the project. It is very hard for us to choose assets for them without having a better idea what their plan is. We have availability tomorrow afternoon. Please let us know what works. :)

Thanks,
Laura

-----Original Message-----
From: Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
Sent: Monday, November 28, 2016 11:22 AM
To: Laura Crawford
Cc: Lisa Frank; Jessica Romano
Subject: Re: Video Asset Requests

Hey Laura,

Sure, attached is the agreement from their end.  We have a one-way NDA that we can have them sign but David probably has something a little more comprehensive if you want us to pass it over.

www.videorize.com

Videorize is lead by Founder and Creative Director, Brian "Smitty" Krupkin.  With over 15 years of professional animation and video production experience, Smitty brings top quality creative expertise to companies and individuals at an attainable price.  Smitty started his career in animation working on animated shows for MTV, Cartoon Network, PBS Kids and Discovery Kids.  Noticing the growing demand for video he focused on the corporate/commericial space, working for prestigious agencies and brands such as MTV, Sports Illustrated, Sanofi Aventis, Church & Dwight, Ricoh, Time Warner, Columbia University, Carrot Creative (a 'Vice' company), Vayner media, Pepsi Co, NHL and American Express and many others. With a keen understanding of clients needs and the ability to deliver effective and eye catching videos, Smitty soon became the 'go-to' guy for video animation.

The video will be Lisa Frank-centric. The storyline I sent you the other week was just an overview of the collaboration to get them started.  Our section was a little longer because we had already sent them a bunch of articles and interviews about Lisa Frank and Lisa =)

Let us know anything you'd like them to sign.

Thank you,
Peter

On Mon, 28 Nov 2016 13:04:46 -0500, Laura Crawford <LCrawford@lisafrank.com> wrote:

> Hi Peter,
>
> I actually just brought David, our in house counsel, up to speed on
> this and he also requested to see the agreement that you signed with
> the production company. Could you please send that over, as well?
>
> Thanks,
> Laura
>
> -----Original Message-----
> From: Laura Crawford
> Sent: Monday, November 28, 2016 10:57 AM
> To: 'Peter Georgotas'
> Cc: Lisa Frank; Jessica Romano
> Subject: RE: Video Asset Requests
>
> Hi Peter,
>

Exhibit 152

LFI0002831

> We will need the video team to sign an NDA in order to provide assets.
> What is the company's name? Also, can you please send me their website?
>
> Thanks!
> Laura
>
> -----Original Message-----
> From: Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
> Sent: Monday, November 28, 2016 10:16 AM
> To: Laura Crawford
> Cc: Lisa Frank; Jessica Romano
> Subject: Video Asset Requests
>
> Hey Laura,
>
> The video team we hired just shot over some asset requests as they're
> finishing up the storyboard.  Here's what they said:
>
> <<What i would like to have (if possible) would be the following
> graphics  from the Lisa Frank people. Preferably, I would love the
> hi-resolution digital files if possible (think layered PSD or
> Illustrator files) so that I can manipulate them accordingly in our
> animation (and i don't have to cut them out of a flat jpg:
>
> -Any iconic, Lisa Frank characters such as unicorns, baby tigers,
> dolphins, flamingos, kitty cats, rabbits, bears puppies, butterflies,
> rainbows etc.
>
> -can you ask if there are any brand guidelines that we need to follow?
>
> -I'll need the Glamour Dolls Logo files, and any brand materials you
> need me to adhere to.
>
> -Products to feature in video
>
> Sorry to lay all this on you, but once I have all these assets, we can
> really get this video rolling and finished!>>
>
> Let us know your thoughts.
>
> Thank you!
> Peter
>
> --
> Peter Georgotas
> Glamour Dolls Makeup
> Phone/Fax: +1-201-345-3292 x713
> www.GlamourDollsMakeup.com
>
>
> Using Opera's mail client: http://www.opera.com/mail/


