# EXHIBIT 21

| | |
|---|---|
| **From:** | Sharon Chin [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E19A89582337487B9C7CDFB9D36D9A29-SCHIN] |
| **Sent:** | 3/13/2018 6:32:28 PM |
| **To:** | Shannon McPhillips [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d8d6a8b7a5f0401eaf67232feb69368e-shannon] |
| **CC:** | Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa] |
| **Subject:** | Re: SHARON: Glamour Dolls time estimate |

| | |
|---|---|
| **Importance:** | High |
| **Flag:** | Follow up |

Hi Shannon,

Please see below for my estimate:

1.      Eyeshadow Palette- 2 Designs, 1.5 hr

2.      Lip Mousses- 5 Designs, 2 hrs
Questions/Comments:
•       Why are all the lip mousse colors so brown? I understand on the teddy snuggles… but all the other ones are all shades of different brown. It just doesn't go with the Lisa Frank aesthetic. Shouldn't we have at least a few bright colors?
•       Why are there TPX pantone colors? Isn't this used for textiles? Can you find matching colors in standard PMS Coated like you used on "pawsitively wild"
Thank you,
Sharon

---

**From:** Shannon McPhillips <smcphillips@lisafrank.com>
**Date:** Tuesday, March 13, 2018 at 1:18 PM
**To:** Sharon Chin <schin@lisafrank.com>
**Cc:** Lisa Frank <lfrank@lisafrank.com>
**Subject:** SHARON: Glamour Dolls time estimate - eyeshadow pallet

Sharon,

Please look at this project and give us an estimate on time.

Eye Shadow Palettes – we need to add the respective color swatches to the packaging and flip the logos on the side of the packaging so they are not upside down = https://spaces.hightail.com/space/bovrPWHORi

Please let me know if you need anything, thank you!


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com



# EXHIBIT 22

| | |
|---|---|
| **From:** | Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD] |
| **Sent:** | 6/9/2017 12:40:58 PM |
| **To:** | Shannon McPhillips [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Smcphillips] |
| **CC:** | Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]; Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank] |
| **Subject:** | Re: Glamour Dolls - LF info. on eye shadow & bronzer |

Yes, I think our info should be on the back and we should put GD info on the bottom flap. (I think people will open box from the top..) Let me know if Lisa agrees and I will tell Sharon. Thank you.

Sent from my iPhone

On Jun 8, 2017, at 10:40 PM, Shannon McPhillips <SMcPhillips@lisafrank.com> wrote:

Laura,

Please see the attached photos. Lisa is asking your opinion on where we should put the LF info on the packaging (promoting our Facebook, Instagram, etc.).

Do you think it should be on the back? Where the Glamour Dolls info. is? And then we bump Glamour Dolls down to the bottom flap where you open the product? (first attachment)

Or do you think our info should be on the bottom where you open the product? (second attachment)

Or do you think it should be on the side (third attachment)?

Thank you!!


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com
**"Lisa Frank - America's Designer for Girls"**


**Visit us on Facebook**


**Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

<IMG_1513.jpg>

<IMG_1514.jpg>

<IMG_1515.jpg>


EXHIBIT No. _197_
WIT: _Lisa Frank_
DATE: _10-18-23_
Colville & Dippel, LLC

# EXHIBIT 23

**From:**      Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD]
**Sent:**      6/9/2017 12:33:55 PM
**To:**        Sharon Chin [magnae@gmail.com]
**CC:**        Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank]
**Subject:**   !Urgent- Glamour Dolls Packaging Boxes

Hi Sharon,

Per the voicemail that I just left, we urgently need you to put the Lisa Frank copyright information on
the two packaging boxes, eyeshadow and bronzer, that you had worked on for Glamour Dolls. They have all
the GD info but no LF info! They will need the Hunter TM and (c) LF tag line. If you are unsure what to
do, please call me on my cell.

Also, in the future, please make sure that you put the LF copyright on ALL packaging and product that you
work on. Product going out without our copyright is a major legal risk.

