# EXHIBIT 31

| | |
|---|---|
| **From:** | Peter Georgotas [peter@glamourdollsmakeup.com] |
| **Sent:** | 5/18/2017 12:00:32 PM |
| **To:** | Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford] |
| **CC:** | Lisa Frank [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lfrank] |
| **Subject:** | Hot Topic |
| **Attachments:** | Lisa Frank Retail Linesheet.pdf |

Hey Laura,

Good morning, finished playing catch up on all the emails to see where the convos were.  Attached is the line sheet Shana had made and it looks like we just finished the vendor setup with Hot Topic two days ago.

The buyer Mandy wants everything for holiday 2017 but can't place orders until she sees final artwork so maybe we can chat later and see what's missing.

They also would like their own version of the Trapper Keeper pallet and some other custom items (they mentioned a 7500-9000 per SKU order for ref).

We're at Ipsy this morning but feel free to text or ring if you need anything and let me know how it goes on your end!

Thank you,

Peter

Confidential

# EXHIBIT 32

**Quarter: 1**
**Year: 2018**

                                                        **Quarterly Royalty Report**
                                                              **Lisa Frank, Inc.**

**Licensee :**
**Glamour Dolls Makeup**

**Email address: dollshelp@glamourdollsmakeup.com**
**Phone number: 201-345-3292**

| Any items sold as an assortment or a combination of more than one product must be detailed by desig |
|---|

| Customer | Country | SKU # | Description |
|---|---|---|---|

License Advance

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    **GDI029112**

**Date: 12/20/2018**

**Royalties and Reports
are due no later
than 30 days after
the end of the
quarter.**

<span style="background-color: yellow">gn/product number individually</span>

| Gross Units | Unit Price | Gross Revenues | Return Units | Return Revenues | Net Units | Net Revenues |
|---|---|---|---|---|---|---|
| - | - | $ - | - | $ - | - | $ - |
| - | | $ - | - | $ - | - | $ - |
| - | | $ • - | - | $ - | - | $ - |
| - | | $ - | - | $ - | - | $ - |
| - | | $ - | - | $ - | - | $ - |
| - | | $ - | - | $ - | - | $ - |
| - | | $ - | - | $ - | - | $ - |

| Royalty | Rate | |
|---|---|---|
| $ 125,000.00 | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| | | |
| $ 125,000.00 | 0.0% | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

GDI029114

**Quarter: 2**
**Year: 2018**

**Quarterly Royalty Report**
**Lisa Frank, Inc.**

**Licensee :**
**Glamour Dolls Makeup**

**Email address: dollshelp@glamourdollsmakeup.com**
**Phone number: 201-345-3292**

**Any items sold as an assortment or a combination of more than one product must be detailed by desig**

| Customer | Country | SKU # | Description |
|---|---|---|---|
| Royalty Advance | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

GDI029118

**Date: 3/25/2018**

**Royalties and Reports
are due no later
than 30 days after
the end of the
quarter.**

gn/product number individually

| Gross Units | Unit Price | Gross Revenues | Return Units | Return Revenues | Net Units | Net Revenues |
|---|---|---|---|---|---|---|
| - | - | $ | - | - | $ | - | - | $ | - |
| - | | $ | - | - | $ | - | - | $ | - |
| - | | $ | - | - | $ | - | - | $ | - |
| - | | $ | - | - | $ | - | - | $ | - |
| - | | $ | - | - | $ | - | - | $ | - |
| - | | $ | - | - | $ | - | - | $ | - |
| - | | $ | - | - | $ | - | - | $ | - |

| Royalty | Rate | |
|---|---|---|
| $ 125,000.00 | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| | | |
| $ 125,000.00 | 0.0% | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**Quarter: 3**
**Year: 2018**

**Quarterly Royalty Report**
**Lisa Frank, Inc.**

**Licensee :**
**Glamour Dolls Makeup**

**Email address: dollshelp@glamourdollsmakeup.com**
**Phone number: 201-345-3292**

**Any items sold as an assortment or a combination of more than one product must be detailed by desic**

| Customer | Country | SKU # | Description |
|---|---|---|---|
| Royalty Advance | | | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**                    **GDI029121**

**Date: 6/24/2018**

**Royalties and Reports are due no later than 30 days after the end of the quarter.**

gn/product number individually

| Gross Units | | Unit Price | Gross Revenues | | Return Units | Return Revenues | | Net Units | Net Revenues | |
|---|---|---|---|---|---|---|---|---|---|---|
| - | - | | $ | - | - | $ | - | - | $ | - |
| - | | | $ | - | - | $ | - | - | $ | - |
| - | | | $ • | - | - | $ | - | - | $ | - |
| - | | | $ | - | - | $ | - | - | $ | - |
| - | | | $ | - | - | $ | - | - | $ | - |
| - | | | $ | - | - | $ | - | - | $ | - |
| - | | | $ | - | - | $ | - | - | $ | - |

| Royalty | Rate | |
|---|---|---|
| $ 125,000.00 | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ - | 0.0% | |
| $ 125,000.00 | 0.0% | |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

# EXHIBIT 33

**From:**      Kickstarter [no-reply@kickstarter.com]

**Sent:**      3/10/2017 6:47:55 PM
**To:**        Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]
**Subject:**   Project Update #8: Lisa Frank Makeup Collaboration ♥ by Glamour Dolls Makeup

> Just a reminder that you have until 03/10/2017 14:17 PM EST to
> edit your post. Edits won't be reflected in the email sent to your
> backers.



# Flashback Friday!!!

Posted by Lisa Frank (LisaFrank.com)

Hi Kickstarter,
You're getting pretty good at this! Now the real fun begins.This is your final challenge of the week to
unlock the first bonus stretch reward.

 We want to see your collections!

Take a picture of your favorite Lisa Frank merch and tell us when and where you got it. Post your
picture on social media, tag Lisa Frank and Glamour Dolls, and use the hashtag

#LisaFrankxGlamourDolls for us to see it. We want to see it all! Folders, stickers, trapper keepers, backpacks, whatever you have!

Once this challenge is completed, the first stretch reward will be announced. The more people that participate, the faster it will be unlocked. This round is going to take 40 posts to unlock, so call a friend and bring your best!



Photo from Lisa Frank Headquarters Tucson, AZ  #LisaFrankxGlamourDolls @Lisa_Frank @GlamourDollsMakeup (Instagram) @LisaFrank @GlamourDollss (Twitter)

Looking forward to seeing your collections, it's up to YOU to unlock the first surprise!

XoXo,

Lisa Frank

LFI0006594

Like

Comment on Kickstarter

Explore projects anywhere and everywhere, with Kickstarter for iPhone®, iPad®, and Android™.
Don't want to receive updates from this project? That's okay, you can unsubscribe.

Kickstarter · 58 Kent St, Brooklyn NY 11222 · www.kickstarter.com

Contact Us

Confidential

# EXHIBIT 34

**From:**    Kickstarter [no-reply@kickstarter.com]

**Sent:**    3/8/2017 7:29:52 PM
**To:**    Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]
**Subject:**    Project Update #7: Lisa Frank Makeup Collaboration ♥ by Glamour Dolls Makeup

Just a reminder that you have until 03/08/2017 14:59 PM EST to
edit your post. Edits won't be reflected in the email sent to your
backers.