--
Peter Georgotas
Glamour Dolls Makeup
Phone/Fax: +1-201-345-3292 x713
www.GlamourDollsMakeup.com


Using Opera's mail client: http://www.opera.com/mail/

Confidential

# EXHIBIT 18

**From:**     Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD]
**Sent:**     1/11/2017 9:21:17 PM
**To:**       Jon Leland [jon@kickstarter.com]
**CC:**       Peter Georgotas [peter@glamourdollsmakeup.com]; Lisa Frank [/o=LISAFRANK/ou=Exchange Administrative Group
             (FYDIBOHF23SPDLT)/cn=Recipients/cn=lfrank]; Michael Stewart [michael@kickstarter.com]
**Subject:**  RE: Kickstarter Call

Hi Jon,

Lisa will try her best to make the call but I can assure you that both Peter and I are on the same page with Lisa as to what
we are looking for in the video, campaign, etc. ☺

Here is the dial in number:

Conference Dial-in Number: ✕✕✕✕✕
Participant Access Code: 108108#

Thank you,
Laura

**From:** Jon Leland [mailto:jon@kickstarter.com]
**Sent:** Wednesday, January 11, 2017 2:02 PM
**To:** Laura Crawford
**Cc:** Peter Georgotas; Lisa Frank; Michael Stewart
**Subject:** Re: Kickstarter Call

Yes please, though I believe Lisa's participation is probably essential to a productive conversation since we
want to make sure there's a shared understanding of what needs to happen before the campaign is launched.

On Wed, Jan 11, 2017 at 3:58 PM, Laura Crawford <LCrawford@lisafrank.com> wrote:

Hi,

I just spoke to Lisa. She may be able to join the call tomorrow at 10am EST but if not she has asked us to go ahead and
proceed so we don't lose any time. Would you like me to arrange a dial in number?

Thanks,

Laura

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Wednesday, January 11, 2017 1:40 PM
**To:** Laura Crawford; Jon Leland
**Cc:** Lisa Frank; Michael Stewart
**Subject:** Re: Kickstarter Call

Ok so let's shoot for 3pm Friday unless anyone's schedule changes before then.

On Wed, 11 Jan 2017 14:22:52 -0500, Jon Leland <jon@kickstarter.com> wrote:

**Exhibit
153**

Confidential

Unfortunately, I'm tied up the rest of the day tomorrow and on a flight on Friday. Micheal could do the call Friday at 3pm from our side, if that works for y'all.

Jon

On Wed, Jan 11, 2017 at 2:19 PM, Laura Crawford <LCrawford@lisafrank.com> wrote:

Hi Jon,

Thanks for reaching out. Unfortunately, Lisa is tied up tomorrow and Friday morning. We could do a call at 3pm or 4pm EST either day?

Thanks,
Laura

**From:** Jon Leland [mailto:jon@kickstarter.com]
**Sent:** Wednesday, January 11, 2017 12:02 PM
**To:** Peter Georgotas
**Cc:** Laura Crawford; Lisa Frank; Michael Stewart
**Subject:** Re: Kickstarter Call

Would 10am EST tomorrow or Friday work for everyone?

On Wed, Jan 11, 2017 at 1:46 PM, Peter Georgotas <peter@glamourdollsmakeup.com> wrote:

Hi Laura,

Jon is going to try and figure out a time we can all touch base.  I think we're collectively on the same page so let's get their guidance and then we can execute on the production. We can continue to use Brian from Videorize or not once we nail down the concept.