Thank you,
Laura

Sent from my iPhone

EXHIBIT No. _198_
WIT: _____
DATE _10-18-23_
Colville & Dippel, LLC

# EXHIBIT 24

**From:** Janice Ross [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=b651ad9b2ce74ca3961d28aaaa019757-jross]
**Sent:** 6/15/2018 5:49:25 PM
**To:** Peter Georgotas [peter@glamourdollsmakeup.com]; Chanel Cohn [chanel@glamourdollsmakeup.com]
**CC:** Shannon McPhillips [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=d8d6a8b7a5f0401eaf67232feb69368e-shannon]; Lisa Frank
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]; Matt Kibildis
[matt@glamourdollsmakeup.com]
**Subject:** Re: Touching Base
**Attachments:** IMG_6939.JPG; IMG_6940.JPG; IMG_6941.JPG; IMG_6942.JPG


Hi Peter –

I've highlighted below our feedback on the items we discussed. I was about to send my email below when I received
your WIP which we will reference for the status of your deliverables. It seems the packaging was delayed on your end as
I thought we would get it prior to 6/15 knowing the arrival to you was 6/5. Are they arriving today? Can we get
tracking numbers?

I am concerned about the artwork delivery dates you noted in your WIP as our workload is quite heavy through the next
couple weeks. As well, the delivery dates to the Kickstarter community is bleeding into January.

Given all the delays, I think it's imperative that we send the Kickstarter community an apology letter with a Lisa Frank
item to thank them for their patience. I would like to confirm a budget for this and the item to send. Glamour Dolls has
two options: 1. Purchase a product in production with our partner Bendon or 2. Purchase some existing inventory from
Lisa Frank.

Let's schedule a call for next week to review everything.


- <u>Unicorn Lippie</u>
  - This should only go to Kickstarter community to fulfill campaign order.
    - Next steps:
      - ==LF – please add some glitter to the glossy mold.==
      - GD receiving packaging 6/5. Will send to LF for approval.
        - LF – Has not received packaging. What is the status?
  - <u>Cosmetic Bag</u>
    - ==LF – I'm attaching some images of a fabrication that is more aligned with the Lisa Frank
brand. It needs to have glitter and shine. If you're delivering faux leather it's ultimately plastic so let's use
what is on brand. Note the image I am providing is not for color but for shine and glitter reference.==
    - GD – please confirm that you can send new samples.

  - <u>Lip Balm</u>
    - ==LF – this needs to be a Lisa Frank color. The Kickstarter community will complain if it doesn't
feel Lisa Frank. If we go with purple it needs to be a Lisa Frank purple and please add glitter.==
    - Tin printing – printing quality on tin vs. packaging
    - I will get back to you on this one shortly.

  - <u>Matte Mousse</u>
    - ==LF – waiting on sample of new color.==
    - GB - Please send revised sample once you've adjusted the color.


EXHIBIT No. 208
WIT: Lisa Frank
DATE: 10-18-23
Colville & Dippel, LLC

- <u>Bold & Bright Pallet</u>
- LF - We are addressing the typos and will return art file shortly.
- GD – please clarify what die-lines you are referencing for LF to update??

- <u>Wengie Pallet</u>
- LF – concerns about artwork deliverables based on the WIP
- GD  - Do you have any names of colors to share with us?  We have not received the revised die-lines for the wider flap on the front cover.
- What is the timing on these two follow up items?

- <u>Manicure Nail Polish</u>
- LF -  Cap needs to be in correct color order for the rainbow; need to send us a sample label so we can make a decision about the printing.
- GD – there were no notes on this item in the WIP.  What is the status??

- <u>Bronzer/Eyeshadow packaging</u>:
- o    GD fixing the upside down logo
- o    Sample due to GB 6/5 – what's the status for LF review?

- <u>Catliner</u>
- o    Sample due to GB 6/15 – is this on track for 6/15?

- <u>Shimmer Highlighter</u>
- o    Sample due to GB 6/15 – is this on track for 6/15?