# Second Challenge- Wardrobe
# Wednesday!

Posted by Lisa Frank (LisaFrank.com)
○For backers only

Hi Kickstarter,
Congratulations on completing your first challenge, Manicure Monday. We loved looking at all your
beautiful Lisa Frank inspired nail art. Thank you to everyone who participated!

Are you ready for your next challenge?

                                                                                     LFI0006586

Welcome to Wardrobe Wednesday- Its time to break out your leopard print and show off your most colorful Lisa Frank inspired ensemble! Share a picture of you or a friend dressed in your rainbow attire using the hashtag #LisaFrankxGlamourDolls. Tag Lisa Frank and Glamour Dolls on Instagram, Twitter, Facebook, or Pinterest (we love Reddit too!) Once 30 people have shown us their outfits, the challenge will be unlocked and you will be one step closer to revealing the first stretch reward! Any guesses what it could be??

Confidential



Confidential

Photo Credit: StudioDIY (Check out her amazing LF costume ideas!
http://studiodiy.com/2016/10/13/diy-lisa-frank-costumes-round-2/)

These challenges are shared with Kickstarter backers first to give you a head start! Please share th
campaign with your friends and family. The more people who get involved in the challenges, the
faster the rewards will be unlocked! Can't wait to see you decked out in your LF duds!

XoXo,

Lisa

P.S.- Don't have any rainbow clothing that fits the bill? Shop Lisa Frank clothing online here:
https://www.rageon.com/a/users/lisafrank

❤Like

Comment on Kickstarter

Explore projects anywhere and everywhere, with Kickstarter for iPhone®,
iPad®, and Android™.
Don't want to receive updates from this project? That's okay, you can
unsubscribe.

LFI0006589

Kickstarter · 58 Kent St, Brooklyn NY 11222 · www.kickstarter.com

Contact Us

Confidential

# EXHIBIT 35

| **From:** | Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LCRAWFORD] |
| **Sent:** | 3/8/2017 7:30:11 PM |
| **To:** | Peter Georgotas [peter@glamourdollsmakeup.com]; Stacy Aboyoun [stacy@glamourdollsmakeup.com] |
| **CC:** | Lisa Frank [/o=LISAFRANK/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=lfrank]; |
| | abigail@glamourdollsmakeup.com |
| **Subject:** | RE: Lisa Frank Challenge - Wardrobe Wednesday! |

I just posted it on Kickstarter to backers only!

**From:** Peter Georgotas [mailto:peter@glamourdollsmakeup.com]
**Sent:** Wednesday, March 08, 2017 10:50 AM
**To:** Stacy Aboyoun; Laura Crawford
**Cc:** Lisa Frank; abigail@glamourdollsmakeup.com
**Subject:** Re: Lisa Frank Challenge - Wardrobe Wednesday!

Looks great Laura =)

Feel free to post it on Kickstarter whenever you're ready and then we can all put it up on social media an hour later

On Wed, 08 Mar 2017 12:34:21 -0500, Laura Crawford <LCrawford@lisafrank.com> wrote:

Hi Stacy,

Thanks for sending. Please see my edits below. ☺

Thanks,
Laura

**From:** Stacy Aboyoun [mailto:stacy@glamourdollsmakeup.com]
**Sent:** Wednesday, March 08, 2017 9:03 AM
**To:** Laura Crawford
**Cc:** Peter Georgotas; Lisa Frank; abigail@glamourdollsmakeup.com
**Subject:** Lisa Frank Challenge - Wardrobe Wednesday!

Good Morning Laura,

I attach below the Kickstarter/social media challenge for today. Feel free to edit any of the wording. Today's challenge is Wardrobe Wednesday! In hopes of gaining more participants to unlock the next stretch goal, we think the challenge would gain more attention if this post was posted first on Kickstarter around 9:00-9:30 am MST and then posted to your social media around 11:00-11:30 am MST. Please let us know what you think!

Thanks!

-----------------------------------

Subject Line: Lisa Frank's Social Media Challenge - Wardrobe Wednesday!

Hi Kickstarter,

Congratulations on completing your first challenge, Manicure Monday. We loved looking at all your beautiful Lisa Frank inspired nail art. Thank you to everyone who participated!

Are you ready for your next challenge?

Welcome to Wardrobe Wednesday- Its time to break out your leopard print and show off your most colorful Lisa Frank inspired ensemble!

   LFI0002527

Share a picture of you or a friend dressed in your rainbow attire using the hashtag #LisaFrankxGlamourDolls. Tag Lisa Frank and Glamour Dolls on Instagram, Twitter, Facebook, or Pinterest (we love Reddit too!) Once 30 people have shown us their outfits, this challenge will be unlocked and you will be one step closer to revealing the first stretch reward! Any guesses what it could be??

(ATTACHED PHOTOS)

#lisafrankxglamourdolls
@lisafrank @glamourdollsmakeup

These challenges are shared with Kickstarter backers first to give you a head start! Please share the campaign with your friends and family. The more people who get involved in the challenges, the faster the rewards will be unlocked!

Can't wait to see you decked out in your LF duds!

XoXo,

Lisa

P.S.- Don't have any rainbow clothing that fits the bill? Shop Lisa Frank clothing online here: https://www.rageon.com/a/users/lisafrank

--
Peter Georgotas
Glamour Dolls Makeup
Phone/Fax: +1-201-345-3292 x713
www.GlamourDollsMakeup.com


Using Opera's mail client: http://www.opera.com/mail/

Confidential

# EXHIBIT 36

**From:**    Kickstarter [no-reply@kickstarter.com]

**Sent:**    3/7/2017 1:55:39 AM
**To:**    Laura Crawford [/O=LISAFRANK/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Lcrawford]
**Subject:**    Project Update #6: Lisa Frank Makeup Collaboration ♥ by Glamour Dolls Makeup

Just a reminder that you have until 03/06/2017 21:25 PM EST to edit
your post. Edits won't be reflected in the email sent to your backers.



# First Challenge- Manicure Monday!!!

Posted by Lisa Frank (LisaFrank.com)

LFI0006582



Hi Kickstarters!

LFI0006583

Thank you for being a part of this collaboration! Now let the games begin! Each day this week, we will be posting a new challenge. Complete the challenges to unlock the stretch product!! Here is today's challenge:

Manicure Monday! Post a photo of your Lisa Frank inspired manicure! Use the #lisafrankxglamourdolls and be sure to tag @lisafrank and @glamourdollsmakeup.

When ten fans show us their manicures, this challenge will be complete!

Also, if you haven't done so yet, join the campaign!! Tomorrow's challenge will be posted to the backer's first so don't miss your chance to get a jump start!

Can't wait to see your photos! :)
XoXo,
Lisa Frank
Credit to Chelsea King for the awesome nail art shown above! http://chelseaqueen.com/nail-art/lisa-frank-inspired/

♥Like

Comment on Kickstarter

Explore projects anywhere and everywhere, with Kickstarter for iPhone®, iPad®, and Android™.
Don't want to receive updates from this project? That's okay, you can unsubscribe.