Thanks Jon!
Peter

Peter Georgotas
Glamour Dolls Makeup
Phone/Fax  +1-201-345-3292 x713
www.GlamourDollsMakeup.com

Using Opera's mail client: http://www.opera.com/mail/

--
Peter Georgotas
Glamour Dolls Makeup

Confidential

Phone/Fax: +1-201-345-3292 x713
www.GlamourDollsMakeup.com

Using Opera's mail client: http://www.opera.com/mail/

Confidential

# EXHIBIT 19

**From:**       Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD]
**Sent:**       1/27/2017 6:09:54 PM
**To:**         Peter Georgotas (peter@glamourdollsmakeup.com) [peter@glamourdollsmakeup.com]
**CC:**         Lisa Frank [/o=LISAFRANK/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=lfrank]
**Subject:**    Gifting Items
**Attachments:** Peter.pptx


Hi Peter,

Please see the attached powerpoint with some items that we thought might be fun for gifting the beauty editors etc.
Please take a look and tell me which items you'd be interested in. ☺

Thanks,

**Laura Crawford**
The Lisa Frank Company
520.547.1535
lcrawford@lisafrank.com
**"Lisa Frank - America's Designer for Girls"**




**Visit us on Facebook**      **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to
the sender and delete this copy from your system.  Thank you for your cooperation.

**Exhibit
154**

Confidential

# EXHIBIT 20

| From: | Janice Ross [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B651AD9B2CE74CA3961D28AAAA019757-JROSS] |
|---|---|
| Sent: | 6/7/2018 11:17:37 PM |
| To: | Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]; Shannon McPhillips [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8d6a8b7a5f0401eaf67232feb69368e-shannon] |
| Subject: | Glamour Dolls |
| Attachments: | LF_Kickstarter_Collection 6-5-18 cc.pptx |

Lisa –

Coming off the call with Peter and Chanel, I've highlighted below the items on our side for follow up.  I'm also attaching their latest document that summarizes where we're at.

When you and Shannon have a moment, give me a ring and we can discuss.

- Unicorn Lippie
  - I explained we do not want this for Hot Topic since they have a generic version. (and we don't want them to go into HT anyway)
  - This would only go to Kickstarter to fulfill campaign order.
  - Next steps:
    - GD wants to confirm LF has approved the unicorn mold
    - GD receiving packaging 6/5.  Will send to LF for approval.  In addition to the artwork and printing approval, they've asked that we insert the unicorn mold that you have in the Tucson office into the package to confirm we are happy with the product fit within the packaging.  They are not planning to send it with the Lippie inside.
- Cosmetic Bag:
    - GD shared that they can address all the LF comments except the shine request.  Because it's faux vegan leather, they want a grain in the material to give it a leather like look.  If the fabrication has a grain they can only get a sheen not a shine on the material.  Are we ok with sheen? Otherwise, they would have to go to a flat more plastic looking material.
- Lip Balm:
    - They can make the color hot pink but they are concerned they'll get push back from the kickstarter community.  Would we consider making the lavender a dark Lisa Frank purple with glitter?  I can request they resample with a bolder purple.
    - Tin printing – they're using LF ink formulation but the tin is adhering/absorbing differently than the print on the packaging.
    - Thoughts on how you want them to address this?
- Matte Mousse
    - Can we suggest a PMS color for the rose matte mouse.
    - GB would send the revised color for approval but it would not be in the already approved container with the blue top (let me know if that makes sense to you).
- Bold & Bright Pallet
    - We're having them update some typos in the copy.
- Wengie Pallet
    - GD is taking a stab at the color names and will send for approval
    - They will send LF revised die-lines because there needs to be a wider flap on the front cove
- Manicure Nail Polish
    - GD can't do gradient color on the lid.  Has to be one glitter color.
    - GD will need input on whether they should print on a label (which can be multiple colors) on the bottle or directly on the bottle (can only be two color)



EXHIBIT No. 175
WIT: Lisa Frank
DATE: 10-18-23
Colville & Dippel, LLC

- Do we have a preference?

They said they would have samples for LF for the following:

- Bronzer/Eyeshadow packaging: fixing the upside down logo
- o Sample due to GB 6/5
- Catliner
- o Sample due to GB 6/15
- o Was delayed because they had to find an ombre option per LF comments
- Shimmer Highlighter
- o Sample due to GB 6/15

SVP Licensing and Business Development

The Lisa Frank Company

jross@lisafrank.com

 

Visit us on Facebook

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.