Best,

Janice

Janice Ross
SVP Licensing and Business Development
The Lisa Frank Company
T  O 520-4702
jross@lisafrank.com


 

<u>Visit us on Facebook</u>

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.


**From:** Peter Georgotas <peter@glamourdollsmakeup.com>
**Date:** Thursday, June 14, 2018 at 7:50 PM

**To:** Janice Ross <jross@lisafrank.com>
**Cc:** Shannon McPhillips <smcphillips@lisafrank.com>, Lisa Frank <lfrank@lisafrank.com>, Chanel Cohn <chanel@glamourdollsmakeup.com>, Matt Kibildis <matt@glamourdollsmakeup.com>
**Subject:** Re: Touching Base

Hey Janice,

forgot to attach the WIP report draft. The first tab is a quick view of action items and the second tab is a draft of a full WIP report, could you look over the column headers or send us a sample of a format you like and we'll get to work filling it in.

Thank you!
Peter

On Thu, Jun 14, 2018 at 10:04 PM, Peter Georgotas <peter@glamourdollsmakeup.com> wrote:

Hi Janice,

hope all is well! Few things I wanted to follow up on:

-is there any feedback from our call last week? We are on schedule with the samples that are coming in but would love to figure out next steps for the items that you have

-we have a new team member who was at Apple in supply chain management and he created a process flowchart (attached) to help us back into delivery timelines. This is a first draft so feel free to give us your thoughts



- we met with Ipsy yesterday and they would love to set up a call to connect with you and talk through some ideas for Gen Beauty (they'll be sending you all some tickets for San Fran in July if you'd like to check it out). They also would like to place 2019 orders for delivery later this year. Can we set up a time to go over those programs?

-Ulta would also like to do a call together and talk about a holiday or spring program.  Chanel, Victoria and I visited the Manhattan location and are working on some proposals based on their floor layout

Are you free tomorrow or Monday to connect?

Have a good night,

Peter

# EXHIBIT 25

**From:**    Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
            (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD]
**Sent:**    6/15/2017 11:59:38 AM
**To:**    Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
            (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LFRANK]
**Subject:**    RE: Glamour Dolls- Budget- Where we stand

**Importance:**    High


Yes, I was thinking the same thing (re: time sheets). Especially with me being remote and you being so busy. It will be harder for us to gauge her time. I will talk to her about it today.

I'll ask Sharon for her time on that project now so I can add. (Since we don't have her bill yet.)

Do we want to charge $50 for the samples? $100?

Thanks.
_____
From: Lisa Frank
Sent: Wednesday, June 14, 2017 10:26 PM
To: Laura Crawford
Subject: RE: Glamour Dolls- Budget- Where we stand

Ali has way more than 4 hours in the label and Sharon you should look at her bill. We also sent make up brush samples-have you talked to him about that? I would start a list vs. a narrative, it will be easier to reference, thanks :) Maybe Ali should keep time sheets???

Lisa Frank
President and CEO
The Lisa Frank Company
520.547.1535
lfrank@lisafrank.com
"Lisa Frank - America's Designer for Girls"


   Visit us on Facebook       Follow us on Twitter

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

-----Original Message-----
From: Laura Crawford
Sent: Wednesday, June 14, 2017 2:04 PM
To: Lisa Frank <LFrank@lisafrank.com>
Subject: Glamour Dolls- Budget- Where we stand
Importance: High

Hi Lisa,

The last time that Peter wired an advance for artwork was May 5th when he wired $5,000.

Since then, we have provided revised packaging files for the eye shadow and bronzer (Original packaging was uploaded on 4/27) and will be providing the sticker labels for the bottoms.

If we estimate and say that Ali has 4 hours in the labels and Sharon has 4 hours in the revised packaging, and calculate at a rate of $50/hr, we are at $400. Plus my time and your time, maybe we are at $500- 600?