Confidential

LFI0006584

Kickstarter · 58 Kent St, Brooklyn NY 11222 ·
www.kickstarter.com


Contact Us

Confidential

LFI0006585

# EXHIBIT 37



**Tuesday, October 11, 2016**

Shannon McPhillips

Hi Peter! This is Shannon for Lisa Frank ☺ please drop off your package for Lisa at: Signature Flight Support West
401 Industrial Ave
Teterboro, NJ 07608
drop it at the front desk and let them know that it is for N 610RW
12:29:49 PM

+1
12:35:44 PM    Awesome! Thanks so much Shannon. You and Lauria feel free to text whenever.

Shannon McPhillips  (+          )
Likewise ☺
12:36:05 PM

Did you get that package dropped off Peter?
5:43:09 PM

5:47:45 PM    Greg said he delivered it =)

Shannon McPhillips
Excellent thank you !
5:50:20 PM

**Tuesday, August 1, 2017**

Shannon McPhillips

Good morning Peter is this Shannon for Lisa Frank ☺ can you please call me when you have a minute to talk about Greece ? 🌐
11:22:15 AM

11:26:44 AM    100% can you give me a couple hours we're letting up on Pinar =)

Shannon McPhillips  (                )
Ok!
11:32:46 AM

Hi Peter did you forget about me ? ☺
7:38:30 PM

7:36:23 PM    Nooo it's been such a long day I'll be off the road in 20' promise you're my first call

EXHIBIT    18
WIT: Georgeras
DATE: 8-24-23
Mimi Murray, CSR

Page 1 / 31
GDI029226

Shannon McPhillips  ()

Ok just checking in I 'll be brief thank you 😊

7:39:50 PM



10:35:36 PM

Shannon McPhillips \attachment 1.JPG

Can you please let me know if this part of the product (that I'm pointing to ) will print 4 process color ?

10:35:36 PM



+

10:46:51 PM

Yes! Sorry I saw Laura's message just at dinner will call when I get out

**Wednesday , August 2, 2017**

Shannon McPhillips  (                   )

Please call us  😊

5:27:29 PM

Need new die lines asap today

7:43:32 PM

How quickly can you get them to me with the forrest copy and all of that  ?

7:43:47 PM

With the different copy *

7:58:22 PM

8:02:05 PM

Pushing . I'm actually headed to the designers house now to see if we can speed it along . =\



Shannon McPhillips  (                   )

We don't need a die line we did the die line we need the copy

8:12:26 PM

Have to have it tonight

8:12:31 PM

Make sure you sent a photo so our artist knows to save room for the photo 😊

11:41:42 PM

**Thursday, August 3, 2017**



+ XXXXXXX

Let me know if the email is clear  =)     12:13:29 AM

Shannon McPhillips  ( XXXXXXX )

Sorry Hun I'll be home around  10:30     12:14:09 AM

Sorry Hun I need the font size for the
ingredients  ☺ ☺ ☺     12:25:27 AM

Also we are still missing the photo     12:26:46 AM

+1 ( XXXXXXX

Np hold tight I il give you the minimum
font size and he can feel free to tweak
as needed. Which photo ? Did the
attachments not come through of the
eyeshadow backs ?     12:28:14 AM

Font size should be minimum
1mm/.04in     12:33:01 AM

Shannon McPhillips  ( XXXXXXX )

Got it on both thanks     12:33:48 AM

XXXXXXX

👍     12:34:14 AM

Shannon McPhillips  (

Urgent please call     9:31:03 PM

Friday, August 4, 2017

Shannon McPhillips  XXXXXXX

12:25:13 AM

Shannon McPhillips \attachment 2.jpg

 Teaser ☺     12:25:13 AM

GD1029228

8:38:04 AM    Looks so good people are gonna go bananas!

Monday, August 7, 2017

Shannon McPhillips ( XXXXXXX )

Peter can you please confirm the dates of the Greece trip with me ?    10:16:02 PM

+XXXXXXX
11:01:42 PM    Hey Shannon 3rd through the 15th or whichever date Forrest needs to be back by !

Tuesday, August 8, 2017

Shannon McPhillips  XXXXXXXX )

Ok so leaving on the 2nd and arrive on the 3rd or leaving on the 3rd and arriving on the 4th?    12:42:42 AM

+1 (646) 684-6169
12:30:32 PM    Leaving the 3rd =\ I've got a wedding the 2nd. We make the day up on the return though

Shannon McPhillips ( XXXXXXX )

Ok thank you    12:55:12 PM

Wen are you giving me die lines ? Need them asap to give to artists    12:55:55 PM

+1 XXXXXXX
1:07:31 PM    Pulling them right now

Shannon McPhillips ( XXXXXXX )

Thank you please let me know when they are uploaded and I will give them to the artists right away  ☺    1:10:06 PM

I need samples of the 3 products we are working on mailed to me asap please    7:54:01 PM

Also need more makeup brushes for giveaway asap  ☺    8:33:09 PM

+XXXXXXX
10:21:26 PM    👍👍 I'll have to see how many production samples are left but will mail what we've got and expedite more if needed. Blush or crease brush ? 😄

GDI029229



Shannon McPhillips (  )

Both no rush I 'm sending Lisa off to LA
with some to give away at a big
licensee meeting but will need more for
the next trip - probably Greece ☺

10:22:16 PM

Thursday, August 10, 2017

Shannon McPhillips (  )

Peter I need to get clarification on the
products and packaging for the 3 new
products we are working on . We are
confused and need clear direction . For
example does the lippie come in a
box? Etc. can you please get me
these details asap today ?

12:22:07 PM

Also I need at least 2 sets of samples
of these 3 products we are working on
mailed to Tucson yesterday !!

12:23:54 PM



Believe they went out this morning
fedex overnight! Can I ring you in 15' to
go through the rest ?

12:32:46 PM

Shannon McPhillips (  )

Yes ☺

12:35:24 PM

+ 



12:57:16 PM

Shannon McPhillips \attachment 3.JPG



12:58:25 PM

Shannon McPhillips \attachment 4.JPG

GD1029230



Shannon McPhillips \attachment 5.JPG



Shannon McPhillips \attachment 6.JPG



Shannon McPhillips \attachment 7.JPG



Shannon McPhillips \attachment 8.JPG

GDI029231



1:07:06 PM

Shannon McPhillips \attachment 9.JPG



Shannon McPhillips )

Peter i am making a slight change to the "wengie" pallet and will get the correct version to you asap early next week

4:47:17 PM

+1 (

6:06:28 PM    No problem

Saturday, August 12, 2017

Shannon McPhillips  (

Good morning Peter ! When can we talk Monday morning to book flights to Greece at the same time ? ☺

1:37:01 PM



3:03:01 PM    Hey Shannon ! That sounds great also dielines are just about done so you 'll have them Monday morning =) did the package arrive ? I had to resend but but for Saturday delivery.

Friday, August 18, 2017

Shannon McPhillips  (

What is your availability for a call today?

5:46:09 PM

Can you please call ?