Thanks,
Laura


EXHIBIT No. 212
WIT: Lisa Frank
DATE: 10-18-23
Colville & Dippel, LLC

# EXHIBIT 26

From:       Kickstarter [no-reply@kickstarter.com]
Sent:       1/5/2019 6:40:32 AM
To:         Laura Crawford [/o=ExchangeLabs/ou=Exchange Administrative Group
            (FYDIBOHF23SPDLT)/cn=Recipients/cn=ff11f67a65e5430986e627778c014340-laura]
Subject:    New comment — misty d Martinez commented on Lisa Frank Makeup Collaboration ❤.


# KICKSTARTER

**misty d
Martinez**
said:

So... I've been giving a sorta update from LFI... from a lauren c at L FI and this is the emal..

...

Yes!  Thank you for reaching out and I'm beyond happy to hear that you're still a fan.  The Glamour
Dolls situation is an unfortunate mess and we are beyond frustrated and sadden by everything.

This ill-fated relationship was a license, we licensed our artwork to Glamour Dolls so that they could
manufacture approved products with our artwork on it, then sell those products online and at
retail.  We have received only a part of the contractual license fee for use of our artwork and we are
still owed the balance of this fee by Glamour Dolls, as well as royalties on sales of products that they
continue to sell on Amazon and elsewhere even though we have asked that Glamour Dolls cease
making those sales before fulfilling the Kickstarter campaign…they need to fulfill the needs of their
backers first!

We were not involved in the Kickstarter offering, hence our lack of voice in communication with the
investors.  The full initiative and responsibility falls on Glamour Dolls who own this
business.  Regarding money paid to us by Glamour Dolls, we haven't received a cent from the
Kickstarter.  According to Glamour Dolls, the only thing they needed was our approvals on a few
products, but we are still waiting to receive product samples for approval.  We followed-up on these
samples on November 14, 2018, so still here waiting.

I understand that the matter is being looked into by federal authorities who we will assist as
requested. Please keep all records of your donations to or investments in this project. We will
continue to provide updates as more information about the production of the products becomes
available.

We will be making a more public statement about this soon, in the meantime, I really hope things get
resolved quickly.  We definitely won't partner with anyone who needs a Kickstarter to get the business
up and running again.  In hindsight, that should have been a red flag. ☹

EXHIBIT No. 213
WIT: _____
DATE: 10-13-23
Colville & Dippel, LLC

View all comments

Don't want new comment notifications? You can turn them off here.

 Kickstarter ·
58 Kent St, Brooklyn NY 11222 ·
www.kickstarter.com ·
Contact us ·
We're hiring

# EXHIBIT 27

| | |
|---|---|
| **From:** | Kickstarter [no-reply@kickstarter.com] |
| **Sent:** | 2/6/2019 12:35:57 AM |
| **To:** | Laura Crawford [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ff11f67a65e5430986e627778c014340-laura] |
| **Subject:** | New comment — Angelica Sandoval commented on Lisa Frank Makeup Collaboration ♥. |

# KICKSTARTER

**Angelica Sandoval**
said:

I emailed Lisa Frank and this was the response I was given by them today (02-05-2019)

"Thank you for reaching out.  We are beyond frustrated and sadden by this entire situation.  This ill-fated relationship was a license, we licensed our artwork to Glamour Dolls so that they could manufacture approved products with our artwork on it, then sell those products online and at retail.  We have received only a part of the contractual license fee for use of our artwork and we are still owed the balance of this fee by Glamour Dolls, as well as royalties on sales of products that they continue to sell on Amazon and elsewhere even though we have asked that Glamour Dolls cease making those sales before fulfilling the Kickstarter campaign.

We were not involved in the Kickstarter offering, hence our lack of voice in communication with the investors.  The full initiative and responsibility falls on Glamour Dolls who own this business.  Regarding money paid to us by Glamour Dolls, we haven't received a cent from the Kickstarter.  According to Glamour Dolls, the only thing they needed was our approvals on a few products, but we are still waiting to receive product samples for approval.  We followed-up on these samples on November 14, 2018.

I understand that the matter is being looked into by federal authorities who we will assist as requested. Please keep all records of your donations to or investments in this project. We will continue to provide updates as more information about the production of the products becomes available."