9:16:31 PM

+1 (

9:21:20 PM    Hey Shannon sorry thought you forgot about us ! Can I ring you tomorrow ? In a movie =\

Shannon McPhillips  ()

Call Lisa 's cell over the weekend please ☺

9:46:14 PM

GDI029232



+1 (XXXXXXX)

10:22:24 PM  🎤 ring her tomorrow

Monday, August 21, 2017

XXXXXXX

Hey Shannon want to catch up
tomorrow on work and itinerary ?
10:03:54 PM

Tuesday, August 22, 2017

Shannon McPhillips  (XXXXXXX)

Hi Peter this afternoon may work well
for us if not then tomorrow . Tentatively
how does 6pm est work for you today  ?
11:20:44 AM

+XXXXXXX

11:21:34 AM  Great I'll put it on the calendar

5:48:29 PM  Hey Shannon did you still want to do
6?

Shannon McPhillips  XXXXXXX

Possibly later she is on with an artist
now what is your availability later   ?
5:49:04 PM

XXXXXXX

8:15:39 PM  Sure I have a dinner at  7 but will be free
after 9ish?

Shannon McPhillips  XXXXXXX )

Let's plan for tomorrow . What's your
afternoon/evening availability? Do you
have points for the call you can email
me?
6:16:36 PM

XXXXXXX

Sure I'll get those for you after dinner
and I've got a 6:30est call for about an
hour but free otherwise and can
reshuffle
6:32:59 PM

Shannon McPhillips  (XXXXXXX)

Ok
6:57:59 PM

Wednesday , August 23, 2017

Shannon McPhillips  (XXXXXXX)

Hi Peter are you available for a call with
Lisa ☺
5:25:50 PM



Hey Shannon can we do in an hour ? Driving but the Bluetooth isn't working. Sorry didn't get you agenda yet hot topic has been having us run in circles

5:27:53 PM

If that's too late let me know I 'll pull off earlier to chat =)

5:28:46 PM

Shannon McPhillips 

Call in 1 hour please

5:31:22 PM

Thursday, August 24, 2017

Shannon McPhillips

Urgent!! Art questions on dielines need answers asap

12:20:15 PM

Two seconds calling back now

12:20:50 PM

Friday, August 25, 2017




1:56:04 AM

Shannon McPhillips \attachment 10.JPG

Shannon McPhillips

Ok horn needs to be rainbow too

2:01:05 AM

Did you decide on the postcards ?

4:52:56 PM

 green light

5:33:09 PM

Monday, August 28, 2017

Hey shannon they prioritied the powder for a Pantone match . I'm at the bank getting the wire out to you for the artwork ring you after !

3:42:24 PM



Shannon McPhillips  (

$10,800 ☺                                3:51:21 PM

                                                        +
                              4:08:25 PM    Yup!

Shannon McPhillips  (

When do you need the postcards by  ?    5:05:45 PM

                                                        +1
                              5:09:57 PM    Mid-October?

Shannon McPhillips  (

Ok                                      5:16:12 PM

Peter you were supposed to send us      8:02:47 PM
more makeup brushes  ☺

                                                        +1
                                           Oh man thought they had .  I'll text abi
                              8:53:14 PM    now. Sorry caught up with the ipsy
                                           delivery

                         Tuesday, August 29, 2017

                                                        +1
                                           Hey shannon let 's catch up in the
                              12:44:53 AM   morning got stuck with the ipsy
                                           shipment . Have a good night

Shannon McPhillips  (

Ok maybe you can have someone get
me invoices so I know the break down
of the charges  & credit card           1:10:05 AM
authorization forms so I can make sure
her credit card is on there when you
change reservations to her name .

Greece?                                 5:49:38 PM

                                                        +1
                                           Yes! Sorry can I ring you in an hour  ?
                                           One of ipsys warehouses is in Houston
                              5:51:13 PM    so we've all been scrambling reroutes
                                           with the hurricane . Almost done

Shannon McPhillips  (+

Ok                                      8:14:13 PM

GD1029235

+1 

7:08:16 PM  Almost done maybe another 30? It's the LF bronzers delivering.

**Shannon McPhillips** (+ XXXXXXX)

Ok                          7:52:48 PM

Wednesday, August 30, 2017

+1 

3:04:15 PM  Just got the prime suite at the andronis exclusive property with spa   They have their own helipad so we can land and take off right there !

**Shannon McPhillips** (+ XXXXXXX)

Awesome!                    3:21:52 PM

Lisa says all factories hand paint in China even the figurines when they tell you they can 't guarantee they are a sloppy shitty facility she was going to text you but her phone is at Verizon they might joy be perfectly consistent from one to the next but at least they be nicely done .                          7:28:22 PM

Thursday, August 31, 2017

**Shannon McPhillips** (+ XXXXXXX)

Peter were you able to get a discount on the hotel for last night ? Did you book it ?                          11:37:54 AM

Friday, September 1, 2017

**Shannon McPhillips** XXXXXXX

Peter I need a favor can you please call me ?                          8:57:07 PM

+ 

9:04:59 PM  Yup! Can you give me 15?

**Shannon McPhillips** (+ XXXXXXX)

Yes                          9:06:15 PM

Hi Peter Lisa left but she should be reachable in about 15 minutes
Regarding the email I need , something like:
Very excited to be working together
Traveling to Greece
We will Source all kinds of new products
4 day meeting with ipsy (or something like that )
I'll meet you in Newark                          10:37:16 PM



Great that Forrest is joining for his young fresh perspective



10:41:41 PM    Got it :)

Saturday, September 2, 2017

Hey shannon sorry to bug you so late . What a crazy debacle earlier . Who should I address the email to etc ?

1:56:10 AM

Shannon McPhillips (+ XXXXXXXX

Lisa & copy me ☺          1:57:01 AM

Glad you're ok ☺          1:57:12 AM

Yea they removed the guy from the hotel he's some Nigerian rapper or dj or something. Apparently they had other complaints about him too. and had the cops speak to everyone

2:00:15 AM

Shannon McPhillips (+ XXXXXXXX

Wow! What a loser !! I hope you guys get to relax and have a fun time at the wedding! What time will you be in Newark Sunday ?

2:06:59 AM

Seriously some people . Thank you! I'll be back Sunday morning and live . 25' from Newark airport =) when are lisa and Forrest getting i

2:09:27 AM

2:09:30 AM    *in

Also between us I think the hotels require prepay or they won't hold the room. I even tried to give them my card to hold the reservation . Want to chat briefly tomorrow about it ?

2:10:25 AM

Shannon McPhillips (+ XXXXXXXX

I only got 1 cc authorization form if you can forward me the rest and the info from the hotels asap that would be great!