**View all comments**



EXHIBIT No. 214
WIT: Lisa Frank
DATE: 10-18-23
Colville & Dippel, LLC

Don't want new comment notifications? You can turn them off here.

 Kickstarter ·
58 Kent St, Brooklyn NY 11222 ·
www.kickstarter.com ·
Contact us ·
We're hiring

# EXHIBIT 28

| | |
|---|---|
| **From:** | Kickstarter [no-reply@kickstarter.com] |
| **Sent:** | 3/28/2019 11:19:23 PM |
| **To:** | Laura Crawford [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ff11f67a65e5430986e627778c014340-laura] |
| **Subject:** | New comment — Dian Bagent commented on Lisa Frank Makeup Collaboration ♥. |

# KICKSTARTER

**Dian**
**Bagent**
said:

I decided to reach out to Lisa Frank to see if they had heard anything. Below is there response.
"

Thank you for reaching out. We are beyond frustrated and saddened by this entire situation. This ill-fated relationship was a license, we licensed our artwork to Glamour Dolls so that they could manufacture approved products with our artwork on it, then sell those products online and at retail. We have received only a part of the contractual license fee for use of our artwork and we are still owed the balance of this fee by Glamour Dolls, as well as royalties on sales of products that they continue to sell on Amazon and elsewhere even though we have asked that Glamour Dolls cease making those sales before fulfilling the Kickstarter campaign.

We were not involved in the Kickstarter offering, hence our lack of voice in communication with the investors. The full initiative and responsibility fall on Glamour Dolls who own this business. Regarding money paid to us by GlamourDolls, we haven't received a cent from the Kickstarter. According to GlamourDolls, the only thing they needed was our approvals on a few products, but we are still waiting to receive product samples for approval. We followed-up on these samples on November 14, 2018.

I understand that the matter is being looked into by federal authorities who we will assist as requested.

Please keep all records of your donations to or investments in this project. We will continue to provide updates as more information about the production of the products becomes available."

**View all comments**

Don't want new comment notifications? You can turn them off
here.



EXHIBIT No. 215
WIT: Lisa Frank
DATE: 10-18-23
Colville & Dippel, LLC

 Kickstarter ·
58 Kent St, Brooklyn NY 11222 ·
www.kickstarter.com ·
Contact us ·
We're hiring

# EXHIBIT 29

**From:**      Janice Ross [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B651AD9B2CE74CA3961D28AAAA019757-JROSS]
**Sent:**       6/28/2018 10:06:08 PM
**To:**          Mandy Bardisbanian [MBardisbanian@hottopic.com]
**CC:**         Robin Motts [RMotts@hottopic.com]; Ed Labay [ELabay@hottopic.com]; Mallory Leveille [MLeveille@hottopic.com];
Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]
**Subject:**   Re: Lisa Frank cosmetics

Hi Mandy!

Thanks for the follow up – I really enjoyed our call last week and I'm excited about all the Lisa Frank opportunities in the cosmetics category and overall with Hot Topic ☺.

I was going to follow up with you just as soon as I connected with Peter but have come to find out he's out of town this week.

I should be able to connect with him early next week and will reach back out so we can get our plans with you solidified.

What is your schedule next week with the July 4th holiday?

Best,

Janice

**Janice Ross**
SVP Licensing and Business Development
The Lisa Frank Company
310.804.4908
jross@lisafrank.com





**Visit us on Facebook**    **Follow us on Twitter**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

**From:** Mandy Bardisbanian <MBardisbanian@hottopic.com>
**Date:** Thursday, June 28, 2018 at 11:13 AM
**To:** Janice Ross <jross@lisafrank.com>
**Cc:** Robin Motts <RMotts@hottopic.com>, Ed Labay <ELabay@hottopic.com>, Mallory Leveille <MLeveille@hottopic.com>, Lisa Frank <lfrank@lisafrank.com>
**Subject:** RE: Lisa Frank cosmetics

**Exhibit
230**

LFI0001540

Hey Janice!
Again, thank you so much for the call last week.
It was so productive!