2:13:08 AM



+[redacted]

Ok cool! Let me know if the email is ok just sent    2:23:51 AM

**Shannon McPhillips** (+1 [redacted])

Ok will check in AM  ☺    2:24:30 AM

+1 [redacted]

sleep tight 😴    2:24:53 AM

**Shannon McPhillips** (+1 [redacted])

Hi Peter I did not get any credit card authorization forms ... do we need to prepay or can she switch it to her card at checkin ?    1:29:55 PM

+1 [redacted]

We can switch at checkin . All good    3:41:43 PM

Terrible reception will try and reach you in a little    3:41:53 PM

Sunday, September 3, 2017

**Shannon McPhillips** (+1 [redacted])

Hi Peter at this point Lisa  & Forrest will be arriving at the Newark airport at 9:30pm I will keep you updated of any changes    3:25:56 PM

Peter do the hotels have outlet adapters?    3:50:20 PM

+1 [redacted]

They should and my friend has some welcome bags ready with a couple    3:55:20 PM

**Shannon McPhillips** ( [redacted] )

Lightning to USB Camera Adapter
$29.00
★ ★

4:00:17 PM

Shannon McPhillips \attachment 11.PNG

Ok can you pretty please with a cherry on top get this cord for Lisa ?    4:00:17 PM

**GDI029238**

+1 ▓▓▓▓▓▓▓

4:14:08 PM    I'll try! NJ has Sunday blue laws so have to see what's open

**Shannon McPhillips  (+1 ▓▓▓▓▓▓▓ )**

Ok don't let them leave without Lisa and Forrest we are running late !!    5:38:00 PM

Any luck with the cord  ? It's an apple product ☺    6:21:13 PM

▓▓▓▓▓▓▓

6:21:44 PM    At Best Buy now  😊

6:22:31 PM    I once violated faa regulations and had a plane held for 15 minutes in Mexico

**Shannon McPhillips  (+ ▓▓▓▓▓▓▓ )**

Lol! You rock ! Okay at this rate they will be landing at  10:30-10:45 so I'm getting nervous don't let the plane leave!!    6:23:72 PM

+1 ▓▓▓▓▓▓▓



6:27:08 PM

Shannon McPhillips \attachment 12.JPG

6:27:21 PM    Are they landing in Newark ?

**Shannon McPhillips  (+ ▓▓▓▓▓▓▓ )**

Yes!    6:28:04 PM

You are a magician !!! Please take good care of my people !!    6:28:40 PM

+1 ▓▓▓▓▓▓▓

6:31:49 PM    They're in good hands 😊 did you check them in ?

Shannon McPhillips (+ XXXXXXX)

Yeah but it wouldn't let me check them in all the way because they want to see there passports in person  6:32:58 PM

+1 XXXXXXX

Oh man. In the event that they do miss it what's the gameplan ?  6:44:16 PM

Shannon McPhillips (+ XXXXXXX)

Why do you think they will  ??  6:45:00 PM

Omg I need you to hold the plane  6:45:28 PM

They are landing at 10:30 and it takes 5 mins for them to get from the FBO to the airport  6:46:42 PM

+1 XXXXXXX

Ok! It's an 11pm flight I will do my best should be ok  7:09:38 PM

Shannon McPhillips (+1 XXXXXXX)

It takes off at 11:55pm  7:10:05 PM

+1 XXXXXXX

Oh! You're right I misread  7:11:06 PM

They're totally fine  7:11:09 PM

Emirates advises showing up 90 minutes before if you're checking luggage  7:11:29 PM

Shannon McPhillips (+1 XXXXXXX)

She just landed were good  :)  10:40:15 PM

+1 XXXXXXX

Excellent I actually just spoke to the gate crew they said no problem !  10:44:00 PM

Shannon McPhillips (+1 XXXXXXX)

Yay!!! Party time  :)  10:57:26 PM

+1 XXXXXXX

This is going to be fun  =) I'm emailing you in with Minas . He's a friend on the ground in Athens coordinating transport and reservations  11:09:43 PM

Thursday, September 7, 2017



Shannon McPhillips  (+1 ✕✕✕✕✕✕✕

Hi Peter can you please give your
travel agent our airplane management
company's phone number to get better     1:38:47 PM
rates on gas , ect.? His name is Chuck
+1 (805) 455-0006


+1 ✕✕✕✕✕✕✕

Sure thing and sorry shannon I know
there's a lot of confusion . Between us I
1:45:14 PM     think lisa and I both need a good
night's sleep . Forrest is the only one
who has gotten to so far  😳

Wednesday , September 13, 2017


Shannon McPhillips  (+ ✕✕✕✕✕✕✕

Hi Peter the King George Hotel called
to see what time Lisa is checking in  .     10:34:50 AM
Do you have an idea ?

Monday, October 2, 2017


Shannon McPhillips  (+1 ✕✕✕✕✕✕✕

What are we doing with the matte
mousse samples we received ?     6:43:50 PM

+1 ✕✕✕✕✕✕✕

Hey shannon at dinner I they're just to
7:19:34 PM     match a Pantone for the color stickers .
I'll circle back a little later

Shannon McPhillips  (+1 ✕✕✕✕✕✕✕

Didn't you have to give Pantone colors
to the orient to begin with  ? If so, please
supply us with those Pantone
numbers . If not, ask your artist to
supply us with what they think
matches because we are having a hard     7:25:30 PM
time matching these to a Pantone
book. We will make our comments
after we receive your Pantone
numbers.

The sooner we get the numbers the
sooner we can get back to you     7:27:57 PM

+1 ✕✕✕✕✕✕✕

Np I think jess sent them samples to
match but will get answer from our
7:44:12 PM     artist in the morning if they don  t get
back to me tonight

Thursday, October 12, 2017

+1 



5:52:28 PM

Shannon McPhillips \attachment 13.JPG

5:52:28 PM 

Shannon McPhillips \attachment 14.MOV

5:52:28 PM 

Shannon McPhillips \attachment 15.MOV

5:52:28 PM 

Shannon McPhillips \attachment 16.MOV

5:52:28 PM 

Shannon McPhillips \attachment 17.JPG

5:52:28 PM 

Shannon McPhillips \attachment 18.JPG

GDI029242



5:52:28 PM

Shannon McPhillips \attachment 19.JPG



5:52:28 PM

Shannon McPhillips \attachment 20.JPG



5:52:28 PM

Shannon McPhillips \attachment 21.JPG



5:52:28 PM

Shannon McPhillips \attachment 22.JPG



Wednesday , October 18 , 2017

GDI029243



Shannon McPhillips  (+1 ✕✕✕✕✕✕)

Please call Lisa                                          3:19:40 PM

+1 ✕✕✕✕✕✕

3:37:59 PM    Will do as soon as I get off this one  !

Monday, October 30, 2017

Shannon McPhillips  (+✕✕✕✕✕✕)

Hi Peter please call                                      6:12:17 PM

+1 (✕✕✕✕✕✕)

8:19:43 PM    Hey Shannon can I catch you in an hour?