I am following up on the conversation regarding Glamour Dolls.
I do need to go ahead and cancel those POs as soon as possible.
Have you guys had that conversation with Peter yet?


Thank you and I look forward to hearing from you!


**From:** Mandy Bardisbanian
**Sent:** Thursday, June 21, 2018 9:56 AM
**To:** 'Janice Ross' <jross@lisafrank.com>
**Cc:** Robin Motts <RMotts@hottopic.com>; Ed Labay <ELabay@hottopic.com>; Mallory Leveille <MLeveille@hottopic.com>; Lisa Frank <lfrank@lisafrank.com>
**Subject:** RE: Lisa Frank cosmetics

Fantastic! Talk to you soon.

**From:** Janice Ross [mailto:jross@lisafrank.com]
**Sent:** Thursday, June 21, 2018 9:54 AM
**To:** Mandy Bardisbanian <MBardisbanian@hottopic.com>
**Cc:** Robin Motts <RMotts@hottopic.com>; Ed Labay <ELabay@hottopic.com>; Mallory Leveille <MLeveille@hottopic.com>; Lisa Frank <lfrank@lisafrank.com>
**Subject:** Re: Lisa Frank cosmetics

Perfect!  And yes, that's my cell which is always the best number ☺.

Talk to you later this afternoon.

Thanks Mandy.


SVP Licensing and Business Development
The Lisa Frank Company

jross@lisafrank.com




**Visit us on Facebook**



LFI0001541

This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

**From:** Mandy Bardisbanian <MBardisbanian@hottopic.com>
**Date:** Thursday, June 21, 2018 at 9:52 AM
**To:** Janice Ross <jross@lisafrank.com>
**Cc:** Robin Motts <RMotts@hottopic.com>, Ed Labay <ELabay@hottopic.com>, Mallory Leveille <MLeveille@hottopic.com>
**Subject:** RE: Lisa Frank cosmetics

Hey Janice!
Thank you so much for the quick reply.
Let's jump on a call today at 4:30pm.
Is this a good number to reach you?
310.804.4908


**From:** Janice Ross [mailto:jross@lisafrank.com]
**Sent:** Wednesday, June 20, 2018 3:02 PM
**To:** Mandy Bardisbanian <MBardisbanian@hottopic.com>
**Cc:** Robin Motts <RMotts@hottopic.com>; Ed Labay <ELabay@hottopic.com>; Mallory Leveille <MLeveille@hottopic.com>
**Subject:** Re: Lisa Frank cosmetics

Hi Mandy –

Thanks so much for reaching out! I would love to jump on a quick call to talk about how we move forward with Lisa Frank cosmetics at Hot Topic. My initial thoughts are we need to move away from Glamour Dolls. Additionally, we've had some conversations with GBG who could partner with us on cosmetics.

That said, it would be great to discuss what's the best approach to deliver an amazing Lisa Frank cosmetics line – we know her fans would go crazy over this ☺.

Let me know if you're free to jump on a call today any time after 4pmPST or tomorrow between 9-10:30amPST or after 11:30am.

Look forward to speaking you soon.

Best,

Janice

Janice Ross
SVP Licensing and Business Development
The Lisa Frank Company
Tucson, AZ
jross@lisafrank.com

 

**Visit us on Facebook**

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system.  Thank you for your cooperation.

**From:** Mandy Bardisbanian <MBardisbanian@hottopic.com>
**Date:** Wednesday, June 20, 2018 at 2:39 PM
**To:** Janice Ross <jross@lisafrank.com>
**Cc:** Robin Motts <RMotts@hottopic.com>, Ed Labay <ELabay@hottopic.com>, Mallory Leveille <MLeveille@hottopic.com>
**Subject:** Lisa Frank cosmetics

Hey there Janice,

My name is Mandy and I am the beauty buyer at Hot Topic.
It is nice to e-meet you!