Shannon McPhillips  (+1 ✕✕✕✕✕✕)

Yes                                                      8:29:15 PM

Thursday, November 2, 2017

Shannon McPhillips  (+✕✕✕✕✕✕)

Peter can they do the cosmetic bag for Ipsy in clear or a different color than white? Lisa was supposed to hear from you days ago on this                    8:12:11 PM

+1 ✕✕✕✕✕✕

8:32:28 PM    Yes ! We're having fabric color swatches sent to you I 'll see if I can get tracking from the factory

8:32:49 PM    I'll get you an update email tomorrow

Shannon McPhillips  (+✕✕✕✕✕✕)

Check to see if they could just do clear with glitter because we are ready . Lisa will have the one we are going to post on Facebook ready on Monday  (the one you are going to ship yourself ) and the logo is ready if you are ready for us to upload it let me know and then we can pick the fabric sample when we receive it.                    8:41:31 PM

+1 ✕✕✕✕✕✕

8:59:09 PM    Amazing and thank you . I'm sure clear glitter is no problem ! Very cute.

Shannon McPhillips  (+1 ✕✕✕✕✕✕)

Ok we'll get us samples  ☺                              9:13:32 PM



+ ✗✗✗✗✗✗

On it 👍 👍 I'll email tomorrow and let's set up a call for early next week to talk indiegogo =)

9:15:38 PM

**Friday, November 3, 2017**

+1 ( ✗✗✗✗✗✗

Haven't forgotten about you say ran late! Be back to office shortly

5:34:35 PM

Shannon McPhillips   (+1 ✗✗✗✗✗✗

Thank you!!!                                   5:48:05 PM

**Tuesday, November 14, 2017**

Shannon McPhillips   (+ ✗✗✗✗✗✗

Hi Peter! Are you available to talk in a little bit ?                6:21:45 PM

To Lisa ☺                               6:21:49 PM

+1 ✗✗✗✗✗✗

Hey Shannon can you give me  30'?

8:45:31 PM

Shannon McPhillips   (+1 ✗✗✗✗✗✗

Yes please call office  ✗✗✗✗✗✗  asap thanks                      6:49:51 PM

Packaging question please call        9:34:47 PM

+1 ✗✗✗✗✗✗

Call you in a few Skyping with factory Had mgd stop all shipment of bronzer eyeshadow until it can be reboxed

9:41:14 PM

Shannon McPhillips   (+1 ✗✗✗✗✗ )

9:53:56 PM

Shannon McPhillips \attachment 23.JPG



+1 ✕✕✕✕✕✕

9:54:41 PM    We can def revise anything

Shannon McPhillips   (+1 ✕✕✕✕✕✕)

Do you have a simpler logo we could
use on this ? Because we think the       11:10:32 PM
name of the product should stick out

Also someone at glamour dolls
touched these files because the color    11:11:58 PM
names were added so I need all
working files uploaded to me ASAP

+1 ✕✕✕✕✕✕

I dont know if we have a simpler logo
Pinar (no longer with us ) worked with
11:37:24 PM    them so I'll have to send the files first
thing in the morning from the office
Mac

Shannon McPhillips   (+1 ✕✕✕✕✕✕ )

11:39:00 PM

Shannon McPhillips \attachment 24.JPG

Ok thank you want to put your logo on
the bottom with the rest of GD info      11:38:00 PM

+1 ✕✕✕✕✕✕

11:39:41 PM    Should be fine

Shannon McPhillips   (+1 ✕✕✕✕✕✕)

11:39:46 PM

Shannon McPhillips \attachment 25.JPG



Also on the back can we ditch  "exp 24 months"? Like 24 months from when...?  :-   — 11:59:46 PM

+1 [redacted]
Yes Jess pointed it out too better to just leave the  12m after opening  — 11:57:55 PM

**Wednesday , November 15, 2017**

Shannon McPhillips  (+1 [redacted])

Hi Peter I need those working files I did not receive this morning — 12:59:02 PM

Hi Peter I need those working files I did not receive this morning — 1:04:03 PM

+1 [redacted]
Hey Shannon on a call will ping matt to see where they are — 1:10:31 PM

Just to clarify it 's the same ones you have but you want us to move the copy to the correct side ? — 1:12:45 PM

Shannon McPhillips  ( [redacted] )

K — 1:15:55 PM

**Monday, December 4, 2017**

+1 [redacted]
Hey shannon driving home can I call you then have people in car — 7:48:19 PM

Hey Shannon just got in are you all still around? Otherwise can ring first thing tomorrow. Gonna be going through agreement etc tonight — 10:31:47 PM

**Tuesday, December 5, 2017**

Shannon McPhillips  (+ [redacted] )

Please call Lisa XXXXXXX — 8:00:05 PM

Hi Peter. Can you talk ? — 8:57:00 PM

+1 ( [redacted] )
Hey Shannon so sorry at a biz dinner hoping to be out soon . Please tell Lisa it's been non-stop as we 're setting up with mgd and I haven't been avoiding her! — 9:00:30 PM



Shannon McPhillips (+1 ▉▉▉▉ )

Hi Peter I need to schedule a call what's your availability tomorrow later afternoon?    11:22:50 PM

+1 ▉▉▉▉
11:28:13 PM    Whatever time is good for you I´ll block off now, Let me know

11:28:39 PM    Sorry again , we signed the contract today and they took us for dinner etc

Shannon McPhillips (+1 ▉▉▉▉ )

5pm EST ?    11:31:32 PM

+1 ▉▉▉▉
11:31:49 PM    Got it. Thank you

Wednesday , December 6, 2017

Shannon McPhillips (+1 ▉▉▉▉ )

Ok please call us at ▉▉▉▉ at 5:00pm today EST    3:11:40 PM

+1 ▉▉▉▉
3:24:54 PM    👍 have an alarm set .

Shannon McPhillips ▉▉▉▉

Thank you    3:52:53 PM

Wednesday , January 24, 2018

Shannon McPhillips (+1 ▉▉▉▉ )

Hi Peter can we please push our call back 30 minutes ?    2:43:00 PM

+1 ▉▉▉▉
3:05:53 PM    Sure thing np

Shannon McPhillips (+1 ▉▉▉▉ )

Thank you! Please call us at ✕✕✕✕✕ at that time ☺    4:03:13 PM

Hi Peter sorry can you call us at 4 o'clock our time    4:29:27 PM

+ ▉▉▉▉
4:30:00 PM    Not a prob =)

4:34:37 PM    Just a heads up should be back by 4 your time but thats rush hour here . . Would you like me to keep you updated or shoot for 4:30 to be safe ?



Shannon McPhillips  (+1 _____)

4:30 is fine  ☺                    5:08:46 PM

+_____
5:54:17 PM    Thank you!

Wednesday , February 7, 2018

+1 _____
6:43:29 PM    Hey Shannon , everything Ok? We
noticed the tip has been down the past
few days .

Shannon McPhillips  (+_____)

IT probs  ☺  should be fixed tomorrow !    8:50:24 PM

+1 _____
8:55:45 PM    They're the worst good luck . Btw if you
ever need help matt was an IT exec for
10 years he's managed conte nast ,
Statue of Liberty , hugh jackman's
home etc.

Monday, February 19, 2018

Shannon McPhillips  (+1 _____)

Hi Peter is  $329 ok for hotel room
Thurs night?              8:18:50 PM

+1 (_____
9:37:57 PM    Hey Shannon looking forward to
meeting you ! That's great could you
book it for Thursday night or do you
want to send me a link  ?