I have been working with the cosmetics company Glamour Dolls for almost 2 years to get their Lisa Frank collection off the ground and in the hands of our customers.
As I am sure you are well aware, they have hit several snags along the way and samples are still not approved.
We have been pushing out the delivery of these orders for over a year and we are now at a point where we need a firm answer.
Can you please help me understand what the Lisa Frank team's thoughts are around this?
Is the partnership with Glamour Dolls is going to be canceled?

Whatever your decision on the Glamour Dolls partnership is fine with us.
If you are going to move away from Glamour Dolls, we do still want Lisa Frank cosmetics!
We work with several incredible partners that I am sure you would all be very happy to work with.
I am happy to suggest them to you if you would like!

Thank you and I look forward to hearing from you,
Mandy Bardisbanian

Confidential

# EXHIBIT 30

**From:**    Janice Ross [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B651AD9B2CE74CA3961D28AAAA019757-JROSS]
**Sent:**    7/2/2018 4:11:41 PM
**To:**    chanel cohn [chanel@glamourdollsmakeup.com]
**CC:**    Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa]; Shannon McPhillips
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=d8d6a8b7a5f0401eaf67232feb69368e-shannon]; Peter Georgotas
[peter@glamourdollsmakeup.com]; Matt Kibildis [matt@glamourdollsmakeup.com]
**Subject:**    Re: Rose Colored Matte Mouse

Hi Chanel –

Thank you for checking in.  I am out to Peter to set up a call to more generally discuss the status of the business.   I will
be happy to address the individual items once Peter and I touch base.

Peter – let me know if you are available tomorrow at 10:30amPST/1:30pmEST.

Best,

Janice

**Janice Ross**
SVP Licensing and Business Development
The Lisa Frank Company
310.804.4908
jross@lisafrank.com

  

Visit us on Facebook        Follow us on Twitter

This e-mail and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of this e-mail or any attachment is prohibited.  If you have received this e-mail in error, please notify us immediately by returning it to
the sender and delete this copy from your system.  Thank you for your cooperation.

**From:** chanel cohn <chanel@glamourdollsmakeup.com>
**Date:** Monday, July 2, 2018 at 9:01 AM
**To:** Janice Ross <jross@lisafrank.com>
**Cc:** Lisa Frank <lfrank@lisafrank.com>, Shannon McPhillips <smcphillips@lisafrank.com>, Peter Georgotas
<peter@glamourdollsmakeup.com>, Matt Kibildis <matt@glamourdollsmakeup.com>
**Subject:** Re: Rose Colored Matte Mouse

> [!NOTE]
> Exhibit 232

Hi Janice,

Hope all is well.  Just checking in to see if there is any approval on the rose colored matte mouse color sent 6/18.

If so, let me know the foil color for the caps and logo and I'll get started on samples asap.

My best,
Chanel

**From:** chanel cohn <chanel@glamourdollsmakeup.com>
**Date:** Monday, June 18, 2018 at 5:02 PM
**To:** Janice Ross <jross@lisafrank.com>, Lisa Frank <lfrank@lisafrank.com>, Christine Foltzer <cfoltzer@gmail.com>
**Cc:** <barron@glamourdollsmakeup.com>, Peter Georgotas <peter@glamourdollsmakeup.com>, Matt Kibildis <matt@glamourdollsmakeup.com>
**Subject:** Rose Colored Matte Mouse

Hi Janice, Lisa & Christine,

Please find the attached photo of the Rose color D'angelo picked for KickStarter. He mentioned this is quite an in demand color in the market and a true rose color.
We are sending you the samples for reference. Once received, please let us know if this color is approved.

In addition, If you can choose one of the foil caps we sent you previously we will then send you a final sample of the rose color in the cap color you pick with the Lisa Frank logo in that foil color to match.

Best,
Chanel

Barron,

Below are the three addresses to mail 2 of each color to:
Please provide tracking.

Lisa Frank, Inc.
████████████
Tucson, AZ 85716

Lisa Frank Inc.
c/o Janice Ross
████████████
Tarzana, CA 91356

Lisa Frank Inc.
████████████████
Raleigh, NC 27609

Thanks all!