Shannon McPhillips  (+_____)

I am happy to  book it for you   ☺  or
send you the info , whichever is easier
for you. I need ur CC info if you want to    9:45:17 PM
text me a pic

+_____




9:48:11 PM

Shannon McPhillips \attachment 26.JPG



9:48:42 PM — Thanks so much is this the AZ Inn that Lisa mentioned ?

**Shannon McPhillips** (                    )

Yes it is gorgeous !! I will email you confirmation ☺
9:49:07 PM

Tuesday, February 20, 2018

**Shannon McPhillips** (+                    )

Hi Peter! Can you please give me more details regarding your upcoming visit to Tucson? Are you renting a car ? What time are you leaving ?
11:32:11 PM

Wednesday, February 21, 2018

+1

12:02:37 AM — Hey Shannon I'll send all details in the morning (on the plane about to crash ). Got a rental and leaving Sunday. =)

**Shannon McPhillips** (+1                    )

Thanks!
12:05:50 AM

Hi Peter did I ready that text right ? You're leaving Tucson on Sunday ? I only booked hotel for one night I thought you were leaving on Friday ?
12:21:21 PM

+1

12:22:52 PM — Just Thursday is good I gonna stay with some friends Friday and Saturday bc I've never been out to AZ =)

I'll hit you up after this morning meeting

Thursday, February 22, 2018

+1

11:47:37 AM — Hey Shannon getting in to Tucson @ 2. Have a car rented and will call once at hotel

**Shannon McPhillips** (+                    )

Sounds great !
11:48:06 AM

Is Matt with you ? I'm trying to get him to resend me the status report . The link to download expired yesterday
12:48:23 PM



+1 ██████

He is =) I changed his return flight home last night in case we need him. We're stuck on the tarmac but he said he can reupload once we get to the hotel

12:52:40 PM

Shannon McPhillips  (+ ██████)

Ty

12:56:39 PM

+1 ██████

Heading to hotel car rental took a bit. Call you guys once checked in

5:56:00 PM

Shannon McPhillips  (+ ██████)

Welcome to Tucson  ☺
Lisa's home address is :
XXXXXXXXX, Tucson, AZ 85716
Dinner reservations are at Vivace at 6:15 tonight:
6440 N Campbell Ave, Tucson, AZ 85718

7:16:50 PM

+1 ██████

Thank you!

7:30:11 PM

Shannon McPhillips  (+ ██████)

Haircut tomorrow ! ☺
11:30am with Mike at El Continental Barber Shop located at :
3015 E Speedway Blvd , Tucson, AZ 85716

7:41:37 PM

+1 ██████

Amazing haha thank you Shannon

7:54:58 PM

Friday, February 23, 2018

+1 ██████

What's the address 's of the studio we're going to head over now

3:40:58 PM

Shannon McPhillips  (+ ██████)

XXXXXXXXX
Tucson, AZ 85716

3:43:07 PM

+1 ██████

see you shortly

3:43:18 PM

Shannon McPhillips  (+1 [REDACTED])

Hi Peter! Lisa is still on the phone and I'm thinking going to be here for another hour or so . Do you mind if she calls you tomorrow around noon to make a plan instead ?    10:38:37 PM

+ [REDACTED]

Not a problem at all that sounds like a better plan . We'll probably be hitting jet lag mode in an hour anyway . Have a good night it was really great to finally meet!    10:40:56 PM

Shannon McPhillips  (+ [REDACTED])

Okay Lisa says she 'll make tomorrow a party  ☺    10:42:09 PM

Also we need to know your due dates on your most urgent projects . If you can please give me that info by Monday so we can put a plan together    11:01:28 PM

[REDACTED]

Can't wait for the party and sounds like a plan Matts already working on it  =) thanks for all the support    11:08:45 PM

Shannon McPhillips  (+1 [REDACTED])

Thank you!    11:47:26 PM

Wednesday , April 11, 2018

+1 (6 [REDACTED]

Hey Shannon I ll see you Friday  =) is there any chance you can get that artwork to us first thing ? I can have comp samples made in time if they start this morning    8:4:55 AM

Shannon McPhillips  ( [REDACTED])

Good morning Peter ! I'm going into a meeting I can get them to you in about 2 hours does that work ?    9:39:20 AM

+1 ( [REDACTED]

That would be great thank you    9:47:44 AM

Shannon McPhillips  (+1 [REDACTED])

Hi Peter I just emailed the link to download to you and Matt from my cell phone would you please confirm you received it?    11:15:31 AM





+1 ▮▮▮▮▮▮▮

The eagle has landed 👍 downloading now then will get them turned around ASAP

11:15:29 AM

**Shannon McPhillips  (+1 (▮▮▮▮▮▮▮)**

Ok I apologize for the delay they were ready on Friday thank you for the reminder but unacceptable on my part !!

11:36:18 AM

+1 ▮▮▮▮▮▮▮

Not a prob they're gonna be a huge hit 🦅

11:41:22 AM

Thursday, April 12, 2018

+1 (▮▮▮▮▮▮

Hey Shannon do you all have a Corp rate at lodge by the dessert ? They're super reasonable so no worries if not

11:00:18 AM

**Shannon McPhillips  (+1 (▮▮▮▮▮▮▮)**

Good morning I was just thinking about you and this ! ☺ what room/how much are they saying it will be ? I'll see what I can do ☺

11:02:26 AM

Hi Peter I have hotel info call when you can ☺ no rush

1:16:27 PM

Tuesday, April 17, 2018

**Shannon McPhillips  (+1 ▮▮▮▮▮)**

Hi Peter , yes one to each location please!

6:17:29 PM

+1 ▮▮▮▮▮▮▮

Thanks so much Shannon !

6:43:38 PM

**Shannon McPhillips  (+1 ▮▮▮▮▮▮**

Thank you!

6:45:57 PM

+1 ▮▮▮▮▮▮▮

Hey Shannon when is Lisa traveling this week ? If I overnight the package tomorrow morning will she get to take a look Thursday/Friday?

8:19:48 PM

**Shannon McPhillips  (▮▮▮▮▮▮ 5 )**

She can look Thursday but is leaving fri morning

8:31:54 PM



+1 (▮▮▮▮▮▮▮▮▮

8:35:35 PM

Liked "She can look Thursday but is leaving fri morning"

Friday, April 20, 2018

Shannon McPhillips  (+1 (▮▮▮▮▮▮▮▮

Need to talk to you about the eyeshadow & lip mousse samples

10:47:38 PM

+1 (▮▮▮▮▮▮▮▮

10:49:27 PM

Can I ring you first thing in the morning? Just walked into a 10:45 movie =\

Shannon McPhillips  (+1 (▮▮▮▮▮▮▮

Yes

10:50:18 PM

+1 (▮▮▮▮▮▮▮▮

10:51:01 PM

Ok thank you txt me when you are free tomorrow I'll be up

Shannon McPhillips  (+1 (▮▮▮▮▮▮▮

Ok

10:52:22 PM

Saturday, April 21, 2018

Shannon McPhillips  (+1 ▮▮▮▮▮▮▮ )

Good morning Peter I'm available now and for the next hour

10:54:00 AM

+1 (▮▮▮▮▮▮▮

11:17:19 AM

Good morning shannon ring you in 5-10!

Shannon McPhillips  (+1 ▮▮▮▮▮▮▮ )

Ok!

11:21:16 AM

Monday, April 23, 2018

Shannon McPhillips  ▮▮▮▮▮▮▮

Hi Peter am I missing an email from you per our conversation Saturday morning?

12:23:36 PM

+1 ▮▮▮▮▮▮▮

12:44:18 PM

Hey Shannon we're sending it over shortly wanted to make sure all info was in. Sorry thought Lisa gets back tomorrow!



Shannon McPhillips  (+1 ✕✕✕✕✕✕✕)

She gets back tonight                          1:37:44 PM

+1 ✕✕✕✕✕✕✕

1:59:55 PM    Ok will txt you when sending .. Should I address to you or Lisa ?

Shannon McPhillips  (+1 ✕✕✕✕✕✕✕)

Lisa                                          2:00:11 PM

+1 ✕✕✕✕✕✕✕

2:00:19 PM    Sounds good

Friday, June 15, 2018

Shannon McPhillips  (+1 ✕✕✕✕✕✕✕)

Hi Peter! Can you please send me your         2:05:55 PM
Android receipt ASAP ?

Andronis ****                                 2:06:02 PM

+1 ✕✕✕✕✕✕✕

2:10:31 PM    Hey Shannon driving and can 't talk , sry meant to text you .. What did they charge you under ? I went through our checking and only found for the Mykonos hotel

Shannon McPhillips  (+1 ✕✕✕✕✕✕✕)

Ok so you are saying Andronis did not         2:12:19 PM
charge you ?

+1 ✕✕✕✕✕✕✕

2:13:24 PM    I did not see it but we had a cc that we closed that it  *might* be on . But they didn't find anything under adronis

Shannon McPhillips  (+1 ✕✕✕✕✕✕✕)

Can you confirm if it was on the              2:31:42 PM
cancelled CC ?

+1 ✕✕✕✕✕✕✕

2:32:31 PM    There is no charge for adronis , do you know what name they charged as on your card ?

Shannon McPhillips  (+1 ✕✕✕✕✕✕✕)

It was Andronis                               2:37:15 PM



+1 (XXXXXXX)

2:40:02 PM

"WWW. TICKETSERVICES .GR KESARIANI "
is the only charge that seemed like it could be it and it looks as if they charged me a few times .  If it is not that though , then it seems they didn 't charge me ...

2:42:48 PM

Sorry driving still

It does not look like there is a charge from "Andronis" on either of our accounts . My only thought was maybe they billed as a different name

GDI029256

# EXHIBIT 38

| From: | Shannon McPhillips [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D8D6A8B7A5F0401EAF67232FEB69368E-SHANNON] |
|---|---|
| Sent: | 4/28/2018 8:53:45 AM |
| To: | Janice Ross [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b651ad9b2ce74ca3961d28aaaa019757-jross]; Janice Ross [janice1022@gmail.com] |
| CC: | Lisa Frank [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7162eaa7d44f378a5dc8aecdbc76e5-lisa] |
| Subject: | JANICE: Licensing Recap |
| Attachments: | Franco 4.28.2018.docx; Glamour Dolls 4.28.2018.docx; Horizon 4.28.2018.docx; Hybrid 4.25.2018.docx; Innovative 4.28.2018.docx; Kappa 4.28.2018.docx; Licensees- GMR Summary and Contractual Terms Recap.xlsx; Loyal Subjects 4.28.2018.docx; RageOn 4.28.2018.docx; AME 4.28.2018.docx; Art.com 4.28.2018.docx; Bendon 4.28.2018.docx; Bioworld 4.25.2018.docx; Card.com 4.28.2018.docx; Cardinal-Spinmaster 4.28.2018.docx; ES Originals 4.28.2018.docx |

Janice,

Per our conversation, please see attached.

Thank you!


**Shannon McPhillips**
The Lisa Frank Company
520.547.1535
smcphillips@lisafrank.com

LFI0005406

**Withheld - Non-Responsive**

Confidential

**Glamour Dolls**
[ HYPERLINK "https://glamourdollsmakeup.com/" ]

**\*pays premium rates for art fees**

**\*knows nothing about manufacturing**

**\*over promises and under delivers**

**\*Peter is nice personally and pays well but you have to hound him if it's a larger dollar amount.**


**Category- Cosmetics**
Licensed products not specified.


**Corporate Address**
224 Lorraine Ave
Montclair NJ 07043


**Contract Signed**
Original contract signed 6/3/16
New contract signed- 12/12/17 (1 year only)

**Expires: December, 2018**


**2017 Royalties Total:**    $326,302.67

**2017 4 Q Royalties:**    $119,153.12

**2018 1st Quarter Royalties:**


**Contact Info**
Peter Georgotas- Founder/CEO
       peter@glamourdollsmakeup.com
       Cell- 646-684-6169

Matt Kibildis- Peter's assistant
matt@glamourdollsmakeup.com


**Product Placement**
We started the partnership with a Kickstarter campaign. We've also had several items in Ipsy's subscription makeup bags and shipped items to Hot Topic. They are also planning to launch an Indiegogo campaign in 2018, however this has been delay for over 2 years as it was supposed to launch in 2016. Items are also on the Glamour Dolls website.


**Artwork/Approvals**
LFI has done all artwork and billed Glamour Dolls for the cost.

Confidential

**General Issues/Problems**

They are a hot mess.

They are new to manufacturing and to licensing. They don't always provide all the information that we need and sometimes have unrealistic expectations about the time required to do artwork, manufacture, and ship a product. They also have a lot of turnover, which has led to inconsistencies and miscommunication.

This is putting it lightly.

**Sampling Issues/Problems**

The process has been painful. They are slow, disorganized, there is a lot of back and forth, and constant changes.

**Fines for Production Issues- Added to new contract signed in December 2017.**

Licensee shall be in breach of contract, and agrees to pay LFI by way of liquidated damages for administrative and artist costs, and damage to the LFI brand, the following sums

First occurrence: Twenty-five thousand (25,000) dollars;

Second occurrence: Fifty Thousand (50,000) dollars; and

Third occurrence: One Hundred Thousand (100,000) dollars,

in the event of an occurrence of any of the following events:

Shipping product without an approved pre-production sample.

Shipping product that does not match the approved pre-production sample.

Artwork on final product that does not match the approved artwork from LFII.

Final die lines do not match die lines provided in development.

Warnings and/or additional copy being added to artwork (by Licensee or factory) without LFI approval.

Misspellings and/or grammatical errors on packaging.

Logos, images, and/or text printed upside down or incorrectly on packaging or product.

Artwork printed without using Lisa Frank special inks.

Density issues in printing resulting in artwork that does not meet LFI standards.

Faulty blisters resulting in product falling out of cavities.

Failure to follow LFI art specifications for product layouts, blister colors, pantones, etc.

Components shipped that do not match components in the approved sample.

Components missing from product.

Components that do not function for their purpose, e.g., writing utensils that do not write.

Poor die cutting resulting in artwork being cut off.

Confidential